**RECEIVED**

**APR 27 2022**

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court **for the:** |
| **WESTERN** **District of** **PENNSYLVANIA** |
| (State) |
| Case number (*If known*): _____ Chapter _____ |

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual                12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's name**

U LOCK INC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

U-LOCK INC.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

4 7 _ 4 9 9 4 9 1 1
EIN

**5. Debtor's address**

**Principal place of business**

14140 U.S. Route 30
Number    Street

N Huntingdon    PA    15642
City    State    ZIP Code

Westmoreland
County

**Mailing address, if different**

Number    Street

P.O. Box

City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City    State    ZIP Code

Debtor   U LOCK INC a/k/a U-LOCK INC.                                      Case number (if known)_____
         _____
         Name

---

6. **Debtor's website** (URL)   _____

---

7. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ❑ Partnership (excluding  LLP)
   ❑ Other type of debtor. Specify: _____

---

8. **Type of debtor's business**
   *Check one:*

   ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ❑ Railroad (as defined in 11 U.S.C. § 101(44))
   ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the types of business listed.
   ❑ Unknown type of business.

---

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

   ☒ No
   ❑ Yes. Debtor _____   Relationship _____

   District _____ Date filed _____   Case number, if known_____
                                           MM / DD / YYYY

   Debtor _____   Relationship _____

   District _____ Date filed _____   Case number, if known_____
                                           MM / DD / YYYY

---

| Part 3: | Report About the Case |
|---------|----------------------|

---

10. **Venue**
    *Check one:*

    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

    ❑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☒ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    ☒ No
    ❑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor ___U LOCK INC. a/k/a U-Lock Inc._____    Case number (if known)_____
          Name

| 13. **Each petitioner's claim** | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Shanni Snyder | unpaid wages + liq damage | $ 262,000 |
| | | retaliation under FLSA | $ 100,000 |
| | | interest | $ 13,100 |
| Single creditor case. | | | $ _____ |
| | | Total of petitioners' claims | $ 375,100 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

**Part 4:    Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| **Name and mailing address of petitioner** | |
| Shanni Snyder | _____ |
| Name | Printed name |
| 14140 US Route 30 | _____ |
| Number    Street | Firm name, if any |
| North Huntingdon    PA    15642 | _____ |
| City    State    ZIP Code | Number    Street |
| | _____ |
| **Name and mailing address of petitioner's representative, if any** | City    State    ZIP Code |
| _____ | Contact phone _____ Email _____ |
| Name | |
| _____ | Bar number _____ |
| Number    Street | |
| _____ | State _____ |
| City    State    ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/25/22                          ✗ _____
             MM / DD / YYYY                        Signature of attorney

✗ _____
Signature of petitioner or representative, including representative's title        Date signed _____
                                                                                    MM / DD / YYYY

B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court

WESTERN _____ District Of ___PENNSYLVANIA___

In re ___U LOCK INC a/k/a U-LOCK INC.___;

Debtor*

)
)
)
)
)

Case No. _____

Chapter ___7___

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

   A petition under title 11, United States Code was filed against you in this bankruptcy court on
___April_____2022___ (date), requesting an order for relief under chapter ___7___ of the Bankruptcy
Code (title 11 of the United States Code).

   YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion
or answer to the petition within 21 days after the service of this summons. A copy of the petition is
attached.

        Address of the clerk:  CLERK, US BANKRUPTCY COURT
                    5414 U.S. Steel Tower
                    600 Grant Street
                    Pittsburgh, PA 15219

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

        Name and Address of Petitioner's Attorney:
         Shanni Snyder
         14390 Route 30, House
         North Huntingdon PA  15642

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                _____ (Clerk of the Bankruptcy Court)

   Date: _____      By: _____(Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

## CERTIFICATE OF SERVICE

    I, _____(name), certify that on _____
(date), I served this summons and a copy of the involuntary petition on _____
(name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

    If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

      Print Name:    _____

      Business Address:    _____

                                      _____