FILED
4/29/22 12:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 22-20823-GLT |
| **U LOCK INC**, : | Chapter 7 |
| *Alleged Debtor.* : | Related Dkt. No. 1 |
| **SHANNI SNYDER**, : | |
| *Petitioning Creditor*, : | |
| v. : | |
| **U LOCK INC**, : | |
| *Alleged Debtor.* : | |

# ORDER

This matter is before the Court upon the *Chapter 7 Involuntary Petition* filed by Petitioning Creditor, Shanni Snyder [Dkt. No. 1]. The petition is defective for two reasons:

1. The petition fails to comply with W.PA.LBR 1003-1. The petition fails to designate the principal operating officer or managing general partner of the Alleged Debtor.

2. To the extent the Petitioning Creditor seeks to commence the case under 11 U.S. Code §303(b), Petitioning Creditor shall aver that the Alleged Debtor has fewer than 12 eligible claim holders.

Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. ***On or before May 6, 2022***, Petitioning Creditor shall file an amended involuntary petition in compliance with the Bankruptcy Code, this *Order* and Local Rules of this Court.

      2.      If the Petitioning Creditor fails to comply, the *Involuntary Petition* will be dismissed.

Dated: April 29, 2022

                                  GREGORY L. TADDONIO
Case administrator to mail:            UNITED STATES BANKRUPTCY COURT
Shanni Snyder