**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN District of PENNSYLVANIA
(State)

Case number (If known): ~~22-20822~~  Chapter 7

22-20823 (AKL)

**RECEIVED**

MAY 09 2022

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

☒ Check if this is an amended filing

Amending Involuntary Petition placed in court mailbox on 4/25/2022.

Official Form 205      **Amended**

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:
- ☒ Chapter 7
- ☐ Chapter 11

**1a.** Debtor has fewer than 12 eligible claim holders.

**1b.** Statement per W.Pa.LBR 1003-1: Petitioning Creditor declares under the penalty for perjury that she does not know the precise share structure, identity of the Board of Directors, or the official officers of the Debtor. Based on information, there are between three and five officers and/or Board Members. Two managing control persons appear to be George Snyder and Kash Snyder. There also appears to be closely affiliated control creditors, but the total number of creditors are less than 12.

## Part 2: Identify the Debtor

**2. Debtor's name**

U LOCK INC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

U-LOCK INC.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

47-4994911
EIN

**5. Debtor's address**

Principal place of business:

14140 U.S. Route 30
Number  Street

N Huntingdon    PA    15642
City            State  ZIP Code

Westmoreland
County

Mailing address, if different:

Number  Street

P.O. Box

City    State    ZIP Code

Location of principal assets, if different from principal place of business

Number  Street

City    State    ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

| Debtor | U LOCK INC a/k/a U-LOCK INC. | Case number (if known) | 22-20822 |
|---|---|---|---|
| | Name | | 22-20823 |

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY
     
     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    *Check one:*
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☒ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor __U LOCK INC. a/k/a U-Lock Inc.__    Case number (if known) __22-20822__
Name                                                                __22-20823__

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Shanni Snyder | unpaid wages + liq damage | $ 262,000 |
|  | retaliation under FLSA | $ 100,000 |
|  | interest | $ 13,100 |
|  |  | $ |

Single creditor case.

Total of petitioners' claims  $ 375,100

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

__Shanni Snyder__
Name
__14140 US Route 30__
Number    Street
__North Huntingdon__    __PA__    __15642__
City    State    ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name
_____
Number    Street
_____
City    State    ZIP Code

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City    State    ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/03/2022__
MM / DD / YYYY

**x** _/s/ signature_
Signature of petitioner or representative, including representative's title

**x** _____
Signature of attorney

Date signed _____
MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

# UNITED STATES POSTAL SERVICE® | PRIORITY MAIL®

**RECEIVED MAY 09 2022 CLERK, U.S. BANKRUPTCY COURT WEST DIST OF PENNSYLVANIA**

Expected delivery date specified for domestic use.

Domestic shipments include up to $50 of insurance (restrictions apply).*

USPS Tracking® included for domestic and many international destinations.

Limited international insurance.**

When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

**See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

EP14F May 2020
OD: 12 1/2 x 9 1/2

---

MAY 09 2022



9405 5036 9930 0239 3978 71 0089 5000 0011 5219

**U.S. POSTAGE PAID**
Click-N-Ship®

usps.com
$8.95
US POSTAGE
Flat Rate Env
05/03/2022
Mailed from 15642
0023

**PRIORITY MAIL 1-DAY™**
Expected Delivery Date: 05/04/22

C094

S. S. S.
14390 ROUTE 30
N HUNTINGDON PA 15642-1050

SHIP TO:
CLERK US BANKRUPTCY COURT
U.S. BANKRUPTCY COURT, 5414 U.S. STEEL TOWER
600 GRANT ST
5414 US STEEL TOWER
PITTSBURGH PA 15219-2702

USPS TRACKING #

9405 5036 9930 0239 3978 71

CLEARED X-RAY SCREENING

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.