Form 611

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **U LOCK INC** <br> **aka U−LOCK INC.** <br> *Debtor(s)* | : <br> : <br> : <br> : | Case No. 22−20823−GLT <br> Chapter: 7 |
| Christine Biros, <br> *Movant(s),* | : <br> : <br> : | Related to Doc. No. 14 |
| v. <br> Shanni Snyder <br> *Respondent(s).* | : <br> : <br> : <br> : <br> : | Hearing Date: 6/2/22 at 09:00 AM <br> Response Date: 5/31/22 |

## NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

     **NOTICE IS HEREBY GIVEN THAT** an expedited motion entitled For Entry of An Order Dismissing Case and For Sanctions has been filed in the above−referenced case by Christine Biros .

     (1)   An in−person hearing will be held on June 2, 2022 at 09:00 AMbefore Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website by no later than **4 p.m.** on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's **General Procedures.**

Register here: (http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information).

General Procedures: (http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (2)   Responses to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on parties in interest on or before May 31, 2022 by 12 p.m..

     (3)   A courtesy copy of all responses shall be delivered to chambers with the filing.

     (4)   Service shall be made as directed below. A certificate of service shall be filed with the Clerk immediately.

Dated: May 20, 2022

cm: Debtor
     Sarah E. Wenrich, Esq.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Movant shall immediately serve a copy of this scheduling Order and the Motion by hand delivery, e−mail, or facsimile on the Respondent(s), any appointed trustee, Debtor(s), Debtor(s)' Attorney, all secured creditors whose interests may be affected by the relief requested, the U.S. Trustee, and the attorney for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. Movant shall deliver a paper copy of the motion and this notice of hearing to chambers.