IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>U LOCK INC,<br>      Debtor. | Bankr. No. 22-20823-GLT<br><br>Chapter 11 |
| Christine Biros,<br>      Movant,<br>v.<br>Shanni Snyder,<br>      Respondent. | Related Doc. Nos. 14, 17 & 18<br><br>Hearing Date & Time: June 2, 2022 @9am<br>Response Deadline: May 31, 2022 |

**CERTIFICATE OF SERVICE OF CHRISTINE BIROS' EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) DISMISSING THE CASE AND FOR SANCTIONS AGAINST THE PEITIONING CREDITOR, OR IN THE ALTERNATIVE (II) MAKING A DETERMINATION THAT THE AUTOMATIC STAY IS INAPPLICABLE TO THE STATE COURT ACTION PURSUANT TO 11 U.S.C. § 362(b)(10), OR IN THE ALTERNATIVE (III) GRANTING RELIEF FROM THE AUTOMATIC STAY TO THE MOVANT IN RELATION TO THE MOVANT'S PROPERTY AND THE STATE COURT CASE, OR IN THE ALTERNATIVE
<u>(IV) ABANDONING THE MOVANT'S PROPERTY (Doc. No. 14) and EXPEDITED HEARING NOTICE (Doc. No. 17) and AMENDED EXHIBIT I (Doc. No. 18)</u>**

      I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on May 20, 2022, via UPS Overnight Delivery and/or Email.

**U LOCK INC**
14140 U.S. Route 30
N. Huntingdon, PA 15642
WESTMORELAND-PA
Tax ID / EIN: 47-4994911
*aka* **U-LOCK INC.**

*Petitioning Creditor*
**Shanni Snyder**
14390 Route 30
Unit H
North Huntingdon, PA 15642
Email - shannis@pm.me

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

| | |
|---|---|
| EXECUTED ON: May 20, 2022 | Respectfully submitted,<br><br>BERNSTEIN-BURKLEY, P.C.<br><br>By: /s/ Sarah E. Wenrich<br>Sarah E. Wenrich, Esq.<br>PA I.D.: 325834<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219<br>Phone: (412) 456-8206<br>Fax:     (412) 456-8135<br>Email: swenrich@bernsteinlaw.com<br><br>Counsel for Movant |