Fill in this information to identify the case:

United States Bankruptcy Court for the:
WESTERN District of PENNSYLVANIA
(State)

Case number (If known): 22-20822 ~~22-20822~~ Chapter 7
22-20823
(AKC)

RECEIVED
MAY 09 2022
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

☒ Check if this is an amended filing

Official Form 205  **Amended**

Amending Involuntary Petition placed in court mailbox on 4/25/2022.

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:
- ☒ Chapter 7
- ☐ Chapter 11

**1a.** Debtor has fewer than 12 eligible claim holders.

**1b.** Statement per W.Pa.LBR 1003-1: Petitioning Creditor declares under the penalty for perjury that she does not know the precise share structure, identity of the Board of Directors, or the official officers of the Debtor. Based on information, there are between three and five officers and/or Board Members. Two managing control persons appear to be George Snyder and Kash Snyder. There also appears to be closely affiliated control creditors, but the total number of creditors are less than 12.

## Part 2: Identify the Debtor

**2. Debtor's name**  U LOCK INC

**3. Other names you know the debtor has used in the last 8 years**

U-LOCK INC.

Include any assumed names, trade names, or *doing business as* names.

RECEIVED
MAY 27 2022
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

4 7 - 4 9 9 4 9 1 1
EIN

**5. Debtor's address**

Principal place of business

14140 U.S. Route 30
Number   Street

N Huntingdon     PA    15642
City             State  ZIP Code

Westmoreland
County

Mailing address, if different

_____
Number   Street

_____
P.O. Box

_____  _____  _____
City         State  ZIP Code

Location of principal assets, if different from principal place of business

_____
Number   Street

_____  _____  _____
City         State  ZIP Code

Official Form 205          Involuntary Petition Against a Non-Individual          page 1

Debtor U LOCK INC a/k/a U-LOCK INC.                                           Case number (if known) 22-20822
        Name                                                                                          22-20823

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                   MM / DD / YYYY
     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                   MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☒ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                 Involuntary Petition Against a Non-Individual                 page 2

| Debtor | U LOCK INC. a/k/a U-Lock Inc. | Case number (if known) | 22-20822 |
|---|---|---|---|
| | Name | | 22-20823 |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Shanni Snyder | unpaid wages + liq damage | $ 262,000 |
| | retaliation under FLSA | $ 100,000 |
| | interest | $ 13,100 |
| | | $ |

Single creditor case.

Total of petitioners' claims $ 375,100

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Shanni Snyder
Name

14140 US Route 30
Number  Street

North Huntingdon  PA  15642
City  State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____  05/03/2022
MM / DD / YYYY

X _[signature]_
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City  State  ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

U LOCK INC
Aka U-LOCK INC.
    *Debtor(s)\**

Case No. 22-20823-GLT

**SUMMONS TO DEBTOR IN INVOLUNTARY CASE**

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this Bankruptcy Court on 4/27/2022, requesting an Order for Relief under Chapter 7 of the Bankruptcy Code (title 11 of United States Code).

    YOU ARE SUMMONED and required to file with the Clerk of the Bankruptcy Court a Motion or Answer to the Petition within 21 days after the service of this Summons.

    Address of Clerk:
        Michael R. Rhodes
        Clerk, U.S. Bankruptcy Court
        5414 U.S. Steel Tower
        600 Grant Street
        Pittsburgh, PA 15219

*RECEIVED MAY 27 2022 CLERK, U.S. BANKRUPTCY COURT WEST DIST OF PENNSYLVANIA*

At the same time you must also serve a copy of your Motion or Answer on Petitioner's Attorney.

    Name and Address of Petitioner:
        Shanni Snyder
        14390 Route 30 – Unit H
        North Huntingdon, PA 15642

If you make a Motion, your time to serve an Answer is governed by Fed. R. Bankr. P. 1011(c). If you fail to respond to this Summons, the Order for Relief will be entered.

        Michael R. Rhodes, Clerk
        U.S. Bankruptcy Court

        /s/ Adriane Alampi

| May 10, 2022 | By: | Adriane Alampi |
|---|---|---|
| Date | | Deputy Clerk |

\*Set forth all names, including trade names, used by the debtor within the last 8 years (Fed. R. Bankr. P. 1005).

#94c-I

# CERTIFICATE OF SERVICE

I, Renée E. Basista, (name) certify that on 5-23-22 (date), I served the Summons and a copy of the Involuntary Petition on George Snyder (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*: handed summons and amended petition for involuntary bankruptcy to George Snyder at Wlock's Inc at at 14140 Route 30, North Huntingdon, Pa 15642

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 5-23-22

Signature: Renée E. Basista

Print Name: Renée E. Basista

Business Address: 9 Donna Drive, Irwin, Pa. 15642

**RECEIVED**

MAY 27 2022

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

Shann Snyder
14390 US RT 30
Irwin, PA 15642

US Bankruptcy Court
5414 DD Grant St #
Pittsburgh, PA 15219

RECEIVED
MAY 27 2022
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

PITTSBURGH PA 150
25 MAY 2022 PM 1
FOREVER / USA