**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: U LOCK INC. a/k/a U-LOCK INC. | ) ) Case. 22-20823-GLT ) |
| Debtor. | ) ) ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Alleged Debtor U Lock Inc. a/k/a U-Lock Inc. hereby requests that notice of all matters arising in the case of which notice is sent to any creditor, party in interest, creditors' committee, member of creditors committee, debtor, petitioning creditor, movant, plaintiff or defendant in any related adversary proceeding be sent to:

J. Allen Roth, Esq.
805 S. Alexandria Street
Latrobe, PA 15650
office@jarothlaw.com
lawmatters@yahoo.com
(724) 537-0939

Respectfully submitted,

*/s/ J. Allen Roth, Esq.*
J. Allen Roth, Esq.