**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  U LOCK INC. a/k/a U-LOCK INC. | Bank. 22-20823-GLT |
| Debtor. | Chapter 7 |
| CHRISTINE BIROS, Movant, | |
| v. | |
| SHANNI SNYDER, Respondent. | |

**EXHIBIT A – PHOTOS OF TRAILERS**



