FILED
6/17/22 4:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 22-20823-GLT |
| **U LOCK INC,** | Chapter 7 |
| | Related Dkt. No. 1 |
| *Debtor*. | |

## ORDER FOR RELIEF UNDER CHAPTER 7

On April 27, 2022, petitioning creditor, Shanni Sue Snyder, commenced this case by filing an involuntary petition for chapter 7 bankruptcy relief against U LOCK INC.[1] After reviewing the docket in this matter, the Court finds that the summons and involuntary petition were duly served and U LOCK INC has not filed a timely response, despite having appeared before the Court on June 2, 2022 when the response date was specifically discussed.[2] Based on the foregoing, and pursuant to 11 U.S.C. § 303(h), the Court hereby grants the involuntary petition and issues this Order for Relief under chapter 7 of title 11 of the United State Code.

Dated: June 17, 2022

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
U LOCK INC
J. Allen Roth, Esq.
Office of the United States Trustee

---

[1] Dkt. No. 1.
[2] Dkt. No. 34.