IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 22-20823-GLT |
| **U LOCK INC.**, : | Chapter 7 |
| *Debtor*. : | |

## ORDER AND NOTICE REGARDING
## INVOLUNTARY CHAPTER 7 PETITION

**AND NOW**, this 17th day of June 2022, **U LOCK INC.** and its principal operating officer, **George Snyder**, are each hereby **ORDERED AND DIRECTED** to file the following documents pursuant to 11 U.S.C. §§ 329 and 521 and Rules 1007 and 2016 of the Federal Rules of Bankruptcy Procedure:

(1) the Schedules and a Summary of Schedules;

(2) the Statement of Financial Affairs;

(3) a Statement of Attorney; and

(4) a Mailing Matrix listing the names and addresses of all parties required by W.PA.LBR 1007-1.

**IT IS FURTHER ORDERED** that if the above documents are not filed pursuant to this *Order* by July 5, 2022, a *Rule to Show Cause Why U LOCK INC. and George Snyder Should Not Be Held in Contempt or Sanctioned* is hereby scheduled for July 7, 2022 at 11:00 a.m. in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant St., Pittsburgh, Pennsylvania.

Dated: June 17, 2022

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
U LOCK INC.
J. Allen Roth, Esq.
Office of the U.S. Trustee