**Form 132**

**UNITED STATES BANKRUPTCY COURT**    49
**WESTERN DISTRICT OF PENNSYLVANIA**    aala

In re:                                                        Bankruptcy Case No.: 22–20823–GLT

                                                              Chapter: 7

**U LOCK INC**
**aka U–LOCK INC.**
47–4994911
    Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

  Robert H. Slone, Trustee is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

  In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 6/22/22                                                      **Andrew R. Vara**
                                                                       United States Trustee

                                                                       **Joseph S. Sisca**
                                                                       Assistant United States Trustee
                                                                       Western District of Pennsylvania

---

I Robert H. Slone, Trustee, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                                 Robert H. Slone, Trustee