**Fill in this information to identify the case:**

Debtor name: U Lock Inc

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): 22-20823

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   - ☐ No. Go to Part 2.
   - ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** — $ 1,115.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Citizens Bank | Checking | 3 8 0 2 | $ 266.30 |
   | 3.2. Citizens Bank (second account under $100, dormant) | Checking | 9 9 9 9 | $ Unknown |

4. **Other cash equivalents** *(Identify all)*
   - 4.1. Check 2017 from Clawson Unit 11 — $ 60.00
   - 4.2. See continuation sheet — $ 435.00

5. **Total of Part 1** — $ 1,876.30
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☐ No. Go to Part 3.
   - ☑ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   - 7.1. West Penn Power -- Electric Deposit — $ Unknown
   - 7.2. _____ — $ _____

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 1

Debtor  U Lock Inc
        Name                                                    Case number (if known) 22-20823

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment
    8.1. _____ $_____
    8.2. _____ $_____

9. **Total of Part 2.**                                                          $ 0.00
    Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

                                                                                 **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ – _____ = ....... → $_____
                              face amount           doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ – _____ = ....... → $_____
                              face amount           doubtful or uncollectible accounts

12. **Total of Part 3**                                                          $_____
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                                                 **Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:
    14.1. _____ _____ $_____
    14.2. _____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                           % of ownership:
    15.1. _____ _____% _____ $_____
    15.2. _____ _____% _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1. _____ _____ $_____
    16.2. _____ _____ $_____

17. **Total of Part 4**                                                          $_____
    Add lines 14 through 16. Copy the total to line 83.

| Debtor | U Lock Inc | Case number (if known) | 22-20823 |
|---|---|---|---|
| | Name | | |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☐ No. Go to Part 6.
    - ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** 20 pound propane tank | 07/01/2022 MM / DD / YYYY | $_____ | estimation | $ 20.00 |

23. **Total of Part 5**                                                                                     $ 17,535.00
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    - ☑ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☑ No
    - ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor  U Lock Inc
_____
Name

Case number (*if known*) 22-20823
_____

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor  U Lock Inc                                                  Case number (if known) 22-20823
        Name

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☐ No. Go to Part 9.
    ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 Blue Ford with Snow Plow           $_____      unknown             $ Unknown
    47.2 Ford F250 Custom Green and Red     $_____      estimation of scrap $ 100.00
    47.3 GMC Flatbed                        $ 0.00           scrap estimation    $ 100.00
    47.4 _____    $_____      _____    $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____    $_____      _____    $_____
    48.2 _____    $_____      _____    $_____

49. **Aircraft and accessories**

    49.1 _____    $_____      _____    $_____
    49.2 _____    $_____      _____    $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    See continuation sheet
                                            $ 0.00           _____    $ 21,000.00

51. **Total of Part 8.**                                                          $ 21,200.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| | U Lock Inc | 22-20823 |
|---|---|---|
| Debtor | Name | Case number (*if known*)_____ |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | 14140 U.S. Route 30, North Huntingdon, Pennsylvania. Westmoreland County TAX Map. 54-03-10-0-103. | See attached. | $ 325,000.00 | estimation | $ 1,900,000.00 |
| 55.2 | | | $ | | $ |
| 55.3 | | | $ | | $ |

56. **Total of Part 9.**  $ 1,900,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ | | $ |
| 61. | **Internet domain names and websites**<br>_____ | $ | | $ |
| 62. | **Licenses, franchises, and royalties**<br>_____ | $ | | $ |
| 63. | **Customer lists, mailing lists, or other compilations**<br>_____ | $ | | $ |
| 64. | **Other intangibles, or intellectual property**<br>_____ | $ | | $ |
| 65. | **Goodwill**<br>_____ | $ | | $ |

66. **Total of Part 10.**  $ _____
    Add lines 60 through 65. Copy the total to line 89.

Debtor    U Lock Inc                                     Case number (if known) 22-20823
          Name

### Part 11: All other assets

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    - ☐ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☐ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☐ No. Go to Part 12.
    - ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____    _____ − _____ = → $_____
                                Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
    _____                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    See continuation sheet                                           $ 104,000.00
    Nature of claim        _____
    Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____                         $_____
    Nature of claim        _____
    Amount requested    $_____

76. **Trusts, equitable or future interests in property**
    _____                         $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    _____                         $_____
    _____                         $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.               $ 104,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

