☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1
**Nonpriority creditor's name and mailing address**
Christine Biros
435 Millers Road
Pittsburgh, PA, 15239

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 325,000.00

**Date or dates debt was incurred** 07/09/2015
**Last 4 digits of account number** 9999

Is the claim subject to offset?
☒ No
☐ Yes

### 3.2
**Nonpriority creditor's name and mailing address**
Christine Biros
435 Millers Road
Pittsburgh, PA, 15239

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Claims she is owed attorney fees.

$ Unknown

**Date or dates debt was incurred** 01/01/2021
**Last 4 digits of account number** 9999

Is the claim subject to offset?
☒ No
☐ Yes

### 3.3
**Nonpriority creditor's name and mailing address**
JAR Coal Company
1985 Lincoln Way
STE 23-333
White Oak, PA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Based on information, JAR Coal Company, an unincorporated a

$ 325,000.00

**Date or dates debt was incurred** 07/09/2015
**Last 4 digits of account number** 9999

Is the claim subject to offset?
☒ No
☐ Yes

### 3.4
**Nonpriority creditor's name and mailing address**
PA Turnpike Toll by Plate
PO Box 645631
Irwin, PA, 15642

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 16.90

**Date or dates debt was incurred** 09/27/2021
**Last 4 digits of account number** 0615

Is the claim subject to offset?
☒ No
☐ Yes

### 3.5
**Nonpriority creditor's name and mailing address**
Shanni Snyder and/or Trustee of the Shanni Snyder Bankruptcy Estate
14390 Route 30
Irwin, PA, 15642

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 262,000.00

**Date or dates debt was incurred**
**Last 4 digits of account number** 9999

Is the claim subject to offset?
☒ No
☐ Yes

### 3.6
**Nonpriority creditor's name and mailing address**
West Penn Power
76 South Main Street
Akron, OH, 44308

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 43.73

**Date or dates debt was incurred** 04/21/2022
**Last 4 digits of account number** 0618

Is the claim subject to offset?
☒ No
☐ Yes

Debtor U Lock Inc  Case number (if known) 22-20823

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.7 Nonpriority creditor's name and mailing address**
Westmoreland County Tax Claim Bureau
2 North Main Street
Ste 109
Greensburg, PA, 15601

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
☑ Disputed

**Basis for the claim:** Property Taxes

**Date or dates debt was incurred** 12/31/2021

**Is the claim subject to offset?**
☑ No
❏ Yes

**Last 4 digits of account number** _____

$ Undetermined

---

**3.___ Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
❏ No
❏ Yes

**Last 4 digits of account number** _____

$ _____

---

**3.___ Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
❏ No
❏ Yes

**Last 4 digits of account number** _____

$ _____

---

**3.___ Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
❏ No
❏ Yes

**Last 4 digits of account number** _____

$ _____

---

**3.___ Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
❏ No
❏ Yes

**Last 4 digits of account number** _____

$ _____

| Debtor | U Lock Inc | Case number (if known) | 22-20823 |
|---|---|---|---|
| | Name | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 912,060.63 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 912,060.63 |