**Fill in this information to identify the case:**

Debtor name: U Lock Inc

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): 22-20823       Chapter 7

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** <br> Maintains possession of units 1, 2, 6, 9, 17, and various parked machines. <br> Lessor <br> **State the term remaining** unknown <br> **List the contract number of any government contract** | Glenn Mowry <br> 524 8th Street <br> Irwin, PA, 15642 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** <br> Leases unit 8 at U Lock <br> Lessor <br> **State the term remaining** unknown <br> **List the contract number of any government contract** | Sharon McCance <br> PO Box 185 <br> Irwin, PA, 15642 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** <br> Leases unit 10 at U Lock <br> Lessor <br> **State the term remaining** 0 <br> **List the contract number of any government contract** | Chuck Wargo <br> address unknwon |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** <br> Tony Noll possesses unit 21 at U Lock. He has not paid rent for 2 years. <br> Lessor <br> **State the term remaining** <br> **List the contract number of any government contract** | Terry Noll <br> 1257 Colt <br> Irwin, PA, 15642 |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** <br> Possesses unit 19 at U Lock <br> Lessor <br> **State the term remaining** <br> **List the contract number of any government contract** | Stephen Chapas <br> 273 Shasta Drive <br> Pittsburgh, PA, 15239 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.6 **State what the contract or lease is for and the nature of the debtor's interest**: unit 18<br><br>**State the term remaining**: 12<br><br>**List the contract number of any government contract** | Denny & John Dull<br>120 Kline Avenue<br>North Versailles, PA, 15137 |
| 2.7 **State what the contract or lease is for and the nature of the debtor's interest**: Lease on unit 3<br>Lessor<br><br>**State the term remaining**: unknown<br><br>**List the contract number of any government contract** | Sara Stumme<br>2705 Bowman Avenue<br>McKeesport, PA, 15132 |
| 2.8 **State what the contract or lease is for and the nature of the debtor's interest**: rent vacant space<br>Lessor<br><br>**State the term remaining**: 5<br><br>**List the contract number of any government contract** | 11585274 Canada Inc<br>663 Ave Orly<br>Durval QC  H9P1G1 Canada, H9P1G1 |
| 2.9 **State what the contract or lease is for and the nature of the debtor's interest**: Rents Unit 11 at U Lock<br>Lessor<br><br>**State the term remaining**:<br><br>**List the contract number of any government contract** | James Clawson<br>2437 Saunders Station Road<br>Monroeville, PA, 15146 |
| 2.10 **State what the contract or lease is for and the nature of the debtor's interest**: Possesses unit at U Lock<br>Lessee<br><br>**State the term remaining**:<br><br>**List the contract number of any government contract** | Jeffrey Shaw<br>140 Carriage Drive<br>Irwin, PA, 15642 |
| 2.11 **State what the contract or lease is for and the nature of the debtor's interest**: lease on unit 15<br><br>**State the term remaining**: 22<br><br>**List the contract number of any government contract** | ESq Holding<br>Attn M Jiminez<br>114A-3000<br>600 W Santa Ana Blvd |
| 2.12 **State what the contract or lease is for and the nature of the debtor's interest**: outside land space<br>Lessor<br><br>**State the term remaining**:<br><br>**List the contract number of any government contract** | Ricoberto Negrete Galeno<br>3048 Norland Street<br>Carnegie, PA, 15106 |

| Debtor | U Lock Inc | Case number (if known) | 22-20823 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Maintains possession of Unit 12 of U Lock<br>Lessor | Jennifer Verrico<br>16 Goldstrom Avenue<br>Dravosburg, PA, 15034 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Possesses unit 14 of U Lock<br>Lessor | United Steelworkers<br>Attn James Hill<br>386 Toura Drive<br>Pittsburgh, PA, 15236 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Possesses unit 16 at U Lock | David Perla<br>550 Beatty Drive<br>Irwin, PA, 15642 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Possesses unit 4 ulock<br>Lessor | R J Abreu<br>39 1/2 Wedgewood Drive 1009<br>Jewett City, CT, 06351 |
| | **State the term remaining** | 24 month | |
| | **List the contract number of any government contract** | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | possesses trailer | INW<br>800 E Wishkah Street #1003<br>Aberdeen, WA, 98520 |
| | **State the term remaining** | 28 months | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Possesses unit 25 at ulock | Lynda & Greg Warnick<br>ADDRESS UNKNOWN<br>CITY, PA, 00000 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | trailer<br>Lessor | RSS Attn: Bawani<br>5307 Victoria Drive #185<br>Vancouver BC CANADA, V5P3V6 |
| | **State the term remaining** | 4 months | |
| | **List the contract number of any government contract** | | |

| Debtor | U Lock Inc | Case number (if known) | 22-20823 |
|---|---|---|---|

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | outside<br>Lessor | Peters Painting<br>14354 Overholt Drive<br>Irwin, PA, 15642 |
| | **State the term remaining**<br>**List the contract number o any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | possesses unit 6 ulock<br>Lessor | Tony Davis<br>6 Liberty Square<br>Boston, MA, 02109 |
| | **State the term remaining**<br>**List the contract number of any government contract** | 18 | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Tractor trailer ssk | R Woodall<br>Apartado 10199<br>San Jose  Costa Rica, 00000 |
| | **State the term remaining**<br>**List the contract number of any government contract** | 19 | |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | rents vacant space to store boat<br>Lessor | Shelly & Ben Chabande<br>799 Brownstone Road<br>Larimer, PA, 15647 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | unit 23<br>Lessor | Fred Banks<br>52 S 8th<br>Pittsburgh, PA, 15203 |
| | **State the term remaining**<br>**List the contract number of any government contract** | 12 | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | half garage<br>Lessor | Mark Myka<br>5148 Peach St 401<br>Erie, PA, 16509 |
| | **State the term remaining**<br>**List the contract number of any government contract** | 7 months | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Unit 22 | Artie Leddon<br>DECEASED |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

| Debtor | U Lock Inc | Case number (if known) | 22-20823 |
|---|---|---|---|

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.**27** **State what the contract or lease is for and the nature of the debtor's interest**: half garage / Lessor<br>**State the term remaining**: 6 months<br>**List the contract number of any government contract** | Gary Cheripka<br>123 Catskill Avenue<br>Pittsburgh, PA, 15227 |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | |