**Fill in this information to identify the case:**

Debtor name: U Lock Inc

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): 22-20823

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Christine Biros (to the extent U Lock acted as her trustee) | Christine Biros (to the extent U Lock acted as her trustee)<br>435 Miller Lane<br>Pittsburgh, PA 15239 | Shanni Snyder and/or Trustee of the Shanni Snyder Bankruptcy Estate | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | Christine Biros (to the | Christine Biros (to the extent U Lock acted as her trustee)<br>435 Miller Lane<br>Pittsburgh, PA 15239 | PA Turnpike Toll by Plate | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | Christine Biros (to the | Christine Biros (to the extent U Lock acted as her trustee)<br>435 Miller Lane<br>Pittsburgh, PA 15239 | Westmoreland County Ta | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | Christine Biros (to the | Christine Biros (to the extent U Lock acted as her trustee)<br>435 Miller Lane<br>Pittsburgh, PA 15239 | West Penn Power | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H      Schedule H: Codebtors      page 1 of 1