IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 22-20823-GLT |
| | : | |
| **U LOCK INC.**, | : | Chapter 7 |
| | : | |
| *Debtor*. | : | Related to Dkt. No. 14, 43 |
| | : | |

# ORDER

The Court conducted a hearing to consider the *Expedited Motion to Dismiss Case, in addition to Motion for Sanctions Against Petitioning Creditor, or in the alternative Motion for Relief from Stay, or in the alternative Motion to Abandon the Movant's Property* (the "Expedited Motion") [Dkt. No. 14] filed by Christine Biros. After hearing testimony from the Debtor's principal George Snyder, the Court noted deficiencies in the Debtor's petition and several actions that must be taken for this case to progress.

For the reasons stated on the record, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**:

1. On or before the close of business on **July 7, 2022**, the Debtor shall file the declaration of electronic filing for its petition via the Court's Electronic Document Submission System.

2. On or before the close of business on **July 8, 2022**, the Debtor shall provide to the trustee:

    a. all cash, lease payments, and revenue (and facilitate the collection of future revenue by the trustee pending further court order);

      b. an updated list of all lessees at the Debtor's facility, including a summary of the payment terms (together with copies of the applicable lease agreements); **and**

      c. the last six months of statements for all of the Debtor's bank accounts.

3. The *Expedited Motion* is DENIED without prejudice, to the extent it seeks to dismiss the bankruptcy case.

4. The *Expedited Motion* is CONTINUED to **August 9, 2022** at **2 p.m.**, to the extent that it seeks stay relief. The hearing will take place in Courtroom A 54th Floor U.S. Steel Tower, 600 Grant St., Pittsburgh, PA 15219. Parties that wish to participate in the hearing via Zoom video conference may do so in accordance with Judge Taddonio's Procedures.

Dated: July 6, 2022

                                         **GREGORY L. TADDONIO**
                                         **UNITED STATES BANKRUPTCY JUDGE**

<u>Case administrator to mail to:</u>
Debtor