

July 14, 2022

Christine Biros & Ulock Inc.
14140 State Route 30
McKeesport, PA 15131

**Re: Grading Activity – 14140 State Route 30, Tax ID 54-03-10-0-103**

Dear Ms. Biros:

It has come to my attention that you are conducting grading/filling activities on the above referenced site. Please be advised that all work must cease and desist immediately and may not resume until you submit a grading plan and permit application for review and approval of the Township.

Sincerely,

*Robert R. Robinson*

Robert R. Robinson, P.E.
Interim Township Engineer

Cc: Tom McGuire, Building Inspector
Josh Andrykovitch, Code Enforcement Officer

**Commissioners**

Zachary J. Haigis
President

Ronald Zona
Vice President

Jason L. Atwood

Eric Gass

Richard Gray

Virginia Stump

Lyndsay Wengrzyn