**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: U LOCK INC. a/k/a U-LOCK INC. | ) ) ) | Bank. 22-20823-GLT |
| Debtor. | ) ) ) | Chapter 7 |
| —————————————— | ) | |
| SHANNI SNYDER, | ) ) | |
| Movant, | ) ) | |
| v. | ) ) | |
| WILLIAM OTTO, and CHRISTINE BIROS, | ) ) ) | |
| Respondents. | ) ) | |
| ——————————————— | ) | |

ORDER

AND NOW, this ___ day of _____, 2022, it appearing that William Otto, Esq., is participating in this case on behalf of Christine Biros, and no appearance exists, it is hereby ORDERED, ADJUDGED and DECREED that compliance with Rule 9010(b) shall occur or Mr. Otto will be prohibited from making further arguments to this Court or otherwise participating in this case.

By the Court:

_____
United States Bankruptcy Judge