Label Matrix for local noticing
0315-2
Case 22-20823-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue Jul 19 14:10:41 EDT 2022

U LOCK INC
14140 U.S. Route 30
N. Huntingdon, PA 15642-1068

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

11585274 Canada Inc
663 Ave Orly
Durval QC  H9P1G1 Canada,   H9P1G1

Christine Biros
435 Millers
Pittsburgh, PA 15239-1754

Christine Biros
435 Millers Lane
Pittsburgh, PA 15239-1754

Christine Biros
435 Millers Road
Pittsburgh, PA 15239-1754

David Perla
550 Beatty Drive
Irwin, PA 15642

Denny & John Dull
120 Kline Avenue
North Versailles, PA 15137-1126

Fred Banks
52 S 8th
Pittsburgh, PA 15203-1030

Gary Cheripka
123 Catskill Avenue
Pittsburgh, PA 15227-3007

Glenn Mowry
524 8th Street
Irwin, PA 15642-3642

INW
800 E Wishkah Street #1003
Aberdeen, WA 98520-2915

JAR Coal Company
1985 Lincoln Way
STE 23-333
White Oak, PA 15131-2418

James Clawson
2437 Saunders Station Road
Monroeville, PA 15146-4451

Jeffrey Shaw
140 Carriage Drive
Irwin, PA 15642-2735

Jennifer Verrico
16 Goldstrom Avenue
Dravosburg, PA 15034-1055

Mark Mycka
5148 Peach Street #401
Erie, PA 16509-2475

Mark Myka
5148 Peach St 401
Erie, PA 16509-2475

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PA Turnpike Toll by Plate
PO Box 645631
Irwin, PA 15642

Peters Painting
14354 Overholt Drive
Irwin, PA 15642-1230

R J Abreu
39 1/2 Wedgewood Drive 1009
Jewett City, CT 06351-2439

R Woodall
Apartado 10199
San Jose  Costa Rica,   00000

RSS Attn: Bawani
5307 Victoria Drive #185
Vancouver BC  CANADA,   V5P3V6

Ricoberto Negrete Galeno
3048 Norland Street
Carnegie, PA 15106-1136

Sara Stumme
2705 Bowman Avenue
McKeesport, PA 15132-3205

Shanni Snyder
14390 Route 30
Irwin, PA 15642-1050

Shanni Snyder
14390 Route 30
N Huntingdon, PA 15642-1050

Shanni Snyder and/or Trustee of the Shanni S
14390 Route 30
Irwin, PA 15642-1050

| | | |
|---|---|---|
| Sharon McCance<br>PO Box 185<br>Irwin, PA 15642-0185 | Shelly & Ben Chabande<br>799 Brownstone Road<br>Larimer, PA 15647-9706 | Stephen Chapas<br>273 Shasta Drive<br>Pittsburgh, PA 15239-3923 |
| Terry Noll<br>1257 Colt<br>Irwin, PA 15642-1879 | Tony Davis<br>6 Liberty Square<br>Boston, MA 02109-5800 | United Steelworkers<br>Attn James Hill<br>386 Toura Drive<br>Pittsburgh, PA 15236-4511 |
| West Penn Power<br>76 South Main Street<br>Akron, OH 44308-1817 | Westmoreland County Tax Claim Bureau<br>2 North Main Street<br>Ste 109<br>Greensburg, PA 15601-2405 | Christine Biros<br>c/o Bernstein-Burkley, P.C.<br>Sarah E. Wenrich<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 |
| J. Allen Roth<br>805 S Alexandria Street<br>Latrobe, PA 15650-1502 | Renee' E. Basista<br>9 Donna Drive<br>Irwin, PA 15642-9417 | Robert H. Slone, Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601-3232 |
| Shanni Snyder<br>14390 Route 30<br>Unit H<br>North Huntingdon, PA 15642-1050 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Artie Leddon<br>DECEASED | (u)Chuck Wargo<br>address unknwon | (u)ESq Holding<br>Attn M Jiminez<br>114A-3000<br>600 W Santa Ana Blvd, |
| (u)Lynda & Greg Warnick<br>ADDRESS UNKNOWN<br>CITY, PA 00000 | (u)George Snyder | (u)Kash Snyder |

End of Label Matrix
Mailable recipients    42
Bypassed recipients     6
Total                  48