IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/28/22 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No. 22-20823-GLT |
| | : | Chapter 7 |
| U LOCK INC.     . | : | Related Dkt. No. 95 |
| | : | |
| Debtor. | : | |
| | : | |

## ORDER

This matter is before the Court upon the *Motion to Compel William Otto to file an Appearance* [Dkt. No. 95] (the "*Motion*") filed by Shanni Snyder. The *Motion* fails to conform to the Local Bankruptcy Rules and/or Judge Taddonio's general court procedures.

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that the *Motion* will be dismissed on ***August 5, 2022***, without prejudice unless the Movant takes the following corrective action:

1) Movant shall schedule the *Motion* for a hearing and schedule a response date in compliance with W.PA.LBR 9013-5 and Judge Taddonio's general court procedures.

2) Movant shall serve the *Motion* and the notice of hearing in compliance with W.PA.LBR 2002-1 and file a certificate of service.

Dated:  July 28, 2022

_____
GREGORY T. TADDONIO hct
UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
Shanni Snyder