## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  U LOCK INC. a/k/a | ) | |
| U-LOCK INC. | ) | Bankruptcy 22-20823-GLT |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| —-------------------------------------------- | ) | |
| CHRISTINE BIROS, | ) | |
| | ) | RE:  Order at Entry 36 |
| Movant, | ) | Notice at Entry 86 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNI SNYDER, | ) | |
| | ) | |
| Respondent. | ) | |

### DECLARATION OF GEORGE SNYDER

I, George Snyder, declare and state under the penalty for perjury that the

following is true and correct (28 USC 1746):

1.  I have reviewed the trustee's and Christine Biros' response relating to the so-called "remediation" work done by her elderly father.

2.  Contrary to the assertions of the trustee, it was not a "propane tank." Rather,, it was a 600 gallon potable water tank in excellent and clean condition.  These tanks are usually used for commercial power washers or other types of use.

3.  As can be shown, it is clear that Christine Biros' father deliberately targeted the tank:



4. Prior to the "remediation," I walked the property with the trustee and showed him these items.

5. This is where Christine Biros' father placed the tank and the other things that were destroyed for no reason.  The tank was punctured.



6. After dumping it in the trash pile, it was removed and placed by the sign near the entrance of U Lock.



7. This is the support for the tank after it was dislodged.  Christine Biros' father left it on the ground.



8. This picture is another tank that they punctured and placed in the pile.  The Biros' damaged about 10 of these tanks.  Prior to Christine Biros' father taking this action, there were no punctures in these tanks.  They were in good condition.



9.  As far as the other items Christine Biros' father destroyed, such as the items stacked outside so they could be moved, they were deliberately targeted as well and placed in the remediation pile.

10. After U Lock's attorney filed the Notice of Non-Compliance, Christine Biros went to the garage at U Lock that had two occupants in it. Without their permission and without notifying them, she bent down and took pictures of the occupants inside the closed garage (the door was slightly up to enable air flow).



Dated this 2nd day of August, 2022.

*/s/ George Snyder*

_____

George Snyder