## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 2:22-20823-GLT |
| ULOCK INC. | Chapter 07 |
| Debtor(s). | |

MOVANT(S) NAME(S), :

SHANNI SNYDER
Movant(s),

v. :                                                      Related to Dkt. No(s). 95

CHRISTINE BIROS,
Respondent(s).

NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF
SHANNI SNYDER TO COMPEL WILLIAM OTTO TO FILE APPEARANCE

TO THE RESPONDENT(S):
You are hereby notified that the Movant seeks an order affecting your rights or
Property.  You are further instructed to file with the Clerk and serve upon the undersigned
attorney for Movant a response to the Motion by no later than August 21, 2022
(i.e., seventeen (17) days after the date of service below), in accordance with the Federal
Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of
the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to
timely file and serve a written response, an order granting the relief requested in the Motion
may be entered and the hearing may not be held. Please refer to the calendar posted on the
Court's webpage to verify if a default order was signed or if the hearing will go forward as
scheduled. You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on September 9, 2022, at 11:00 a.m. before Judge Gregory
L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA,
15219. In accordance with Judge Taddonio's procedures, parties may appear for
non-evidentiary matters remotely by utilizing the Zoom video conference platform.

Parties seeking to appear remotely must register for the hearing by submitting a registration
form via the link published on Judge Taddonio's website (which can be found at
http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no
later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating
remotely shall comply with Judge Taddonio's General Procedures, (which can be found at
http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

Parties who fail to timely register for remote participation will be expected to
attend the hearing in person. Only a limited time of ten (10) minutes is being provided on the
calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will
be scheduled by the Court for a later date.

August 3, 2022

Shanni Snyder
14390 Route 30
North Huntingdon PA  15642
412-206-6850
shannis@pm.me

CREDITOR

CERTIFICATE OF SERVICE

I, Shanni Snyder, served the following persons on the 3rd day of August 2022 by mailing a copy of the Motion to Compel William Otto to Appeal that I filed at entry 95 and this notice to the following persons:

Christine Biros

c/o Bernstein-Burkley, P.C.
Sarah E. Wenrich
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
*Added: 05/20/2022*
*(Creditor)*

**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**Robert H. Slone, Trustee**
223 South Maple Avenue
Greensburg, PA 15601

**J. Allen Roth, Esq.**
805 S Alexandria Street
Latrobe PA  15650

_____
Shanni Snyder