IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: U LOCK INC. a/k/a U-LOCK INC. | ) ) ) | Bankruptcy 22-20823-GLT |
| Debtor. | ) ) ) | Chapter 7 |

## EXHIBITS IN SUPPORT OF MOTION TO CONVERT CASE TO CHAPTER 11, SUBPART V

The attached exhibits will be referenced at the hearing on the Motion to Convert from Chapter 7 to 11, Subpart V and other matters scheduled for August 9, 2022. These exhibits are being provided in advance pursuant to Paragraph 11 of the General Procedures Established for Cases Assigned to Judge Gregory L. Taddonio.

Respectfully submitted,

*/s/ J. Allen Roth, Esq.*

_____
J. Allen Roth, Esq. (PA ID 30348)
805 S. Alexandria Street
Latrobe PA 15650
(724) 537-0939
lawmatters@yahoo.com

COUNSEL FOR DEBTOR U LOCK INC.

# COMMERCIAL LINES COMMON POLICY DECLARATIONS

INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BY AN "X":    Stock Company

☐ PENN-AMERICA INSURANCE COMPANY
☐ PENN-STAR INSURANCE COMPANY
☒ PENN PATRIOT INSURANCE COMPANY

Bala Cynwyd, Pennsylvania 19004

**Renewal of Number:** NEW
**Rewrite of Number:**
**State Control Number:** --

**POLICY NUMBER:** PAV0389594

1. **NAMED INSURED:** ULOCK INC
   **DBA:**
   **MAILING ADDRESS:** 14140 STATE ROUTE 30
   North Huntingdon, PA 15642

2. **POLICY PERIOD:** From July 22, 2022 To July 22, 2023 at 12:01 A.M. Standard Time at your mailing address shown above.

3. **FORM OF BUSINESS:** Corporation    **OTHER DESC:**

4. **BUSINESS DESCRIPTION:** MINI-WAREHOUSES

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

5. THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| Coverage Part | PREMIUM |
|---|---|
| Commercial General Liability Coverage Part | $ 891.00 |
| Commercial Property Coverage Part | $ 1,836.00 |
| Commercial Crime Coverage Part | $ NOT COVERED |
| Commercial Inland Marine Coverage Part | $ NOT COVERED |
| Professional Liability Coverage Part | $ NOT COVERED |
| Liquor Liability Coverage Part | $ NOT COVERED |
| Commercial Umbrella Coverage Part | $ NOT COVERED |
| Owners Contractors Protective Coverage Part | $ NOT COVERED |
| TRIA | $ NOT COVERED |

6. **TOTAL PREMIUM PAYABLE AT INCEPTION** $ 2,727.00
   Policy Fee $ 150.00
   Surplus Lines Tax $ 80.13
   Inspection Fee $ 150.00
   Stamping Fee $ 20.00
   Other: $
   **TOTAL** $ 3,127.13

7. FORM(S) AND ENDORSEMENT(S) MADE A PART OF THIS POLICY AT THE TIME OF ISSUE:*
   AS PER FORM S1007 (12/2000) SCHEDULE OF FORMS AND ENDORSEMENTS ATTACHED

*Omits applicable Forms and Endorsements if shown in specific Coverage Part/Coverage Form Declarations.

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

**Agency Code:** 02714
USG Insurance Services, Inc. - Canonsburg
1000 Town Center Way
Canonsburg, PA 15317
ak    07/25/2022

By _____
Authorized Representative

S1100(09/2016)      Page 1 of 1

# COMMERCIAL LINES COMMON POLICY DECLARATIONS
# SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER: | NAMED INSURED: |
|---|---|
| PAV0389594 | ULOCK INC |

