**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 22-20823-GLT |
| | : | |
| **U LOCK INC.,** | : | Chapter 7 |
| | : | |
| *Debtor*. | : | Related Dkt. No. 95 |
| | : | |

## ORDER

This matter is before the Court upon the *Motion to Compel William Otto to File Appearance* [Dkt. No. 95] filed by Petitioning Creditor Shanni Snyder. It is hereby **ORDERED, ADJUDGED**, and **DECREED** that:

1.    The *Motion to Compel William Otto to File Appearance* [Dkt. No.95] is **DENIED** on the basis that Attorney Otto entered his appearance during prior hearings in this case.

2.    The Court has also consulted the attorney registration rolls and confirmed that he is admitted to practice before this Court, and therefore finds no basis to exclude Attorney Otto's participation in this case.

3.    The hearing scheduled for September 9, 2022 is **CANCELLED**.

Dated:  August 4, 2022

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cm: Shanni Snyder