7/12/22 — Visit to 14140 U.S. Rt. 30

Additional items not on list at U Lock Rt 30 N. Huntingdon PA:

4 trailers are listed: are they mobile homes, box storage trailers, tag a long trailers???? (unclear description)

4 mobile homes (as is)

Red drop deck beaver tail lowboy trailer

Cat 941 (No Motor)

2 boats on trailers

55 gallon drums

Clark pneumatic fork truck

Red tri axle, no hood, no radiator, parts (last inspected 1999)

1 lot misc. scrap

Ford F150 blue plow truck 49-302B21 (as is)

Grove?  Mobile crane (as is)

FILED
08/08/2022 1:20 PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

EXHIBIT A -- List from the Trustee on July 12, 2022

I Glen Mowry, claim Trucks, Equipment and Trailers Located at U lock Property at route 30 North Huntingdon, PA as my property.

1. Ohio Body Mfg Trailer  AXEV-1498
2. 977 CAT  Traxcavator  53A6822
3. Drott Skid Shovel Model 16K3
4. 4 storage Trailers
5. Tractor Trailer 201
6. Case 880C Excavator
7. Michigan 85 Front end Loader
8. Red Drop Deck Beaver tail low Boy Trailer
9. CAT High Lift 941 with no motor
10. Clark Pneumatic fork Truck
11. Red Tri Axle Diamond Rio with no hood/Radiator Parts
12. 1 lot Misc Scrap
13. Ford F150  4 X 4 plow truck 49-302B21
14. Grove American Mobile Crane

_____ 8-4-22

_____
Notary

Commonwealth of Pennsylvania - Notary Seal
Marion Rayman, Notary Public
Westmoreland County
My commission expires September 8, 2022
Commission number 1134623
Member, Pennsylvania Association of Notaries

Exhibit B -- Claim from Glen Mowry

## ASSIGNMENT OF LEASES AND RIGHTS TO PERSONAL PROPERTY

**HENRY LEE MOORE AND SUSAN STANO, Co-Administrators,**
**Estate of Nicholas A. Schur; CYNTHIA SARRIS, Administratrix,**
**Estate of Anne Sarris; DENISE SCHUR, Executrix, Estate of Alex Schur; and**
**KATHLEEN WALKER, Executrix, Estate of Michael Schur,**

**Assignors,** in consideration of one dollar ($1.00) and other good and valuable consideration paid by **U LOCK, INC.**, **Assignee,** hereby assign unto Assignee, their heirs, executors, administrators, successors, and assigns, all the right, title, and interest of Assignors in and to all leases concerning the buildings and storage and other structures, mobile homes, equipment, vehicles and other personal property located upon the real estate commonly known as 14140 Route 30, North Huntingdon Township, Westmoreland County, Pennsylvania 15642, and being more particularly described on the attached Exhibit "A":

TO HAVE AND TO HOLD the same unto Assignee from the date of this Assignment, subject to the rents, covenants, conditions, and provisions of any leases or rights of lessees or other owners, if any.

ASSIGNEE HEREBY ASSUMES the performance of all the terms covenants, and provisions of any leases, if any, hereby assigned, and will well and truly perform all the terms, covenants, and conditions of the said lease herein assigned; all with the same full force and effect as if Assignee had signed any lease originally as tenant named therein.

ASSIGNEE hereby agrees that Assignee will well and truly indemnify and save harmless the Assignor from all manner of suit, actions, damages, charges and expense including attorney and counsel fees, that Assignor may sustain by reason of Assignee's failure to so perform any lease or by reason of Assignee's breach of any of the terms, covenants, or conditions of any lease hereby assigned from and after the date of this Assignment.

