**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **BANKRUPTCY NO. 22-20823-GLT** |
| **U LOCK, INC.** | ) | |
| | ) | **CHAPTER 7** |
| **DEBTOR** | ) | |
| _____ | ) | **DOCUMENT NO.** |
| **ROBERT H. SLONE, TRUSTEE** | ) | |
| | ) | |
| **MOVANT** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **NO RESPONDENTS** | ) | |

**<u>STATUS REPORT</u>**

AND NOW, comes the Trustee, Robert H. Slone, and files this Status Report regarding the bankruptcy of U Lock, Inc., stating as follows:

1. The attorney spoke with the attorney for the Debtor, J. Allen Roth, on August 10, 2022 regarding the sale of any causes of action the Trustee may have regarding real property the Debtor is operating on located at 14140 U.S. Route 30, North Huntingdon, PA. The Trustee also spoke with P. Zehn of USAAG Systems Co. (hereinafter "USAAG") regarding a sale of said Trustee causes of action.

2. The Trustee spoke with attorney Sarah Wenrich on August 9, 2022 regarding the sale of any causes of action and the purchase of assets of the Debtor.

3. The Trustee also spoke with attorney William Otto on August 16, 2022.

4. The Trustee has received an offer from USAAG to purchase the Trustee's causes of action regarding real property located at 14140 U.S. Route 30, North Huntingdon, PA for $19,000.00.  USAAG has sent the Trustee a deposit of $4,000.00. The Trustee has informed Christine Biros' attorneys of this offer.

5. The Trustee is preparing a motion for the sale of the Trustee's causes of action to USAAG .

6. The Trustee visited the site at 14140 U.S. Route 30, North Huntingdon, on August 18, 2022.

7. The Trustee has asked Attorney Roth to send any money, if any, received by U Lock that has not already been sent to the Trustee.

8. The Trustee received the following checks on August 19, 2022:

   a. Check for payment of rent in the amount of $60.00 from James E. Clawson for his storage unit (Unit #11);

   b. Check for payment of rent in the amount of $65.00 from the United Steel Workers of America for its storage unit (Unit #14);

   c. Cashier's check in the amount of $25.00 being the liquidation of the Debtor's Citizens Bank checking account ending #2785; and

   d. Cashier's check in the amount 46.30 being the liquidation of the Debtor's Citizens Bank checking account ending #3802.

9. The Trustee has learned that Christine Biros will be filing a Declaratory Judgment action regarding the real estate located at 14140 U.S. Route 30, North Huntingdon, PA 15642.


Respectfully submitted,


Dated: August 22, 2022          /s/ ROBERT H. SLONE
                                Robert H. Slone, Trustee
                                PA I.D. No. 19963
                                MAHADY & MAHADY
                                223 South Maple Avenue
                                Greensburg, PA 15601
                                (724) 834-2990
                                robertslone223@gmail.com