**UNITED STATES BANKRUPTCY COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
Suite 5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219-2801
Telephone (412) 644-2700

**MICHAEL R. RHODES**
**CLERK OF COURT**

Date: August 24, 2022

Re: 22-20823-GLT

Dear Appellant:

    Your Notice of Appeal was filed on 8/23/2022, and you are directed to comply with the following:

- ☐ Pay the $293.00 filing fee by 28 U.S.C. §1930(b).

- ☐ Pay the $5.00 filing fee prescribed by 28 U.S.C. §1930(c).

- ☒ Fill out and file an Appeal Cover Sheet for the District Court which can be found at www.pawd.uscourts.gov. It can be filed using the event found under Bankruptcy/Appeal/Appeal Cover Sheet.

    Sincerely,

    Michael R. Rhodes
    Clerk, U.S. Bankruptcy Court

    By:   /s/Melissa Guthrie
           Deputy Clerk

#13e-I