# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 22-20823-GLT |
| U LOCK, INC. ) | |
| Debtor ) | Chapter 7 |
| *************************************** ) | |
| ROBERT H. SLONE, TRUSTEE ) | Document No. |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| CHRISTINE BIROS, FRED BANKS, DAVID PERLA, ) | |
| DENNY DULL, JOHN DULL, GARY CHERIPKA, ) | HEARING DATE: 10/6/22@10:30 a.m. |
| GLENN MOWRY, INW, JAR COAL COMPANY, ) | COURTROOM A—PITTSBURGH |
| JAMES CLAWSON, JEFFREY SHAW, JENNIFER ) | |
| VERRICO, MARK MYKA, PA TURNPIKE TOLL ) | |
| BY PLATE, PETERS PAINTING, R.J. ABREU, ) | |
| R. WOODALL, RSS, RICOBERTO NEGRETE ) | |
| GALENO. SARA STUMME, SHANNI SNYDER, ) | |
| SHARON McCANCE, SHELLY CHABANDE, ) | |
| BEN SHABANDE, STEPHEN CHAPAS, TERRY ) | |
| NOLL, TONY DAVIS, UNITED STEELWORKERS, ) | |
| WEST PENN POWER, WESTMORELAND COUNTY ) | |
| TAX CLAIM BUREAU, AND RENEE BASISTA, ) | |
| ) | |
| RESPONDENTS ) | |

**TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY OF THE ESTATE**

AND NOW, comes the Trustee, Robert H. Slone, by and through his attorneys, Mahady & Mahady—Robert H. Slone, Esquire, and brings forth the within Motion to Sell Personal Property of the Estate, and states as follows:

1. The case of the Debtor, U Lock, Inc. ("U Lock"), was commenced by the filing of an involuntary petition for relief under Chapter 7 of Title 11 of the United States Code at the above number on April 27, 2022.

2. This court has jurisdiction over this Motion pursuant to 28 U.S.C. § 171(a), (b) and (c). Venue is proper in this district pursuant to 28 U.S.C. § 1473(a).

3. Robert H. Slone is the duly appointed Chapter 7 Trustee for the Debtor and is so acting.

4. Among the assets of the estate are Debtor's interest in the following (hereinafter "Personal Property"):
   a. Personal property of the debtor being inventory, machinery, equipment and vehicles, and other tangible assets of the estate. A listing of the specific items is attached hereto and made a part hereof as Exhibit "A";
   b. Eight (8) land/sea containers previously located on the site location; and
   c. Twenty-three (23) truck trailers previously located on the site location.
      A copy of the Google Earth U Lock Site 2014 photograph showing the truck trailers and containers is attached hereto and made a part hereof as Exhibit "B".

5. The Trustee has received an offer to purchase the Personal Property from Christine Biros for $20,000.00 plus the assumption of all the property tax owed by U Lock, Inc. to the Westmoreland County Tax Claim Bureau and the Westmoreland County Municipalities levied on the real property located at 14140 U.S. Route 30, North Huntingdon, PA 15642, being Map No. 54-03-10-0-103, North Huntingdon Township. A copy of the proposed offer letter from Christine Biros' attorney, William Otto, to purchase the Personal Property is attached hereto and made a part hereof as Exhibit "C".

6. As of August 22, 2022, the property tax amount owing is $20,764.70. Christine Biros will make all payments owed for the taxes which may exceed $20,764.70. A copy of the Real Estate Tax Lien Certificate is attached hereto and made a part hereof as Exhibit "D".

7. The sale of the assets is "AS IS", "WERE IS" with no warranties of any type.

8. The Trustee avers that the best interest of this estate and its creditors will be served by this Court authorizing the sale of the Personal Property because it will net funds to the Trustee toward the payment of creditors.

9. The Trustee avers that the sales price is fair and reasonable under the circumstances but will welcome higher bids at the time of sale and confirmation.

10. The terms of the sale are: hand money in the amount of $4,000.00 and the balance of the sale amount to be paid within 30 days of confirmation of the sale.

11. The Trustee recommends that he be authorized to consummate the sale of the Personal Property. to the buyer or to such other person or entity as may make a higher offer at the hearing thereon.

WHEREFORE, the Trustee respectfully request this Honorable Court to authorize the sale of the Personal Property as listed in the within motion. A hearing is to be held in this Court with the sale being confirmed to the highest and best offer.

