**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 22-20823-GLT |
| U LOCK, INC. | ) | |
|                Debtor | ) | Chapter 7 |
| ****************************** | ) | |
| ROBERT H. SLONE, TRUSTEE | ) | Document No. |
|                Movant | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| CHRISTINE BIROS, FRED BANKS, DAVID PERLA, | ) | |
| DENNY DULL, JOHN DULL, GARY CHERIPKA, | ) | HEARING DATE: 10/6/22@10:30 a.m. |
| GLENN MOWRY, INW, JAR COAL COMPANY, | ) | COURTROOM A—PITTSBURGH |
| JAMES CLAWSON, JEFFREY SHAW, JENNIFER | ) | |
| VERRICO, MARK MYKA, PA TURNPIKE TOLL | ) | |
| BY PLATE, PETERS PAINTING, R.J. ABREU, | ) | |
| R. WOODALL, RSS, RICOBERTO NEGRETE | ) | |
| GALENO. SARA STUMME, SHANNI SNYDER, | ) | |
| SHARON McCANCE, SHELLY CHABANDE, | ) | |
| BEN SHABANDE, STEPHEN CHAPAS, TERRY | ) | |
| NOLL, TONY DAVIS, UNITED STEELWORKERS, | ) | |
| WEST PENN POWER, WESTMORELAND COUNTY | ) | |
| TAX CLAIM BUREAU, AND RENEE BASISTA, | ) | |
| | ) | |
|                RESPONDENTS | ) | |

**ORDER CONFIRMING SALE OF PERSONAL PROPERTY OF THE ESTATE**

THIS _____ day of _____, 2022, upon consideration of the Trustee's Motion for Sale of Personal Property of the Estate, and after hearing held this date, the Court finds:

1. That sufficient notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the Movant as shown by Certificate of Service duly filed and that the named parties were duly served with the Motion.

2. That the said sale hearing was duly advertised on the Court's website pursuant to W. PA. LBR 6004-1(c) on August 31, 2022, in the Westmoreland County Legal Journal on _____ 2022, and in the Tribune Review on _____ 2022, as shown by the Proof of Publications duly filed.

3. That at the sale hearing no higher offers were received and no objections to the sale were made which would result in cancellation of said sale.

4. That the price of $_____ offered by _____
is a full and fair price for the property in question.

5. That the purchaser is acting in good faith with respect to the within sale in accordance with *In Re: Abbotts Dairies of Pennsylvania, Inc.,* 788 F.2d 143 (3rd Cir. 1986).

Now, therefore, **IT IS ORDERED, ADJUDGED AND DECREED** that the sale of the personal property described in the motion is hereby **CONFIRMED** to _____ for $_____; and that the Trustee make, execute, and deliver to the purchaser(s) above-named the necessary documents required to transfer the assets purchased upon compliance with the terms of the sale.

The purchaser shall be deemed to have released any and all claims it may have against the Trustee/ Estate, or any of them, or that it may hereafter acquire against them, or either of them, known and/or unknown, under federal and/or state law.

**FURTHER ORDERED** that closing shall occur within thirty (30) days of this Order and the Movant shall file a Report of Sale within ten (10) days following closing; and it is

In the event of the failure of the purchaser to close within the required time frame (or such extensions, not to exceed 30 days as the Trustee, in his sole and exclusive discretion, may accord to the purchaser), the Trustee may, at his option, declare a default, retain the deposit (escrow monies) for the benefit of the estate, and resell the property, in which case the purchaser shall be liable for any deficiency, unless such inability to close is the result of the inability of the Trustee/Estate to have complied with the terms of this Motion and related Order.

**BY THE COURT:**

_____
**GREGORY L. TADDONIO**
**UNITED STATES BANKRUPTCY JUDGE**