**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY NO. 22-20823-GLT |
| U LOCK, INC. | ) | |
| | ) | CHAPTER 7 |
| DEBTOR | ) | |
| | ) | DOCUMENT NO. |
| ROBERT H. SLONE, TRUSTEE | ) | |
| | ) | |
| MOVANT | ) | HEARING DATE: 9/22/22@ 10:00 AM |
| | ) | Courtroom A—Pittsburgh |
| vs. | ) | |
| | ) | |
| NO RESPONDENTS | ) | |

**CERTIFICATE OF NO OBJECTION FOR TRUSTEE'S MOTION TO EMPLOY ACCOUNTANT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Trustee's Motion to Employ Accountant* has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *Trustee's Motion to Employ Accountant* appears thereon. Pursuant to the Notice of Hearing, objections to *Trustee's Motion to Employ Accountant* were to be filed and served no later than **September 6, 2022.**

It is hereby respectfully requested that the Order attached to the *Trustee's Motion to Employ Accountant* be entered by the Court.

Dated:  September 7, 2022            By: /s/ ROBERT H. SLONE
                                         Robert H. Slone, Trustee
                                         MAHADY & MAHADY
                                         223 South Maple Avenue
                                         Greensburg, PA 15601
                                         (724) 834-2990
                                         PA I.D. No. 19963
                                         robertslone223@gmail.com