Official Form 417A (12/18)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
09/06/2022 11:56 PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re: U Lock, Inc., Debtor            No. 22-20823-GLT

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): _____ SHANNI SNYDER _____

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in a bankruptcy case and not in an adversary proceeding.

   ☐ Debtor
   ☒ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:  Denial of motion to convert case to Chapter 11
2. State the date on which the judgment, order, or decree was entered:  August 10, 2022

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: U LOCK INC          Attorney: J Allen Roth, Esq
                                        805 Alexandria Street S
                                        Latrobe PA  15650
                                        724-537-0939

2. Party: CHRISTINE BIROS     Attorney: Sarah E. Wenrich, Esq.
                                        601 Grant Street, Floor 9
                                        Pittsburgh, PA 15219
                                        (412) 456-8108

3. Party : Biros Irrevocable Life Insurance Trust        unknown attorney

4. Party: Robert Slone, Trustee          Robert Slone, Esq. 223 South Maple Ave
                                         Greensburg PA  15601     (724) 834-2990

5. Party: Charles O Zebley Jr., Trustee  Charles O Zebley Jr., Esq. Box 2124 Uniontown PA  15401
                                         (724) 439-9200

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*Shanni Snyder*
_____
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: ___September 6 2022_____

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Shanni Snyder
14390 Route 30
North Huntingdon PA  15642
412 368 2580     shannis@pm.me

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]