IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
) Bankruptcy No. 22-20823-GLT
U LOCK, INC. )
) Chapter 7
Debtor )
) Document No.

**PROOF OF PUBLICATION OF NOTICE OF SALE—TRIBUNE REVIEW**



## TRIB TOTAL MEDIA
# LEGAL ADVERTISING

### Proof of Publication of Notice in The Tribune-Review
Under the Act of July 9, 1976, P.L. 877, No. 160

Commonwealth of Pennsylvania } 
County of Allegheny } SS:

**Patty Klingensmith**, Classified Advertising Manager of Trib Total Media, Inc., a corporation of the Commonwealth of Pennsylvania with place of business in Pittsburgh, Allegheny County, Pennsylvania, being duly sworn, deposes and says that the Tribune-Review is a daily newspaper in general circulation in Southwestern Pennsylvania. Said corporation was established in the year 1924. A copy of the printed notice of publication is attached hereto exactly as the same was printed and published in the regular editions of the said daily newspaper on the following dates, viz:

LEGAL# 254797, RE: U LOCK INC. CASE NO. 22-20823-GLT / INVENTORY, MACHINERY, EQUIPMENT, VEHICLES, OTHER TANGIBLE ASSESTS NOTICE; 2ND DAY OF SEPTEMBER, 2022.

Affiant further deposes that s/he is an officer duly Authorized by the Trib Total Media, Inc., publisher of the Tribune-Review, to verify the foregoing statement under oath and also declares that affiant is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

_____  
Classified Advertising Manager,  
Trib Total Media, Inc.

Sworn to and subscribed before me this  
2ND day of SEPTEMBER, 2022

_____  
Notary Public

Commonwealth of Pennsylvania - Notary Seal  
JoAnn M. Callahan, Notary Public  
Westmoreland County  
My commission expires July 1, 2024  
Commission number 1243230  
Member, Pennsylvania Association of Notaries

### Statement of Advertising Costs

**KIMBERLY D. SHAY**  
**MAHADY & MAHADY**  
**223 SOUTH MAPLE AVENUE**  
**GREENSBURG, PA 15601**

To **Trib Total Media, Inc.**.  
For Publishing the notice or advertisement attached  
hereto on the above stated dates     $123.75  
Probating Same     $ 0  
Total     $ 123.75

IN RE: U LOCK, INC. Case No. 22-20823-GLT, Chapter 7 Inventory/machinery/equipment/vehicles/other tangible assets Date of Sale 10/6/2022 at 10:30 a.m. A Hearing will be held on 10/6/2022 at 10:30 a.m. Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 Objections due by: September 19, 2022 Initial Offer $ 20,000.00 Higher and better offers will be considered at the hearing Hand money required: $4,000.00 (Cash or Certified Funds Only) Contact: Robert H. Slone, Trustee 223 South Maple Avenue Greensburg, PA 15601 Ph# (724) 834-2990 For more information: www.pawb.uscourts.gov/easi.htm 254797(9-2-22)

### Publisher's Receipt for Advertising

The **Trib Total Media, Inc.**, publisher of the **Tribune-**[Review] acknowledges a receipt of the aforesaid advertising and publication [charges] fully paid.

**Trib Total Media Inc.**, Publisher  
of the **Tribune-Review**, a Daily Newspaper.

By_____