**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Bankruptcy No. 22-20823-GLT** |
| **U LOCK, INC.** | ) | |
| Debtor | ) | **Chapter 7** |
| *************************************** | ) | |
| **ROBERT H. SLONE, TRUSTEE** | ) | **Document No.** |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **CHRISTINE BIROS, FRED BANKS, DAVID PERLA,** | ) | |
| **DENNY DULL, JOHN DULL, GARY CHERIPKA,** | ) | |
| **GLENN MOWRY, INW, JAR COAL COMPANY,** | ) | |
| **JAMES CLAWSON, JEFFREY SHAW, JENNIFER** | ) | |
| **VERRICO, MARK MYKA, PA TURNPIKE TOLL** | ) | |
| **BY PLATE, PETERS PAINTING, R.J. ABREU,** | ) | |
| **R. WOODALL, RSS, RICOBERTO NEGRETE** | ) | |
| **GALENO. SARA STUMME, SHANNI SNYDER,** | ) | |
| **SHARON McCANCE, SHELLY CHABANDE,** | ) | |
| **BEN SHABANDE, STEPHEN CHAPAS, TERRY** | ) | |
| **NOLL, TONY DAVIS, UNITED STEELWORKERS,** | ) | |
| **WEST PENN POWER, WESTMORELAND COUNTY** | ) | |
| **TAX CLAIM BUREAU; 11585274 CANADA INC.,** | ) | |
| **USAAG SYSTEMS CO., AND RENEE BASISTA,** | ) | |
| | ) | |
| **RESPONDENTS** | ) | |

<u>**MOTION TO WITHDRAW TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY OF THE ESTATE —RIGHTS OF THE CHAPTER 7 TRUSTEE REGARDING PROPERTY LOCATED AT 14140 U.S. ROUTE 30, NORTH HUNTINGDON, PA AND TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY OF THE ESTATE**</u>

AND NOW, comes the Trustee, Robert H. Slone, by and through his attorneys, Mahady & Mahady—Robert H. Slone, Esquire, and brings forth the within Motion to Withdraw Trustee's Motion to Sell Personal Property of the Estate—Rights of the Chapter 7 Trustee Regarding Property Located at 14140 U.S. Route 30, North Huntingdon, PA, and the Trustee's Motion to Sell Personal Property of the Estate states as follows:

1.  The case of the Debtor, U Lock, Inc. ("U Lock"), was commenced by the filing of an involuntary petition for relief under Chapter 7 of Title 11 of the United States Code at the above number on April 27, 2022.

2.  This court has jurisdiction over this Motion pursuant to 28 U.S.C. § 171(a), (b) and (c). Venue is proper in this district pursuant to 28 U.S.C. § 1473(a).