# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 22-20823-GLT |
| U LOCK, Inc. | : | |
| | : | Chapter 7 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |

## NOTICE OF INTENTION TO TRANSMIT PARTIAL RECORD

APPELLANT: Shanni Snyder
APPELLEE:

A notice of appeal to the United States District Court for the Western District of Pennsylvania having been filed in the Bankruptcy Court by the above-referenced appellant, **NOTICE IS HEREBY GIVEN THAT** the Bankruptcy Clerk will transmit a partial record of this appeal to the United States District Court fourteen (14) days from the date of this notice in accordance with Local Bankruptcy Appellate Rule 8007-1. The partial record is being transmitted to the District Court for the following reasons:

☐ Appellant has failed to include one or all of the following: names, addresses of all parties; names, addresses and telephone numbers attorneys representing parties; District Court civil cover sheet and filing fee within the deadline of.

☒ Appellant has failed to designate the contents of the record on appeal within the time required by Bankruptcy Rule 8009.

☒ Appellant has failed to file a statement of issues on appeal within the time required by Bankruptcy Rule 8009.

☐ Appellant has failed to provide any transcript designated in the record or evidence that a transcript has been ordered.

                                      Michael R. Rhodes, Clerk
                                      U.S. Bankruptcy Court
                                      5414 U.S. Steel Tower
                                      600 Grant Street
                                      Pittsburgh, PA  15219

Dated: September 21, 2022        By:        Adriane Alampi
                                                        Deputy Clerk

#7f1-D