# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 22-20823-GLT |
| | ) | |
| U LOCK, INC. | ) | Chapter 7 |
|     Debtor | ) | |
| ************************************* | ) | Document No. |
| ROBERT H. SLONE, TRUSTEE | ) | |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENTS | ) | |

## STATUS REPORT

AND NOW, comes Robert H. Slone, Trustee in the above-captioned Chapter 7 proceeding, and files this Status Report regarding the violations of the automatic Stay, and respectfully represents as follows:

1. The Trustee sent emails to the concerned parties, being J. Allen Roth, Esquire, on behalf of U Lock, Inc., Sarah Wenrich, Esquire, on behalf of Christine Biros, and Shanni Snyder, petitioning creditor, on behalf of herself, asking them to review possible violations of Section 362(k).

2. The Trustee received responses from attorneys Roth and Wenrich and Shanni Snyder.

3. After reviewing the responses from attorneys Roth and Wenrich and speaking with them, the Trustee will not, at this time, be pursuing any possible violations of §362(k).

4. After receiving Shanni Snyder's response, the Trustee questioned her regarding the adversary that she filed at Adversary No. 22-2052, which was dismissed by the Court, as the case was commenced without the requisite authority of the Chapter 7 Trustee.

5. Shanni Snyder's response stated that she was in disagreement and appealed the dismissal.

6. If U Lock, Inc.'s estate becomes involved with the appeal, there may be additional costs and expenses accrued therefrom.

7. The Trustee feels that the action of Ms. Snyder would be in violation of Section 362(k).

                                            Respectfully submitted,

Date: September 27, 2022                  /s/ ROBERT H. SLONE
                                                                          Robert H. Slone, Trustee
                                                                          MAHADY & MAHADY
                                                                          223 South Maple Avenue
                                                                          Greensburg, PA 15601
                                                                          (724) 834-2990
                                                                          PA I.D. No. 19963
                                                                          robertslone223@gmail.com