**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Bankruptcy No. 22-20823-GLT** |
| U LOCK, INC. | ) | |
| Debtor | ) | **Chapter 7** |
| *************************************** | ) | |
| ROBERT H. SLONE, TRUSTEE | ) | **Document No.** 135 and 137 AND 170 |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHRISTINE BIROS, FRED BANKS, DAVID PERLA, | ) | |
| DENNY DULL, JOHN DULL, GARY CHERIPKA, | ) | |
| GLENN MOWRY, INW, JAR COAL COMPANY, | ) | |
| JAMES CLAWSON, JEFFREY SHAW, JENNIFER | ) | |
| VERRICO, MARK MYKA, PA TURNPIKE TOLL | ) | |
| BY PLATE, PETERS PAINTING, R.J. ABREU, | ) | |
| R. WOODALL, RSS, RICOBERTO NEGRETE | ) | |
| GALENO. SARA STUMME, SHANNI SNYDER, | ) | |
| SHARON McCANCE, SHELLY CHABANDE, | ) | |
| BEN SHABANDE, STEPHEN CHAPAS, TERRY | ) | |
| NOLL, TONY DAVIS, UNITED STEELWORKERS, | ) | |
| WEST PENN POWER, WESTMORELAND COUNTY | ) | |
| TAX CLAIM BUREAU, AND RENEE BASISTA, | ) | |
| | ) | |
| RESPONDENTS | ) | |

<u>**ORDER OF COURT**</u>

AND NOW, this 27th day of September, 2022, upon consideration of the within Amended Motion to Withdraw Trustee's Motion to Sell Personal Property of the Estate—Rights of the Chapter 7 Trustee Regarding Property Located at 14140 U.S. Route 30, North Huntingdon, PA, and the Trustee's Motion to Sell Personal Property of the Estate, it is hereby ORDERED that the Motion to Sell Personal Property of the Estate—Rights of the Chapter 7 Trustee Regarding Property Located at 14140 U.S. Route 30, North Huntingdon, PA filed at Docket No. 135 and the Motion to Sell Personal Property of the Estate filed at Docket No. 137 is withdrawn and the hearings on said motions scheduled for October 6, 2022 at 10:30 a.m. are cancelled.

Dated: 9/27/22

**BY THE COURT:**

_____
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE