**Form 600**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **U LOCK INC** | : | Case No. 22−20823−GLT |
| **aka U−LOCK INC.** | : | Chapter: 7 |
| 47−4994911 | : | |
| *Debtor(s)* | : | |
| | : | |
| Robert Slone, as Chapter 7 Trustee for the Debtor, and Christine Biros | : | Related to Document No. 189 |
| *Movant(s),* | : | |
| | : | Hearing Date: 11/2/22 at 03:00 PM |
| v. | : | |
| U Lock Inc. et al. | : | |
| *Respondent(s).* | | |

## ORDER SCHEDULING DATES FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this ***The 27th of October, 2022***, a *Stipulated Order for Relief from Stay under Certification of Counsel* having been filed at Doc. No. 189 by Robert Slone and Christine Biros,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

(2) **On or before November 2, 2022,** any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

(3) This *Motion* is scheduled for an in−person non−evidentiary hearing on **November 2, 2022** at **03:00 PM** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than **4 p.m.** on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(4) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. **To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L. Taddonio refer to the calendar section.** In the event a default order has been entered, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5) A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy ***IMMEDIATELY***.

(6) Responses are due at the time of the hearing.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: Sarah Wenrich, Esq.