# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: auto | Date Created: 10/27/2022 |
| Case: 22–20823–GLT | Form ID: 600 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty     Sarah Elizabeth Wenrich     swenrich@bernsteinlaw.com

TOTAL: 1