# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> U LOCK INC., <br><br> Debtor. | Bankr. No. 22-20823 <br><br> Chapter 11 |
| ROBERT SLONE, as Chapter 7 Trustee for the Debtor, and CHRISTINE BIROS, <br><br> Movants, <br><br> v. <br><br> U LOCK INC., CHARLES O. ZEBLEY, as Chapter 7 Trustee of the estate of Shanni Snyder, SHANNI SNYDER, GEORGE SNYDER, KASH SNYDER. | Related Doc. Nos: 189 & 190 <br><br> Hearing Date: November 2, 2022 @3pm <br> Response Deadline: November 2, 2022 |

## CERTIFICATE OF SERIVCE OF STIPULATED ORDER FOR RELIEF FROM STAY (Doc. No. 189) and HEARING NOTICE (Doc. No. 190)

I, the undersigned, hereby certify that a true and correct copy of the above referenced documents were served this 27th day of October, 2022 upon the attached mailing matrix via first-class U.S. Mail.

| | |
|---|---|
| Dated: October 27, 2022 | **BERNSTEIN-BURKLEY, P.C.** <br><br> */s/ Sarah E. Wenrich* <br> Sarah E. Wenrich, Esq. <br> PA Bar # 325834 <br> 601 Grant Street, Floor 9 <br> Pittsburgh, PA 15219 <br> Telephone: (412) 456-8163 <br> Facsimile: (412) 456-8135 <br> E-mail: swenrich@bernsteinlaw.com <br><br> *Counsel to Christine Biros* |