```
Label Matrix for local noticing          U LOCK INC                              2
0315-2                                   14140 U.S. Route 30                     U.S. Bankruptcy Court
Case 22-20823-GLT                        N. Huntingdon, PA 15642-1068            5414 U.S. Steel Tower
WESTERN DISTRICT OF PENNSYLVANIA                                                 600 Grant Street
Pittsburgh                                                                       Pittsburgh, PA 15219-2703
Thu Oct 27 15:43:11 EDT 2022

11585274 Canada Inc                      Christine Biros                         Christine Biros
663 Ave Orly                             435 Millers                             435 Millers Lane
Durval QC  H9P1G1 Canada,  H9P1G1        Pittsburgh, PA 15239-1754               Pittsburgh, PA 15239-1754


Christine Biros                          Christine Biros                         David Perla
435 Millers Road                         c/o Bernstein-Burkley, P.C.             550 Beatty Drive
Pittsburgh, PA 15239-1754                601 Grant Street, 9th Floor             Irwin, PA 15642
                                         Pittsburgh, PA 15219-4430


Denny & John Dull                        Fred Banks                              Gary Cheripka
120 Kline Avenue                         52 S 8th                                123 Catskill Avenue
North Versailles, PA 15137-1126          Pittsburgh, PA 15203-1030               Pittsburgh, PA 15227-3007


George Snyder                            Glenn Mowry                             INW
Box 15                                   524 8th Street                          800 E Wishkah Street #1003
Irwin, PA 15642-0015                     Irwin, PA 15642-3642                    Aberdeen, WA 98520-2915


JAR Coal Company                         James Clawson                           Jeffrey Shaw
1985 Lincoln Way                         2437 Saunders Station Road              140 Carriage Drive
STE 23-333                               Monroeville, PA 15146-4451              Irwin, PA 15642-2735
White Oak, PA 15131-2418


Jennifer Verrico                         Mark Mycka                              Mark Myka
16 Goldstrom Avenue                      5148 Peach Street #401                  5148 Peach St 401
Dravosburg, PA 15034-1055                Erie, PA 16509-2475                     Erie, PA 16509-2475


Office of the United States Trustee      PA Turnpike Toll by Plate               Peters Painting
Liberty Center.                          PO Box 645631                           14354 Overholt Drive
1001 Liberty Avenue, Suite 970           Irwin, PA 15642                         Irwin, PA 15642-1230
Pittsburgh, PA 15222-3721


R J Abreu                                R Woodall                               RSS Attn: Bawani
39 1/2 Wedgewood Drive 1009              Apartado 10199                          5307 Victoria Drive #185
Jewett City, CT 06351-2439               San Jose  Costa Rica,  00000            Vancouver BC  CANADA,  V5P3V6


Ricoberto Negrete Galeno                 Sara Stumme                             Sarah E. Wenrich
3048 Norland Street                      2705 Bowman Avenue                      Bernstein-Burkley, P.C.
Carnegie, PA 15106-1136                  McKeesport, PA 15132-3205               601 Grant Street, 9th Floor
                                                                                 Pittsburgh, PA 15219-4430
```

| | | |
|---|---|---|
| Sarah E. Wenrich<br>Bernstein-Burkley, P.C.<br>601 Grant Street, Floor 9<br>Pittsburgh, PA 15219-4430 | Shanni Snyder<br>14390 Route 30<br>Irwin, PA 15642-1050 | Shanni Snyder<br>14390 Route 30<br>N Huntingdon, PA 15642-1050 |
| Shanni Snyder and/or Trustee of the Shanni S<br>14390 Route 30<br>Irwin, PA 15642-1050 | Sharon McCance<br>PO Box 185<br>Irwin, PA 15642-0185 | Shelly & Ben Chabande<br>799 Brownstone Road<br>Larimer, PA 15647-9706 |
| Stephen Chapas<br>273 Shasta Drive<br>Pittsburgh, PA 15239-3923 | Terry Noll<br>1257 Colt<br>Irwin, PA 15642-1879 | Tony Davis<br>6 Liberty Square<br>Boston, MA 02109-5800 |
| United Steelworkers<br>Attn James Hill<br>386 Toura Drive<br>Pittsburgh, PA 15236-4511 | West Penn Power<br>76 South Main Street<br>Akron, OH 44308-1817 | Westmoreland County Tax Claim Bureau<br>2 North Main Street<br>Ste 109<br>Greensburg, PA 15601-2405 |
| Christine Biros<br>c/o Bernstein-Burkley, P.C.<br>Sarah E. Wenrich<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Eric E. Bononi<br>20 N. Pennsylvania Avenue<br>Greensburg, PA 15601-2337 | J. Allen Roth<br>805 S Alexandria Street<br>Latrobe, PA 15650-1502 |
| Renee' E. Basista<br>9 Donna Drive<br>Irwin, PA 15642-9417 | Robert H. Slone, Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601-3232 | Shanni Snyder<br>14390 Route 30<br>Unit H<br>North Huntingdon, PA 15642-1050 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Artie Leddon<br>DECEASED | (u)Chuck Wargo<br>address unknwon | (u)ESq Holding<br>Attn M Jiminez<br>114A-3000<br>600 W Santa Ana Blvd, |
| (u)Lynda & Greg Warnick<br>ADDRESS UNKNOWN<br>CITY, PA 00000 | (u)George Snyder | (u)Kash Snyder |

End of Label Matrix
Mailable recipients     47
Bypassed recipients      6
Total                   53