# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: U LOCK INC. a/k/a U-LOCK INC. | Bank. 22-20823-GLT |
| Debtor. | Chapter 7 |
| ROBERT SLONE, as Chapter 7 Trustee for the Debtor, and CHRISTINE BIROS, Movants, v. U LOCK INC., CHARLES O. ZEBLEY, as Chapter 7 Trustee of the estate of Shanni Snyder, SHANNI SNYDER, GEORGE SNYDER, KASH SNYDER, Respondents. | RE: 189 and 193 |

## ORDER

**AND NOW**, this 28th day of October, 2022, upon consideration of the Motion to Reschedule or Continue, it is hereby ORDERED, ADJUDGED, and DECREED that the hearing and objection deadline for November 2, 2022 as to the *Consent Order* [Dkt. No. 189] is rescheduled to November 10, 2022, at 11:30 a.m. in Courtroom A 54th Floor U.S. Steel Tower, 600 Grant St., Pgh, PA. Parties may participate in the hearing via Zoom Video Conference in compliance with Judge Taddonio's Procedures.

Dated: 10/28/22

_____
Chief United States Bankruptcy Judge