IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | ) | |
|---|---|---|
| | ) | BANKRUPTCY NO. 22-20823-GLT |
| U LOCK, INC. | ) | |
| | ) | CHAPTER 7 |
| DEBTOR | ) | |
| | ) | DOCUMENT NO. |
| ROBERT H. SLONE, TRUSTEE | ) | |
| | ) | |
| MOVANT | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GEORGE SNYDER | ) | |
| RESPONDENT | ) | |

## SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING THE DESIGNATION OF DEBTOR'S TAX RETURN RESPONSIBILITIES TO GEORGE SNYDER

The undersigned hereby certifies that agreement has been reached by and among Robert H. Slone, Chapter 7 Trustee, and J. Allen Roth, Esquire, attorney for Debtor, by submission of the within Stipulation and Consent Order.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that an agreed order is attached to this Certificate of Counsel. It is respectively requested that the attached order be entered by the Court.

Dated: November 7, 2022            By: /s/ ROBERT H. SLONE
                                       Robert H. Slone, Esquire
                                       Chapter 7 Trustee
                                       MAHADY & MAHADY
                                       223 South Maple Avenue
                                       Greensburg, PA 15601
                                       (724) 834-2990
                                       PA I.D. No. 19963
                                       robertslone223@gmail.com