**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY NO. 22-20823-GLT |
| U LOCK, INC. | ) | |
| | ) | CHAPTER 7 |
| DEBTOR | ) | |
| | ) | DOCUMENT NO. |
| ROBERT H. SLONE, TRUSTEE | ) | |
| | ) | |
| MOVANT | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GEORGE SNYDER | ) | |
| | ) | |
| RESPONDENT | ) | |

**STIPULATION AND CONSENT ORDER REGARDING THE DESIGNATION OF
DEBTOR'S TAX RETURN RESPONSIBILITIES TO GEORGE SNYDER**

**WHEREAS,** an Involuntary Petition for relief under Chapter 7 of the U.S. Bankruptcy Code was filed against U Lock, Inc. ("Debtor") on April 27, 2022,

**WHEREAS**, the Court set June 13, 2022, as a response date for the Debtor to contest the Involuntary Petition,

**WHEREAS,** the Debtor did not file a response to the Involuntary Petition,

**WHEREAS**, on June 16, 2022, the Court entered an Order for relief,

**WHEREAS**, on June 22, 2022, Robert H. Slone was appointed as Chapter 7 Trustee and has been so acting,

**WHEREAS**, This Court has jurisdiction pursuant to 28 U.S.C. Section 1334,

**WHEREAS**, this is a core proceeding pursuant to 28 U.S.C. Section 157,

**WHEREAS**, venue is proper pursuant to 28 U.S.C. Sections 1408 and 1409,

**WHEREAS**, U Lock, Inc., the Debtor in this case, was incorporated in 2015. The above-named Respondent, George Snyder ("Snyder"), testified at the 341(a) Meeting of Creditors held September 9, 2022, that he is Vice President/Director of the corporation and is a 90 percent (90%) shareholder. Snyder signed the bankruptcy schedules as Director.

**WHEREAS**, George Snyder is the party with the most knowledge of this corporation,

**WHEREAS**, The Trustee believes that it is in the best interest of Debtor and its shareholders to designate Snyder as the person responsible for preparing the Debtor's tax returns, as the Trustee does not have sufficient information to prepare the Debtor's returns.

**WHEREAS**, the Trustee and Debtor believe that the estate and the Debtor would be best served by designating George Snyder as the party responsible for the preparation and filing of the Debtor's tax returns;

**WHEREAS**, on application and approval of a CPA to assist Snyder in the preparation and filing of the Debtor's tax returns, the work performed by the CPA will be an administrative cost as approved by the U.S. Bankruptcy Court.

**WHEREFORE**, it is hereby **ORDERED** that George Snyder shall be responsible for the preparation and filing of the tax returns of the Debtor, U Lock, Inc.

                                                         GREGORY L. TADDONIO
                                                        United States Bankruptcy Judge

| Consented to: | CONSENTED TO: |
|---|---|
| /s/ ROBERT H. SLONE | /s/ J. ALLEN ROTH |
| Robert H. Slone, Trustee | J. Allen Roth, Esquire |
| PA I.D. No. 19963 | Attorney for Debtor |
| MAHADY & MAHADY | PA I.D. No. 30347 |
| 223 South Maple Avenue | 805 South Alexandria Street |
| Greensburg, PA 15601 | Latrobe, PA 15650 |
| (724) 834-2990 | (724) 537-0939 |
| robertslone223@gmail.com | lawmatters@yahoo.com |