EXHIBIT A

1. 20-pound propane tank ................................................................................................... No dispute
2. Ohio Body Mfg trailer AXEV-1498 ............................................................ Disputed—Glen Mowry
3. 977 CAT Trxcavator 53A6822 .................................... Location unknown; Disputed—Glen Mowry
4. Vintage Drott skid shovel model 6K3 .................... Location unknown; Disputed—Glen Mowry
5. 4 trailers ............................................................................................................ Disputed—Glen Mowry
6. Tractor trailer 201 .......................................................................................... Disputed—Glen Mowry
7. Case 880C excavator .................................................. Location unknown; Disputed—Glen Mowry
8. Michigan 85iii front end loader ........................... ...Location unknown; Disputed—Glen Mowry
9. Blue Ford with snowplow ........................................ Location unknown; Disputed—Glen Mowry
10. Ford F-250 custom green and red .......................... Location unknown; Disputed—Glen Mowry
11. GMC flatbed .................................................................................................... Disputed—Glen Mowry

EXHIBIT "B"

1. 4 mobile homes (as is) ................................................................................Disputed—Glen Mowry
2. Red Beaver Tail drop deck lowboy trailer ........Location unknown; Disputed—Glen Mowry
3. CAT 941 loader (no motor) .................................Location unknown; Disputed—Glen Mowry
4. 2 boats on trailers ...............................both boats in dumpster, 1 trailer on site; no dispute
5. Various 55-gallon drums................................................................... Disputed—Glen Mowry
6. Clark Pneumatic Fork Truck................................Location unknown; Disputed—Glen Mowry
7. Red Diamond Rio triaxle (no hood, no radiator, parts—last inspected 1999) .........Location unknown; Disputed—Glen Mowry
8. Blue Ford F150 plow truck 49-302B21 (as is) ...Location unknown; Disputed—Glen Mowry
9. American mobile crane (as is) ...........................Location unknown; Disputed—Glen Mowry
10. 1 lot misc. scrap ............................................................................Disputed—Glen Mowry

Lock site 2014

Legend
- 14140 US-30
- Feature 1
- Huntingdon Inn

Write a description for your map.

Lincoln Hwy
Huntingdon Inn
14140 US-30
Iron City Property Maintenance
Shop 724 Barbering Company

Exhibit "C"

any environmental assessments or analysis that he may have in his possession regarding the May 2022 "garbage fire" and any related aftermath.

5. **Bidding Procedures**. The trustee reported that he received expressions of interest from multiple parties (primarily the main parties to this case) to acquire the assets. To the extent it is necessary to conduct an auction for the assets, the Court adopts the following bidding procedures to establish a fair and equitable process for the receipt of higher and better offers for the assets.

(a) Qualified Bidders; Qualified Bids. In order to be eligible to bid on the assets at the sale hearing, each bidder must be a "Qualified Bidder," which is a bidder that has submitted a Qualified Bid (as defined herein). A "Qualified Bid" is a binding, irrevocable offer to acquire the assets that is submitted to the trustee in writing on or before **4 p.m. on November 29, 2022** (the "Bid Deadline") and contains the following components:

(i) An earnest money deposit of $4,000 ("Qualified Bidder Deposit") by cashier's or certified check (made payable to the trustee and to be held by trustee's counsel pending further Court Order) or wire transfer of immediately available funds;

(ii) An executed, binding letter of intent to acquire the assets which contains the following:

(1) identifies the consideration offered for the acquisition (including a cash consideration component of no less than $32,000) and assumption of liabilities equivalent to the value provided in the Biros Bid (as defined herein);

(2) provides that all consideration shall be tendered to the trustee at a closing which shall occur within ten

Exhibit "D"

days of entry of the sale order, but no later than December 16, 2022; and

(3) agrees to remove all acquired personalty from the Real Property within 30 days after entry of the sale order or risk abandonment of any remaining assets unless such deadline is extended by agreement of the parties.

(iii) A verified statement under 28 U.S.C. § 1746 disclosing: (a) the identity of each individual or entity that will be bidding for the assets or otherwise participating in connection with the transaction (and the terms of any such participation), (b) the identity of the parties that will bear liability for the obligations of any entity formed for the purpose of acquiring the assets; and (c) any contacts or connections (if any) between any individual or entity and the Debtor, its creditors, or other parties in interest in this bankruptcy estate;

(iv) proof, in a form satisfactory to the trustee, of the bidder's financial ability to consummate its offer to purchase the assets by December 16, 2022. Subject to the discretion of the trustee, such evidence may include either proof of sufficient cash on hand, a letter of credit, or an irrevocable loan commitment from a bank or other recognized lender sufficient to pay the amount of the bid in cash at closing; and

(v) A written acknowledgement by such Qualified Bidder that it agrees to the terms of the bidding procedures.

To the extent there is any question as to bidder eligibility, the Court will make the final determination as to which parties qualify as a Qualified Bidder.

7