**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-20823-GLT |
| | ) | |
| U LOCK, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| SHANNI SUE SNYDER, | ) | Document No.: |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES O. ZEBLEY, JR. and | ) | |
| ROBERT H. SLONE, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2022, upon consideration of Stipulation by and between Shanni Sue Snyder, Charles O. Zebley, Jr. and Robert H. Slone, it is hereby ORDERED, ADJUDGED and DECREED that the Stipulation is approved.

                                                           BY THE COURT:

                                                           _____
                                                           Gregory L. Taddonio
                                                           U.S. Bankruptcy Judge