FILED
12/02/2022 2:06 AM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  U LOCK INC. a/k/a       )
U-LOCK INC.                     )          Case. 22-20823-GLT
                                )
            Debtor.             )
                                )

### DECLARATION OF GEORGE SNYDER IN REFERENCE TO CERTAIN EQUIPMENT

I, George Snyder, declare and state under the penalty for perjury that the following is true and correct to the best of my knowledge, information and belief (28 USC 1746):

1. My name is George Snyder.  I am making this declaration as directed by the Court to provide information as to property removed from the Estate.

2. On October 14, 2022, I was directed by Trustee Slone not to go onto the site.  The email from the Trustee stated, "We've received complaints that George Snyder is bothering the workers on the U Lock property and telling them that they are not permitted to be there. Please have him refrain from being on the property at this time."  Most items were removed subsequent to this time.

3. As to the items on the Trustee's sale list, I did not remove any of the items.  The disposition is as follows:

| ITEM | DESCRIPTION | LOCATION | DATE/INCIDENT |
| --- | --- | --- | --- |
| A-1 | 20 pound propane tank | U Lock | n/a |
| A-2 | Ohio Body Mfg Trailer AXEC-1498 | U Lock | n/a |
| A-3 | 977 CAT Trxcavator 53A6822 | Biros Property | Unknown date of removal, removed in last 45 days |
| A-4 | Vintage Drott Skid Shovel | Biros Property | Unknown date of removal, removed in last 45 days |

| | | | |
|---|---|---|---|
| A-5 | 4 Trailers (same as item 1 on schedule B) | U Lock | n/a |
| A-6 | Tractor Trailer 201 | U Lock | n/a |
| A-7 | Case 880C Excavator | Biros property | Removed Thursday, November 10, 2022 |
| A-8 | Michigan 85iii front end loader | Biros property | Removed on unknown date in last 45 days. |
| A-9 | Blue Ford with Snow Plow | Unknown location | Removed by Andy Biros and Hunter Towing on July 13, 2022. |
| A-10 | Ford F-250 Custom Red andGreen | Location unknown | Moved on unknown date |
| A-11 | GMC Flatbed | Location unknown | May still be at U Lock |
| B-1 | 4 mobile homes as is (same as A-5, above) | U Lock | n/a |
| B-2 | Red Beaver Tail drop deck low boy trailer | Unknown location | Removed October 22, 2022 |
| B-3 | CAT 941 Loader no motor | Biros property | Removed on unknown date in the past 45 days. |
| B-4 | 2 boats on trailers | Placed in dumpster at U-Lock.  1 Trailer remains at U Lock but was destroyed | Items placed in dumpster by Biros family and destroyed. |
| B-5 | Various 55 Gallon Drums | U Lock | n/a |
| B-6 | Clark Pneumatic Fork Truck | Location unknown | Removed in the last 45 days |
| B-7 | Red Diamond Rio Triaxle | Biros Property | Removed in the last 45 days |
| B-8 | Blue Ford F150 plow truck 49-302B21 | Unknown location | Removed on July 13, 2022, by Andy Biros and Hunter Towing |

| B-9  | American Mobile Crane | Biros Property   | Removed in the last 45 days |
| B-10 | Lot of Misc. Scrap    | Unknown location | Tons of metal scrap removed from the property. |

4. On or about October 10, 2022, a man with license plate LHJ 6221 and a dump truck with plate YMW 7659 stole some of my shelving from U Lock and installed a chain and post at the entrance for Christine Biros.

5. On November 20, 2022, Robert Biros and Andy Biros removed an auto trailer with an unknown person in a white truck with license plate ZKN 1034. This trailer belonged to Marra's Landscape and was in my care to aid in moving items belonging to me or the tenants at their request.

6. I removed the following property that belongs to me except where I stated otherwise (the tanks). The present location of the property is 150 Leger Road, North Huntingdon, Pennsylvania. I have additional personal property that I own on the U Lock premises. The trustee asked for rent in November 2022 and will not release other items to me without some unknown rent. Prior to November 2022, the Trustee did not ask for rent:

   a. **10 Shipping Containers:** On December 5, 2021, before the bankruptcy, I removed a shipping container. On June 2 and June 9, 2022, I removed 9 additional shipping containers. U Lock does not own these containers. I purchased them from Frances Jaquette and Nicholas Schur on various dates in 2001 for $500 each.

   b. I removed two 10,000 gallon poly watertanks from U Lock's property on June 9, 2022. These belong to U Lock. I thought they were on the

schedules. I moved them pursuant to this Court's limited relief from stay Order.

c. On May 29, 2022, I moved a storage trailer (Southern Rail) to U Lock. On the morning of October 9, 2022, with notice and permission from the Trustee Mr. Slone, I removed it off the property. This did not belong to U Lock and was not on the property at the time the bankruptcy was filed. I purchased this trailer in 2008 from Scott Snyder and Trafford Corp for $100 in 2008. (Ms. Biros wrote to Trustee Slone on October 10 stating that I removed this trailer. Indeed, I did cause it to be removed).

d. I moved a pallet of Unistrut that I bought for $50 from a liquidation sale in Wilkinsburg. The never belonged to U Lock.

e. I moved approximately six to eight pallens of shelving components I bought from a pet store liquidation sale in Monroeville, Pennsylvania, in 2017.

f. I moved a pet scale I bought at the same liquidation sale.

7. I walked the property with Trustee Slone and showed him the items omitted from the schedules due to what appears to be an error. At the creditors meeting I promised to amend the schedules. I have told Mr. Slone that I needed to take an inventory to give him a list of U Lock items and a list of my remaining personal items so that there would not be two amendments. Mr. Slone has promised to give me a time to take the inventory, but he has not yet done so.

Dated this 1st day of December 2022.

_____
George Snyder