FILED
12/02/2022 10:24 AM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  U LOCK INC. a/k/a U-LOCK INC. | ) ) ) ) ) ) | Case. 22-20823-GLT |
| Debtor. | | |

**SUPPLEMENTAL DECLARATION OF GEORGE SNYDER IN REFERENCE TO CERTAIN EQUIPMENT**

I, George Snyder, declare and state under the penalty for perjury that the following is true and correct to the best of my knowledge, information and belief (28 USC 1746):

1. My name is George Snyder.  I am making this declaration as directed by the Court to provide information as to property removed from the Estate.

2. In my Declaration that I prepared yesterday and upload in the night, I forgot an item I removed that does not belong to the Estate.  I removed an old yellow tri-axle tilt bed trailer I purchased from a former tenant of U Lock, Vince (Last name unknown) for $100.  The present location of this item is 150 Leger Road, North Huntingdon, Pennsylvania.

3. This is the vehicle used to remove the red low boy (Estate property) on October 22, 2022.  This same truck was hired by the Biros family to move several tractor trailers that were on the property from their location to a different place near the highway.



4. This is Robert Biros with an unknown individual on October 14 2022 taking U Lock scrap metal and loading onto a truck.



5. On October 21, 2022, after the meeting with the Trustee, Robert Biros loaded up this guys truck with the excavator

track.



6. This is October 12 2022, Robert Biros and Andy Biros damaging storage unit doors that were temporarily removed from a unit.



Dated this 2nd day of December 2022.

_____
George Snyder