**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankruptcy No. 22-20823-GLT |
| U LOCK INC., | Chapter 7 |
| Debtor. | |

**NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
CREDITOR, CHRISTINE BIROS**

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Christine Biros, in the above-

captioned matter, and add my name to the mailing matrix to receive notices of all matters in this

case.

Respectfully submitted,
BERNSTEIN-BURKLEY, P.C.

By:/s/*Daniel McArdle Booker*
Daniel McArdle Booker, Esquire
PA ID. No. 320890
601 Grant Street, 9th Floor
Pittsburgh, PA  15219-1900
Telephone: (412) 456-8122
Facsimile:  (412) 456-8135
e-mail:  mbooker@bernsteinlaw.com

Attorney for Creditor

Dated: 12/9/2022