IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-20823-GLT |
| | : | Chapter: | 7 |
| U LOCK INC | : | | |
| | : | | |
| | : | Date: | 12/15/2022 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:** Evidentiary Hearing: #217 - Amended Motion to Sell Property
Re: Tangible and Intangible Personal Property of the Estate filed by the trustee
(amends Motion filed at Dkt. No. 175)
#223 Proof of Publication - Tribune Review
#224 - Notice Regarding Qualified Bids Regarding Sale of Tangible and Intangible Personal Property
#225 - Objection filed by George Snyder
#226 - Response in Opposition filed by Debtor
#227 - Objection filed by Shanni Snyder

**APPEARANCES:**
Debtor: J. Allen Roth [George Snyder]
Trustee: Robert H. Slone
Christine Biros: Sarah Wenrich, Robert Bernstein, William Otto [Christine Biros]
Shanni Snyder: John Joyce, Jeremy Kobeski [Shanni Snyder]

**NOTES:** [10:04]

Court: Goal is to move forward with things today - on motions and with bids for sale. Would like to have a comprehensive bid of both tangibles and intangibles.

Joyce: Objects to a sale of the intangibles that would not include the transfer of current possessory rights that the trustee has.

Slone: Selling any rights that he would have had at the time of the filing.

Court: As is, where is, sale. Two bids - $63,500 for intangibles and tangibles from Shanni Snyder., and $41,000 bid for intangibles and tangibles from Biros.

*Bidding commences*
*Highest and best bid is $70,000 from Shanni Snyder, backup bid is $65,000 from Christine Biros.*

Wenrich: Question good faith of Shanni Snyder and her coordination with USAAG Bank for her bid.

Court: Has not seen anything that would suggest any colorable allegation of bad faith. Not impermissible to get lending for a bid. Also, notes that at this point, three different attorneys have spoken on behalf of Biros today. The case, in the Court's opinion, is being over litigated.

[Court entered supplemental findings on the record.]

**OUTCOME:**

1) Highest and best bid for the tangible and intangible property is $70,000 made by Shanni Snyder. Backup bid for tangible and intangible property is $65,000 made by Christine Biros ($55,000 in cash and $10,000 credit). For the reasons stated on the record, parties shall submit a proposed form of sale order approving the sale under certification of counsel before 5 p.m. on December 16, 2022. [Text order].

**DATED:** 12/15/2022