IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY,
PENNSYLVANIA CIVIL DIVISION

**CHRISTINE BIROS**, an individual,

Plaintiff,

vs.

**U LOCK, INC.**, a Pennsylvania corporation,

Defendant.

CIVIL DIVISION

No. 17CJ04886

ORDER OF COURT

## ORDER OF COURT

AND NOW, this 20th day of January, 2022, in light of the decision of the Superior Court (Docket No. 1841 WDA 2019) to sustain the verdict of this Court in favor of Plaintiff Christine Biros and the denial by the Supreme Court (Docket No. 259 WAL 2021) of Defendant's Petition for Allowance of Appeal, it is hereby **ORDERED** and **DECREED** that:

1. The deeds delivered to this Court in escrow by Denise Schur, Executrix of the Estate of Alex Schur, Henry L. Moore and Susan Stano, Co-Executors of the Estate of Nicholas Schur, Kathleen S. Walter, Executor of the Estate of Michael Schur and Cynthia Sarris, Administrator of the Estate of Ann Sarris, conveying to Plaintiff Christine Biros, title to that certain real estate situate at 14140 Route 30, North Huntingdon, PA 15642, more specifically identified by Tax Map ID No. 54-03-10-0-103, are hereby released by this Court to Plaintiff Christine Biros.

BY THE COURT:

_____
HARRY F. SMAIL, JR., JUDGE

**ATTEST:
GINA O'BARTO
PROTHONOTARY**