# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>U LOCK INC.,<br><br>    Debtor.<br><br>---<br><br>CHRISTINE BIROS,<br><br>    Movant,<br><br>v.<br><br>ROBERT SLONE, Chapter 7 Trustee for the Estate of U Lock, Inc.,<br><br>    Respondent. | Bankruptcy No. 22-20823-GLT<br><br>Chapter 7 |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, to wit, this ____ day of _____, 20__, upon due consideration of the foregoing *Motion For Relief From the Automatic Stay* (hereinafter, the "Motion"), filed by Christine Biros, it is hereby ORDERED, ADJUDGED and DECREED:

1) The Motion is GRANTED; and

2) Christine Biros is granted relief from the automatic stay to facilitate the transfer of possession of and pursue any all state court rights related to the real property located at 14140 U.S. Route 30, North Huntington, Pennsylvania.

                    BY THE COURT:

                    _____
                    Gregory L. Taddonio
                    Chief United States Bankruptcy Judge