PAWB FORM 7  (03/12)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>U LOCK INC.,<br><br>    Debtor. | Bankruptcy No. 22-20823-GLT<br><br>Chapter 7 |
| CHRISTINE BIROS,<br><br>    Movant,<br><br>v.<br><br>ROBERT SLONE, Chapter 7 Trustee for the Estate of U Lock, Inc.,<br><br>    Respondent. | Related Doc. Nos.: 255, 257, 258 & 259<br><br>Hearing Date: Jan. 20, 2023 @ 10:30am<br>Response Deadline: January 9, 2023 |

**CERTIFICATE OF SERVICE OF CHRISTINE BIROS' MOTION FOR RELIEF FROM STAY (Doc. No. 255) and HEARING NOTICE (Doc. No. 257) AND
MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1) (Doc. No. 258) and HEARING NOTICE (Doc. No. 259)**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 22, 2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail.

EXECUTED ON: December 22, 2022            Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By:/s/ Robert S. Bernstein
Robert S. Bernstein, Esq.
PA I.D.: 34308
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone: (412) 456-8101
Fax:    (412) 456-8135
Email: rbernstein@bernsteinlaw.com