```
Label Matrix for local noticing        U LOCK INC                              U.S. Bankruptcy Court
0315-2                                  14140 U.S. Route 30                     5414 U.S. Steel Tower
Case 22-20823-GLT                       N. Huntingdon, PA 15642-1068            600 Grant Street
WESTERN DISTRICT OF PENNSYLVANIA                                                Pittsburgh, PA 15219-2703
Pittsburgh
Thu Dec 22 15:19:19 EST 2022

11585274 Canada Inc                     Christine Biros                         Christine Biros
663 Ave Orly                            435 Millers                             435 Millers Lane
Durval QC  H9P1G1 Canada,  H9P1G1       Pittsburgh, PA 15239-1754               Pittsburgh, PA 15239-1754


Christine Biros                         Christine Biros                         David Perla
435 Millers Road                        c/o Bernstein-Burkley, P.C.             550 Beatty Drive
Pittsburgh, PA 15239-1754               601 Grant Street, 9th Floor             Irwin, PA 15642
                                        Pittsburgh, PA 15219-4430


Denny & John Dull                       Fred Banks                              Gary Cheripka
120 Kline Avenue                        52 S 8th                                123 Catskill Avenue
North Versailles, PA 15137-1126         Pittsburgh, PA 15203-1030               Pittsburgh, PA 15227-3007


George Snyder                           Glenn Mowry                             INW
Box 15                                  524 8th Street                          800 E Wishkah Street #1003
Irwin, PA 15642-0015                    Irwin, PA 15642-3642                    Aberdeen, WA 98520-2915


Internal Revenue Service                JAR Coal Company                        James Clawson
PO Box 7346                             1985 Lincoln Way                        2437 Saunders Station Road
Philadelphia, PA 19101-7346             STE 23-333                              Monroeville, PA 15146-4451
                                        White Oak, PA 15131-2418


Jeffrey Shaw                            Jennifer Verrico                        Mark Mycka
140 Carriage Drive                      16 Goldstrom Avenue                     5148 Peach Street #401
Irwin, PA 15642-2735                    Dravosburg, PA 15034-1055               Erie, PA 16509-2475


Mark Myka                               Office of the United States Trustee     PA Turnpike Toll by Plate
5148 Peach St 401                       Liberty Center.                         PO Box 645631
Erie, PA 16509-2475                     1001 Liberty Avenue, Suite 970          Irwin, PA 15642
                                        Pittsburgh, PA 15222-3721


Peters Painting                         R J Abreu                               R Woodall
14354 Overholt Drive                    39 1/2 Wedgewood Drive 1009             Apartado 10199
Irwin, PA 15642-1230                    Jewett City, CT 06351-2439              San Jose  Costa Rica,   00000


RSS Attn: Bawani                        Ricoberto Negrete Galeno                Sara Stumme
5307 Victoria Drive #185                3048 Norland Street                     2705 Bowman Avenue
Vancouver BC  CANADA,  V5P3V6           Carnegie, PA 15106-1136                 McKeesport, PA 15132-3205
```

Sarah E. Wenrich
Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

Sarah E. Wenrich
Bernstein-Burkley, P.C.
601 Grant Street, Floor 9
Pittsburgh, PA 15219-4430

Shanni Snyder
14390 Route 30
Irwin, PA 15642-1050

Shanni Snyder
14390 Route 30
N Huntingdon, PA 15642-1050

Shanni Snyder and/or Trustee of the Shanni S
14390 Route 30
Irwin, PA 15642-1050

Sharon McCance
PO Box 185
Irwin, PA 15642-0185

Shelly & Ben Chabande
799 Brownstone Road
Larimer, PA 15647-9706

Stephen Chapas
273 Shasta Drive
Pittsburgh, PA 15239-3923

Terry Noll
1257 Colt
Irwin, PA 15642-1879

Tony Davis
6 Liberty Square
Boston, MA 02109-5800

United Steelworkers
Attn James Hill
386 Toura Drive
Pittsburgh, PA 15236-4511

West Penn Power
76 South Main Street
Akron, OH 44308-1817

Westmoreland County Tax Claim Bureau
2 North Main Street
Ste 109
Greensburg, PA 15601-2405

Christine Biros
c/o Bernstein-Burkley, P.C.
Sarah E. Wenrich
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

Eric E. Bononi
20 N. Pennsylvania Avenue
Greensburg, PA 15601-2337

J. Allen Roth
805 S Alexandria Street
Latrobe, PA 15650-1502

Renee' E. Basista
9 Donna Drive
Irwin, PA 15642-9417

Robert H. Slone, Trustee
223 South Maple Avenue
Greensburg, PA 15601-3232

Shanni Snyder
14390 Route 30
Unit H
North Huntingdon, PA 15642-1050


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Artie Leddon
DECEASED

(u)Chuck Wargo
address unknwon

(u)ESq Holding
Attn M Jiminez
114A-3000
600 W Santa Ana Blvd,

(u)Lynda & Greg Warnick
ADDRESS UNKNOWN
CITY, PA 00000

(u)George Snyder

(u)Kash Snyder

End of Label Matrix
Mailable recipients    48
Bypassed recipients     6
Total                  54