## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 22-20823-GLT |
| U LOCK, INC. ) | |
| Debtor ) | Chapter 7 |
| ****************************** ) | |
| ROBERT H. SLONE, TRUSTEE ) | Document No. |
| Movant ) | |
| vs. ) | |
| ) | |
| CHRISTINE BIROS, GEORGE SNYDER, SHANNI ) | |
| SNYDER, FRED BANKS, RENEE BASISTA, ) | |
| DAVID PERLA, DENNY DULL, JOHN DULL, ) | |
| GLENN MOWRY, INW, JAR COAL COMPANY, ) | |
| JAMES CLAWSON, GARY CHERIPKA, ) | |
| JEFFREY SHAW, JENNIFER VERRICO, MARK MYKA, ) | |
| PA TURNPIKE TOLL BY PLATE, RSS, R.J. ABREU, ) | |
| PETERS PAINTING, R. WOODALL, ) | |
| SARA STUMME, RICOBERTO NEGRETE GALENO, ) | |
| SHARON McCANCE, SHELLY CHABANDE, ) | |
| BEN SHABANDE, STEPHEN CHAPAS, TERRY NOLL, ) | |
| TONY DAVIS, UNITED STEELWORKERS, ) | |
| WEST PENN POWER, WESTMORELAND COUNTY ) | |
| TAX CLAIM BUREAU, DANIELS & MILLER INC., ) | |
| MICHAEL BROTHERS, MON VALLEY RECYCLING,) | |
| WESTMORELAND IRON & METAL, ) | |
| COMMONWEALTH OF PENNSYLVANIA ) | |
| DEPARTMENT OF ENVIRONMENTAL ) | |
| PROTECTION, WESTMORELAND COUNTY, ) | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, ) | |
| NORTH HUNTINGDON TOWNSHIP, ) | |
| U.S. ATTORNEY—WESTERN DISTRICT OF PA, ) | |
| ATTORNEY GENERAL FOR COMMONWEALTH ) | |
| OF PENNSYLVANIA, ) | |
| RESPONDENTS ) | |

**REPORT OF SALE REGARDING TANGIBLE AND INTANGIBLE PERSONAL PROPERTY OF THE ESTATE**

AND NOW, comes Robert H. Slone, Chapter 7 Trustee, by and through his attorneys, Mahady and Mahady—Robert H. Slone, Esquire, and prepares this Report of Sale, stating as follows:

1. That Robert H. Slone was appointed the Chapter 7 Trustee in the bankruptcy case of U Lock, Inc., and is so acting.

2. The Trustee filed an Amended Motion for Sale of Tangible and Intangible Personal Property of the Estate Under 11 U.S.C. Section 363(f) Free and Clear of All Liens and Encumbrances filed at Docket No. 217 (the "Sale Motion")[1] seeking the authority to sell a substantial portion of the assets belonging to the Debtor, U Lock, Inc., which include certain tangible and intangible assets of the Estate identified in the Sale Motion (the "Purchased Assets").

3. Separate hearings were held regarding the sale of the Purchased Assets on November 10, 2022, December 1, 2022, and December 15, 2022.

4. At the Sale Hearing conducted on December 15, 2022, there were two (2) Qualified Bidders for the Purchased Assets. Shanni Snyder was the Successful Bidder having made the highest and best bid in the amount of $70,000.00 cash.

5. An Order of Court dated December 20, 2022 was entered at Document No. 254 confirming the sale of the Purchased Assets to Shanni Snyder. A copy of said Order of Court is attached hereto and made a part hereof as Exhibit "A".

6. Shanni Snyder has made the payment in the amount of $70,000.00 for the Purchased Assets to the Trustee as per Order of Court dated December 20, 2022, being the amount of $4,000.00 hand money received by the Trustee on November 3, 2022 and the balance of $66,000.00 received by the Trustee via wire transfer on December 22, 2022.

7. The closing for the sale of the Purchased Assets was held on December 28, 2022.

Respectfully submitted,

Date: December 30, 2022

/s/ ROBERT H. SLONE
Robert H. Slone, Esquire
PA ID No. 19963
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
(724) 834-2990; robertslone223@gmail.com

---

[1] The Sale Motion amends the *Trustee's Motion for Sale of All Tangible and Intangible Personal Property of the Estate* filed at Docket No. 175.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 22-20823-GLT |
| U LOCK, INC. | ) | |
|                   Debtor | ) | Chapter 7 |
| ****************************** | ) | |
| ROBERT H. SLONE, TRUSTEE | ) | RE: Document No. |
|                   Movant | ) | |
|   vs. | ) | |
| | ) | |
| CHRISTINE BIROS, ET AL. | ) | |
| | ) | |
|                 RESPONDENTS | ) | |

**CERTIFICATE OF SERVICE FOR REPORT OF SALE REGARDING TANGIBLE AND
INTANGIBLE PERSONAL PROPERTY OF THE ESTATE**

    I, Robert H. Slone, certify under penalty of perjury that on December 30, 2022, I served a true and correct copy of the above-referenced document upon the following persons and parties in interest at the addresses shown by United States First Class Mail, postage prepaid, as follows:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | John B. Joyce, Esquire<br>Grenen & Birsic, PC<br>One Gateway Center, 9th Floor<br>Pittsburgh, PA 15222 | J. Allen Roth, Esquire<br>805 S. Alexandria Street<br>Latrobe, PA 15650 |
| Sarah Wenrich, Esquire<br>Bernstein Berkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219 | William E. Otto, Esquire<br>Law Firm of William E. Otto, Esq.<br>PO Box 701<br>Murrysville, PA 15668 | Robert S. Bernstein, Esq.<br>Bernstein Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219 |
| Shanni Snyder<br>14390 Route 30, Unit H<br>Irwin, PA 15462 | | |

EXECUTED ON: December 30, 2022    By:    /s/ ROBERT H. SLONE
                                                                          Robert H. Slone, Trustee
                                                                          PA ID No. 19963
                                                                          MAHADY & MAHADY
                                                                          223 S. Maple Avenue
                                                                          Greensburg, PA 15601
                                                                          (724) 834-2990; robertslone223@gmail.com