IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 22-20823-GLT |
| U LOCK, INC., | Chapter 7 |
| *Debtor*. | Related to Dkt. No. 258 |

### ORDER TO SHOW CAUSE

In accordance with the *Memorandum Opinion* of even date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that:

1. *Christine Biros' Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)* [Dkt. No. 258] is **DENIED WITHOUT PREJUDICE** to the filing of a reasonable request for an administrative expense claim. The hearing scheduled for January 27, 2023 with respect to this matter is **CANCELLED**.

2. A show cause hearing is scheduled for **January 27, 2023 at 10:00 a.m.** in Courtroom A, 54th Fl., U.S. Steel Tower, 600 Grant St., Pittsburgh, Pennsylvania, 15219.

3. Christine Biros and Attorney Robert S. Bernstein shall each appear in person at the hearing and show cause why the Court should not impose sanctions against either of them, including but not limited to, monetary sanctions, for filing the *Motion* in violation of Fed. R. Bankr. P. 9011(b)(1)-(3).

4. On or before **January 25, 2023 at 4:00 p.m.**, Christine Biros and Attorney Bernstein shall each file a written response to this *Order to Show Cause*.

5. In accordance with Judge Taddonio's procedures, parties other than Christine Biros and Robert S. Bernstein may appear remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later

than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Dated: January 17, 2023

GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE