| INTERNATIONAL MONEY ORDER | |
|---|---|
| 180907533 | |
| FILL IN THIS STUB AND SAVE FOR YOUR RECORD | |
| DATE AND AMOUNT | |
| JUL 08 2022 | |
| $500.00  $1.00 | |

MEMO FINANCIAL SERVICES, INC.
MEMO FINANCIAL SERVICES AMERICA, INC.
MEMO FINANCIAL SERVICES NEW YORK, INC.
PO. BOX 8863 - CAMP HILL, PA  17001-8863
(800) 922-8079
www.memoco.com

URCHASER'S RECEIPT

## INTERNATIONAL MONEY ORDER

**$ MEMO®**

MEMO FINANCIAL SERVICES, INC.
MEMO FINANCIAL SERVICES AMERICA, INC.
MEMO FINANCIAL SERVICES NEW YORK, INC.
MEMO FINANCIAL SERVICES USA, INC.
P.O. BOX 8863 - CAMP HILL, PA  17001-8863
(800) 922-8079
www.memoco.com

CAR Salvage u lock inc.
22-20823

SN-180907533   LOC# -18817   STORE-1  D#-5

*********************************************  JUL 08 2022 ∎ FIVE HUNDRED DOLLARS AND 00 CENTS

86-490 / 1031

180907533  9

NOT VALID OVER FIVE HUNDRED U.S. DOLLARS

PAY ONLY  $500.00

VOID OVER     500.00

PAY TO THE ORDER OF _____

BY SIGNING, PURCHASER AGREES TO BE BOUND BY THE TERMS AND CONDITIONS AND SERVICE CHARGE AS SET FORTH ON THE PURCHASER'S RECEIPT

PURCHASER, SIGNER FOR DRAWER                              ADDRESS                                    CITY/STATE/ZIP

PAYEE READ TERMS ON REVERSE • PAYABLE THROUGH: BANCFIRST, STRATFORD, OK                         MOBILE DEPOSIT PROHIBITED

NUMBERS ON THE BACK OF THIS DOCUMENT APPEAR IN RED

⑆103104900⑆ 180907533       019⑈

| INTERNATIONAL MONEY ORDER | |
|---|---|
| 180907534 | |
| FILL IN THIS STUB AND SAVE FOR YOUR RECORD | |
| DATE AND AMOUNT | |
| JUL 08 2022 | |
| $475.00  $1.00 | |

T O _____
F O R _____

MEMO FINANCIAL SERVICES, INC.
MEMO FINANCIAL SERVICES AMERICA, INC.
MEMO FINANCIAL SERVICES USA, INC.
P.O. BOX 8863 - CAMP HILL, PA 17001-8863
(809) 922-8079
www.memoco.com

**PURCHASER'S RECEIPT**

DETACH HERE

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. SECURITY FEATURES INCLUDE MICRO PRINT SIGNATURE LINES FRONT AND BACK.

# $ MEMO®    INTERNATIONAL MONEY ORDER

MEMO FINANCIAL SERVICES, INC.
MEMO FINANCIAL SERVICES AMERICA, INC.
MEMO FINANCIAL SERVICES NEW YORK, INC.
MEMO FINANCIAL SERVICES USA, INC.
P.O. BOX 8863 - CAMP HILL, PA 17001-8863
(800) 922-8079
www.memoco.com

180907534  8

86-490 / 1031

*CAR Salvage*
*u lock ink*
*22-20823*

SN-180907534    LOC# -18817    STORE-1  O#-5

************************ JUL 08 2022 ■ FOUR HUNDRED SEVENTY FIVE DOLLARS AND 00 CENTS

NOT VALID OVER FIVE HUNDRED U.S. DOLLARS

PAY ONLY  $***475.00***

VOID OVER    475.00

INK FADES WITH HEAT
MP

PAY TO THE
ORDER OF _____
BY SIGNING, PURCHASER AGREES TO BE BOUND BY THE TERMS AND CONDITIONS AND SERVICE CHARGE AS SET FORTH ON THE PURCHASER'S RECEIPT

PURCHASER, SIGNER FOR DRAWER                    ADDRESS                              CITY/STATE/ZIP

PAYEE READ TERMS ON REVERSE • PAYABLE THROUGH: BANCFIRST, STRATFORD, OK          MOBILE DEPOSIT PROHIBITED

NUMBERS ON THE BACK OF THIS DOCUMENT APPEAR IN RED

⑆103104900⑆ 0180907534       019⑈