IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>U LOCK INC.,<br><br>      Debtor. | Bankruptcy No. 22-20823-GLT<br><br>Chapter 7<br><br>Related Doc Nos.:<br><br>Response Deadline: January 25, 2023 @4pm<br><br>Hearing: January 27, 2023, at 10:00 a.m. |

**CERTIFICATE OF SERVICE OF RESPONSE OF CHRISTINE BIROS AND
ROBERT S. BERNSTEIN, ESQ. TO ORDER TO SHOW CAUSE**

     I, the undersigned, hereby certify that a true and correct copy of the within Response was served this 25th day of January, 2023 via this Court's CM/ECF System upon all parties and counsel of record, as follows:

Robert S. Bernstein on behalf of Creditor Christine Biros
rbernstein@bernsteinlaw.com,
cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Eric E. Bononi
bankruptcy@bononilaw.com, pa69@ecfcbis.com

Daniel McArdle Booker on behalf of Creditor Christine Biros
mbooker@bernsteinlaw.com

John B. Joyce on behalf of Petitioning Creditor Shanni Snyder
jjoyce@grenenbirsic.com, alentz@grenenbirsic.com

Jeremy J Kobeski on behalf of Petitioning Creditor Shanni Snyder
jkobeski@grenenbirsic.com, mcupec@grenenbirsic.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

J. Allen Roth on behalf of Debtor U LOCK INC
jallenroth@recap.email, federal@jarothlaw.com

J. Allen Roth on behalf of Plaintiff U LOCK INC

13

jallenroth@recap.email, federal@jarothlaw.com

Robert H. Slone, Trustee
robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

Robert H. Slone, Trustee on behalf of Trustee Robert H. Slone, Trustee
robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

Sarah Elizabeth Wenrich on behalf of Creditor Christine Biros
swenrich@bernsteinlaw.com, cwirick@bernsteinlaw.com;swenrich@ecf.courtdrive.com

Charles O. Zebley, Jr. on behalf of Trustee Charles O. Zebley, Jr.
COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com


                    BERNSTEIN-BURKLEY, P.C.

By: */s/ Robert S. Bernstein*
     Robert S. Bernstein (PA ID No. 34308)
     601 Grant Street, Floor 9
     Pittsburgh, PA 15219
     Telephone: (412) 456-8100
     Facsimile: (412) 456-8135
     rbernstein@bernsteinlaw.com

*Counsel for Christine Biros*