FILED
1/27/23 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-20823-GLT |
| | ) | |
| U LOCK, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| SHANNI SUE SNYDER, | ) | Related to Docket No. 228 |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES O. ZEBLEY, JR. and | ) | |
| ROBERT H. SLONE, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER OF COURT

AND NOW, this 27th Day of January, 2023, upon consideration of Stipulation by and between Shanni Sue Snyder, Charles O. Zebley, Jr. and Robert H. Slone, it is hereby ORDERED, ADJUDGED and DECREED that the Stipulation is approved.

By approving the stipulation, the Court makes no findings that are binding in the bankruptcy case of In re Shanni Sue Snyder, Case No. 18-21983-CMB other than to recognize and acknowledge that the parties to this proceeding (including Shanni Snyder and Trustee Zebley) consent to giving Christine Biros relief from the automatic stay in Shanni's case for the sole purpose of pursuing an objection to her proof of claim (including Claim No. 1-1) in the U Lock, Inc. bankruptcy case. Nothing in this Order shall be deemed a finding as to the propriety of the claim and all such rights, claims, defenses, or objections to the allowance of Shanni Snyder's claim in the U Lock, Inc. case are hereby preserved.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court