FILED
1/27/23 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>U LOCK INC.,<br><br>    Debtor.<br><br>---<br><br>CHRISTINE BIROS,<br><br>    Movant,<br><br>v.<br><br>ROBERT SLONE, Chapter 7 Trustee for the Estate of U Lock, Inc.,<br><br>    Respondent. | Bankruptcy No. 22-20823-GLT<br><br>Chapter 7<br><br><br><br>Related to Docket No. 255 |

**AMENDED**
**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, to wit, this 27th Day of January, 2023, upon due consideration of the foregoing *Motion For Relief From the Automatic Stay* (hereinafter, the "Motion"), filed by Christine Biros, it is hereby ORDERED, ADJUDGED and DECREED:

The Motion is GRANTED, subject to the following terms:

a.  Christine Biros is granted relief from the stay under 11 U.S.C. §362 to facilitate the transfer of possession and pursue any and all state court rights related to the real property located at 14140 U.S. Route 30 in North Huntington, Pennsylvania (the "Property");

b.  The relief under this order is granted as of January 28, 2023, and the 14-day stay under Fed.R.Bankr.P. 4001(a)(3) is waived. Notwithstanding the foregoing, Christine Biros shall not interfere with or impede:

   (i)  the efforts of Shanni Snyder (as successful purchaser of substantially all of U Lock's assets) to remove such personal property from either the Property or 51 Will Street, McKeesport, Pennsylvania through January 27, 2023 (unless such date is otherwise extended by Christine

      Biros); and

    (ii)    the prosecution of a timely avoidance action by Shanni Snyder (as assignee of U Lock, Inc.) pending further Order of this Court.

c.    Nothing in this Order shall be deemed to validate any orders or proceedings that may have been entered or occurred in any non-bankruptcy forum as against U Lock Inc. on or after April 27, 2023, and which actions may have implicated the stay under §262.

 

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court