FILED
1/27/23 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# EXHIBIT 1

Exhibit 1
Strott skid shovel
(Motion Exhibit A Item 4)



I, Glenn Mowry, state that on December 2, 2022, I viewed particular items located on the property located at 14140 U. S. Route 30, the Biros property on Will Steet in McKeesport, and the George Snyder property on Leger Road in North Huntingdon, and hereby claim that I am the owner of the following items that I personally viewed which are located on these properties:

1. 977 CAT Trxcavator 53A6822
2. Vintage Drott skid shovel model 6K3
3. 4 trailers
4. Case 880C excavator
5. Michigan 85iii front end loader
6. Blue Ford with snowplow
7. Ford F-250 custom green and red
8. GMC flatbed
9. Red Beaver Tail drop deck lowboy trailer
10. CAT 941 loader (no motor)
11. Clark Pneumatic Fork Truck
12. Red Diamond Rio triaxle (no hood, no radiator, parts—last inspected 1999)
13. Blue Ford F150 plow truck 49-302B21 (as is)
14. American mobile crane (as is)
15. 1 lot misc. scrap

I also state that the value of the aforementioned items for which I claim ownership and the other items that I viewed are scrap value only at the rate of approximately $3.00 per 100 lbs. These items must be prepared, disassembled, removal of tires, and drained of hazardous materials and must be transported to a local scrap dealer.

Date: _12 -6 -22_

Glenn Mowry

# EXHIBIT 2

Exhibit 2
977 H Caterpillar Highlift
(Motion Exhibit A Item 3)





977H track loader

## FORM OF AFFIDAVIT

STATE OF PENNSYLVANIA)
                     )SS:
COUNTY OF WESTMORELAND)

BEFORE ME THE SUBSCRIBER PERSONALLY APPEARED

Name: ANTONIO CELIO III   CELIO AUTO WRECKERS.

Address:        BOX 81

City,State,Zip:   WENDEL PA 15691

WHO BEING DULY SWORN, ACCORDING TO LAW, DOTH DEPOSE AND SAY;

I TONY CELIO HAD ALL OF GLENN
MOWRY'S EQUIPMENT PARKED
AT MY PROPERTY LOCATED IN
WENDEL. THE EQUIPMENT IN QUESTION
IS 977H HI LIFT AMERICAN TRUCK CRANE
CAT
DIAMOND RIO TANDUM TRUCK DUMP BODY
INTERNATIONAL TD9 TRACK LOADER HI LIFT
LOW BOY RED BEAVER TAIL.

AND FURTHER DEPONENT SAYETH NOT.

                    Signed: _____

SWORN AND SUBSCRIBED BEFORE ME THIS

_____ DAY OF January 2023

_____
    Notary Public

      (seal)

Commonwealth of Pennsylvania - Notary Seal
Marion Rayman, Notary Public
Westmoreland County
My commission expires September 8, 2026
Commission number 1134623
Member, Pennsylvania Association of Notaries

# EXHIBIT 3

Exhibit 3
941 Caterpillar Highlift
(Motion Exhibit B Item 3)





**TERMS OF SALE**

1   ALL PURCHASES ARE TO BE PAID IN FULL ON DAY OF SALE & PRIOR TO REMOVAL FROM PREMISES.

2   IF A DISPUTE ARISES BETWEEN TWO OR MORE BIDDERS, THE AUCTIONEER WILL DECIDE THE DISPUTE OR RESELL THE ITEM

3   ALL ITEMS ARE SOLD "AS IS WHERE IS" THE AUCTIONEER ASSUMES NO LIABILITY FOR ANY GUARANTEE MADE BY THE SELLER.

4   THE AUCTIONEER IS NOT LIABLE FOR ANY INJURY, DAMAGE OR LOSS INCURRED IN CONNECTION WITH THE SALE

5   PURCHASER ASSUMES RESPONSIBILITY FOR ITEMS WHEN "SOLD" OR UPON DELIVERY TO PURCHASER

6   STATEMENTS MADE ON DAY OF AUCTION TAKE PRECEDENCE OVER PREVIOUSLY WRITTEN MATERIAL

NASH 800-326-7484

ITEM # 4 ON ADDITIONAL LIST
OWNED BY GLEN MAURY - AUCTION #1 + AUCTIONEER



Licensed • Bonded • Insured

Auctioning of inherited & living estates, trusts, downsizing a home or business, collections: coins, jewelry, firearms, other. Liquidations. Real Estate.

**BILL EVANS AUCTION SERVICE**

Export, PA • 724-733-1109 • Fax: 724-387-1060
BillEvansAuctionService.com



I Glen Mowry, claim Trucks, Equipment and Trailers Located at

U lock Property at route 30 North Huntingdon, PA as my property.

