FILED
1/27/23 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>U LOCK INC.,<br><br>    Debtor.<br><br>---<br><br>CHRISTINE BIROS,<br><br>    Movant,<br><br>v.<br><br>ROBERT SLONE, Chapter 7 Trustee for the Estate of U Lock, Inc.,<br><br>    Respondent. | Bankruptcy No. 22-20823-GLT<br><br>Chapter 7<br><br><br><br>Related to Docket No. 255 |

**AMENDED
ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, to wit, this _27th Day of January, 2023_, upon due consideration of the foregoing *Motion For Relief From the Automatic Stay* (hereinafter, the "Motion"), filed by Christine Biros, it is hereby ORDERED, ADJUDGED and DECREED:

The Motion is GRANTED, subject to the following terms:

a. Christine Biros is granted relief from the stay under 11 U.S.C. §362 to facilitate the transfer of possession and pursue any and all state court rights related to the real property located at 14140 U.S. Route 30 in North Huntington, Pennsylvania (the "Property");

b. The relief under this order is granted as of January 28, 2023, and the 14-day stay under Fed.R.Bankr.P. 4001(a)(3) is waived. Notwithstanding the foregoing, Christine Biros shall not interfere with or impede:

   (i) the efforts of Shanni Snyder (as successful purchaser of substantially all of U Lock's assets) to remove such personal property from either the Property or 51 Will Street, McKeesport, Pennsylvania through January 27, 2023 (unless such date is otherwise extended by Christine

    Biros); and

    (ii)    the prosecution of a timely avoidance action by Shanni Snyder (as assignee of U Lock, Inc.) pending further Order of this Court.

c.    Nothing in this Order shall be deemed to validate any orders or proceedings that may have been entered or occurred in any non-bankruptcy forum as against U Lock Inc. on or after April 27, 2023, and which actions may have implicated the stay under §262.

 

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20823-GLT |
| U LOCK INC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#       Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | U LOCK INC, 14140 U.S. Route 30, N. Huntingdon, PA 15642-1068 |
| cr | + | Christine Biros, c/o Bernstein-Burkley, P.C., Sarah E. Wenrich, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| intp | + | Renee' E. Basista, 9 Donna Drive, Irwin, PA 15642-9417 |
| ptcrd | + | Shanni Snyder, 14390 Route 30, Unit H, North Huntingdon, PA 15642-1050 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| mgp | | George Snyder |
| mgp | | Kash Snyder |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023                Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Daniel McArdle Booker | on behalf of Plaintiff Christine Biros mbooker@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 4 |

Daniel McArdle Booker
    on behalf of Creditor Christine Biros mbooker@bernsteinlaw.com

Eric E. Bononi
    bankruptcy@bononilaw.com pa69@ecfcbis.com

J. Allen Roth
    on behalf of Debtor U LOCK INC jallenroth@recap.email federal@jarothlaw.com

J. Allen Roth
    on behalf of Plaintiff U LOCK INC jallenroth@recap.email federal@jarothlaw.com

Jeremy J Kobeski
    on behalf of Petitioning Creditor Shanni Snyder jkobeski@grenenbirsic.com mcupec@grenenbirsic.com

John B. Joyce
    on behalf of Petitioning Creditor Shanni Snyder jjoyce@grenenbirsic.com alentz@grenenbirsic.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
    on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

Robert H. Slone, Trustee
    robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com

Robert S. Bernstein
    on behalf of Creditor Christine Biros rbernstein@bernsteinlaw.com
    cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Sarah Elizabeth Wenrich
    on behalf of Creditor Christine Biros swenrich@bernsteinlaw.com cwirick@bernsteinlaw.com;swenrich@ecf.courtdrive.com

TOTAL: 13