Case 22-20823-GLT    Doc 312    Filed 01/30/23    Entered 01/30/23 15:18:21    Desc Main
Document    Page 1 of 2
FILED
1/30/23 2:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 22-20823-GLT |
| | : | Chapter: 7 |
| U LOCK INC | : | |
| | : | |
| | : | Date: 1/27/2023 |
| *Debtor(s).* | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:**   # 278 - Hearing on Order to Show Cause:
   # 230 - Affidavit filed by Shanni Snyder
   # 231 - Affidavit filed by Christine Biros
   # 233 - Declaration of George Snyder
   # 234 - Supplemental Declaration of George Snyder
   # 235 - Declaration of George Snyder
   # 298 - Response filed by Christine Biros
   # 299 - Reply filed by Debtor
   # 303 - Reply filed by George Snyder
   # 301 - Response filed by George Snyder

   Hearing on Order to Show Cause:
   # 258 Application for Administrative Expenses filed by Creditor Christine Biros
   [ Robert Bernstein, Esq. and Christine Biros to appear in person]
   # 304 - Response filed by Christine Biros and Robert Bernstein, Esq.

   # 228 Stipulation By Shanni Snyder and Between Charles O. Zebley, Jr., Chapter 7 Trustee, and Robert H. Slone, Chapter 7 Trustee,.
   #268 - Response filed by Christine Biros

   # 255 Motion for Relief from Stay   filed by Christine Biros
   # 284 - Objection filed by Shanni Synder
   # 289 - Objection filed by George Snyder

   # 274 Motion to Enforce Order Confirming Sale of Tangible and Intangible Personal Property of the Estate Under 11 U.S.C. Section 363(f) Free and clear of All Liens, Claims and Encumbrances filed by Shanni Snyder
   # 302 - Objection filed by Christine Biros

**APPEARANCES**:
   Debtor:   J. Allen Roth [George Snyder]
   Trustee:   Robert H. Slone (for the estate of ULOCK)
   Trustee:   Charles Zebley (for the estate of Shanni Snyder)
   Christine Biros:   Robert Bernstein, William Otto, Lara Martin [Christine Biros]
   Shanni Snyder:   John Joyce, Jeremy Kobeski [Shanni Snyder]

**NOTES:**   [10:00]

Hearing held. Transcript ordered.

**OUTCOME:**

1) For the reasons stated on the record, the *Stipulation Between Chapter 7 Trustee, Charles O. Zebley, Jr., Chapter 7 Trustee Robert H. Slone, and Chapter 7 Debtor, Shanni Sue Snyder* [Dkt. No. 228] is GRANTED as modified. [O/E at Dkt. No. 305].

2) For the reasons stated on the record, the *Motion for Relief From Automatic Stay* [Dkt. No. 255] is GRANTED as modified. [O/E at Dkt. No. 307].

3) For the reasons stated on the record, the *Motion to Enforce Order Confirming Sale of Tangible and Intangible Personal Property of the Estate Under 363(f)* [Dkt. No. 274] is DENIED without prejudice, subject to conditions stated on the record. [Chambers to prepare].

4) As reflected by statements made on the record, the *Complaint in Action to Quiet Title* filed by Christine Biros in the Court of Common Pleas of Westmoreland County, PA [No. 4763 of 2022] is withdrawn, and therefore Adversary Proceeding No. 22-02081 is DISMISSED. [Chambers to prepare].

5) For the reasons stated on the record, the Oral Motion of Attorney Bernstein and Christine Biros to extend time to seek reconsideration of the Court's January 17, 2023 *Order to Show Cause* [Dkt. No. 294] is GRANTED and any motion to seek reconsideration shall be filed on or before February 27, 2023. To the extent that Christine Biros seeks to file an amended application for administrative expenses, the Court grants leave for her to do so on or before February 27, 2023. Thereafter, the Court will either: (a) schedule a further evidentiary hearing to coincide with Christine Biros' amended application for administrative expenses, or (b) in the absence of such timely motion, issue a separate scheduling order setting an evidentiary hearing on the *Order to Show Cause* [Dkt. No. 294]. [Chambers to prepare].

6) For the reasons stated on the record, the *Amended Order to Show Cause* [Dkt. No. 278] is taken under advisement. [Chambers to prepare].

**DATED:** 1/27/2023