IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/30/23 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE: :

U LOCK INC
Debtor

: Bankruptcy No.  22-20823-GLT

: Adversary No.
:
: Related to Docket No.  312
:
: Daily Request
:

## NOTICE OF TRANSCRIPT ORDER
## WITH COMPLETION DATE

Robert S. Bernstein, Esq. has ordered transcript(s) for hearings held on the date(s) listed below:

    January 27, 2023

The transcript is being prepared by J&J Court Transcribers, Inc.  The estimated completion for this transcript is February 1, 2023.

                                                   Michael R. Rhodes, Clerk
                                                   United States Bankruptcy Court

Date: 01/30/2023                              By:      /s/ Hayley Smith
                                                                      ECRO

#61-M