FILED
1/30/23 4:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 22-20823-GLT |
| **U LOCK INC**, | Chapter 7 |
| *Debtor.* | |
| **SHANNI SUE SNYDER**, | Related to Dkt. No. 274 |
| *Movant,* | |
| v. | |
| **CHRISTINE BIROS**, | |
| *Respondent.* | |

### ORDER

This matter is before the Court upon the *Motion to Enforce Order Confirming Sale of Tangible and Intangible Personal Property of the Estate Under 363(f)* (the "Motion") [Dkt. No. 274] filed by Petitioning Creditor, Shanni Snyder. For the reasons stated on the record at the January 27, 2023 hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **DENIED** without prejudice, subject to the terms of this Order;

2. On or before **February 10, 2023**, Attorney William Otto shall file a copy of the state court docket in Case No. 2017-4886, Christine Biros v. U Lock Inc., *et. al*., pending in the Court of Common Pleas of Westmoreland County, Pennsylvania (the "State Court") and attach copies of all documents filed of record on or after April 27, 2022;

3. On or before **February 10, 2023**, Attorney William Otto (on behalf of

himself and Christine Biros), Attorney Allen Roth (on behalf of himself and U Lock Inc.), George Snyder, and Shanni Snyder shall each file an affidavit under 28 U.S.C. § 1746 identifying all communications with the State Court (including, but not limited to, letters, emails, and phone calls) by the affiant, or affiant's employees or affiliates, that: (a) relate to U Lock Inc. (or cases involving U Lock Inc.), and (b) occurred on or after April 27, 2022. To the extent that any written communications occurred, a copy shall be attached to the affidavit. In the event that there are no applicable communications, the affidavit shall so state;

    4. The Court shall retain jurisdiction to hear any avoidance actions which Shanni Snyder seeks to bring as an assignee of U Lock Inc., provided such action is commenced on or before **February 28, 2023**; and

    5. Pursuant to the representations made on the record at the January 27, 2023 hearing, Shanni Snyder agrees to withdraw the *lis pendens* and writ of summons filed against the premises located at 14140 U.S. Route 30 N. Huntingdon, Pennsylvania (Tax Map No. 54-03-10-0-103) (the "Property") in the State Court and/or the real estate records of Westmoreland County, Pennsylvania (Case No. 22-CI-00928) in exchange for the withdrawal of the *Complaint in Action to Quiet Title* filed by Christie Biros in State Court and removed to this Court (Adv. No. 22-02081). Based on the foregoing, the *lis pendens* and writ of summons are deemed withdrawn and the *Complaint in Action to Quiet Title* (Adv. No. 22-02018) shall be **DISMISSED** with prejudice. The parties are authorized to file this Order in the State Court and/or the real estate records of Westmoreland County, Pennsylvania, and if necessary, submit a proposed supplemental order to effectuate the removal of these items from the real estate records (as a cloud on the title to the Property).

Dated: January 30, 2023

_____
**GREGORY J. TADDONIO**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**