IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/1/23 4:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In re: : | Case No. 22-20823-GLT |
| : | Chapter 7 |
| U LOCK INC, : | |
| : | Related to Dkt. No. 316 |
| *Debtor* : | |
| : | |

## NOTICE OF FILING OF TRANSCRIPT AND
## ORDER SETTING DEADLINE FOR REDACTION

Notice is hereby given that on February 1, 2023, a transcript of the hearing held on January 27, 2023, in the above-captioned case was filed at Dkt. No. 316.

Pursuant to their obligations under W.D. PA. L.B.R. 9037-1 and FED R. BANKR. P. 9037, parties shall file any *Notice of Intent to Request Redaction* of personal identifiers using Local Form 35 (available from the Court website at http://www.pawb.uscourts.gov/local-forms-effect-november-1-2021) on or before **February 8, 2023**. A party is deemed to waive the protection afforded under FED. R. BANKR. P. 9037(a) for any personal identifiers contained within the transcript which are not included in a timely redaction request.

Parties may review the transcript by either (a) accessing the public terminal of the Clerk of Court, 5414 U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219 at no cost; or (b) purchasing a copy of the transcript from the Court Reporter/Transcriber by contacting **J&J Transcribers, Inc.** via telephone at **609-586-2311** or mail at **268 Evergreen Ave., Hamilton, New Jersey 08619**. An electronic copy of the transcript will be publicly available without restriction after **May 2, 2023**.

By obtaining a copy of the transcript prior to **February 8, 2023,** the receiving party acknowledges and agrees that the copy may contain personal identifiers that could be subject to redaction. To the extent the Court subsequently grants any redaction request, the party shall take appropriate measures to destroy its copy of the original transcript and replace it with a copy the redacted transcript. The party shall refrain from otherwise copying, retaining, selling, disclosing, or relying on any redacted information contained in the original transcript.

Dated: February 1, 2023

_____ has
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
J&J Court Transcribers, Inc.
J. Allen Roth, Esq.
John B. Joyce, Esq.
Jeremy J. Kobeski, Esq.
Robert S. Bernstein, Esq.
Lara S. Martin, Esq.
William E. Otto, Esq.
Robert H. Slone, Esq.
Charles O. Zebley, Jr., Esq.