FILED
1/30/23 4:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 22-20823-GLT |
| | : | |
| **U LOCK INC**, | : | Chapter 7 |
| | : | |
| *Debtor.* | : | |
| | : | |
| **SHANNI SUE SNYDER**, | : | Related to Dkt. No. 274 |
| | : | |
| *Movant*, | : | |
| | : | |
| v. | : | |
| | : | |
| **CHRISTINE BIROS**, | : | |
| | : | |
| *Respondent.* | : | |

# ORDER

This matter is before the Court upon the *Motion to Enforce Order Confirming Sale of Tangible and Intangible Personal Property of the Estate Under 363(f)* (the "Motion") [Dkt. No. 274] filed by Petitioning Creditor, Shanni Snyder. For the reasons stated on the record at the January 27, 2023 hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **DENIED** without prejudice, subject to the terms of this Order;

2. On or before **February 10, 2023**, Attorney William Otto shall file a copy of the state court docket in Case No. 2017-4886, Christine Biros v. U Lock Inc., *et. al*., pending in the Court of Common Pleas of Westmoreland County, Pennsylvania (the "State Court") and attach copies of all documents filed of record on or after April 27, 2022;

3. On or before **February 10, 2023**, Attorney William Otto (on behalf of

himself and Christine Biros), Attorney Allen Roth (on behalf of himself and U Lock Inc.), George Snyder, and Shanni Snyder shall each file an affidavit under 28 U.S.C. § 1746 identifying all communications with the State Court (including, but not limited to, letters, emails, and phone calls) by the affiant, or affiant's employees or affiliates, that: (a) relate to U Lock Inc. (or cases involving U Lock Inc.), and (b) occurred on or after April 27, 2022. To the extent that any written communications occurred, a copy shall be attached to the affidavit. In the event that there are no applicable communications, the affidavit shall so state;

    4.    The Court shall retain jurisdiction to hear any avoidance actions which Shanni Snyder seeks to bring as an assignee of U Lock Inc., provided such action is commenced on or before **February 28, 2023**; and

    5.    Pursuant to the representations made on the record at the January 27, 2023 hearing, Shanni Snyder agrees to withdraw the *lis pendens* and writ of summons filed against the premises located at 14140 U.S. Route 30 N. Huntingdon, Pennsylvania (Tax Map No. 54-03-10-0-103) (the "Property") in the State Court and/or the real estate records of Westmoreland County, Pennsylvania (Case No. 22-CI-00928) in exchange for the withdrawal of the *Complaint in Action to Quiet Title* filed by Christie Biros in State Court and removed to this Court (Adv. No. 22-02081). Based on the foregoing, the *lis pendens* and writ of summons are deemed withdrawn and the *Complaint in Action to Quiet Title* (Adv. No. 22-02018) shall be **DISMISSED** with prejudice. The parties are authorized to file this Order in the State Court and/or the real estate records of Westmoreland County, Pennsylvania, and if necessary, submit a proposed supplemental order to effectuate the removal of these items from the real estate records (as a cloud on the title to the Property).

Dated:  January 30, 2023

**GREGORY J. TADDONIO**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20823-GLT |
| U LOCK INC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 31, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | U LOCK INC, 14140 U.S. Route 30, N. Huntingdon, PA 15642-1068 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 02, 2023              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Daniel McArdle Booker | on behalf of Plaintiff Christine Biros mbooker@bernsteinlaw.com |
| Daniel McArdle Booker | on behalf of Creditor Christine Biros mbooker@bernsteinlaw.com |
| Eric E. Bononi | bankruptcy@bononilaw.com pa69@ecfcbis.com |
| J. Allen Roth | on behalf of Debtor U LOCK INC jallenroth@recap.email  federal@jarothlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 31, 2023 | Form ID: pdf900 | Total Noticed: 1 |

J. Allen Roth
    on behalf of Plaintiff U LOCK INC jallenroth@recap.email federal@jarothlaw.com

Jeremy J Kobeski
    on behalf of Petitioning Creditor Shanni Snyder jkobeski@grenenbirsic.com mcupec@grenenbirsic.com

John B. Joyce
    on behalf of Petitioning Creditor Shanni Snyder jjoyce@grenenbirsic.com alentz@grenenbirsic.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
    robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com

Robert H. Slone, Trustee
    on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

Robert S. Bernstein
    on behalf of Creditor Christine Biros rbernstein@bernsteinlaw.com
    cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Sarah Elizabeth Wenrich
    on behalf of Creditor Christine Biros swenrich@bernsteinlaw.com cwirick@bernsteinlaw.com;swenrich@ecf.courtdrive.com

TOTAL: 13