IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/1/23 4:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:  :  Case No. 22-20823-GLT
      :  Chapter 7
U LOCK INC,  :
      :  Related to Dkt. No. 316
    *Debtor*  :
      :

## NOTICE OF FILING OF TRANSCRIPT AND ORDER SETTING DEADLINE FOR REDACTION

Notice is hereby given that on February 1, 2023, a transcript of the hearing held on January 27, 2023, in the above-captioned case was filed at Dkt. No. 316.

Pursuant to their obligations under W.D. PA. L.B.R. 9037-1 and FED R. BANKR. P. 9037, parties shall file any *Notice of Intent to Request Redaction* of personal identifiers using Local Form 35 (available from the Court website at http://www.pawb.uscourts.gov/local-forms-effect-november-1-2021) on or before **February 8, 2023**. A party is deemed to waive the protection afforded under FED. R. BANKR. P. 9037(a) for any personal identifiers contained within the transcript which are not included in a timely redaction request.

Parties may review the transcript by either (a) accessing the public terminal of the Clerk of Court, 5414 U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219 at no cost; or (b) purchasing a copy of the transcript from the Court Reporter/Transcriber by contacting **J&J Transcribers, Inc.** via telephone at **609-586-2311** or mail at **268 Evergreen Ave., Hamilton, New Jersey 08619**. An electronic copy of the transcript will be publicly available without restriction after **May 2, 2023**.

By obtaining a copy of the transcript prior to **February 8, 2023,** the receiving party acknowledges and agrees that the copy may contain personal identifiers that could be subject to redaction. To the extent the Court subsequently grants any redaction request, the party shall take appropriate measures to destroy its copy of the original transcript and replace it with a copy the redacted transcript. The party shall refrain from otherwise copying, retaining, selling, disclosing, or relying on any redacted information contained in the original transcript.

Dated: February 1, 2023

_____ has
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
J&J Court Transcribers, Inc.
J. Allen Roth, Esq.
John B. Joyce, Esq.
Jeremy J. Kobeski, Esq.
Robert S. Bernstein, Esq.
Lara S. Martin, Esq.
William E. Otto, Esq.
Robert H. Slone, Esq.
Charles O. Zebley, Jr., Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20823-GLT |
| U LOCK INC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 01, 2023 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Charles O. Zebley, Esq., P.O. box 2124, Uniontown, PA 15401-1724 |
| | + | J&J Court Transcribers, Inc., 268 Evergreen Avenue, Hamilton, NJ 08619-1808 |
| | + | Lara Martin, Esq., Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| | + | William E. Otto, Esq., The Law Firm of William E. Otto, 4027 Old william Penn Highway, PO Box 701, Murrysville, PA 15668-0701 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2023       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Daniel McArdle Booker | on behalf of Plaintiff Christine Biros mbooker@bernsteinlaw.com |
| Daniel McArdle Booker | on behalf of Creditor Christine Biros mbooker@bernsteinlaw.com |
| Eric E. Bononi | bankruptcy@bononilaw.com  pa69@ecfcbis.com |
| J. Allen Roth | |

| | |
|---|---|
| | on behalf of Debtor U LOCK INC jallenroth@recap.email  federal@jarothlaw.com |
| J. Allen Roth | |
| | on behalf of Plaintiff U LOCK INC jallenroth@recap.email  federal@jarothlaw.com |
| Jeremy J Kobeski | |
| | on behalf of Petitioning Creditor Shanni Snyder jkobeski@grenenbirsic.com  mcupec@grenenbirsic.com |
| John B. Joyce | |
| | on behalf of Petitioning Creditor Shanni Snyder jjoyce@grenenbirsic.com  alentz@grenenbirsic.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | |
| | on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | |
| | robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert S. Bernstein | |
| | on behalf of Creditor Christine Biros rbernstein@bernsteinlaw.com cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com |
| Sarah Elizabeth Wenrich | |
| | on behalf of Creditor Christine Biros swenrich@bernsteinlaw.com  cwirick@bernsteinlaw.com;swenrich@ecf.courtdrive.com |

TOTAL: 13