# UNITED STATES BANKRUPTCY COURT
### OFFICE OF THE CLERK
### WESTERN DISTRICT OF PENNSYLVANIA
Suite 5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Telephone (412) 644-4052

MICHAEL R. RHODES
CLERK OF COURT

February 6, 2023

Clerk, U.S. District Court
700 Grant Street
3100 U.S. Courthouse
Pittsburgh, PA  15219

> In Re:   U LOCK INC, Bankruptcy No. 22-20823-GLT
> County:  Westmoreland
> Civil Action No: 2:23-cv-00010-CB
> District Court Judge: Cathy Bissoon

Dear Clerk:

## **PARTIAL APPEAL FROM BANKRUPTCY COURT TO DISTRICT COURT**

An appeal has been filed in the above-referenced case.  The notice of appeal, the judgment or order appealed from (document number 254), are filed with the District Court at the above listed Civil Action Number. The appellant has not filed the designations of the record on appeal and any relating pleadings as requested by the notice accompanying this letter.

Please acknowledge receipt of this transmittal letter.

> Sincerely,
>
> Michael R. Rhodes
> Clerk, U.S. Bankruptcy Court

February 6, 2023        By:        /s/Melissa Guthrie

#17-D2                                       Deputy Clerk