IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>U LOCK INC.,<br><br>   Debtor,<br><br>SHANNI SUE SNYDER,<br><br>   Movant,<br><br> v.<br><br>CHRISTINE BIROS,<br><br>   Respondent. | Bankruptcy Case No. 22-20823-GLT<br><br>Chapter 7<br><br><br><br>Related Doc. No. 315 |

**NOTICE OF FILING OF AFFIDAVIT OF WILLIAM E. OTTO, ESQ.
PURSUANT TO 28 U.S.C. § 1746**

COMES NOW, Christine Biros, by and through her undersigned counsel, and hereby submits the Affidavit of William E. Otto, Esq. and it exhibits, attached hereto.

Dated: February 7, 2023

                   Respectfully submitted,

                   BERNSTEIN-BURKLEY, P.C.

                   By: /s/ Robert S. Bernstein
                   Robert S. Bernstein, Esq.
                   PA I.D. #34308
                   rbernstein@bernsteinlaw.com
                   601 Grant Street, 9th Floor
                   Pittsburgh, PA 15219
                   Phone: (412) 456-8101
                   Fax: (412) 456-8135

                   Counsel for Christine Biros