IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY,
PENNSYLVANIA
CIVIL ACTION - LAW

| | |
|---|---|
| CHRISTINE BIROS, an individual, | ) |
| Plaintiff, | ) |
| v. | ) No. 4886 of 2017 |
| U LOCK, INC., a Pennsylvania corporation, | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, to wit, this 13th day of May, 2022, upon failure by counsel for Defendant to file a praecipe acknowledging the current caption in this case and retroactively applying it to the preceding pleadings, and in light of this Court's Order dated May 3, 2019, it is hereby ORDERED, ADJUDGED, and DECREED that it is REAFFIRMED that the caption in this matter shall read as set forth above. It is REAFFIRMED that the previously released Defendants in this case are no longer parties to the within action.

BY THE COURT:

_____
Harry F. Smail, Jr., Judge

ATTEST:

_____
Prothonotary

cc: William E. Otto, Esq.
    J. Allen Roth, Esq.

GINA O'BARTO
TIME IN
2022 MAY 17 A 11:46
FILED
PROTHONOTARY'S OFFICE
WESTMORELAND COUNTY

1