IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY,
PENNSYLVANIA CIVIL DIVISION

| | |
|---|---|
| **CHRISTINE BIROS**, an individual, | CIVIL DIVISION |
| Plaintiff, | No. 17CJ04886 |
| vs. | |
| | **ORDER OF COURT** |
| **U LOCK, INC.**, a Pennsylvania corporation, | |
| Defendant. | |

**ORDER OF COURT**

AND NOW, this 13th day of May, 2022, it is hereby **ORDERED** and **DECREED** that:

1. The Prothonotary of Westmoreland County is directed to issue a Writ of Possession to the Sheriff of Westmoreland County for property situate at 14140 Route 30, North Huntingdon, PA 15642, with a Tax Map No. 54-03-10-0-10 (the "Property") against Defendant U Lock, Inc. and in favor of Plaintiff Christine Biros.

2. Such Writ will authorize levy and sale of any property of Defendant U Lock to satisfy (a) the costs of the levy; (b) any unpaid property taxes; and (c) the costs of removal of rubbish, trash, used cars and any other environmental hazard located on the Property.

3. Defendant U Lock within five (5) days will comply with the Order of the Pennsylvania Supreme Court to pay all due and unpaid real estate taxes on the Property.

4. ~~Defendant U Lock within ten (10) days post financial security in an amount of $ _____ to pay for any environmental remediation which is necessary.~~ *Denied Without Prejudice to PT4 only.*

ATTEST:
GINA O'BARTO
PROTHONOTARY

BY THE COURT:

[signature]   J.

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PA.
CIVIL ACTION – LAW

| | |
|---|---|
| CHRISTINE BIROS, an individual,<br>Plaintiff(s) | Case No. X 4886 OF 2017<br>**WRIT OF POSSESSION** |
| Vs. | |
| U LOCK, INC., a Pennsylvania corporation,<br>Defendant(s) | |

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF WESTMORELAND

TO THE SHERIFF OF WESTMORELAND COUNTY:

To satisfy the judgment for possession in the above matter you are directed to deliver possession of the following described property to CHRISTINE BIROS, an individual,

14140 Route 30, North Huntingdon, PA 15642, with a Tax Map No. 54-03-10-0-10

(2) To satisfy the costs against U LOCK, INC., a Pennsylvania corporation you are directed to levy upon any property of U LOCK, INC., a Pennsylvania corporation and sell (his, her, their, its) interest therein.

Date: May 13, 2022

_____
Prothonotary

_____
Deputy

LAW FIRM OF WILLIAM E. OTTO
WILLIAM OTTO, ESQUIRE