# IN THE COURT OF COMMON PLEAS OF WESTMORELAND
## COUNTY, PENNSYLVANIA
### CIVIL ACTION – CIVIL

Christine Biros

_____

Plaintiff,

Versus                                   Case No. 17 CJ 04886

U Louk Inc.

_____

Defendant

Shanni Snyder non party Appellant

### ENTRY OF APPEARANCE PURSUANT TO PA.R.C.P. 1930.8

I, Shanni Snyder, hereby enter my appearance on behalf of (plaintiff) (defendant) and

(please circle one)

direct that pursuant To PA. R.C.P. No.: 1930.8, I may be contacted at:

14390 US Rt 30

_____
Number, Street, and Apartment Number (if any)

N. Huntingdon, PA 15642

_____
City, State, Zip Code

(412) 758 1371 ov

(310) 498 5587
_____
~~Facsimile Number (optional)~~

_____
E-mail Address (optional)

FILED
PROTHONOTARY'S OFFICE
WESTMORELAND COUNTY
2022 MAY 19 A 10: 07
GINA O'BARTO
TIME IN

I understand that I must supply a copy of this Entry of Appearance to all other parties or attorneys. I further understand that I must contact the Court should any of the above information change.

_____          5/19/22
Signature                                      Date