IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

CHRISTINE BIROS,

    Plaintiff,

vs.

U LOCK INC.

    Defendant.

Case No. 17 CJ 04886

U LOCK INC.'S MOTION TO CORRECT AND/OR STRIKE ERRONEOUS CAPTION

Filed on behalf of:

U LOCK INC., Defendant.

Counsel of record for this party:

J. Allen Roth, Esq. (PA 30347)
805 S. Alexandria
Latrobe PA 15650
(724) 537-0939
lawmatters@yahoo.com

1

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

| | |
|---|---|
| CHRISTINE BIROS, | Case No. 17 CJ 04886 |
| Plaintiff, | |
| vs. | |
| U LOCK INC., | |
| Defendant. | |

## DEFENDANT U LOCK INC.'S MOTION TO CORRECT AND/OR STRIKE ERRONEOUS CAPTION.

Defendant U Lock Inc., by and through its counsel, J. Allen Roth, files this Motion to Correct and/or Strike Erroneous Caption:

1. At the hearing on April 29, 2022, this Court directed U Lock and its counsel to file a motion and proposed Order to correct the caption in this case.

2. Defendant and counsel apologize for the confusion as it occurred simply because a prior template was used. Counsel notes that it did not occur as to the filings on April

3. Defendant notes that the Prothonotary's docket also shows all of the parties to the case notwithstanding the amendment of the caption. *See* Docket Sheet, attached. It is up to this Court whether to direct the Prothonotary to modify the docket sheet.

WHEREFORE, Defendant U Lock respectfully requests that this Court enter the appropriate Order as directed.

2

Respectfully submitted,

J. Allen Roth, Esq (PA 30347)
805 S Alexandria Street
Latrobe PA  15650
(724) 537-0939
lawmatters@yahoo.com

ATTORNEY FOR U LOCK INC.

3

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE BIROS, | ) | Case No. 17 CJ 04886 |
| Plaintiff, | ) | |
| vs. | ) | |
| U LOCK INC., | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this ___ day of May, 2022, upon the consent of the defendant and the motion to correct or strike, it is hereby ORDERED, ADJUDGED, and DECREED that the Prothonotary is directed to strike off the reference in the caption on the filings of U Lock on March 17, 2022 (Motion to Strike and Exhibits in Support) as to parties other than Christine Biros and U Lock Inc.

By the Court:

_____
Judge, Court of Common Pleas

# EXHIBIT A – TEXT OF PROTHONOTARY DOCKET FOR THE CASE

Case Information

Case# Caption    Reference File    Judgment Amt    Filed Date    Case Type/Subtype    Status    Judge

17CJ04886   CHRISTINE BIROS /INDIVID VS. U LOCK INC        Jan/24/2018   LIS PENDENS NEW FILE    ACTIVE    Rita Donovan Hathaway

Parties

Party Type   Name   Address

DEFENDANT ATTY   DENNIS D DEL COTTO   4345 OLD WILLIAM PENN HWY , MURRYSVILLE , PA, 15668

DEFENDANT ATTY   J ALLEN ROTH   805 S ALEXANDRIA STREET , LATROBE , PA, 15650

DEFENDANT ATTY   JOHN A TUMOLO   437 GRANT STREET , PITTSBURGH , PA, 15219

DEFENDANT   DENISE SCHUR /EXEC   8700 CLEVELAND ROAD, CRESTON, OH, 44217, USA

DEFENDANT   ALEX SCHUR /ESTATE

PLAINTIFF ATTY   WILLIAM E OTTO   PO BOX 701 , MURRYSVILLE , PA, 15668

PLAINTIFF   CHRISTINE BIROS /INDIVID   435 MILLERS LANE, PLUM, 15239

DEFENDANT   HENRY L MOORE /CO EXEC   310 KEYSTONE COMMONS 35 WEST PITTSBURGH STREET, GREENSBURG, PA, 15601, USA

DEFENDANT   SUSAN STANO /CO EXEC   31856 LAKE DRIVE, AVON LAKE, OHIO, 44012, USA

DEFENDANT   NICHOLAS SCHUR /ESTATE

DEFENDANT   KATHLEEN S WALTER /EXEC   3 RIDGE COURT, SARATOGA SPRINGS, NY, 12866, USA

DEFENDANT   MICHAEL SCHUR /ESTATE

DEFENDANT   CYNTHIA SARRIS /ADMIN   14249 HILAND PLACE, IRWIN, PA, 15642, USA

DEFENDANT   ANN SARRIS /ESTATE

DEFENDANT   U LOCK INC   14140 ROUTE 30, NORTH HUNTINGDON, PA, 15642, USA

Events

Action Date   Action Description   Action Name   View Document

Apr/25/2022   BRIEF IN OPPOSITION TO MOTION   FOR SANCTIONS   View

Apr/21/2022   PRELIMINARY OBJECTIONS   DEFT U LOCK INCS PRELIMINARY OBJECTIONS RAISING ISSUES OF FACT TO THE PETITION FOR WRIT OF POSSESSION   View

Mar/18/2022   ORDER   PENDING SUPRME COURT OF PA WESTERN DISTRICT   View

Mar/17/2022   EXHIBITS   IN SUPPORT OF PETITION TO STRIKE ORDER OF JANUARY 20 2022 AS SET FORTH   View

Mar/17/2022   MOT/PET STRIKE   PETITION TO STRIKE ORDER OF JAN 20 2022 AS SET FORTH   View

Jan/24/2022   ORDER   ORDER JANUARY 20, 2022 NOTICE GIVEN RULE N236   View

5

## CERTIFICATE OF SERVICE

I certify that I mailed a true copy of the foregoing to the following parties on this 12th day of May, 2022:

William E. Otto, Esq.
PO Box 701
Murrysville, PA  15668

Dennis D. Del Cotto, Esq. (courtesy only)
4345 Old William Penn Highway
Murrysville, PA  15668

William F. Ross, Esq. (courtesy only)
406 N. Market Street
Wooster, OH  44691

John Tumolo, Esq. (courtesy only)
Suite 1500, Frick Building
Pittsburgh, PA  15219

Hon. Harry F. Smail
Court of Common Pleas
2 N Main Street, Courtroom 2
Greensburg PA  15601

_____
J. Allen Roth, Esq.