IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

CHRISTINE BIROS,

      Plaintiff,

vs.

U LOCK INC.,

      Defendant.

Case No. 17 CJ 04886

U LOCK INC.'S NOTICE OF BANKRUPTCY

Filed on behalf of:

U LOCK INC.,   Defendant.

Counsel of record for this party:

J. Allen Roth, Esq. (PA 30347)
805 S. Alexandria
Latrobe PA 15650
(724) 537-0939
lawmatters@yahoo.com

FILED
PROTHONOTARY'S OFFICE
WESTMORELAND COUNTY
2022 MAY 19 A 10:09
GINA O'BARTO
TIME IN

1

# IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE BIROS, | ) | Case No. 17 CJ 04886 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| U LOCK INC., et al, | ) ) | |
| Defendant. | ) ) | |

## DEFENDANT U LOCK INC.'S NOTICE OF BANKRUPTCY

Defendant U Lock Inc., by and through its counsel, J. Allen Roth, files this Notice of Bankruptcy:

U Lock Inc. received notification from Shanni Snyder and by mail from the United States Bankruptcy Court that a petition for bankruptcy was filed against it. The bankruptcy filing appears to create an automatic stay of this case.

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

Notice of Involuntary Bankruptcy Case Filing

An involuntary bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 04/28/2022 at 4:53 PM and filed on 04/27/2022. U LOCK INC 14140 U.S. Route 30 N. Huntingdon, PA 15642 Tax ID / EIN: 47-4994911 aka U-LOCK INC. The case was filed by the following petitioning creditor(s): Shanni Snyder 14390 Route 30 Unit H North Huntingdon, PA 15642 SSN / ITIN: xxx-xx-6136 The case was assigned case number 22-20823-GLT to Judge Gregory L. Taddonio. If you would like to view the bankruptcy petition and other documents filed by the petitioning creditor(s) and the debtor, they are available at our Internet home page https://ecf.pawb.uscourts.gov or at the Clerk's Office, U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines. Michael R. Rhodes Clerk, U.S. Bankruptcy Court. /s/ Michael R. Rhodes, Clerk, U.S. Bankruptcy Court.



2

WHEREFORE, U Lock Inc. respectfully notifies the Court and the parties that a bankruptcy exists against the Defendant along with an automatic stay.

Respectfully submitted,

J. Allen Roth, Esq (PA 30347)
805 S Alexandria Street
Latrobe PA  15650
(724) 537-0939
lawmatters@yahoo.com

ATTORNEY FOR U LOCK INC.

## CERTIFICATE OF SERVICE

I certify that I mailed a true copy of the foregoing to the following parties on this 18th day of May, 2022:

William E. Otto, Esq.
PO Box 701
Murrysville, PA 15668

Dennis D. Del Cotto, Esq.
4345 Old William Penn Highway
Murrysville, PA 15668

William F. Ross, Esq.
406 N. Market Street
Wooster, OH 44691

John Tumolo, Esq.
Suite 1500, Frick Building
Pittsburgh, PA 15219

Hon. Harry F. Smail
Court of Common Pleas
2 N Main Street, Courtroom 2
Greensburg PA 15601

J. Allen Roth, Esq.