IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

CHRISTINE BIROS,

    Plaintiff,

vs.

U LOCK INC., a Pennsylvania corp.

    Defendant.

Case No. 17 CJ 04886

U LOCK INC.'S NOTICE OF APPEAL

Filed on behalf of:

U LOCK INC.,   Defendant.

Counsel of record for this party:

J. Allen Roth, Esq. (PA 30347)
805 S. Alexandria
Latrobe PA 15650
(724) 537-0939
lawmatters@yahoo.com



1

### IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

| | |
|---|---|
| CHRISTINE BIROS, ) | Case No. 17 CJ 04886 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| U LOCK INC., a Pennsylvania corp., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT U LOCK INC.'S NOTICE OF APPEAL

Notice is hereby given that U Lock, defendant above named, hereby appeals to the Superior Court of Pennsylvania from the order entered in this matter on the 24th day of January, 2022. This *unilateral* order, although never served on U Lock Inc., has been entered in the docket as evidenced by the attached copy of the docket entries.

**TRANSCRIPT:** No transcripts of the *unilateral* judicial interaction resulting in the Order exist. The subsequent hearing outlining the events has already been purchased and received by the parties.

Respectfully submitted,

J Allen Roth, Esq (PA 30347)
805 S Alexandria Street
Latrobe PA  15650
(724) 537-0939
lawmatters@yahoo.com

ATTORNEY FOR U LOCK INC.

2

## Case Information

| Case# | Caption | Reference File | Judgment Amt | Filed Date | Case Type/Subtype | Status | Judg |
|---|---|---|---|---|---|---|---|
| 17CJ04886 | CHRISTINE BIROS /INDIVID VS. U LOCK INC | | | Jan/24/2018 | LIS PENDENS NEW FILE | ACTIVE | HAR F SMA |

## Parties

| Party Type | Name | Address |
|---|---|---|
| DEFENDANT ATTY | DENNIS D DEL COTTO | 4345 OLD WILLIAM PENN HWY, MURRYSVILLE, PA, 15668 |
| DEFENDANT ATTY | J ALLEN ROTH | 805 S ALEXANDRIA STREET, LATROBE, PA, 15650 |
| DEFENDANT ATTY | JOHN A TUMOLO | 437 GRANT STREET, PITTSBURGH, PA, 15219 |
| DEFENDANT | DENISE SCHUR /EXEC | 8700 CLEVELAND ROAD, CRESTON, OH, 44217, USA |
| DEFENDANT | ALEX SCHUR /ESTATE | |
| DEFENDANT | HENRY L MOORE /CO EXEC | 310 KEYSTONE COMMONS 35 WEST PITTSBURGH STREET, GREENSBURG, PA, 15601, USA |
| PLAINTIFF ATTY | WILLIAM E OTTO | PO BOX 701, MURRYSVILLE, PA, 15668 |
| PLAINTIFF | CHRISTINE BIROS /INDIVID | 435 MILLERS LANE, PLUM, 15239 |
| DEFENDANT | SUSAN STANO /CO EXEC | 31856 LAKE DRIVE, AVON LAKE, OHIO, 44012, USA |

| | | |
|---|---|---|
| DEFENDANT | NICHOLAS SCHUR /ESTATE | |
| DEFENDANT | KATHLEEN S WALTER /EXEC | 3 RIDGE COURT, SARATOGA SPRINGS, NY, 12866, USA |
| DEFENDANT | MICHAEL SCHUR /ESTATE | |
| DEFENDANT | CYNTHIA SARRIS /ADMIN | 14249 HILAND PLACE, IRWIN, PA, 15642, USA |
| DEFENDANT | ANN SARRIS /ESTATE | |
| DEFENDANT | U LOCK INC | 14140 ROUTE 30, NORTH HUNTINGDON, PA, 15642, USA |
| INTERESTED PTY | SHANNI SNDER | 14390 US RT 30, NORTH HUNTINGDON, PA, 15642, USA |

