IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PA
CIVIL DIVISION - LAW

CHRISTINE BIROS, )
)
        Plaintiff, )
)
vs. ) No. 4886 of 2017
)
U LOCK, INC., )
)
        Defendant. )

## ORDER OF COURT

AND NOW, to wit, this 23rd day of May, 2022, it appearing to the Court that two Notices of Appeal of this Court's January 24, 2022 Order and this Court's May 17, 2022 Order have been filed by Defendant U Lock in the above-captioned matter, it is hereby ORDERED, ADJUDGED AND DECREED that, within twenty-one (21) days from the date of this Order pursuant to Rule 1925(b) of the Rules of Appellate Procedure, the above-named Defendant shall file of record with a copy to this Court and serve on the undersigned, pursuant to Pa. R.A.P. 1925(b)(1), a Concise Statement of the Matters Complained of on Appeal regarding both Orders. The Statement shall be served on the Court in person or by first class mail at:

        2 North Main Street
        Courtroom No. 2
        Greensburg, PA 15601

It is further ORDERED, ADJUDGED AND DECREED that, per Pa. R.A.P. 1925(b)(3)(iv), any issue not properly included in the Statement timely filed and served pursuant to subdivision (b) shall be deemed waived.

BY THE COURT:

_____
Harry F. Smail, Jr., Judge

ATTEST: _____
Prothonotary

cc:  William Otto, Esq.
      J. Allen Roth, Esq.