11:13 A.M.

# Appeal Docket Sheet

**Docket Number: 607 WDA 2022**

Page 1 of 2

May 24, 2022

**Superior Court of Pennsylvania**

**Secure**



## CAPTION

Christine Biros, an individual
    v.
U Lock Inc., a Pennsylvania Corporation

Appeal of: Shanni Snyder

## CASE INFORMATION

| | |
|---|---|
| Initiating Document: | Notice of Appeal |
| Case Status: | Active |
| Case Processing Status: | May 24, 2022   Awaiting Original Record |
| Journal Number: | |
| Case Category: | Civil   Case Type(s):   Declaratory Judgment |

## CONSOLIDATED CASES

## RELATED CASES

4886 of 2017

## SCHEDULED EVENT

Next Event Type: Receive Docketing Statement   Next Event Due Date: June 7, 2022
Next Event Type: Original Record Received   Next Event Due Date: July 18, 2022

## COUNSEL INFORMATION

**Appellant   Snyder, Shanni**
Pro Se:   Yes   Appoint Counsel Status: Not Represented
IFP Status:   No
   Pro Se:   Shanni Snyder
   PACFile Registered: No
   Address:   14390 U.S. Route 30
      North Huntingdon, PA 15642
   Phone No:   (412) 758-1371   Fax No:
   Receive Mail:   Yes
   Receive EMail:   No   EMail Address: shannis@pm.me

**Appellee   Biros, Christine**
Pro Se:   No   Appoint Counsel Status: Represented
IFP Status:   No
   Attorney:   Otto, William E.
   Bar No:   032716
   PACFile Registered: Yes
   Address:   Po Box 701
      Murrysville, PA 15668
   Phone No:   (724) 519-8778   Fax No:
   Receive Mail:   Yes
   Receive EMail:   Yes   EMail Address: weo@ottolawfirm.com

FILED PROTHONOTARY'S OFFICE WESTMORELAND COUNTY 2022 MAY 27 P 3:56

| Appeal Docket Sheet | Superior Court of Pennsylvania |
|---|---|
| **Docket Number: 607 WDA 2022** | |
| Page 2 of 2 | **Secure**  |
| May 24, 2022 | |

## COUNSEL INFORMATION

| Participant | U Lock Inc. | | |
|---|---|---|---|
| Pro Se: | No | Appoint Counsel Status: | Represented |
| IFP Status: | No | | |
| Attorney: | Roth, John Allen | | |
| Bar No: | 030347 | | |
| PACFile Registered: | Yes | | |
| Address: | 805 S Alexandria | | |
| | Latrobe, PA 15650 | | |
| Phone No: | (724) 537-0939 | Fax No: | |
| Receive Mail: | Yes | | |
| Receive EMail: | Yes | EMail Address: lawmatters@yahoo.com | |

## FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 05/24/2022 | Notice of Appeal | 90.25 | | | 0.00 |

## AGENCY/TRIAL COURT INFORMATION

| Order Appealed From: | May 17, 2022 | Notice of Appeal Filed: | May 19, 2022 |
|---|---|---|---|
| Order Type: | Order Entered | | |
| Documents Received: | May 24, 2022 | | |

| Court Below: | Westmoreland County Court of Common Pleas | | |
|---|---|---|---|
| County: | Westmoreland | Division: | Westmoreland County Civil Division |
| Judge: | Smail, Harry F. | OTN: | |
| Docket Number: | 17 CJ 04886 | Judicial District: | 10 |

## ORIGINAL RECORD CONTENT

| Original Record Item | Filed Date | Content Description |
|---|---|---|

**Date of Remand of Record:**

## BRIEFING SCHEDULE

None                                                                 None

## DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| May 24, 2022 | Notice of Appeal Docketed | Appellant | Snyder, Shanni |
| May 24, 2022 | Docketing Statement Exited (Civil) | | Superior Court of Pennsylvania |