IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PA.

CIVIL DIVISION

\* \* \*

| | |
|---|---|
| CHRISTINE BIROS, | No. 4886 of 2017 |
| Plaintiff, | |
| vs. | |
| U LOCK, INC., | |
| Defendant. | |

\* \* \*

HEARD: Friday, May 20, 2022

BEFORE: The Honorable Harry F. Smail, Jr., Judge

\* \* \*

TRANSCRIPT OF MOTION TO AMEND THE RECORD
AND MOTION FOR SANCTIONS

\* \* \*

A P P E A R A N C E S:

On behalf of the Plaintiff:

    WILLIAM E. OTTO, ESQ.

On behalf of the Defendant:

    ALAN ROTH, ESQ.

1