| | |
|---|---|
| **Appeal Docket Sheet** | **Superior Court of Pennsylvania** |

**Docket Number: 615 WDA 2022**

Page 1 of 2

May 26, 2022

**Secure**

## CAPTION

Christine Biros
   v.
U Lock Inc.
   Appellant

## CASE INFORMATION

| | |
|---|---|
| Initiating Document: | Notice of Appeal |
| Case Status: | Active |
| Case Processing Status: | May 26, 2022    Awaiting Original Record |
| Journal Number: | |
| Case Category: | Civil     Case Type(s): Declaratory Judgment |

## CONSOLIDATED CASES

## RELATED CASES

| Docket No / Reason | Type |
|---|---|
| 607 WDA 2022 Same Issue(s) | Related |
| 617 WDA 2022 Same Issue(s) | Related |

488(oot 2017 *(handwritten)*

## SCHEDULED EVENT

Next Event Type: Receive Docketing Statement     Next Event Due Date: June 9, 2022
Next Event Type: Original Record Received     Next Event Due Date: July 22, 2022

## COUNSEL INFORMATION

**Appellant**    U Lock Inc.
Pro Se: No     Appoint Counsel Status: Represented
IFP Status: No

| | |
|---|---|
| Attorney: | Roth, John Allen |
| Bar No: | 030347 |
| PACFile Registered: | Yes |
| Address: | 805 S Alexandria, Latrobe, PA 15650 |
| Phone No: | (724) 537-0939    Fax No: |
| Receive Mail: | Yes |
| Receive EMail: | Yes    EMail Address: lawmatters@yahoo.com |

*[Stamp: FILED PROTHONOTARY'S OFFICE WESTMORELAND COUNTY 2022 JUN -1 P 2:30]*

12:06 P.M.

**Appeal Docket Sheet**  **Superior Court of Pennsylvania**

**Docket Number: 615 WDA 2022**

**Page 2 of 2**

**Secure** 

**May 26, 2022**

### COUNSEL INFORMATION

**Appellee**   **Blros, Christine**
Pro Se:            No         Appoint Counsel Status:   Represented
IFP Status:        No
   Attorney:            Otto, William E.
   Bar No:              032716
   PACFile Registered:  Yes
   Address:             Po Box 701
                        Murrysville, PA 15668
   Phone No:            (724) 519-8778        Fax No:
   Receive Mail:        Yes
   Receive EMail:       Yes     EMail Address: weo@ottolawfirm.com

### FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 05/26/2022 | Notice of Appeal | 90.25 | 05/26/2022 | 2022-SPR-W-000355 | 90.25 |

### AGENCY/TRIAL COURT INFORMATION

Order Appealed From: May 17, 2022          Notice of Appeal Filed:  May 23, 2022
Order Type:          Order Entered
Documents Received: May 26, 2022

| Court Below: | Westmoreland County Court of Common Pleas | | |
|---|---|---|---|
| County: | Westmoreland | Division: | Westmoreland County Civil Division |
| Judge: | Smail, Harry F. | OTN: | |
| Docket Number: | 17 CJ 04886 | Judicial District: | 10 |

### ORIGINAL RECORD CONTENT

| Original Record Item | Filed Date | Content Description |
|---|---|---|

**Date of Remand of Record:**

### BRIEFING SCHEDULE

None                                                None

### DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| **May 26, 2022** | Notice of Appeal Docketed | Appellant | U Lock Inc. |
| **May 26, 2022** | Docketing Statement Exited (Civil) | | |

Superior Court of Pennsylvania