| Appeal Docket Sheet | Superior Court of Pennsylvania |
|---|---|

**Docket Number: 617 WDA 2022**

Page 1 of 2

May 26, 2022

# Secure



## CAPTION

Christine Biros
  v.
U Lock Inc.
  Appellant

## CASE INFORMATION

| | |
|---|---|
| Initiating Document: | Notice of Appeal |
| Case Status: | Active |
| Case Processing Status: | May 26, 2022     Awaiting Original Record |
| Journal Number: | |
| Case Category: | Civil     Case Type(s):   Declaratory Judgment |

## CONSOLIDATED CASES

## RELATED CASES

| Docket No / Reason | Type |
|---|---|
| 607 WDA 2022 Same Issue(s) | Related |
| 615 WDA 2022 Same Issue(s) | Related |

4886eof 207

## SCHEDULED EVENT

Next Event Type: Receive Docketing Statement       Next Event Due Date: June 9, 2022
Next Event Type: Original Record Received          Next Event Due Date: July 22, 2022

## COUNSEL INFORMATION

**Appellant     U Lock Inc.**
Pro Se:            No            Appoint Counsel Status: Represented
IFP Status:        No
  Attorney:           Roth, John Allen
  Bar No:             030347
  PACFile Registered: Yes
  Address:            805 S Alexandria
                      Latrobe, PA 15650
  Phone No:           (724) 537-0939      Fax No:
  Receive Mail:       Yes
  Receive EMail:      Yes   EMail Address: lawmatters@yahoo.com

2022 JUN -1 P 2: 30
FILED PROTHONOTARY'S OFFICE WESTMORELAND COUNTY

**Appeal Docket Sheet**                                                   **Superior Court of Pennsylvania**

**Docket Number: 617 WDA 2022**

Page 2 of 2

# Secure

May 26, 2022

## COUNSEL INFORMATION

| Appellee | Biros, Christine | | |
|---|---|---|---|
| Pro Se: | No | Appoint Counsel Status: | Represented |
| IFP Status: | No | | |
| Attorney: | Otto, William E. | | |
| Bar No: | 032716 | | |
| PACFile Registered: | Yes | | |
| Address: | Po Box 701 | | |
| | Murrysville, PA 15668 | | |
| Phone No: | (724) 519-8778 | Fax No: | |
| Receive Mail: | Yes | | |
| Receive EMail: | Yes | EMail Address: weo@ottolawfirm.com | |

## FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 05/26/2022 | Notice of Appeal | 90.25 | 05/26/2022 | 2022-SPR-W-000356 | 90.25 |

## AGENCY/TRIAL COURT INFORMATION

| | | | |
|---|---|---|---|
| Order Appealed From: | January 24, 2022 | Notice of Appeal Filed: | May 23, 2022 |
| Order Type: | Order Entered | | |
| Documents Received: | May 26, 2022 | | |

| | | | |
|---|---|---|---|
| Court Below: | Westmoreland County Court of Common Pleas | | |
| County: | Westmoreland | Division: | Westmoreland County Civil Division |
| Judge: | Smail, Harry F. | OTN: | |
| Docket Number: | 17 CJ 04886 | Judicial District: | 10 |

## ORIGINAL RECORD CONTENT

| Original Record Item | Filed Date | Content Description |
|---|---|---|
| | | |

**Date of Remand of Record:**

## BRIEFING SCHEDULE

None                                                                              None

## DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| **May 26, 2022** | Notice of Appeal Docketed | Appellant | U Lock Inc. |
| **May 26, 2022** | Docketing Statement Exited (Civil) | | Superior Court of Pennsylvania |