| **Appeal Docket Sheet** | **Superior Court of Pennsylvania** |
|---|---|

**Docket Number: 650 WDA 2022**

**Page 1 of 3**

**June 7, 2022**

## Secure



### CAPTION

Christine Biros
    v.
U Lock Inc.

Appeal of: Mark Miles Mycka

### CASE INFORMATION

| | |
|---|---|
| Initiating Document: | Notice of Appeal |
| Case Status: | Active |
| Case Processing Status: | June 7, 2022    Awaiting Original Record |
| Journal Number: | |
| Case Category: | Civil |
| Case Type(s): | Declaratory Judgment |

*4886 of 2017* (handwritten)

### CONSOLIDATED CASES

### RELATED CASES

| Docket No / Reason | Type |
|---|---|
| 607 WDA 2022  Same Issue(s) | Related |
| 615 WDA 2022  Same Issue(s) | Related |
| 617 WDA 2022  Same Issue(s) | Related |

### SCHEDULED EVENT

Next Event Type: Receive Docketing Statement     Next Event Due Date: June 21, 2022
Next Event Type: Original Record Received     Next Event Due Date: August 1, 2022

### COUNSEL INFORMATION

**Appellant**  **Mycka, Mark Miles**

| | | | |
|---|---|---|---|
| Pro Se: | Yes | Appoint Counsel Status: | Not Represented |
| IFP Status: | No | | |
| Pro Se: | Mark Miles Mycka | | |
| PACFile Registered: | No | | |
| Address: | 5148 Peach Street, #401 | | |
| | Erie, PA 16509 | | |
| Phone No: | (814) 283-4820 | Fax No: | |
| Receive Mail: | Yes | | |
| Receive EMail: | Yes    EMail Address: mmm@thunderland.net | | |

*FILED PROTHONOTARY'S OFFICE WESTMORELAND COUNTY
2022 JUN -9 PM 3:55
GINA O'BARTO
TIME IN*

**Appeal Docket Sheet**                                                          **Superior Court of Pennsylvania**

**Docket Number: 650 WDA 2022**

Page 2 of 3

**Secure** 

June 7, 2022

---

### COUNSEL INFORMATION

**Appellee    U Lock Inc.**

| | |
|---|---|
| Pro Se: | No    Appoint Counsel Status: Represented |
| IFP Status: | |
| Attorney: | Roth, John Allen |
| Bar No: | 030347 |
| PACFile Registered: | Yes |
| Address: | 805 S Alexandria<br>Latrobe, PA 15650 |
| Phone No: | (724) 537-0939    Fax No: |
| Receive Mail: | Yes |
| Receive EMail: | Yes    EMail Address: lawmatters@yahoo.com |

**Appellee    Biros, Christine**

| | |
|---|---|
| Pro Se: | No    Appoint Counsel Status: Represented |
| IFP Status: | |
| Attorney: | Otto, William E. |
| Bar No: | 032716 |
| PACFile Registered: | Yes |
| Address: | Po Box 701<br>Murrysville, PA 15668 |
| Phone No: | (724) 519-8778    Fax No: |
| Receive Mail: | Yes |
| Receive EMail: | Yes    EMail Address: weo@ottolawfirm.com |

### FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 06/07/2022 | Notice of Appeal | 90.25 | 06/07/2022 | 2022-SPR-W-000391 | 90.25 |

### AGENCY/TRIAL COURT INFORMATION

| | | | |
|---|---|---|---|
| Order Appealed From: | May 17, 2022 | Notice of Appeal Filed: | June 1, 2022 |
| Order Type: | Order Entered | | |
| Documents Received: | June 7, 2022 | | |

| | | | |
|---|---|---|---|
| Court Below: | Westmoreland County Court of Common Pleas | | |
| County: | Westmoreland | Division: | Westmoreland County Civil Division |
| Judge: | Smail, Harry F. | OTN: | |
| Docket Number: | 17 CJ 04886 | Judicial District: | 10 |

### ORIGINAL RECORD CONTENT

| Original Record Item | Filed Date | Content Description |
|---|---|---|

**Date of Remand of Record:**

### BRIEFING SCHEDULE

| | |
|---|---|
| None | None |

### DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|

**Appeal Docket Sheet**  **Superior Court of Pennsylvania**

**Docket Number: 650 WDA 2022**

Page 3 of 3

**Secure** 

**June 7, 2022**

**DOCKET ENTRY**

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| **June 7, 2022** | Notice of Appeal Docketed | | |
| | | Appellant | Mycka, Mark Miles |
| **June 7, 2022** | Docketing Statement Exited (Civil) | | |

Superior Court of Pennsylvania