IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY,
PENNSYLVANIA

**CHRISTINE BIROS**, an individual,   **CIVIL DIVISION**

　　　　Plaintiff,　　　　　　　　No. 17CJ04886

vs.

**U LOCK, INC.**, a Pennsylvania corporation,

　　　　Defendant.

## ORDER OF COURT

AND NOW, this 23rd day of August, 2022, it is hereby ORDERED that, concerning that certain real property situate at 14140 Route 30, North Huntingdon, PA 15642 with a County Tax Map No. 54-03-10-0-103 (the "Property"):

(1) the Tax Claim Office of Westmoreland County is hereby directed to stay the tax sale of the Property scheduled for September 12, 2022; and

(2) remove the Property from the tax sale list for the tax sale scheduled for September 12, 2022.

BY THE COURT:

_____, J.
Harry F. Smail, Jr., Judge

ATTEST:
GINA O'BARTO
PROTHONOTARY

FILED
PROTHONOTARY'S OFFICE
WESTMORELAND COUNTY
2022 AUG 26 A 11:20
GINA O'BARTO
TIME IN