LAW FIRM
OF

# WILLIAM E. OTTO, ESQ.

P.O. BOX 701
MURRYSVILLE, PA 15668
PHONE: (724) 519-8778 (OFFICE)   (412) 973-5837 (CELL)
WEO@OTTOLAWFIRM.COM

May 5, 2022

The Honorable Harry F. Smail, Jr.
Westmoreland County Courthouse
2 N Main St
Greensburg, PA 15601

**RE:**   **Christine Biros v. U Lock, Inc.**
**Westmoreland County Court of Common Pleas Case No. 17CJ04886**

Dear Judge Smail:

Enclosed please find a copy of Evidence in Support of Plaintiff's Motion for Sanctions Pursuant to 42 Pa.C.S.A. §2503(7) and (9) and Pa.R.C.P. Rule 1023.1(d).

It is my intention to present this matter to you in your Courtroom on Friday, May 13, 2022, or at such other time as it may please the Court. In addition, at that time, I would like the opportunity to address other matters related to the Motions which are currently before you.

Opposing Counsel has been given notice of my intention and copies of these documents. Please note that copies (without Exhibit B, <u>Invoices</u>) have also been provided to Messrs. Del Cotto and Tumolo as a courtesy only, since their clients have been dismissed from the case and these presentations do not have an impact on them.

If you have any questions, please contact me.

Respectfully submitted,

William E. Otto, Esq.

Enclosures

CC: (w/Enclosures)   J. Allen Roth, Esq.
757 Lloyd Avenue Extension, Suite B
Latrobe, PA 15650

John Tumolo, Esq.                    Dennis Del Cotto, Esq.
437 Grant Street                     4345 Old William Penn Highway
1500 Frick Building                  Murrysville, PA 15668
Pittsburgh, PA 15219

# IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

**CHRISTINE BIROS,** an individual,

**Plaintiff,**

vs.

**U LOCK, INC.,** a Pennsylvania corporation,

**Defendant.**

**CIVIL DIVISION**

No. 17CJ04886

**EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO 42 Pa.C.S.A. § 2503(7) and (9) and Pa.R.C.P. RULE 1023.1(d)**

**LIS PENDENS**

Filed on Behalf of Plaintiff, Christine Biros

Counsel of Record for this Party:
William E. Otto, Esq.
PA I.D. #32716
P.O. Box 701
Murrysville, PA 15668
Office: (724) 519-8778

## IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

**CHRISTINE BIROS,** an individual,          **CIVIL DIVISION**

        **Plaintiff,**          **No. 17CJ04886**

    **vs.**

**U LOCK, INC.,** a Pennsylvania
corporation,

        **Defendant.**

### EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO 42 Pa.C.S.A. § 2503(7) and (9) and PA.R.C.P. RULE 1023.1(d)

    **AND NOW** comes Plaintiff Christine Biros by and through her counsel, William E. Otto, Esq., and files the within Evidence in Support of Plaintiff's Motion for Sanctions Pursuant to 42 Pa.C.S.A. §2503(7) and (9) and Pa.R.C.P. Rule 1023.1(d) against Defendant U Lock, Inc. and its counsel, J. Allen Roth, Esq.:

    1.    During the argument on Motions conducted in this Court on April 22, 2022, Plaintiff presented a Motion for Sanctions against Defendant U Lock, its counsel and its directors.

    2.    This Court requested that Plaintiff's counsel provide evidence in the form of attorney's billings to support Plaintiff's Motion for Sanctions.

    3.    Attached hereto as Exhibit "A", Summary, and made a part hereof is a summary of various events, dates and charges incurred by Plaintiff to defend against Defendant's assertion that the source of Plaintiff's funds in the underlying action resulted from illegal conduct.

    4.    Attached hereto as Exhibit "B", Invoices, and made a part hereof are redacted copies of invoices referred to in the summary.

2

5.      As can be seen from Exhibit "B", counsel for Plaintiff did not detail his efforts on specific issues to the level of detail that would clearly delineate his work on that specific issue.

6.      Consequently, Plaintiff's counsel reviewed each of the filings for which such time was incurred and has made estimates of the time spent based on his recollection and experience.

