LAW FIRM
OF
# WILLIAM E. OTTO, ESQ.

---

P.O. BOX 701
MURRYSVILLE, PA 15668
PHONE: (724) 519-8778 (OFFICE)    (412) 973-5837 (CELL)
WEO@OTTOLAWFIRM.COM

May 11, 2022

J. Allen Roth, Esq.
805 S. Alexandria Street
Latrobe, PA 15650
lawmatters@yahoo.com

John Tumolo, Esq.                                Dennis Del Cotto, Esq.
437 Grant Street                                 4345 Old William Penn Highway
1500 Frick Building                              Murrysville, PA 15668
Pittsburgh, PA 15219                             delcottolaw@windstream.ne
*(For information purposes only)*                *(For information purposes only)*

RE:    Christine Biros v. U Lock, Inc.
       Westmoreland County Court of Common Pleas Case No. 17CJ04886

### WRITTEN NOTICE OF DATE AND TIME OF PRESENTATION OF MOTION

Dear Sirs:

By letter dated May 5, 2022, I transmitted a copy of Evidence in Support of Plaintiff's Motion for Sanctions Pursuant to 42 Pa.C.S.A. §2503(7) and (9) and Pa.R.C.P. Rule 1023.1(d).

Please be advised this will be presented on Friday, May 20, 2022 at 9:00 a.m. in the Courtroom of Judge Smail, Court of Common Pleas of Westmoreland County. It is my intention to present this matter as well as to address other matters related to the Motions which are currently before Judge Smail.

If you have any questions, please contact me.

Very truly yours,

William E. Otto, Esq.

WEO/dlj

cc:    Honorable Harry F. Smail, Jr.