## CAPTION

Christine Biros
    v.
U Lock Inc.

Appeal of: Mark Miles Mycka

## CASE INFORMATION

| | |
|---|---|
| Initiating Document: | Notice of Appeal |
| Case Status: | Active |
| Case Processing Status: | August 15, 2022     Bankruptcy Stay |
| Journal Number: | |
| Case Category: | Civil     Case Type(s):     Declaratory Judgment |

| CONSOLIDATED CASES | RELATED CASES | |
|---|---|---|
| | Docket No / Reason | Type |
| | 607 WDA 2022<br>  Same Issue(s) | Related |
| | 615 WDA 2022<br>  Same Issue(s) | Related |
| | 617 WDA 2022<br>  Same Issue(s) | Related |

## SCHEDULED EVENT

Next Event Type: Receive Docketing Statement     Next Event Due Date: June 21, 2022

## COUNSEL INFORMATION

**Appellant**     **Mycka, Mark Miles**
Pro Se:     Yes
IFP Status:     No
    Pro Se:     Mark Miles Mycka
    Address:     5148 Peach Street, #401
                    Erie, PA 16509
    Phone No:     (814) 283-4820     Fax No:

**Appellee**     **U Lock Inc.**
Pro Se:     No
IFP Status:
    Attorney:     Roth, John Allen
    Address:     805 S Alexandria
                    Latrobe, PA 15650
    Phone No:     (724) 537-0939     Fax No:

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

## COUNSEL INFORMATION

**Appellee** Biros, Christine
Pro Se: No
IFP Status:
- Attorney: Otto, William E.
- Address: Po Box 701
  Murrysville, PA 15668
- Phone No: (724) 519-8778
- Fax No:

## FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 06/07/2022 | Notice of Appeal | 90.25 | 06/07/2022 | 2022-SPR-W-000391 | 90.25 |

## AGENCY/TRIAL COURT INFORMATION

| | | | |
|---|---|---|---|
| Order Appealed From: | May 17, 2022 | Notice of Appeal Filed: | June 1, 2022 |
| Order Type: | Order Entered | | |
| Documents Received: | June 7, 2022 | | |

| | | | |
|---|---|---|---|
| Court Below: | Westmoreland County Court of Common Pleas | | |
| County: | Westmoreland | Division: | Westmoreland County Civil Division |
| Judge: | Smail, Harry F. | OTN: | |
| Docket Number: | 17 CJ 04886 | Judicial District: | 10 |

## ORIGINAL RECORD CONTENT

| Original Record Item | Filed Date | Content Description |
|---|---|---|
| Original Record | July 20, 2022 | filed at 607 WDA 2022 |
| Trial Court Opinion | July 20, 2022 | |

**Date of Remand of Record:**

## BRIEFING SCHEDULE

| Appellant | Appellee |
|---|---|
| **Mycka, Mark Miles** | **Biros, Christine** |
| Brief | Brief |
| Reproduced Record | **U Lock Inc.** |
| | Brief |

## DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| **June 7, 2022** | Notice of Appeal Docketed | Appellant | Mycka, Mark Miles |
| **June 7, 2022** | Docketing Statement Exited (Civil) | | Superior Court of Pennsylvania |
| **June 23, 2022** | Bankruptcy Notice Filed | Appellee | U Lock Inc. |

3:07 P.M.

# Appeal Docket Sheet

**Superior Court of Pennsylvania**

**Docket Number: 650 WDA 2022**

Page 3 of 4

January 28, 2023



| | **DOCKET ENTRY** | | |
|---|---|---|---|
| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
| **July 18, 2022** | Order - Rule to Show Cause | | Per Curiam |
| | Comment: In light of the May 20, 2022 "Expedited Motion to Dismiss Case, in addition to Motion for Sanctions Against Petitioning Creditor, or in the Alternative, Motion for Relief from Stay" filed by Appellee Christine Biros at No. 22-20823-GLT in the Bankruptcy Court of the Western District of Pennsylvania for which a hearing is currently scheduled on August 9, 2022, Appellee U Lock, Inc. is directed to show cause, in the form of a letter addressed to the Prothonotary of this Court with a copy to opposing counsel as to why a bankruptcy stay should be entered in this appeal. The letter shall be transmitted so as to be actually received by the Prothonotary within ten (10) days from the date of this Order. Failure to comply with this Order may result in quashal or dismissal of the appeal without further notice. | | |
| **July 20, 2022** | Trial Court Record Received | | Westmoreland County Civil Division |
| **July 20, 2022** | Briefing Schedule Issued | | Superior Court of Pennsylvania |
| **July 20, 2022** | Trial Court Opinion Received | | Westmoreland County Civil Division |
| **August 2, 2022** | Response to Rule to Show Cause | Appellee | U Lock Inc. |
| **August 15, 2022** | Bankruptcy Notice - Action Stayed | | Per Curiam |
| | Comment: Upon notice that Appellee U Lock Inc. initiated bankruptcy proceedings in the United States Bankruptcy Court for the Western District of Pennsylvania at No. 22-20823-GLT, the above-captioned appeal is STAYED in accordance with the automatic stay provision of the United States Bankruptcy Code, 11 U.S.C. § 362.<br>The parties shall be responsible for notifying this Court that: (1) the stay pursuant to the Bankruptcy Code is no longer in effect due to the issuance of an order by the Bankruptcy Court either lifting the automatic stay or providing for severance of any of the parties, in which case this Court will proceed with this appeal; or (2) the above-captioned appeal has been rendered moot by conclusion of the bankruptcy proceedings.<br>The parties shall be responsible for providing an initial update to this Court, in no less than six (6) months, or no later than February 13, 2022, as to the status of the bankruptcy proceedings.<br>The Prothonotary of this Court is directed to VACATE the briefing schedule which shall be reset after the bankruptcy stay is lifted. | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.



| | **DOCKET ENTRY** | | |
|---|---|---|---|
| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
| **August 23, 2022** | Bankruptcy Notice - Action Stayed | | Per Curiam |

Document Name: Amended - Corrected Date

Comment: Upon notice that Appellee U Lock Inc. initiated bankruptcy proceedings in the United States Bankruptcy Court for the Western District of Pennsylvania at No. 22-20823-GLT, the above-captioned appeal is STAYED in accordance with the automatic stay provision of the United States Bankruptcy Code, 11 U.S.C. § 362.
The parties shall be responsible for notifying this Court that: (1) the stay pursuant to the Bankruptcy Code is no longer in effect due to the issuance of an order by the Bankruptcy Court either lifting the automatic stay or providing for severance of any of the parties, in which case this Court will proceed with this appeal; or (2) the above-captioned appeal has been rendered moot by conclusion of the bankruptcy proceedings.
The parties shall be responsible for providing an initial update to this Court, in no less than six (6) months, or no later than February 13, 2023, as to the status of the bankruptcy proceedings.
The Prothonotary of this Court is directed to VACATE the briefing schedule which shall be reset after the bankruptcy stay is lifted.