**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

U Lock, Inc.,                                                **Bankruptcy No. 22-20823-GLT**

          **Debtor.**                              **Chapter 7**

                                       **Document No.**

### NOTICE OF APPEARANCE, REQUEST FOR
### NOTICES AND SERVICE OF PAPERS

Please take notice that Shanni Snyder, a creditor and party-in-interest in the above-captioned Bankruptcy Case, hereby appears in the above-captioned case by and through her Counsel, John P. Lacher of the Lynch Law Group, LLC, with such counsel hereby entering their appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and with such counsel hereby requesting, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the person at the following address and that the following name and address be added to the mailing matrix:

John P. Lacher
The Lynch Law Group
501 Smith Drive, Suite 3
Cranberry Township, PA 16066
724-776-8000
jlacher@lynchlaw-group.com

### DECLARATION IN LIEU OF AFFIDAVIT

I am an attorney for Shanni Snyder, a creditor and party-in-interest herein, in the above-captioned Bankruptcy Case, and I am authorized by said creditor and party-in-interest to make the accompanying request for notices.  The above address should be used and added to the matrix.

Dated: <u>February 10, 2023</u>                    <u>*/s/ John P. Lacher*</u>
                                                  JOHN P. LACHER
                                                  PA I.D. #62297
                                                  The Lynch Law Group
                                                  501 Smith Drive, Suite 3
                                                  Cranberry Township, PA 16066
                                                  724-776-8000
                                                  jlacher@lynchlaw-group.com