**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

U Lock, Inc.,   Bankruptcy No. 22-20823-GLT

      Debtor.   Chapter 7

                                                  Document No.

**CERTIFICATE OF SERVICE**

I, John P. Lacher, hereby certify, that on the 10th day of February, 2023, I served a true and correct copy of the foregoing NOTICE OF APPEARANCE, REQUEST FOR NOTICES AND SERVICE OF PAPERS upon the following (via electronic service):

Robert H. Slone
223 South Maple Avenue
Greensburg, PA 15601

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Dated: February 10, 2023

*/s/ John P. Lacher*
JOHN P. LACHER
PA I.D. #62297
The Lynch Law Group
501 Smith Drive, Suite 3
Cranberry Township, PA 16066
724-776-8000
jlacher@lynchlaw-group.com