**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re: U LOCK INC.                                         **Bankruptcy No.: 22-20823-GLT**

                                **Debtor,**

                                                          **Chapter 7**

                                                          **Doc. No.:**

## NOTICE OF APPEARANCE, REQUEST FOR NOTICES AND SERVICE OF PAPERS

Please take notice that David L. Fuchs, of Fuchs Law Office, LLC, as counsel on behalf of Shanni Snyder, a creditor and party-in-interest, hereby enters his appearance in the above proceeding, and pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

David L. Fuchs
554 Washington Avenue
Carnegie, PA 15106
Telephone: (412) 223-5404
Fax: (412) 223-5406
Email: dfuchs@fuchslawoffice.com

## DECLARATION IN LIEU OF AFFIDAVIT

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, telephone or otherwise.

Respectfully Submitted,

Date: <u>February 10, 2023</u>                    <u>*/s/ David L. Fuchs*</u>
                                        DAVID L. FUCHS
                                        PA I.D. #205694
                                        Fuchs Law Office, LLC
                                        554 Washington Ave, First Floor
                                        Carnegie, PA  15106
                                        (412) 223-5404 (phone)
                                        (412) 223-5406 (facsimile)
                                        dfuchs@fuchslawoffice.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re: U LOCK INC.                                   Bankruptcy No.: 22-20823-GLT

                              Debtor,

                                                     Chapter 7

                                                     Doc. No.:

<u>**CERTIFICATE OF SERVICE**</u>

David L. Fuchs hereby certifies, that on the <u>10th</u> day of February, 2023, a true and correct copy of the foregoing **NOTICE OF APPEARANCE, REQUEST FOR NOTICES AND SERVICE OF PAPERS** was served upon the following *(via electronic service):*

Office of the U.S. Trustee
970 Liberty Center
Bldg.1001 Liberty Avenue
Pittsburgh, PA 15222

Robert H. Slone, Trustee
223 South Maple Avenue
Greensburg, PA 15601

Date: <u>February 10, 2023</u>                    <u>*/s/ David L. Fuchs*</u>
                                                     DAVID L. FUCHS
                                                     PA I.D. #205694
                                                     Fuchs Law Office, LLC
                                                     554 Washington Ave, First Floor
                                                     Carnegie, PA  15106
                                                     (412) 223-5404 (phone)
                                                     (412) 223-5406 (facsimile)
                                                     dfuchs@fuchslawoffice.com