Debtor: U Lock Inc   Case number (if known): 22-20823

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 1,876.30 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 17,535.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 21,200.00 | |
| 88. **Real property.** Copy line 56, Part 9. ➔ | | $ 1,900,000.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 104,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ......... 91a. | $ 144,611.30 | + 91b. $ 1,900,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................  2,044,611.30     $ 2,044,611.30

Debtor 1  U Lock Inc  
    First Name    Middle Name    Last Name

Case number (*if known*) 22-20823

## Continuation Sheet for Official Form 206 A/B

**4) Other cash equivalents**

| | |
|---|---|
| Check 1515 United Steelworkers of America | $65.00 |
| Check 242 McCance July Aug Rent | $120.00 |
| Check 2095 Peters Painting | $250.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| Ohio Body Mfg Trailer AXEV-1498 | estimation | 2,000.00 |
| 977 Cat Trxcavator 53A6822 | Estimation | 5,000.00 |
| Vintage Drott Skid Shovel Model6K3 | estimation | 5,000.00 |
| 4 Trailers | estimation | 2,000.00 |
| Tractor Trailer 201 | estimate | 1,000.00 |
| Case 880C Excvator | estimation | 3,000.00 |
| Michigan 85iii front end loader | estimation | 3,000.00 |

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | | |
|---|---|---|---|
| Glenn Mowry 524 8th Street Irwin PA 15642 | Unpaid rent from July 2015 to present taking up multiple trailers and storage units with unknown items. | 84,000.00 | 84,000.00 |
| Robert Biros d/b/a Biros Mobile Home Park 1 Biros Hill Way White Oak PA 15131 | Unpaid rent for2 trailers placed on U Lock property in or around 2017. | 20,000.00 | 20,000.00 |
| Christine Biros | Action to recover costs and fees for improvements to U Lock property while acting as trustee including road work, blacktop, maintenance | 200,000.00 | Unknown |
| Christine Biros | Action in money paid by mistake or unjust enrichment | 33,000.00 | Unknown |

Official Form 206 A/B           Schedule A/B: Property

Debtor 1 U Lock Inc  
First Name   Middle Name   Last Name

Case number *(if known)* 22-20823

# Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| **for payment of** | **property taxes to the extent debtor does not own 14140 Route 30, N Huntingdon** | | |
| **Christine Biros<br>435 Millers Lane<br>Plum Borough PA 15239** | **11 USC Section 362(k)(1) Wilful violations of the bankruptcy automatic stay including actual and punitive damages** | **29,950.00** | **Unknown** |

Official Form 206 A/B  Schedule A/B: Property

ATTACHMENT TO SCHEDULE A/B AS TO REAL PROPERTY

U Lock Inc. believes that it maintains a claim to the real property at 14140 U.S. Route 30, North Huntingdon, Pennsylvania, because:

1. To the extent Christine Biros owns it pursuant to a constructive trust, said trust constitutes an unsecured claim.

2. While the Court released a deed pursuant to an ex parte Order filed on January 26, 2022, with the Westmoreland Recorder of Deeds, said deed merely states that the 2015 deeds were void ab initio. Both the Court of Common Pleas and the Superior Court of Pennsylvania affirmed the validity of the deeds to U Lock issued in 2018 and advised that said deeds transferred the property to U Lock. The deeds filed did not extinguish those deeds in any manner.

   In other words, there are three sets of deeds with the Westmoreland Recorder of Deeds: The 2018 deeds to U Lock that were declared valid. The 2015 deeds to U Lock declared invalid. The 2022 filed deed to Christine Biros that purports to be based on the void 2015 deed but does not mention and cannot mention the valid 2018 deeds.

3. The Court of Common Pleas lacked jurisdiction to render its ex parte Order in January 2022 because the Supreme Court of Pennsylvania and the Superior Court of Pennsylvania did not remit the record. In Pennsylvania, jurisdiction does not return to the Court of Common Pleas until the judgment of the Superior Court is remitted and filed on the docket. This did not occur. Christine Biros' attorney's paralegal called the judge's law clerk in January 2022 and misrepresented the procedural posture.

4. U Lock has a pending challenge to the judgment from January 2022 with the Superior Court of Pennsylvania. This challenge is stayed due to the bankruptcy.

5. U Lock will be filing an adversary proceeding once the case is transferred to Chapter 11 where it will seek to challenge the conveyance of the deed, declare it a preference, declare the constructive trust an unsecured creditor, and to raise a claim to reverse the involuntary conveyance as a result of Christine Biros' knowledge that U Lock was insolvent and she sought priority.

6. U Lock maintains the available financing to return all of Christine Biros' money along with Pennsylvania's statutory interest that she is entitled to.