Form / Endorsement No. / Edition Date

COMMON POLICY

| | | |
|---|---|---|
| NAA105 | [05-22] | GLOBAL INDEMNITY PRIVACY NOTICE |
| NAA238 | [05-22] | IMPORTANT NOTICE FOR POLICYHOLDERS REGARDING PUBLIC HEALTH EMERGENCY |
| NAA169 | [05-22] | CLAIMS REPORTING PROCEDURES |
| S1100 | [09-16] | PENN-AMERICA COMMON POLICY DECLARATIONS |
| IL0017 | [11-98] | COMMON POLICY CONDITIONS |
| IL0021 | [09-08] | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT |
| IL0120 | [10-13] | PA CHANGES - DEFENSE COSTS |
| IL0910 | [07-02] | PA NOTICE |
| EAA204 | [02-15] | PA SERVICE OF SUIT |
| EAA100 | [01-12] | IN WITNESS CLAUSE |
| EAA146 | [12-09] | TERRORISM EXCLUSION |
| S1003 | [08-91] | MINIMUM EARNED PREMIUM |
| S2003 | [08-02] | PA COMBINED PROVISIONS ENDORSEMENT |
| PA01230 | [04-90] | ASBESTOS EXCLUSION |
| IL0003 | [09-08] | CALCULATION OF PREMIUM |
| IL0985 | [12-20] | DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT |
| EPA1739 | [06-15] | CHANGES - ACTUAL CASH VALUE |

COMMERCIAL GENERAL LIABILITY

| | | |
|---|---|---|
| S2000 | [06-01] | GL COVERAGE PART DECLARATIONS |
| CG0001 | [04-13] | CGL COVERAGE FORM |
| CG2107 | [05-14] | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - LIMITED BODILY INJURY EXCEPTION NOT INCLUDED |
| CG2109 | [06-15] | EXCLUSION - UNMANNED AIRCRAFT |
| CG2147 | [12-07] | EMPLOYMENT RELATED PRACTICES EXCL |
| CG2155 | [09-99] | TOTAL POLLUTION EXCLUSION WITH A HOSTILE FIRE EXCEPTION |
| CG2132 | [05-09] | COMMUNICABLE DISEASE EXCLUSION |
| CG2167 | [12-04] | FUNGI OR BACTERIA EXCLUSION |
| CG2196 | [03-05] | SILICA OR SILICA-RELATED DUST EXCLUSION |
| CG2229 | [11-85] | EXCL - PROPERTY ENTRUSTED |
| CG2426 | [04-13] | AMENDMENT OF INSURED CONTRACT DEFINITION |
| EPA1631 | [01-18] | TOTAL EXCLUSION - PROFESSIONAL SERVICES |
| EPA1691 | [09-12] | ANTI-STACKING ENDORSEMENT |
| EPA1833 | [01-18] | NONCOOPERATION WITH AUDIT |
| EPA2016 | [03-22] | EXCLUSION - CYBER AND DATA LIABILITY |
| CG4014 | [12-19] | CANNABIS EXCLUSION |

COMMERCIAL PROPERTY

| | | |
|---|---|---|
| S3000 | [08-09] | COMMERCIAL PROPERTY COVERAGE PART |

## COMMERCIAL LINES COMMON POLICY DECLARATIONS
## SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER: | NAMED INSURED: |
|---|---|
| PAV0389594 | ULOCK INC |

Form / Endorsement No. / Edition Date

```
                        DECLARATIONS
CP0010    [10-12]       BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CP0090    [07-88]       COMMERCIAL PROPERTY CONDITIONS
CP0140    [07-06]       EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA
CP1030    [09-17]       CAUSE OF LOSS - SPECIAL FORM
CP1033    [10-12]       THEFT EXCLUSION
CP1075    [12-20]       CYBER INCIDENT EXCLUSION
CP9903    [12-19]       CANNABIS EXCLUSION
EPA1925   [12-18]       SINKHOLE COLLAPSE EXCLUSION
```

RESOLUTION OF U LOCK INC.

At a meeting of the shareholders on June 30, 2022, in Westmoreland County, Pennsylvania:

WHEREAS, Shanni Snyder commenced an involuntary bankruptcy under Chapter 7 of the Bankruptcy Court which, because of a lack of defense to the allegation of insolvency, it did not answer, and as the Corporation is insolvent and unable to pay its debts when due,

and WHEREAS, the Corporation and its creditors would best be served by reorganization of the Corporation under Chapter 11 of the Bankruptcy Code, Subchapter V, Small Business Recorganization, considering that benefit to the creditors and the Company would be best had by invoking the Pennsylvania Uniform Voidable Transactions Act or similar avoidance and preferential transfer laws available under the bankruptcy code and federal law to void the purported involuntary transfer of U Lock's property, obtain available financing, and pay the creditors in full, it is hereby:

RESOLVED, that the Corporation authorizes as soon as practicable counsel J Allen Roth to convert the case to reorganization pursuant to Chapter 11 of the Bankruptcy Code, Subchapter V, Small Business Reorganization. The Corporation consents to reorganization.