IN WITNESS WHEREOF, Assignor and Assignee have caused these presents to be duly executed, intending to be legally bound hereby this ___14th___ day of July, 2015.

| WITNESS: | ASSIGNORS: |
|---|---|
| | **HENRY LEE MOORE AND SUSAN STANO** |
| | **Co-Administrators,** |
| | **ESTATE OF NICHOLAS A. SCHUR** |
| _____ | _____ |
| _____ | _____ |

EXHIBIT C -- Assignments of Leases

Exhibit "A"

**ALL** that certain parcel of land situate in North Huntingdon Township, Westmoreland County, Pennsylvania, bounded and described according to a property survey for Nick Schur, prepared by Barry E. Sakal, Land Surveyor, dated December, 1986, as follows, to wit:

Beginning at a point in the centerline of U.S. Route 30, at the dividing line between property now or formerly of Oddo-Keddie, Inc., and property herein described; thence S 24 degrees 0 minutes E, 335.11 feet to a point; thence S 63 degrees 26 minutes W, 175.60 feet to a point; thence S 14 degrees 50 minutes E, 265.17 feet to a point; thence S 25 degrees 17 minutes E, 250 feet to a point; thence S 64 degrees 43 minutes W, 26.95 feet to a point; thence S 25 degrees 17 minutes E, 86.59 feet to a point; thence S 69 degrees 06 minutes W, 149.27 feet to a point; thence S 25 degrees 17 minutes E, 200 feet to a point; thence S 69 degrees 06 minutes W, 542.81 feet to a point; thence N 34 degrees 0 minutes W, 1,093.47 feet to a point; thence N 64 degrees 35 minutes E, 1,113.59 feet to a point, the place of beginning;

EXCEPTING AND RESERVING the out sale of property on February 27, 1989, described and recorded on March 14, 1989, in Deed Book Volume 2864, Pages 315 to 317, from Nicholas Schur, Margaret Schur, Ann Sarris, Alex Schur and Mildred Schur, his wife, and Michael Schur and Anne Schur, his wife, to James S. Whelan.

The premises hereby conveyed are subject to the following exceptions:

1. Unrecorded easements, discrepancies, or conflicts in boundary lines, shortages in areas or in encroachments, which an accurate survey would disclose.
2. Under and subject to conditions, restrictions, rights-of-way, and easements of record.
3. All previously conveyed or transferred oil, gas, coal, hydrocarbons and mining rights, and other leases and rights of way of record pertaining thereto.

**ALSO EXCEPTING AND RESERVING unto the Grantor, all of Grantors' interest in the coal, gas, oil, and all hydrocarbons and all other minerals underlying the above-described land, whatever that interest may be.**

**BEING** Tax Map Number **54-03-10-0-103**.

_____  
WILLIAM F. ROSS

**CYNTHIA SARRIS, Administratrix,  
Estate of Anne Sarris**

_____  
**DENISE SCHUR, Executrix,  
Estate of Alex Schur**

_____  
**KATHLEEN S. WALTER, Executrix,  
Estate of Michael Schur**

ASSIGNEE:

**U LOCK, INC.**

_____  
President

Attest:

_____  
Secretary

## ASSIGNMENT OF LEASES AND RIGHTS TO PERSONAL PROPERTY

**HENRY LEE MOORE AND SUSAN STANO, Co-Administrators,
Estate of Nicholas A. Schur; CYNTHIA SARRIS, Administratrix,
Estate of Anne Sarris; DENISE SCHUR, Executrix, Estate of Alex Schur; and
KATHLEEN WALKER, Executrix, Estate of Michael Schur,**

**Assignors,** in consideration of one dollar ($1.00) and other good and valuable consideration paid by **U LOCK, INC., Assignee,** hereby assign unto Assignee, their heirs, executors, administrators, successors, and assigns, all the right, title, and interest of Assignors in and to all leases concerning the buildings and storage and other structures, mobile homes, equipment, vehicles and other personal property located upon the real estate commonly known as 14140 Route 30, North Huntingdon Township, Westmoreland County, Pennsylvania 15642, and being more particularly described on the attached Exhibit "A":

TO HAVE AND TO HOLD the same unto Assignee from the date of this Assignment, subject to the rents, covenants, conditions, and provisions of any leases or rights of lessees or other owners, if any.

ASSIGNEE HEREBY ASSUMES the performance of all the terms covenants, and provisions of any leases, if any, hereby assigned, and will well and truly perform all the terms, covenants, and conditions of the said lease herein assigned; all with the same full force and effect as if Assignee had signed any lease originally as tenant named therein.