Respectfully submitted,

Date:   August 31, 2022

/s/ ROBERT H. SLONE
Robert H. Slone, Esquire
PA ID No. 19963
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
(724) 834-2990
robertslone223@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 22-20823-GLT |
| U LOCK, INC. | ) | |
| Debtor | ) | Chapter 7 |
| ****************************************** | ) | |
| CHRISTINE BIROS, FRED BANKS, DAVID PERLA, | ) | Document No. |
| DENNY DULL, JOHN DULL, GARY CHERIPKA, | ) | |
| GLENN MOWRY, INW, JAR COAL COMPANY, | ) | |
| JAMES CLAWSON, JEFFREY SHAW, JENNIFER | ) | |
| VERRICO, MARK MYKA, PA TURNPIKE TOLL | ) | HEARING DATE: 10/6/22@10:30 a.m. |
| BY PLATE, PETERS PAINTING, R.J. ABREU, | ) | COURTROOM A—PITTSBURGH |
| R. WOODALL, RSS, RICOBERTO NEGRETE | ) | |
| GALENO. SARA STUMME, SHANNI SNYDER, | ) | |
| SHARON McCANCE, SHELLY CHABANDE, | ) | |
| BEN SHABANDE, STEPHEN CHAPAS, TERRY | ) | |
| NOLL, TONY DAVIS, UNITED STEELWORKERS, | ) | |
| WEST PENN POWER, WESTMORELAND COUNTY | ) | |
| TAX CLAIM BUREAU, 11585274 CANADA INC. | ) | |
| AND RENEE BASISTA | ) | |
| RESPONDENTS | ) | |

## CERTIFICATE OF SERVICE FOR TRUSTEE'S MOTION FOR SALE
## OF PERSONAL PROPERTY OF THE ESTATE, HEARING NOTICE AND PROPOSED ORDER

I, Robert H. Slone, certify under penalty of perjury that on August 31, 2022, I served true and correct copies of the above-referenced documents upon the following persons and parties in interest at the addresses shown by United States First Class Mail, postage prepaid, as follows:

*List "A" was served all the above referenced documents.*

*List "B" was served the Hearing Notice only.*

EXECUTED ON: August 31, 2022

By: /S/ ROBERT H. SLONE
Robert H. Slone, Esquire
PA ID No. 19963
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
(724) 834-2990
robertslone223@gmail.com

LIST "A"

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>Liberty Center, Ste. 970<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | J. Allen Roth, Esquire<br>805 S. Alexandria Street<br>Latrobe, PA 15650 | Christine Biros<br>c/o Bernstein-Burkley, PC<br>Sara E. Wenrich<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219 |
| William E. Otto, Esquire<br>Law Firm of William E. Otto, Esq.<br>PO Box 701<br>Murrysville, PA 15668 | Christine Biros<br>435 Millers Lane<br>Pittsburgh, PA 15239 | |

LIST "B"

| | | |
|---|---|---|
| 11585274 Canada Inc.<br>1615-567 Scarborough Golf Club Road<br>Toronto ON M1G 1H5<br>Canada | Fred Banks<br>52 S. 8th<br>Pittsburgh, PA 15203 | David Perla<br>550 Beatty Drive<br>Irwin, PA 15642 |
| John Dull<br>120 Kline Avenue<br>North Versailles, PA 15137 | Denny Dull<br>120 Kline Avenue<br>North Versailles, PA 15137 | Gary Cheripka<br>123 Catskill Avenue<br>Pittsburgh, PA 15227 |
| Glenn Mowry<br>524 8th Street<br>Irwin, PA 15642 | INW<br>800 E Wishkah Street #1003<br>Aberdeen, WA 98520 | JAR Coal Company<br>1985 Lincoln Way<br>STE 23-333<br>White Oak, PA 15131 |
| James Clawson<br>2437 Saunders Station Road<br>Monroeville, PA 15146 | Jeffrey Shaw<br>140 Carriage Drive<br>Irwin, PA 15642 | Jennifer Verrico<br>16 Goldstrom Avenue<br>Dravosburg, PA 15034 |
| Mark Myka<br>5148 Peach Street #401<br>Erie, PA 16509 | PA Turnpike Toll by Plate<br>PO Box 645631<br>Irwin, PA 15642 | Peters Painting<br>14354 Overholt Drive<br>Irwin, PA 15642 |
| R J. Abreu<br>39 ½ Wedgwood Drive 1009<br>Jewett City, CT 06351 | R. Woodall<br>Apartado 10199<br>San Jose, Costa Rica, 00000 | RSS Attn: Bawani<br>5307 Victoria Drive #185<br>Vancouver BC Canada V5P3V6 |
| Ricoberto Negrete Galeno<br>3048 Norland Street<br>Carnegie, PA 15106 | Sara Stumme<br>2705 Bowman Avenue<br>McKeesport, PA 15132 | Shanni Snyder<br>14390 Route 30, Unit H<br>Irwin, PA 15462 |
| Sharon McCance<br>PO Box 185<br>Irwin, PA 15642 | Shelly Chabande<br>799 Brownstone Road<br>Larimer, PA 15647 | Ben Chabande<br>799 Brownstone Road<br>Larimer, PA 15647 |

Stephen Chapas
273 Shasta Drive
Pittsburgh, PA 15239

United Steelworkers
Attn: James Hill
386 Toura Drive
Pittsburgh, PA 15236

Renee E. Basista
9 Donna Drive
Irwin, PA 15642

Terry Noll
1257 Colt
Irwin, PA 15642

West Penn Power
76 South Main Street
Akron, OH 44308

Tony Davis
6 Liberty Square
Boston, MA 02109

Westmoreland County Tax
Claim Bureau
2 North Main Street, Ste. 109
Greensburg, PA 15601