1. Ohio Body Mfg Trailer  AXEV-1498
2. 977 CAT  Traxcavator  53A6822
3. Drott Skid Shovel Model 16K3
4. 4 storage Trailers
5. Tractor Trailer 201
6. Case 880C Excavator
7. Michigan 85 Front end Loader
8. Red Drop Deck Beaver tail low Boy Trailer
9. CAT High Lift 941 with no motor
10.    Clark Pneumatic fork Truck
11.    Red Tri Axle Diamond Rio with no hood/Radiator Parts
12.    1 lot Misc Scrap
13.    Ford F150  4 X 4 plow truck 49-302B21
14.    ~~Crane~~ American Mobile Crane

8-4-22

Notary

Commonwealth of Pennsylvania - Notary Seal
Marion Rayman, Notary Public
Westmoreland County
My commission expires September 8, 2022
Commission number 1134623
Member, Pennsylvania Association of Notaries

Exhibit B -- Claim from Glen Mowry

# EXHIBIT 4

Exhibit 4
American Crane
(Motion Exhibit B Item 9)





01 OF 01

DO NOT DETACH

MV-105A (5/84)

67 - SME3116
843611533741

27512352    SME3116
TITLE NUMBER        PLATE NUMBER

AMERICAN    SME
MAKE OF VEHICLE      TYPE

GS4903W8107    CLASS
VEHICLE IDENTIFICATION NUMBER

REG. GROSS WT.   COMB. GROSS WT.    CODES

SEAT CAP. AXLES   DUP    JUN 30 1985
EXPIRATION DATE

24.00
VOID UNLESS VALIDATED    FEE

THE PITTSBURGH & LAKE
ERIE RAILROAD CO
C/O CHIEF ENG SUITE 500
COMMER CT4 STATION SQ
PITTSBURGH      PA 15219

X

SIGN IN INK - DO NOT PRICE ENGINEER
COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF TRANSPORTATION
VEHICLE REGISTRATION

IMPORTANT NOTICE

ATTACHED IS YOUR NEW
VALIDATED REGISTRATION
CARD. DETACH THIS
PORTION, FOLD THE
REMAINING CARDS AND
CARRY WHEN DRIVING
VEHICLE.

SAFETY TIP
"DIM YOUR
HIGH-BEAMS TO
ONCOMING TRAFFIC"

DO NOT DETACH



Glen Mowry owns this
Originally from Railroad (P-LE)

American Marine Truck Crane
Item #14 On Main
Claim List

EXHIBIT 5

Exhibit 5
Tandem Dump Truck
(Motion Exhibit B Item 7)






DIAMOND RIO
4X4 425 CAT MOTOR
TANDEM DUMP TRUCK
BOUGHT FROM CELIO APPROX 18yrs AGO
(ITEM 1) DO LIST

## FORM OF AFFIDAVIT

STATE OF PENNSYLVANIA)
               )SS:
COUNTY OF WESTMORELAND)

BEFORE ME THE SUBSCRIBER PERSONALLY APPEARED

Name: ANTONIO CELIO III    CELIO AUTO WRECKERS.

Address: BOX 81

City,State,Zip: WENDEL PA 15691

WHO BEING DULY SWORN, ACCORDING TO LAW, DOTH DEPOSE AND SAY:

I TONY CELIO HAD ALL OF GLENN
MOWRY'S EQUIPMENT PARKED
AT MY PROPERTY LOCATED IN
WENDEL. THE EQUIPMENT IN QUESTION
IS 99TH HI LIFT AMERKAN TRUCK CRANE
DIAMOND RIO TANDUM TRUCK DUMP BODY
INTERNATIONAL TD9 TRACK LOADER HI LIFT
LOW BOY RED BEAVER TAIL.

AND FURTHER DEPONENT SAYETH NOT.

Signed: _____

SWORN AND SUBSCRIBED BEFORE ME THIS

20 DAY OF January 2023

Notary Public

(seal)

Commonwealth of Pennsylvania - Notary Seal
Marion Rayman, Notary Public
Westmoreland County
My commission expires September 9, 2026
Commission number 1134623
Member, Pennsylvania Association of Notaries

# EXHIBIT 6

Exhibit 6
Case 880C Excavator
(Motion Exhibit A Item 7)





#6
on list
(Glen Mowry)

ARTICLE OF AGREEMENT

6-18-12
Case 880 D
6205792

I Glen Mowry Buying 6
1984 Excavator. From Dave Proctor
As is - witHome is Total Price.
$4,000. To Be Paid in Full in 45
Days. Have Permission To Repair
Machine From Dave Proctor witHere is.
Location 104 Yuma Way New Stanton Pa.

Witness Tom Cellio Buyer

Deposit $700. 6-18-12  $t/1/6n

Shop # 412-481-4357
Home # 412-627-2647

Glenn Mowry
Dave Proctor

1

Dave Proctor.

# EXHIBIT 7

Exhibit A/ 7

(Motion Exhibit B, Part of Item 4)



CAB
12-14-22



**William Otto**

| | |
|---|---|
| **From:** | christine biros <christineb0610@yahoo.com> |
| **Sent:** | Tuesday, January 24, 2023 5:38 PM |
| **To:** | William Otto |
| **Subject:** | Marras landscaping |
| **Attachments:** | IMG_4438.heic |

Owner of the company Mary Marras

Sent from my iPhone

1