Events

| Action Date | Action Description | Action Name | View Document |
|---|---|---|---|
| May/19/2022 | RESPONSE | AND OBJECTIONS TO THE EXHIBITS FILED BY CHRSTINIE BIROS | View |
| May/19/2022 | NOTICE | OF BANKRUPTCY | View |
| May/19/2022 | MOT/PET CORRECT CAPTION | DEFT U LOCK INCS MOTION TO CORRECT AND OR STRIKE ERRONEOUS CAPTION | View |
| May/19/2022 | *NOTICE APPEAL TO THE SUPERIOR COURT | *NOTICE APPEAL TO THE SUPERIOR COURT | View |

| Date | Type | Description | |
|---|---|---|---|
| May/19/2022 | PRO SE APPEARANCE ENTERED BY | SHANNI SNYDER | View |
| May/17/2022 | ORDER DENYING | ORDER MAY 13 2022 DENIED WITH PREJUDICE NOTICE GIVEN RULE N 236 | View |
| May/17/2022 | ORDER | ORDER MAY 13 2022 WRIT OF POSSESSION ISSUED NOTICE GIVEN RULE N 236 | View |
| May/17/2022 | ORDER | ORDER MAY 13 2022 AS SET FORTH NOTICE GIVEN RULE N 236 | View |
| Apr/25/2022 | BRIEF IN OPPOSITION TO MOTION | FOR SANCTIONS | View |
| Apr/21/2022 | PRELIMINARY OBJECTIONS | DEFT U LOCK INCS PRELIMINARY OBJECTIONS RAISING ISSUES OF FACT TO THE PETITION FOR WRIT OF POSSESSION | View |
| Mar/18/2022 | ORDER | PENDING SUPRME COURT OF PA WESTERN DISTRICT | View |
| Mar/17/2022 | EXHIBITS | IN SUPPORT OF PETITION TO STRIKE ORDER OF JANUARY 20 2022 AS SET FORTH | View |
| Mar/17/2022 | MOT/PET STRIKE | PETITION TO STRIKE ORDER OF JAN 20 2022 AS SET FORTH | View |
| Jan/24/2022 | ORDER | ORDER JANUARY 20, 2022 NOTICE GIVEN RULE N236 | View |
| Aug/27/2021 | *MOT/PET STAY TAX SALE | AND ORDER DATED AUGUST 27 2021 GRANTING STAY RULE N 236 NOTICE SENT | View |
| May/08/2020 | ORDER DENYING MOTION | ORDER MAY 7, 2020 MOTION IS DENIED WITHOUT PREJUDICE | View |

| Date | Type | Description | Link |
|---|---|---|---|
| Apr/13/2020 | OBJECTIONS | DEFTS OBJECTIONS TO PLFFS INTERROGATORIES REQUEST FOR ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS IN AID OF EXECUTION DIRECTED TO U LOCK INC | View |
| Mar/26/2020 | BRIEF IN OPPOSITION TO MOTION | TO DELIVER DEEDS TO PLFF | View |
| Mar/23/2020 | BRIEF IN SUPPORT OF MOTION | TO DELIVER DEEDS TO PLFF | View |
| Mar/23/2020 | MOTION/PETITION | MOTION TO DELIVER DEEDS TO PLFF | View |
| Feb/07/2020 | NOTICE SENT TO ALL COUNSEL & UNREPRESENTED PARTIES/PER PA RA | NOTICE SENT TO ALL COUNSEL & UNREPRESENTED PARTIES/PER PA RA | |
| Feb/04/2020 | SUPPLEMENT | ORDER TO RULE 1925a | View |
| Feb/04/2020 | ORDER PURSUANT TO RULE 1925(A) | ORDER PURSUANT TO RULE 1925(A) | View |
| Jan/24/2020 | BRIEF IN SUPPORT OF MOTION | TO REQUIRE DEFT TO POST SECURITY | View |
| Jan/24/2020 | STATEMENT PURSUANT TO RULE 1925 | OF ISSUES TO BE RAISED ON APPEAL | View |
| Jan/24/2020 | BRIEF IN OPPOSITION TO MOTION | TO REQUIRE DEFT TO POST SECURITY PURSUANT TO PARAP 1733 AND OBJECTIONS TO THE PROPERTY INSPECTION PROCEDURE | View |