7.      As shown in Exhibit "A", Summary, the billings support a charge of $14,280.00; however, Plaintiff believes that sanctions in the amount of $20,000.00 are warranted because of the damage done to Plaintiff's reputation.

8.      Defendant's counsel has asserted in his Brief that no charge may be asserted against such counsel for matters prior to 2020 because of such counsel's bankruptcy filing as of October 17, 2019.

9.      In response, Plaintiff has attached Exhibit "C", Defendant's counsel's List of Creditors which he filed in connection with his bankruptcy case.

10.     As can be seen, Plaintiff is not named as a creditor and had no knowledge of such filing.

11.     Further, the U.S. Bankruptcy Code, *11 USC §§101 et seq.*, would not prohibit the imposition of such sanctions by this Court, but rather, only unjustified attempts to collect such sums.

12.     Plaintiff is considering taking action to open Defendant's counsel's bankruptcy case based on evidence discovered by Plaintiff.

13.     If Plaintiff is successful in this action, it is possible that Plaintiff may be able to hold Defendant's counsel responsible for his actions.

Respectfully submitted,

William E. Otto, Esq.
Counsel for Plaintiff

3

## VERIFICATION

The undersigned, William E. Otto, Esq., avers that the statements of fact contained in the within Evidence in Support of Plaintiff's Motion for Sanctions Pursuant to 42 Pa.C.S.A. §2503(7) and (9) and Pa.R.C.P. Rule 1023.1(d) are true and correct to the best of his knowledge, information and belief, that the Exhibits attached to the Evidence in Support are true and correct copies of the originals and that said statements are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

William E. Otto, Esq.

**EXHIBIT**

**U Lock Invoice Summary**

| Time Period Spent | Project | Invoice Nos. | Total Hours on Project | Value of Hours | Estimated Time Spent on Source of Funds Issue | Amount on Source of Funds Issue |
|---|---|---|---|---|---|---|
| 4/25/2018 - 5/14/2018 | Review Amended Answer and prepare PO's and Brief in Support | 713, 746 | 12 | $ 4,200.00 | 3 | $ 1,050.00 |
| 5/29/2018 - 9/24/2018 | Review U Lock objections to PO's and new Answer | 746, 789, 842 | 3.8 | $ 1,330.00 | 2.5 | $ 875.00 |
| 9/4/2019 - 10/15/2019 | Review U Lock Motion for Post-Trial Relief and draft Objections and Brief in Opposition to Motion | 1204, 1234 | 42.7 | $ 14,945.00 | 6 | $ 2,100.00 |
| 11/7/2019 - 11/8/2019 | Prepare for and attend hearing on post-trial motions | 1290 | 6.3 | $ 2,205.00 | 6.3 | $ 2,205.00 |
| 1/29/2020 - 5/28/2021 | Review U Lock Superior Court filings and prepare Brief | 1320, 1420, 1499, 1572, 1835 | 106.1 | $ 37,135.00 | 20 | $ 7,000.00 |
| 9/5/2021 - 9/7/2021 | Prepare Answer to U Lock's Supreme Court Application | 1914 | 6.1 | $ 2,135.00 | 3 | $ 1,050.00 |
| **TOTAL** | | | **177** | **$ 61,950.00** | **40.8** | **$ 14,280.00** |

# Law Firm of William E. Otto, Esq.

**INVOICE**

P.O. Box 701
Murrysville, PA 15668
Phone: (724) 994-7887
www.ottolawfirm.com

Invoice # 713
Date: 05/08/2018
Due Upon Receipt

Christine Biros

## 00089-Biros

## U-Lock

### Services

| Type | Date | Description | Quantity | Rate | Discount | Total |
|------|------|-------------|----------|------|----------|-------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Service | 04/25/2018 | Download Amended Answer; review Amended Answer and email to Christine Biros | 1.10 | $350.00 | - | $385.00 |
| Service | 04/26/2018 | T/C Christine Biros re: Preliminary Objections to Amended Answer | 0.40 | $350.00 | 100.0% | $0.00 |



EXHIBIT
B

Page 1 of 3

| Service | 04/30/2018 | Research and draft additional Preliminary Objections | 2.80 | $350.00 | - | $980.00 |

| | | Line Item Discount Subtotal | -$455.00 |
| | | Services Subtotal | $5,610.00 |