Present: George Snyder    345,000,000 outstanding shares
Kash Snyder      75,000,000 outstanding shares (telephonically)

Quorum: 98.82% of shareholders voting for resolution. 1.18% not present.

The undersigned hereby certifies that he is the custodian of the books and records of U Lock Inc., a corporation duly formed pursuant to the laws of the Commonwealth of Pennsylvania, and that the foregoing is a true record of a resolution duly adopted at a meeting of the shareholders with a quorum present exceeding 98.82% of the outstanding share of U Lock's stock and that said resolution is now in full force and effect without modification or rescission.

_____
George Snyder
Majority shareholder

# J. MICHAEL LEVESQUE

July 23, 2022

USAAG Systems

Glastonbury, CT 06033

J. Allen Roth, Esq.
805 S. Alexandria
Latrobe, PA 15650

Robert Slone, Esq.
223 South Maple Avenue
Greensburg, PA 15601

      In re: U Lock, No. 22-20823 (Bk. W.D. Pa.)

Gentlemen,

I have visited the U Lock site several times over the past few years and am familiar with the location and property.

I am aware that USAAG has tentatively agreed to inject sufficient capital into U Lock Inc. to allow it to pay off all of its creditors the amounts they are due in full pursuant to a prospective bankruptcy plan.

In the event the United States Bankruptcy Court for the Western District of Pennsylvania allows U Lock Inc. to reorganize and to secure its assets lien free, I will accept the position as President of U Lock Inc.

Through my experience as a former Mayor of West Warwick, Rhode Island, a town with almost the exact population as North Huntingdon, Pennsylvania, along with other governmental and real estate experience, I believe U Lock can become prosperous fairly quickly. Under my guidance and direction, U Lock will be debt free, supervised, compliant, and profitable.

Yours truly,

*[signature]*

J. Michael Levesque

WARWICK     RHODE ISLAND     USA

# J. Michael Levesque



Warwick, RI
USA

## PERSONAL

Born            , 1953
Kent County Memorial Hospital – Warwick, RI
Son of Arthur A. and Gloria (Paull) Levesque (Deceased)
Married to the former Celeste A. Vanasse and father of three children: Lindsay-Mae; July 1, 1977, Zachary Paull; August 11, 1980 and Aubrey Elizabeth; July 28, 1989

## EDUCATION

| | | |
|---|---|---|
| 1975 | Bachelor of Arts Degree – Political Science | |
| | St. Michael's College, Colchester, Vermont | |
| 1971 | High School Diploma – College Preparatory | |
| | Bishop Hendricken High School, Warwick, RI 02886 | |
| 1967 | Grammar School | |
| | St. James School, West Warwick, RI 02893 | |

## ORGANIZATIONS

Involved in a wide range of civic organizations as well as fundraising activities for community-based organizations.
Licensed Real Estate Agent
Notary Public
Newspaper columnist and Associate Publisher of The Rhode Island Echo
Political Analyst for WJAR-TV on occasion

## POLITICAL AND GOVERNMENTAL OFFICES AND AFFILIATIONS

| | | |
|---|---|---|
| 2020+ | BOARD MEMBER | RI Heritage Hall of Fame |
| 2015 | BOARD MEMBER | NE Group Foundation |
| 2015 | MEMBER | Station Fire Advisory Committee |
| 2013 | CO-CHAIRMAN | West Warwick Centennial Ball |
| 1998-2006 | CO-FOUNDER | Narragansett Indian Casino Drive |
| 1998-2002 | CO-CHAIR | West Warwick 2000 |
| 1990-1992 | MEMBER | Children's Crusade Board |
| 1986-1992 | MEMBER | Industry-Education-Labor Council of RI |
| 1986-1987 | MEMBER | RI Adult Education Literacy Council |
| 1986-1987 | MEMBER | RI Strike Force for Literacy |
| 1979-1998 | MEMBER | West Warwick GOP Committee |
| 1986-1988 | MEMBER | Republican National Committee |
| 1986 | DELEGATE | White House Conference on Business |
| 1985-1986 | CHAIRMAN | West Warwick Charter Commission |

| | | |
|---|---|---|
| 1982-1984 | MEMBER | West Warwick Town Council |
| 1980 | MEMBER | Davies Vocational School Advisory |
| 1980 | CHAIRMAN | RIGOP Energy Commission |
| 1979 | CHAIRMAN | West Warwick Alternate Tax Committee |
| 1977 | MEMBER | West Warwick Charter Review Committee |