ASSIGNEE hereby agrees that Assignee will well and truly indemnify and save harmless the Assignor from all manner of suit, actions, damages, charges and expense including attorney and counsel fees, that Assignor may sustain by reason of Assignee's failure to so perform any lease or by reason of Assignee's breach of any of the terms, covenants, or conditions of any lease hereby assigned from and after the date of this Assignment.

IN WITNESS WHEREOF, Assignor and Assignee have caused these presents to be duly executed, intending to be legally bound hereby this _____ day of July, 2015.

WITNESS:                    ASSIGNORS:
                            **HENRY LEE MOORE AND SUSAN STANO
                            Co-Administrators,
                            ESTATE OF NICHOLAS A. SCHUR**

_____      _____

_____      _____

Exhibit "A"

ALL that certain parcel of land situate in North Huntingdon Township, Westmoreland County, Pennsylvania, bounded and described according to a property survey for Nick Schur, prepared by Barry E. Sakal, Land Surveyor, dated December, 1986, as follows, to wit:

Beginning at a point in the centerline of U.S. Route 30, at the dividing line between property now or formerly of Oddo-Keddie, Inc., and property herein described; thence S 24 degrees 0 minutes E, 335.11 feet to a point; thence S 63 degrees 26 minutes W, 175.60 feet to a point; thence S 14 degrees 50 minutes E, 265.17 feet to a point; thence S 25 degrees 17 minutes E, 250 feet to a point; thence S 64 degrees 43 minutes W, 26.95 feet to a point; thence S 25 degrees 17 minutes E, 86.59 feet to a point; thence S 69 degrees 06 minutes W, 149.27 feet to a point; thence S 25 degrees 17 minutes E, 200 feet to a point; thence S 69 degrees 06 minutes W, 542.81 feet to a point; thence N 34 degrees 0 minutes W, 1,093.47 feet to a point; thence N 64 degrees 35 minutes E, 1,113.59 feet to a point, the place of beginning;

EXCEPTING AND RESERVING the out sale of property on February 27, 1989, described and recorded on March 14, 1989, in Deed Book Volume 2864, Pages 315 to 317, from Nicholas Schur, Margaret Schur, Ann Sarris, Alex Schur and Mildred Schur, his wife, and Michael Schur and Anne Schur, his wife, to James S. Whelan.

The premises hereby conveyed are subject to the following exceptions:

1. Unrecorded easements, discrepancies, or conflicts in boundary lines, shortages in areas or in encroachments, which an accurate survey would disclose.
2. Under and subject to conditions, restrictions, rights-of-way, and easements of record.
3. All previously conveyed or transferred oil, gas, coal, hydrocarbons and mining rights, and other leases and rights of way of record pertaining thereto.

**ALSO EXCEPTING AND RESERVING unto the Grantor, all of Grantors' interest in the coal, gas, oil, and all hydrocarbons and all other minerals underlying the above-described land, whatever that interest may be.**

**BEING Tax Map Number 54-03-10-0-103.**

_____     _____
                                       **CYNTHIA SARRIS, Administratrix,**
                                       **Estate of Anne Sarris**


_____     _____
                                       **DENISE SCHUR, Executrix,**
                                       **Estate of Alex Schur**

*7-15-2015*    *Kathleen S. Walter, Executrix*
                                       **KATHLEEN S. WALTER, Executrix,**
                                       **Estate of Michael Schur**



ASSIGNEE:

**U LOCK, INC.**

                                       _____
                                                                          President

Attest:

_____
                              Secretary

## ASSIGNMENT OF LEASES AND RIGHTS TO PERSONAL PROPERTY

**HENRY LEE MOORE AND SUSAN STANO, Co-Administrators,
Estate of Nicholas A. Schur; CYNTHIA SARRIS, Administratrix,
Estate of Anne Sarris; DENISE SCHUR, Executrix, Estate of Alex Schur; and
KATHLEEN WALKER, Executrix, Estate of Michael Schur,**

**Assignors,** in consideration of one dollar ($1.00) and other good and valuable consideration paid by **U LOCK, INC., Assignee,** hereby assign unto Assignee, their heirs, executors, administrators, successors, and assigns, all the right, title, and interest of Assignors in and to all leases concerning the buildings and storage and other structures, mobile homes, equipment, vehicles and other personal property located upon the real estate commonly known as 14140 Route 30, North Huntingdon Township, Westmoreland County, Pennsylvania 15642, and being more particularly described on the attached Exhibit "A":

TO HAVE AND TO HOLD the same unto Assignee from the date of this Assignment, subject to the rents, covenants, conditions, and provisions of any leases or rights of lessees or other owners, if any.