| Date | Type | Description | |
|---|---|---|---|
| Jan/24/2020 | VERIFICATION | OF GEORGE SNYDER JR AS TO PLFFS MOTION TO REQUIRE DEFT TO POST SECURITY PURSUANT TO PENNSYLVANIA RULE OF APPELLATE PROCEDURE 1733 | View |
| Jan/10/2020 | MOTION/PETITION | MOTION TO REQUIRE DEFT TO POST SECURITY PURSUANT TO PARAP RULE 1733 | View |
| Jan/10/2020 | MOTION/PETITION | MOTION TO DIRECT DEFT TO FILE A STATEMENT OF ERRORS COMPLAINED OF ON APPEAL PURSUANT TO PARAP RULE 1925B AND ORDER AS SET FORTH | View |
| Jan/06/2020 | *JUDGMENT EO DIE: JUDGMENT ENTERED/NOTICE SENT | ON COURT ORDER DATED AUG 23, 2019 JUDGMENT ENTERED NOTICE SENT | View |
| Jan/06/2020 | OPPOSITION | DEFT U LOCK INCS OPPOSITION TO MOTION TO REQUIRE DEFT TO POST SECURITY PURSUANT TO PARAP 1733 | View |
| Dec/20/2019 | NOTICE APPEAL FROM THE SUPERIOR COURT | NOTICE APPEAL FROM THE SUPERIOR COURT | View |
| Dec/13/2019 | *NOTICE APPEAL TO THE SUPERIOR COURT | *NOTICE APPEAL TO THE SUPERIOR COURT | View |
| Dec/09/2019 | OPINION AND ORDER | OPINION AND ORDER DECEMBER 6 2019 AS SET FORTH N236 | View |

| Date | Type | Description | Link |
|---|---|---|---|
| Nov/26/2019 | TRANSCRIPT OF PROCEEDINGS | TRANSCRIPT OF PROCEEDINGS | View |
| Oct/21/2019 | BRIEF IN OPPOSITION TO POST-TRIAL MOTION | PURSUANT TO PARCIV PROC 227.1 | View |
| Oct/17/2019 | ORDER CONTINUING HEARING | OCTOBER 16 2019 THE HEARING ON PLFFS MOTION FOR POST TRIAL MOTION IS HEREBY CONTINUED TO NOVEMBE 8 2019 | View |
| Oct/15/2019 | BRIEF IN OPPOSITION TO | PLAINTIFFS BRIEF IN OPPOSITION TO DEFENDANT U LOCK INCS POST-TRIAL MOTIOINS PURSUANT TO PA R CIV PROC RULE 227.1 | View |
| Sep/30/2019 | BRIEF IN SUPPORT OF POST-TRIAL MOTION | PURSUANT TO PARCIV PROC RULE 227.1 | View |
| Sep/23/2019 | BRIEF IN SUPPORT OF POST-TRIAL MOTION | RELIEF PURSUANT TO PENNSYLVANIA RULE OF CIVIL PROCEDURE 227.1 | View |
| Sep/16/2019 | ORDER ORAL ARGUMENT | SEPTEMBER 13 2019 THAT THE ORAL ARUGMENT ON THE MOTION FOR POST TRIAL RELIEF IS SCHEDULED OCTOBER 21 2019 N236 | View |
| Sep/13/2019 | MOT/PET POST-TRIAL RELIEF | MOTION FOR POST TRIAL RELIEF PURSUANT TO PA R CIV PROC 227.1 | View |
| Sep/13/2019 | OBJECTIONS TO MOTION | OBJECTIONS TO DEFTS MOTION FOR POST TRIAL RELIEF PURSUANT TO PARCIV PROC 227.1 | View |