# Law Firm of William E. Otto, Esq.

**INVOICE**

P.O. Box 701
Murrysville, PA 15668
Phone: (724) 994-7887
www.ottolawfirm.com

Invoice # 746
Date: 06/07/2018
Due Upon Receipt

Christine Biros

## 00089-Biros

## U-Lock

### Services

| Type | Date | Description | Quantity | Rate | Discount | Total |
|------|------|-------------|----------|------|----------|-------|
| Service | 05/01/2018 | Draft Preliminary Objections; research and revise Brief | 3.90 | $350.00 | - | $1,365.00 |
| Service | 05/02/2018 | Revise Preliminary Objections; revise Brief | 1.00 | $350.00 | 100.0% | $0.00 |
| ███ | ███ | ███ | | ███ | | ███ |
| ███ | | | | | | |
| Service | 05/14/2018 | Finalize Preliminary Objections and Brief; file and serve; T/C Christine Biros re: status of case | 2.80 | $350.00 | - | $980.00 |
| ███ | | ███ | | ███ | | ███ |
| ███ | | | | | | |
| ███ | ███ | | | | | ███ |
| Service | 05/29/2018 | Review U Lock objections; research cases cited; T/C Christine Biros re: status of meeting with U Lock counsel | 1.40 | $350.00 | - | $490.00 |

|  |  |
|--|--|
| Line Item Discount Subtotal | -$735.00 |
| Services Subtotal | $3,540.00 |

███████

████████████████████████████████████████████

# Law Firm of William E. Otto, Esq.

**INVOICE**

P.O. Box 701
Murrysville, PA 15668
Phone: (724) 994-7887
www.ottolawfirm.com

Invoice # 789
Date: 07/24/2018
Due Upon Receipt

Christine Biros

## 00089-Biros

## U-Lock

| Type | Date | Description | Quantity | Rate | Discount | Total |
|------|------|-------------|----------|------|----------|-------|
| | | | | | | |
| Service | 06/13/2018 | Review U Lock's Response to Preliminary Objections | 0.70 | $350.00 | - | $245.00 |
| Service | 06/15/2018 | Review of U Lock case status with Christine Biros and additional actions | 0.50 | $350.00 | 100.0% | $0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Service | 06/21/2018 | Review Preliminary Objections response and docket | 0.20 | $350.00 | 100.0% | $0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# Law Firm of William E. Otto, Esq.

**INVOICE**

P.O. Box 701
Murrysville, PA 15668
Phone: (724) 994-7887
www.ottolawfirm.com

Invoice # 842
Date: 10/04/2018
Due Upon Receipt

Christine Biros

## 00089-Biros

## U-Lock

### Services

| Type | Date | Description | Quantity | Rate | Discount | Total |
|------|------|-------------|----------|------|----------|-------|
| ██████ | ████████ | ████████████████████████████████ | ████████ | | | █████████ |
| ██████ | ████████ | ████████████████████████████████ | | | | █████████ |
| | | ████████████████████ | | | | |
| Service | 09/07/2018 | Finalize Petition to Stay Tax Sale; travel to Courthouse to present Motion; T/C's to Christine Biros, J. Allen Roth, John Tumolo, Dennis Del Cotto; file Order in Prothonotary's Office | 2.70 | $350.00 | - | $945.00 |
| Service | 09/12/2018 | T/C Christine Biros re: order on preliminary objections; email to Attorney Roth on revised Complaint | 0.60 | $350.00 | 100.0% | $0.00 |
| Service | 09/24/2018 | Review Answer from Attorney Roth | 0.40 | $350.00 | - | $140.00 |
| ██████ | ████████ | ████████████████████████████████ | | | | █████████ |
| ██████ | ████████ | ████████████████████████████████ | | | | █████████ |
| | | ██████████ | | | | |

| | | |
|---|---|---|
| **Line Item Discount Subtotal** | | **-$210.00** |
| **Services Subtotal** | | **$2,390.00** |