**SPECIAL AWARDS**

1991-1992    PRESIDENTIAL APPOINTMENT
Reappointed by President Bush to the National Commission for Employment Policy

1990    PRESIDENTIAL APPOINTMENT
Appointed by President Bush to the United States Presidential Observer Delegation to the National elections in Haiti

1989-1991    PRESIDENTIAL APPOINTMENT
Appointed by President Reagan to the National Commission for Employment Policy

1986    PRESIDENTIAL APPOINTMENT
Appointed by President Reagan as a Presidential Delegate (100 Nationwide) to the White House Conference on Small Business

**AWARDS/HONORS**

Various awards and honors from a variety of professional, governmental and civic organizations.

**EMPLOYMENT**

2012-Present    PRINCIPAL
XM AMERICAS MANAGEMENT, LLC.
378 Main Street, East Greenwich, RI 02818
A principal in this company that is contracted to expand a major money remittance company based in the Middle East into the Americas and the Caribbean.

2007-Present    PRINCIPAL
CHURCHILL LINCOLN INTERNATIONAL, LLC.
378 Main Street, East Greenwich, RI 02818
A principal in this company that brings a wide range of companies, in a cross section of fields, to do business in the Middle East and North Africa.
Clients include major entertainment, construction related and financial companies, as well as North American companies in the energy business.

2003-Present    PRINCIPAL
THE LINCOLN GROUP, LLC.
461 Main Street, East Greenwich, RI 02818
Business consultant for various companies in a wide variety of fields.

|           | Clients include companies involved in gaming, energy, solid waste management, construction, manufacturing, and government service, both domestically and internationally. |
|-----------|---|
| 2001-2005 | DIRECTOR OF BUSINESS DEVELOPMENT<br>O. AHLBORG & SONS, INC.<br>48 Molter Street, Cranston, RI 02910<br>Responsible for all business development and public affairs for this large Rhode Island based construction company. |
| 1996-1998 | VICE PRESIDENT<br>CARDINAL INTERNATIONAL TRADE, LTD.<br>17 Industrial Drive, Smithfield, RI 02917<br>Involved in all areas of this international trade company whose main focus was on the manufacture, sale and distribution of Nicaraguan cigars. Duties included extensive travel throughout Latin America. |
| 1993-1996 | PRESIDENT<br>LEVESQUE ASSOCIATES, LTD.<br>920 Main Street, Coventry, RI 02816<br>A small consulting firm with an emphasis on privatization programs for developing countries in Latin America and the Pacific Rim. |
| 1988-1992 | MAYOR<br>TOWN OF WEST WARWICK, RHODE ISLAND<br>Was the first Mayor elected in the Town's history. Served two terms before accepting the Party's nomination to be a candidate for the office of Governor. |
| 1987-1988 | CHAIRMAN<br>RHODE ISLAND REPUBLICAN PARTY<br>Elected unanimously by the Rhode Island Republican State Central Committee to oversee Party activities. |
| 1987      | DIRECTOR<br>RHODE ISLAND DIVISION OF JOB DEVELOPMENT AND TRAINING/STATE JTPA LIASON<br>Responsible for the administration of all areas of the federally funded Job Training Partnership Act for the State of Rhode Island. Served also as liason to the United States Department of Labor. |
| 1977-1985 | VICE PRESIDENT<br>CRYSTALITE EMBEDMENTS, INC.<br>6 Industrial Drive, Smithfield, RI 02917<br>Concerned with all areas of this plastic manufacturing corporation. Duties included extensive travel throughout the US and Canada. |



July 23, 2022


J. Allen Roth, Esq.
805 S. Alexandria
Latrobe, PA  15650

Robert Slone, Esq.
223 South Maple Avenue
Greensburg, PA 15601

      In re:  U Lock, No. 22-20823 (Bk. W.D.Pa.)

Dear Mr. Roth and Mr. Slone:

In the event U Lock Inc. was able to reorganize and regain control of its assets through payment in full to its creditors, I would be pleased to participate on the Board of Directors of the reorganized enterprise.