ASSIGNEE HEREBY ASSUMES the performance of all the terms covenants, and provisions of any leases, if any, hereby assigned, and will well and truly perform all the terms, covenants, and conditions of the said lease herein assigned; all with the same full force and effect as if Assignee had signed any lease originally as tenant named therein.

ASSIGNEE hereby agrees that Assignee will well and truly indemnify and save harmless the Assignor from all manner of suit, actions, damages, charges and expense including attorney and counsel fees, that Assignor may sustain by reason of Assignee's failure to so perform any lease or by reason of Assignee's breach of any of the terms, covenants, or conditions of any lease hereby assigned from and after the date of this Assignment.

IN WITNESS WHEREOF, Assignor and Assignee have caused these presents to be duly executed, intending to be legally bound hereby this __JULY 16__ day of July, 2015.

| WITNESS: | ASSIGNORS: |
|---|---|
| | HENRY LEE MOORE AND SUSAN STANO |
| | Co-Administrators, |
| | ESTATE OF NICHOLAS A. SCHUR |
| _[signature]_ | _[signature]_ CO-ADMS |

Exhibit "A"

ALL that certain parcel of land situate in North Huntingdon Township, Westmoreland County, Pennsylvania, bounded and described according to a property survey for Nick Schur, prepared by Barry E. Sakal, Land Surveyor, dated December, 1986, as follows, to wit:

Beginning at a point in the centerline of U.S. Route 30, at the dividing line between property now or formerly of Oddo-Keddie, Inc., and property herein described; thence S 24 degrees 0 minutes E, 335.11 feet to a point; thence S 63 degrees 26 minutes W, 175.60 feet to a point; thence S 14 degrees 50 minutes E, 265.17 feet to a point; thence S 25 degrees 17 minutes E, 250 feet to a point; thence S 64 degrees 43 minutes W, 26.95 feet to a point; thence S 25 degrees 17 minutes E, 86.59 feet to a point; thence S 69 degrees 06 minutes W, 149.27 feet to a point; thence S 25 degrees 17 minutes E, 200 feet to a point; thence S 69 degrees 06 minutes W, 542.81 feet to a point; thence N 34 degrees 0 minutes W, 1,093.47 feet to a point; thence N 64 degrees 35 minutes E, 1,113.59 feet to a point, the place of beginning;

EXCEPTING AND RESERVING the out sale of property on February 27, 1989, described and recorded on March 14, 1989, in Deed Book Volume 2864, Pages 315 to 317, from Nicholas Schur, Margaret Schur, Ann Sarris, Alex Schur and Mildred Schur, his wife, and Michael Schur and Anne Schur, his wife, to James S. Whelan.

The premises hereby conveyed are subject to the following exceptions:

1. Unrecorded easements, discrepancies, or conflicts in boundary lines, shortages in areas or in encroachments, which an accurate survey would disclose.
2. Under and subject to conditions, restrictions, rights-of-way, and easements of record.
3. All previously conveyed or transferred oil, gas, coal, hydrocarbons and mining rights, and other leases and rights of way of record pertaining thereto.

**ALSO EXCEPTING AND RESERVING unto the Grantor, all of Grantors' interest in the coal, gas, oil, and all hydrocarbons and all other minerals underlying the above-described land, whatever that interest may be.**

**BEING Tax Map Number 54-03-10-0-103.**

_____      _*Cynthia Sarris*_____
                                                    **CYNTHIA SARRIS, Administratrix,**
                                                    **Estate of Anne Sarris**

_____    _____

                                                     **DENISE SCHUR, Executrix,**
                                                    **Estate of Alex Schur**

_____    _____

                                                    **KATHLEEN S. WALTER, Executrix,**
                                                    **Estate of Michael Schur**


ASSIGNEE:

**U LOCK, INC.**

_____
                                             President


Attest:

_____
                     Secretary