| Date | Type | Description | |
|---|---|---|---|
| Sep/03/2019 | MOT/PET POST-TRIAL RELIEF | DEF MOTION FOR POST TRIAL RELIEF PURSUANT TO PA RCP 227.1 | View |
| Aug/23/2019 | OPINION AND ORDER | NON JURY TRIAL OPINION AND ORDER AUG 22 2019 AS TO PLFFS COMPLAINT VERDICT IS HEREBY ENTERED IN FAVOR OF PLFF CHRISTINE BIROS AND GAINSG DEDT U LOCK INC ON COUNTS I AND II COUNT III OF PLFFS COMPLAINT IS | View |
| Jun/04/2019 | NOTICE | OF COMPLIANCE WITH ORDER OF COURT | View |
| May/20/2019 | FINDINGS OF FACT AND CONCLUSIONS OF LAW | DEFTS PROPOSED FINDINGS OF FACT AND CONCLUSION OF LAW WITH PROPOPSED ORDER | View |
| May/17/2019 | FINDINGS OF FACT AND CONCLUSIONS OF LAW | PROPOSED | View |
| May/15/2019 | TRANSCRIPT OF PROCEEDINGS | HEARD ON APRIL 29, 2019 | View |
| May/06/2019 | ORDER AMENDING | ORDER MAY 3, 2019 THAT THE CAPTION IS AMENDED AS SET FORTH | View |
| Apr/30/2019 | MOT/PET CONTINUANCE | TRIAL AND ORDER APRIL 29, 2019 DENIED WITH PREJUDICE | View |
| Apr/26/2019 | PRAECIPE WITHDRAW PRELIMINARY OBJECTIONS | AND ORDER ACCERPT FOR FILING BY THE COURT | View |

| Date | Type | Description | |
|---|---|---|---|
| Apr/26/2019 | MOTION/PETITION | MOTION TO WITHDRAW PRELIMINARY OBJECTIONS AND ORDER APRIL 26, 2019 THAT THE PRELIMINARY OBJECTIONS FILED ON DECEMBER 1, 2017 ARE HEREBY DISMISSED WITH PREJUDICE. | View |
| Apr/26/2019 | CERTIFICATE OF SERVICE | OF THE ORGINAL ANSWER AND NEW MATTER FILED ON APR 23 2019 | View |
| Apr/26/2019 | RESPONSE - PLAINTIFF'S | PLFFS RESPONSE TO DEFTS NEW MATTER | View |
| Apr/23/2019 | ANSWER AND NEW MATTER | ANSWER AND NEW MATTER | View |
| Apr/04/2019 | SCHEDULING ORDER | ORDER APRIL 3, 2019 THAT A ONE DAY NON-JURY TRIAL IS SCHEUDLED ON APRIL 29, 2019 N236 | View |
| Apr/01/2019 | PRAECIPE | TO SET TRIAL DATE | View |
| Mar/29/2019 | MOTION/PETITION | TO ENFORCE SETTLEMENT | View |
| Feb/25/2019 | ANSWER | ANSWERS AND OBJECTIONS TO THE SECOND SET OF INTERROGATORIES REQUEST FOR ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO U LOCK INC | View |
| Jan/28/2019 | ORDER PRELIMINARY OBJECTION | ORDER THAT RULING ON SAID PRELIMINARY OBJECTIONS IS DEFERRED AS THE PARTIES PURSUE SETTLEMENT AS SET FORTH N236 | View |
| Dec/07/2018 | JUDICIAL REASSIGNMENT FORM FROM | MARSILI TO JUDGE MARSILI/SMAIL | View |

| Date | Type | Description | |
|---|---|---|---|
| Dec/07/2018 | MOT/PET HEARING | MOTION TO SCHEDULE HEARING TO DETERMINE PRELIMINARY OBJECTIONS AND ORDER HEARING IS SCHEDULED ON JANUARY 24, 2019 | View |
| Oct/12/2018 | RESPONSE - PLAINTIFF'S | TO DEFT U LOCK INCS NEW MATTER | View |
| Oct/01/2018 | AMENDED | DEFT U LOCK INCS AMENDED OBJECTIONS AND RESPONSES TO THE INTERROGATORIES REQUESTS FOR ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS AND EXHIBITS A THROUGH Y NOT IMAGED | View |
| Sep/21/2018 | AMENDED ANSWER AND NEW MATTER | TO COMPLAINT FOR DECLATORY JDGMT AND EQUITABLE ACTION TO CONVEY TITLE TO QUIET TITLE AND FOR AN ACCOUNTING | View |
| Sep/07/2018 | ORDER PRELIMINARY OBJECTION | ORDER SEPT 6 2018 THAT PRELIMINARY OBJECTIONS ARE OVERRULED IN PART SUSTAINED IN PART AND STRICKEN IN PART AS SET FORTH N236 | View |
| Sep/07/2018 | MOT/PET STAY TAX SALE (NO FEE) | AND ORDER AS SET FORTH | View |
| Jul/06/2018 | ORDER | ORDER DEFTS PETITION FOR PROTECTIVE ORDER IS GRANTED AS SET FORTH | View |