# Law Firm of William E. Otto, Esq.

**INVOICE**

P.O. Box 701
Murrysville, PA 15668
Phone: (724) 994-7887
www.ottolawfirm.com

Invoice # 1204
Date: 10/15/2019
Due Upon Receipt

Christine Biros

## 00089-Biros

## U-Lock

### Services

| Type | Date | Description | Quantity | Rate | Discount | Total |
|------|------|-------------|----------|------|----------|-------|
| Service | 09/04/2019 | Review of Motion for Post Trial Relief of Defendant; T/C Christine Biros; check appeal period | 1.30 | $350.00 | - | $455.00 |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | | | |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮ | | |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮ | | |
| Service | 09/06/2019 | Research objections and drafts; T/C Christine Biros re: motion and objections | 2.20 | $350.00 | - | $770.00 |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮ | | |
| Service | 09/07/2019 | Review and research post trial motions; review 2018 deeds | 1.70 | $350.00 | - | $595.00 |
| Service | 09/11/2019 | Draft Objections to Defendant's Post Trial Motion | 3.40 | $350.00 | - | $1,190.00 |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮ | | |
| Service | 09/13/2019 | File Motion and Objections | 1.80 | $350.00 | - | $630.00 |
| Service | 09/18/2019 | T/C Christine Biros re: post trial motions | 0.30 | $350.00 | 100.0% | $0.00 |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮ | | |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | | | |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | | | | |

Invoice # 1204 - 10/15/2019



| Service | 09/28/2019 | T/C Christine Biros re: Defendant's filings | 0.30 | $350.00 | 100.0% | $0.00 |

Line Item Discount Subtotal     -$1,365.00

Services Subtotal     $7,530.00

# Law Firm of William E. Otto, Esq.

P.O. Box 701
Murrysville, PA 15668
Phone: (724) 994-7887
www.ottolawfirm.com

**INVOICE**

Invoice # 1234
Date: 11/19/2019
Due Upon Receipt

Christine Biros

## 00089-Biros

## U-Lock

### Services

| Type | Date | Description | Quantity | Rate | Discount | Total |
|------|------|-------------|----------|------|----------|-------|
| Service | 10/07/2019 | Draft Brief in Opposition | 5.20 | $350.00 | - | $1,820.00 |
| Service | 10/08/2019 | Draft and research Brief in Opposition to U Lock's Motion for Post Trial Relief | 4.60 | $350.00 | - | $1,610.00 |
| Service | 10/09/2019 | Research and draft Brief in Opposition to U Lock's Motion for Post Trial Relief | 4.70 | $350.00 | - | $1,645.00 |
| Service | 10/10/2019 | Research and draft Brief in Opposition to U Lock's Motion for Post Trial Relief | 6.10 | $350.00 | - | $2,135.00 |
| Service | 10/11/2019 | Review and research and revise Brief in Opposition to U Lock's Motion for Post Trial Relief | 2.70 | $350.00 | - | $945.00 |
| Service | 10/12/2019 | Review and research and revise Brief in Opposition to U Lock's Motion for Post Trial Relief | 3.70 | $350.00 | - | $1,295.00 |
| Service | 10/13/2019 | Revise and research Brief in Opposition to U Lock's Motion for Post Trial Relief | 2.90 | $350.00 | - | $1,015.00 |
| Service | 10/13/2019 | Review Brief | 0.50 | $100.00 | - | $50.00 |
| Service | 10/15/2019 | Prepare and file Brief in Opposition; T/C Christine Biros re: status | 1.30 | $350.00 | - | $455.00 |

| | |
|---|---|
| Line Item Discount Subtotal | -$105.00 |
| Services Subtotal | $11,030.00 |

# Law Firm of William E. Otto, Esq.

**INVOICE**

P.O. Box 701
Murrysville, PA 15668
Phone: (724) 994-7887
www.ottolawfirm.com

Invoice # 1290
Date: 01/07/2020
Due Upon Receipt

Christine Biros

## 00089-Biros

## U-Lock

**Services**

| Type | Date | Description | Quantity | Rate | Discount | Total |
|------|------|-------------|----------|------|----------|-------|
| Service | 11/07/2019 | Prepare for hearing on post-trial motions | 2.10 | $350.00 | - | $735.00 |
| Service | 11/08/2019 | Prepare for and attend argument on post-trial motions | 4.20 | $350.00 | - | $1,470.00 |

| | | |
|---|---|---|
| **Line Item Discount Subtotal** | | -$950.00 |
| **Services Subtotal** | | $4,380.00 |