I did visit U Lock Inc. in Pennsylvania, met with George Snyder, and familiarized myself with the area and potential development opportunities.  Through my experience and understanding of real estate, I can assist U Lock in its successful development.

Very truly yours,

*DP*

Don Parsons

cc:    USAAG

# DON PARSONS



don@98co[REDACTED]

### PROFILE
With the ability to make unbiased decisions, manage numbers, and keep healthy percentage of profit for each company, Don has proven his ability to multi-task and complete the task at hand

### EXPERIENCE

**Designated Broker/Owner, Cullinan Real Estate, Newport, RI — 2020-Present**

Cullinan burst onto the luxury marketplace in 2020 and has proven to become a threat to real estate agencies with more than 100 years of experience. Cullinan is a luxury real estate brand created to market and sell the most exclusive homes throughout the country. Currently preparing listings in RI, CA, CT, NY, PA, and WV, this company is destined to become the top luxury brand in country. Cullinan Real Estate has already acquired a portfolio of listings from top real estate developers throughout the country.

**Owner, Anytime Realty, Johnston, RI — 2014-Present**

Within seven years of its conception, Anytime Realty has gown to one of the top real estate firms in the state and specializes in residential and commercial brokerage with a staff of twenty plus seasoned agents. A healthy percentage of profit margin, and the ability to think on the fly and adjust with the changing market has allowed Anytime Realty to continue to be ranked highly in sales and customer service statistics.

**Owner, Moe's Moving & Storage, Smithfield, RI — 2020- Present**

Since its conception, Moe's Moving has grown from a single crew operation to a robust fleet of top of the line moving vehicles, and crew. Moe's Moving has swiftly become the exclusive mover of many professional athletes, celebrities and top producing real estate agents, and has successfully completed long distance and local moves for thousands of clients. Currently holding licenses throughout the US and in RI, MA, CT, NH, and FL, Moe's Moving has the ability to grow. Moe's operates a state of the art warehouse facility and with the current staff and crew in place, Moe's Moving has over 30 years of combined experience and expertise in the moving and storage industry.

**Owner, Pure Water Transport, Coventry, RI — 2021-Present**

Acquired with 50 years of business knowledge and experience as the top water transport company within the state of Rhode Island, Pure Water

Transport is currently operating in RI, MA and CT. With new management and an updated fleet of trucks, Pure Water Transport is poised to be the exclusive water transport company in the tri-state area.

**Keynote Speaker, Bryant University and Providence College — Present**
Over the last decade, Don has been an honored guest at some of the most prestigious business colleges throughout Rhode Island as a keynote speaker. With a passion for education and entrepreneurship, his speeches have inspired and lead young business professionals to greatness. As a mentor, Don has taken a serious role in the education of up and coming entrepreneurs.

**EDUCATION AND ACCOLADES**
**Greater Providence Board of REALTORS — President, 2020**
**Greater Providence Board of REALTORS — REALTOR of the year, 2017**
**Rhode Island Association of REALTORS- Board of Directors**
**Greater Providence Board of REALTORS — Board of Directors**
**Make-A-Wish Board of Directors**
**Bryant University, Leadership Excellence Certificate Program, 2019**
**National Association of REALTORS — Certified Instructor**
**Rhode Island Association of REALTORS — Certified Instructor**

**SKILLS**
Don brings to the table the ability to take a hand's on approach in the management of multiple businesses. He also possesses a large network of connections including politicians, business owners, and entrepreneurs. With extensive experience in marketing and negotiations, he is able to lead a company to success. The ability to adapt with movement in the markets has allowed Don to grow each business substantially. He possesses an international reach with contacts in the Middle East, and throughout the country including major key cities such as Boston, New York, Miami, Los Angeles, Aspen and Houston.

**USAAG SYSTEMS CO**

██████████████

**GLASTONBURY CT** ████████

██████████████
██████████████

July 12, 2022

J. Allen Roth, Esq.
805 S. Alexandria Street
Latrobe PA  15650

      In re:        Confidential Letter of Intent
                      14140 U.S. 30, North Huntingdon, Pennsylvania

Dear Mr. Roth:

USAAG Systems Co. is an accredited investor.  It has fully reviewed the *U Lock* bankruptcy matter along with certain lawsuits filed in the Court of Common Pleas of Westmoreland County.