| Date | Type | Description | |
|---|---|---|---|
| Jul/06/2018 | MOT/PET PROTECTIVE ORDER | DEFT U LOCK INCS PETITION PURSUANT TO PENNSYLVANIA RULE OF CIVIL PROCEDURE 4012A FOR A PROTECTIVE ORDER AND FOR A THIRTY (30) DAY EXTENSION OF TIME TO RESPOND TO THE PLFFS DISCOVERY REQUESTS | View |
| Jul/06/2018 | MOT/PET COMPEL | DISCOVERY RESPONSE TO DEFTS OBJECTIONS TO PLFFS DISCOVERY REQUEST AND RESPONSE TO PLFFS MOTION FOR PROTECTIVE ORDER | View |
| Jul/02/2018 | RESPONSE | TO DEFTS U LOCK INCS ANSWER TO PRELIMINARY OBJECTIONS | View |
| Jun/13/2018 | ANSWER PRELIMINARY OBJECTIONS | DEFT U LOCK INCS ANSWER TO PRELIMINARY OBJECTIONS BASED UPON FAILURE TO CONFORM TO RULE OF COURT AND FOR INCLUSION OF SCANDALOUS AND IMPERTINENT MATTER AND INSUFFICIENT SPECIFICITY IN PLEADING | View |
| Jun/13/2018 | BRIEF IN OPPOSITION TO PRELIMINARY OBJECTION | DEFT U LOCK INCS BRIEF IN OPPOSITION TO PRELIMINARY OBJECTIONS BASED UPON FAILURE TO CONFORM TO RULE OF COURT AND FOR INCLUSION OF SCANDALOUS AND IMPERTINENT MATTER AND INSUFFICIENT SPECIFICITY IN PLEADING | View |
| May/23/2018 | CERTIFICATE OF SERVICE | OF SCHEDULING ORDER DATED MAY 17 2018 | View |

| Date | Type | Description | |
|---|---|---|---|
| May/18/2018 | SCHEDULING ORDER | FILING BRIEFS N236 | View |
| May/16/2018 | OBJECTIONS | AND RESPONSES TO THE INTERROGATORIES REQUESTS FOR ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS | View |
| May/14/2018 | PRELIMINARY OBJECTIONS | BASED UPON FAILURE TO CONFORM TO RULE OF COURT AND FOR INCLUSION OF SCANDALOUS AND IMPERTINENT MATTER AND INSUFFICIENT SPECIFICITY IN PLEADING AND BRIEF IN SUPPORT | View |
| Apr/23/2018 | NOTICE OF SERVICE | OF INTERROGATORIES REQUEST FOR ADMISSIONS AND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO U LOCK INC | View |
| Apr/23/2018 | OPPOSITION | TO PRELIMINARY OBJECTIONS | View |
| Apr/23/2018 | AMENDED ANSWER AND NEW MATTER | TO COMPLAINT IN CIVIL ACTION FOR DECLATORY JUDGMENT AND EQUITABLE ACTION TO CONVEY TITLE TO QUIET TITLE AND FOR AN ACCOUNTING | View |
| Apr/19/2018 | CERTIFICATE OF SERVICE | OF SCHEDULING ORDER | View |
| Apr/12/2018 | SCHEDULING ORDER | FILING BRIEF N236 | View |