# Law Firm of William E. Otto, Esq.

**INVOICE**

P.O. Box 701
Murrysville, PA 15668
Phone: (724) 994-7887
www.ottolawfirm.com

Invoice # 1320
Date: 02/03/2020
Due Upon Receipt

Christine Biros

## 00089-Biros

## U-Lock

**Services**

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
|  |  |  |  |  |  |

Invoice # 1320 - 02/03/2020



| Service | 01/29/2020 | Review of U Lock filing with Christine Biros | | 1.20 | $350.00 | $420.00 |

Services Subtotal    $12,560.00

# Law Firm of William E. Otto, Esq.

**INVOICE**

P.O. Box 701
Murrysville, PA 15668
Phone: (724) 994-7887
www.ottolawfirm.com

Invoice # 1420
Date: 05/06/2020
Due Upon Receipt

Christine Biros

## 00089-Biros

## U-Lock

**Services**

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 03/09/2020 | Review of issues on appeal | 0.80 | $350.00 | $280.00 |

Invoice # 1420 - 05/06/2020

| Service | 03/26/2020 | Research Raynor v. D'Annunzio re: abusive use of procedure and criminal suggestion | 0.80 | $350.00 | $280.00 |
|---|---|---|---|---|---|
| Service | 04/07/2020 | T/C Christine Biros re: appeal and discovery issues | 0.50 | $350.00 | $175.00 |

**Services Subtotal**    **$9,600.00**

# Law Firm of William E. Otto, Esq.

**INVOICE**

P.O. Box 701
Murrysville, PA 15668
Phone: (724) 994-7887
www.ottolawfirm.com

Invoice # 1499
Date: 08/20/2020
Due Upon Receipt

Christine Biros

## 00089-Biros

## U-Lock

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| | | | | | |
| | | | | | |
| | | | | | |
| Service | 06/02/2020 | Download U Lock's Brief; review Appellee briefing schedule; revise Statement of Issues; T/C Prothonotary | 1.30 | $100.00 | $130.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| Service | 06/04/2020 | Review cases of U Lock citations; organize cases | 0.80 | $350.00 | $280.00 |
| | | | | | |
| Service | 06/08/2020 | Draft format of Brief; check docket | 0.50 | $100.00 | $50.00 |
| Service | 06/09/2020 | Review U Lock cases; draft Brief sections | 3.50 | $350.00 | $1,225.00 |
| Service | 06/10/2020 | Draft Brief sections | 1.10 | $100.00 | $110.00 |
| Service | 06/11/2020 | Revise Brief; check Superior Court docket | 0.50 | $100.00 | $50.00 |
| Service | 06/11/2020 | Review U Lock Brief and cases; draft Brief sections | 3.40 | $350.00 | $1,190.00 |
| | | | | | |
| Service | 06/22/2020 | Revise Brief | 0.70 | $100.00 | $70.00 |
| Service | 06/22/2020 | Revie U Lock Brief and cases from U Lock; review prior | 2.20 | $350.00 | $770.00 |

Invoice # 1499 - 08/20/2020

cases for Biros Brief

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/24/2020 | Review prior cases and U Lock Brief; set issues | 3.50 | $350.00 | $1,225.00 |
| Service | 06/30/2020 | Review of prior brief cases and U Lock issues | 3.80 | $350.00 | $1,330.00 |
| Service | 07/02/2020 | Research Appellant's Brief | 2.10 | $350.00 | $735.00 |
| Service | 07/08/2020 | Revise Brief | 0.60 | $100.00 | $60.00 |
| Service | 07/10/2020 | Review of U Lock Brief and cases; research issues of U Lock Brief | 4.50 | $350.00 | $1,575.00 |
| Service | 07/12/2020 | Review and research U Lock Brief | 1.70 | $350.00 | $595.00 |
| Service | 07/13/2020 | Review and research U Lock Brief | 1.70 | $350.00 | $595.00 |
| Service | 07/14/2020 | Review Brief re: references to criminal activity; review trial transcript for discovery requests; revise Brief; T/C Superior Court Prothonotary | 1.80 | $100.00 | $180.00 |
| Service | 07/14/2020 | Draft response to U Lock issues | 5.70 | $350.00 | $1,995.00 |
| Service | 07/15/2020 | Revise Brief | 0.60 | $100.00 | $60.00 |
| Service | 07/16/2020 | Draft response to U Lock issues | 5.60 | $350.00 | $1,960.00 |
| Service | 07/17/2020 | Revise Brief | 1.90 | $100.00 | $190.00 |