USAAG Systems Co. is willing to infuse the capital necessary for U Lock to either emerge from bankruptcy or have its bankruptcy dismissed,, satisfy the unsecured loan Ms. Biros provided to U Lock Inc. along with fair interest.  We would  provide the seed money and assistance for U Lock to either develop the property or enter into a joint venture to develop the property.  USAAG Systems Co. would expect to receive at least a seventy-five percent (75%) equity stake in U Lock Inc. to do so.

Alternatively, USAAG Systems Co. is willing to provide U Lock a mortgage to pay Ms. Biros the funds along with interest.  USAAG would provide terms and guidance for U Lock to enable U Lock to develop the property.

However, as USAAG Systems Co. must be able to provide U Lock with seed capital and cover other expenses, this Letter of Intent is contingent upon Ms. Biros receiving no more than the actual amount she provided,any property taxes she paid between 2015 and present, along with the capped Pennsylvania simple interest rate of six percent (6%).  *Furthermore, we cannot consider compensation to Ms. Biros for the current remediation activities without first evaluating a site plan.*

Finally, we note our extreme concern relating to the dumping or development activities occurring on the property.  If it is found that these current activities caused significant environmental damage or would materially increase the costs of simple remediation, we reserve the right to modify or rescind this offer.

The funds earmarked for this project are liquid, deposited in an FDIC insured bank, and ready to be transmitted to escrow or the bankruptcy trustee forthwith.

Very truly yours,

████████████

Dave Carter
Vice President

> ---Allen and George:
>   This plan is flexible.  We could infuse the entire amount owed to all creditors including the Christine Biros unsecured loan and the Shanni Snyder judgment so long as its capped at what they are entitled to-- federal prejudgment or post-judgment.  In this case, based on calculations, we'd ask for 80% of the reorganized enterprise and the existing shareholders receive 20%.  We'd guide the reorganized company to develop nicely with Mike Levesque and Don Parsons on board.
>                       --Dave



US702 | BR002
ROP 450
P.O. Box 7000
Providence, RI 02940

**Savings Account Statement**

Page 1 of 3

Beginning July 01, 2022
through July 31, 2022

**Questions? Contact us today:**

**CALL:**
Savings Account Customer Service
1-800-922-9999

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

USA AG SYSTEMS CO
GLASTONBURY CT

USA AG SYSTEMS CO

## Business Savings for

### Balance Calculation
| | | |
|---|---|---|
| Previous Balance | | 850,808.47 |
| Withdrawals & Debits | − | 499.00 |
| Deposits & Credit | + | .00 |
| Interest Paid | + | 7.22 |
| **Current Balance** | = | 850,316.69 |

### Balance
| | |
|---|---|
| Average Daily Balance | 850,373.85 |

### Interest
| | |
|---|---|
| Current Interest Rate | .01% |
| Annual Percentage Yield Earned | .01% |
| Number of Days Interest Earned | 31 |
| Interest Earned | 7.22 |
| Interest Paid This Year | 19.97 |

You can waive the monthly maintenance fee of $4.99 by maintaining a minimum daily balance of $500 in your account.
  Your minimum daily balance used to qualify this statement period is: $850,309
A New Account waiver is active on your account so monthly maintenance fees are not currently being assessed. Your first four monthly maintenance fees will be waived as a courtesy.

### TRANSACTION DETAILS FOR SAVINGS ACCOUNT ENDING 6498

| Date | Amount | Description |
|---|---|---|
| 07/05 | 499.00 | ONLINE TRANSFER TO CHECKING 0024996386 |
| 07/29 | 7.22 | Interest |

| | |
|---|---|
| **Previous Balance** | 850,808.47 |
| **Total Transactions** | − 491.78 |

Please See Additional Information on Next Page

Member FDIC  Equal Housing Lender

## Business Savings

| Daily Balance | | | | | | Current Balance |
|---|---|---|---|---|---|---|
| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* | = **850,316.69** |
| 07/05 | 850,309.47 | 07/29 | 850,316.69 | | | |

### NEWS FROM CITIZENS

Why wait for a statement to see your banking activity? Download our Mobile Banking App* today to see your account info when it is convenient for you. Plus, better manage your money with personalized insights in the app to better balance spending and saving.
*Wireless carrier charges may apply.

Member FDIC  Equal Housing Lender





GARBAGE PUSHED IN MANHOLE



PILE CREATED DURING SO-CALLED REMEDIATION PROCESS (STILL THERE)