| Date | Type | Description | |
|---|---|---|---|
| Apr/04/2018 | PRELIMINARY OBJECTIONS | PRELIMINARY OBJECTIONS BASED UPON FAILURE TO CONFORM TO RULE OF COURT AND FOR INCLUSION OF SCANDALOUS AND IMPERTINENT MATTER AND INSUFFICIENT SPECIFICITY IN PLEADING AND BRIEF IN SUPPORT | View |
| Mar/28/2018 | PRAECIPE WITHDRAW PRELIMINARY OBJECTIONS | AND BRIEF IN SUPPORT | View |
| Mar/19/2018 | ANSWER COMPLAINT | AND NEW MATTER TO COMPLAINT IN CIVIL ACTION FOR DECLARATORY JUDGMENT AND EQUITABLE ACTION TO CONVEY TITLE TO QUIET TITLE AND FOR AN ACCOUNTING | View |
| Mar/16/2018 | ORDER | THAT THE DEFAULT JDGMT IN FAVOR OF PLFF AND AGAINST DEFT U LOCK IS STRIKEN AS SET FORTH | View |
| Mar/16/2018 | MOT/PET STRIKE JUDGMENT (NO FEE) | MOTION TO STRIKE DEFAULT JUDGMENT (NO FEE) | View |
| Mar/16/2018 | SCHEDULING ORDER | SCHEDULING ORDER MARCH 15, 2018 FILING BRIEF AS SET FORTH N236 | View |
| Mar/12/2018 | APPEARANCE ENTERED BY | JOHN A TUMOLO ESQ | View |
| Mar/08/2018 | JUDICIAL REASSIGNMENT FORM FROM | FROM JUDGE SCHERER TO JUDGE MARSILL | View |

| Date | Type | Description | |
|---|---|---|---|
| Mar/06/2018 | ORDER RECUSAL | ORDER RECUSAL THAT THE COURT ADMINISTRATORS OFFICE SHALL REASSIGN THIS CASE TO JUDGE ANTHONY MARSILI AS SET FORTH N236 | View |
| Mar/05/2018 | ANSWER COMPLAINT | FOR DECLARATORY JUDGMENT AND EQUITABLE ACTION TO CONVEY TITLE TO QUIET TITLE AND FOR AN ACCOUNTING | View |
| Mar/05/2018 | APPEARANCE ENTERED BY | J ALLEN ROTH ESQ | View |
| Mar/05/2018 | BRIEF IN SUPPORT OF PRELIMINARY OBJECTIONS | BRIEF IN SUPPORT OF DEFT U LOCK INCS PRELIMINARY OBJECTIONS TO THE COMPLAINT | View |
| Mar/05/2018 | PRELIMINARY OBJECTIONS | DEFT U LOCK INCS PRELIMINARY OBJECTIONS TO THE COMPLAINT | View |
| Mar/05/2018 | *MOT/PET OPEN OR STRIKE JUDGMENT | *MOT/PET OPEN OR STRIKE JUDGMENT | View |
| Mar/02/2018 | APPEARANCE ENTERED BY | DENNIS D DEC COTTO ESQ | View |
| Feb/23/2018 | *JUDGMENT EO DIE: JUDGMENT ENTERED/NOTICE SENT | *JUDGMENT EO DIE: JUDGMENT ENTERED/NOTICE SENT | View |
| Feb/21/2018 | PRAECIPE REINSTATE COMPLAINT EO DIE: COMPLAINT REINSTATED | PRAECIPE REINSTATE COMPLAINT EO DIE: COMPLAINT REINSTATED | View |
| Feb/21/2018 | RETURN SERVICE BY | OF PROCESS BY PUBLICATION | View |

| Date | Type | Description | |
|---|---|---|---|
| Jan/19/2018 | PRAECIPE REINSTATE COMPLAINT EO DIE: COMPLAINT REINSTATED | PRAECIPE REINSTATE COMPLAINT EO DIE: COMPLAINT REINSTATED | View |
| Jan/12/2018 | MOTION/PETITION | MOTION FOR SERVICE BY PUBLICATION PURSUANT TO RULE 430 AND ORDER THAT DEFT U LOCK INC MAY BE SERVED BY PUBLICATION IN ACCORDANCE WITH PA PRCP RULE 430 | View |
| Jan/12/2018 | *PRAECIPE INDEX LIS PENDENS | *PRAECIPE INDEX LIS PENDENS | View |

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was mailed on May 23, 2022 to the following:

William Otto, Esquire
PO Box 701
Murrysville, PA 15668

I certify that a true copy of the foregoing was hand delivered to the Honorable Judge Harry F. Smail at the Westmoreland Court of Common Pleas, Courtroom 2, Greensburg, PA 15601

_____
J. Allen Roth, Esquire