Invoice # 1499 - 08/20/2020

| Service | 07/17/2020 | Draft response to U Lock issues | 0.60 | $350.00 | $210.00 |
|---------|------------|--------------------------------|------|---------|---------|
| Service | 07/18/2020 | Draft response to U Lock issues | 1.60 | $350.00 | $560.00 |
| Service | 07/19/2020 | Revise Brief | 1.50 | $100.00 | $150.00 |
| Service | 07/19/2020 | Draft response to U Lock issues | 5.10 | $350.00 | $1,785.00 |
| Service | 07/20/2020 | Review Brief citations and references | 4.30 | $100.00 | $430.00 |
| Service | 07/20/2020 | Draft response to U Lock issues | 4.90 | $350.00 | $1,715.00 |
| Service | 07/21/2020 | Revise Brief | 1.20 | $100.00 | $120.00 |
| Service | 07/21/2020 | Draft response to U Lock issues | 4.20 | $350.00 | $1,470.00 |
| Service | 07/22/2020 | Revise Brief; review citations and formatting | 2.60 | $100.00 | $260.00 |
| Service | 07/25/2020 | Restructure Brief with simpler issues | 3.60 | $350.00 | $1,260.00 |
| Service | 07/26/2020 | Revise arguments for issues | 5.90 | $350.00 | $2,065.00 |
| Service | 07/27/2020 | Revise Brief | 2.10 | $100.00 | $210.00 |
| Service | 07/27/2020 | Draft arguments for revised Brief | 7.90 | $350.00 | $2,765.00 |
| Service | 07/28/2020 | Revise Brief | 1.10 | $100.00 | $110.00 |
| Service | 07/28/2020 | Draft arguments for revised Brief | 4.60 | $350.00 | $1,610.00 |
| Service | 07/30/2020 | Final review of Brief | 2.70 | $350.00 | $945.00 |

# Law Firm of William E. Otto, Esq.

**INVOICE**

P.O. Box 701
Murrysville, PA 15668
Phone: (724) 994-7887
www.ottolawfirm.com

Invoice # 1572
Date: 10/09/2020
Due Upon Receipt

Christine Biros

## 00089-Biros

## U-Lock

| Type | Date | Description | Quantity | Rate | Discount | Total |
|------|------|-------------|----------|------|----------|-------|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| Service | 09/01/2020 | Review Reply Brief; T/C Christine Biros re: Reply Brief | 0.90 | $350.00 | - | $315.00 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| Service | 09/09/2020 | T/C Christine Biros re: appeal | 0.20 | $350.00 | 100.0% | $0.00 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |

| | |
|---|---|
| Line Item Discount Subtotal | -$70.00 |
| Subtotal | $375.00 |
| Total | $375.00 |
| Payment (05/26/2021) | -$375.00 |
| Balance Owing | $0.00 |



# Law Firm of William E. Otto, Esq.

**INVOICE**

P.O. Box 701
Murrysville, PA 15668
Phone: (724) 994-7887
www.ottolawfirm.com

Invoice # 1835
Date: 07/07/2021
Due Upon Receipt

Christine Biros

## 00089-Biros

## U-Lock

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 05/28/2021 | Review case appeal procedure and review U Lock filings | 0.30 | $350.00 | $105.00 |

| | | |
|---|---|---|
| Subtotal | | $660.00 |
| Total | | $660.00 |
| Payment (07/29/2021) | | -$660.00 |
| Balance Owing | | $0.00 |



# Law Firm of William E. Otto, Esq.

**INVOICE**

P.O. Box 701
Murrysville, PA 15668
Phone: (724) 994-7887
www.ottolawfirm.com

Invoice # 1914
Date: 10/10/2021
Due Upon Receipt

Christine Biros

## 00089-Biros

## U-Lock

**Services**

| Type | Date | Description | Quantity | Rate | Discount | Total |
|------|------|-------------|----------|------|----------|-------|
| Service | 09/05/2021 | Draft Answer to Supreme Court Petition for Allowance of Appeal by U Lock | 2.00 | $350.00 | - | $700.00 |
| | | | | | | |
| Service | 09/07/2021 | Revise Supreme Court Answer and cross-check cases | 4.10 | $350.00 | - | $1,435.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | |
|---|---|
| Line Item Discount Subtotal | -$315.00 |
| Services Subtotal | $2,615.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **John Allen Roth** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Continuation Page of this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.
☐ Yes.

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | Total claim |
|---|---|---|---|---|
| **4.1** | **1st Summit Bank** | Last 4 digits of account number | 946L | $4,638.95 |
| | Nonpriority Creditor's Name | | | |
| | **125 Donald Lane** | When was the debt incurred? | 2014 | |
| | **P.O. Box 5480** | | | |
| | **Johnstown, PA 15904** | | | |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Food, Clothing, Gas**



EXHIBIT
C

Debtor 1   **John Allen Roth**

Case number (if known) _____

10/17/19 3:14PM

| 4.2 | **Berkheimer Tax Administrator** | Last 4 digits of account number __**3799**__ | $154.26 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 25153**
**Lehigh Valley, PA 18002**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** ___**2019**___

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Quarter 1 local Taxes**

| 4.3 | **CCC of NY** | Last 4 digits of account number __**3721**__ | $1,315.76 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 288**
**Tonawanda, NY 14151-0288**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** ___**2019**___

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **LexisNexis**
  **1000HWL9V**

| 4.4 | **Citi Cards** | Last 4 digits of account number __**3432**__ | $15,033.26 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 9001037**
**Louisville, KY 40290**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** ___**2014**___

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Costco**
  **Food, Clothing, Gas**

Debtor 1   John Allen Roth                                                                                          10/17/19  3:14PM

Case number (if known)

---

| 4.5 | **Department of the Treasury** | Last 4 digits of account number | **2965** | | **$1,793.61** |

Nonpriority Creditor's Name

**Internal Revenue Service**
**Kansas City, MO 64999-0005**

When was the debt incurred?   **2019**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community     ☐ Student loans
debt                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify   **Quarter 1 Federal  employee taxes**

---

| 4.6 | **Department of the Treasury** | Last 4 digits of account number | **5183** | | **$219.57** |

Nonpriority Creditor's Name

**Internal Revenue Service**
**Kansas City, MO 64999-0005**

When was the debt incurred?   **2019**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community     ☐ Student loans
debt                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify   **Quarter 1 employee State Taxes**

---

| 4.7 | **Goodyear Credit Plan** | Last 4 digits of account number | **3963** | | **$331.80** |

Nonpriority Creditor's Name

**P.O. Box 9001006**
**Louisville, KY 40290**

When was the debt incurred?   **2019**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a  community     ☐ Student loans
debt                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify   **Food, Clothing, Gas**

---

Debtor 1    **John Allen Roth** _____    10/17/19 3:14PM

Case number (if known) _____

| 4.8 | **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ **3783** | | $205,000.00 |

**Internal Revenue Service**
Nonpriority Creditor's Name
**Centralized Insolvency Operation**
**P.O. Box 21126**
**Philadelphia, PA 19114**
Number Street City State Zip Code

Last 4 digits of account number ___ ___ ___ ___ **3783**

When was the debt incurred?    **2010-2016**

$205,000.00

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Taxes**

---

| 4.9 | **Keystone Collections Group** | Last 4 digits of account number ___ ___ ___ ___ **2227** | | $1,309.92 |

**Keystone Collections Group**
Nonpriority Creditor's Name
**P.O. Box 505**
**Irwin, PA 15642**
Number Street City State Zip Code

Last 4 digits of account number ___ ___ ___ ___ **2227**

When was the debt incurred?    **2019**

$1,309.92

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Real Estate Local Taxes**

---

| 4.10 | **Macy's American Express** | Last 4 digits of account number ___ ___ ___ ___ **1883** | | $18,734.66 |

**Macy's American Express**
Nonpriority Creditor's Name
**P.O. Box 9001108**
**Louisville, KY 40290**
Number Street City State Zip Code

Last 4 digits of account number ___ ___ ___ ___ **1883**

When was the debt incurred?    **2018**

$18,734.66

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Food, Clothing, Gas**

---

Case 19-24058-TPA   Doc 60   Filed 10/17/19   Entered 10/17/19 15:16:11   Desc Main
Document   Page 24 of 50

Debtor 1   **John Allen Roth**                                               Case number *(if known)*           10/17/19 3:14PM

| **4.1 1** | **Office of UC Tax Services** | Last 4 digits of account number   **2726** | **$19,066.51** |

Nonpriority Creditor's Name
**P.O. Box 60848**
**Harrisburg, PA 17106**
Number Street City State Zip Code

When was the debt incurred?   **2010**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a **community debt**
Is the claim subject to offset?
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed
**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unemployment Compensation Office Department of Labor & Industry**

---

| **4.1 2** | **Penn Credit Corporation** | Last 4 digits of account number   **7493** | **$1,092.55** |

Nonpriority Creditor's Name
**916 S. 14th Street**
**Harrisburg, PA 17104**
Number Street City State Zip Code

When was the debt incurred?   **12/31/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a **community debt**
Is the claim subject to offset?
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed
**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Pennsylvania Department of Revenue Annual Income Tax Empl Id: 11 2015 Acc No. 3783**

---

| **4.1 3** | **PNC Bank** | Last 4 digits of account number   **4902** | **$6,712.34** |

Nonpriority Creditor's Name
**P.O. Box 856177**
**Louisville, KY 40285**
Number Street City State Zip Code

When was the debt incurred?   **2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a **community debt**
Is the claim subject to offset?
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed
**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Food, Clothing, Gas**

---

Debtor 1    John Allen Roth            Case number (if known)           10/17/19 3:14PM

---

**4.1**
**4**

**Rauch-Milliken International, Inc.**
Nonpriority Creditor's Name
P.O. Box 8390
Metairie, LA 70011
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   5572          $2,549.00

When was the debt incurred?   2019

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Hibu Digital**

---

**4.1**
**5**

**RELX Inc. DBA LexisNexis**
Nonpriority Creditor's Name
P.O. Box 9584
New York, NY 10087
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   WL9V          $1,299.52

When was the debt incurred?   2018

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Research Site**

---

**4.1**
**6**

**Southwest Regional Tax Bureau**
Nonpriority Creditor's Name
One Centennial Way
Scottdale, PA 15683
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   2965          $129.26

When was the debt incurred?   2019

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Quarter 1 local taxes employee**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

Official Form 106 E/F       Schedule E/F: Creditors Who Have Unsecured Claims       Page 6 of 7

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1 __John Allen Roth__         Case number (if known) _____

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | Total Claim $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 279,380.97 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 279,380.97 |

## CERTIFICATE OF SERVICE

  William E. Otto, Esq. hereby certifies, that on the _5th_ day of May, 2022, a true and correct copy of the foregoing **EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO 42 Pa.C.S.A. § 2503(7) and (9) and PA.R.C.P. RULE 1023.1(d)** was served upon the following via First-Class U.S. Mail:

The Honorable Harry Smail
Westmoreland County Courthouse
2 N. Main St
Greensburg, PA 15601

J. Allen Roth, Esq.
757 Lloyd Avenue Extension, Suite B
Latrobe, PA 15650
(Counsel for U Lock, Inc.)

Without Exhibit B, <u>Invoices</u>:

John Tumolo, Esq.
Suite 1500 Frick Building
Pittsburgh, PA 15219
(Counsel for Kathleen S. Walter)
*(For information purposes only)*

Dennis Del Cotto, Esq.
4345 Old William Penn Highway
Murrysville, PA 15668
(Counsel for Denise Schur, Henry L. Moore, Susan Stano and Cynthia Sarris)
*(For information purposes only)*

William E. Otto, Esq.
Counsel for Plaintiff

5