FILED
2/10/2023 12:11 PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  U LOCK INC. | ) | |
| a/k/a U-LOCK INC. | ) | Bank. 22-20823-GLT |
| | ) | |
| Debtor. | ) | |
| | ) | RE:  Docket Entry 315 |

### DECLARATION OF SHANNI SNYDER

I, Shanni Snyder, declare and state under the penalty of perjury that the following is true and correct (28 USC 1746):

1.  My name is Shanni Snyder.  I am making this Declaration in response to the Court's Order at Entry 315, paragraph 3, asking for State Court contacts.

2. Below are the contacts I had with the Court of Common Pleas of Westmoreland County, Pennsylvania, the Superior Court of Pennsylvania, and the Pennsylvania Supreme Court.

| Date | Court or Party | |
|---|---|---|
| 5/9/2022 mailed, received by Court and docketed 5/11/2022 | Supreme Court of Pennsylvania<br><br>*Biros v. U Lock* | As the Supreme Court of Pennsylvania never remitted the record in the state court U Lock case, the appeal process was still active.  *See* Exhibit A (showing active case).  Therefore, I filed a Notice of Bankruptcy with that Court.  *See* Exhibit B.  The Supreme Court then stayed the case and it remains stayed and active.  *See* Exhibit A.  I mailed a copy of the document to William Otto (Biros counsel) and J. Allen Roth on May 9, 2022.  They also received electronic notice from the Supreme Court of Pennsylvania's PACFILE system. |
| 5/12/2022 | William Otto | I emailed William Otto the following and |

| | | attached the Notice of Stay: "Mr. Otto: On April 25, 2022, pursuant to 11 USC 303, I filed a bankruptcy petition for U Lock Inc. Pursuant to 11 USC 362(a), there exists an automatic stay of all actions as to U Lock. Therefore, I have lodged the attached Suggestion of Bankruptcy in the civil matter as captioned.<br><br>I request notice of all actions taken against U Lock and all appearances in the bankruptcy case. I am not an ECF member in the bankruptcy court so I require service by mail.<br><br>A copy of this document has been mailed to your office as well.<br><br>Govern yourself accordingly and, I remain, Respectfully yours,<br>S. S. Snyder |
|---|---|---|
| 5/12/2022 | Westmoreland Court of Common Pleas<br><br>Snyder v. U Lock and Christine Biros, et al, Case 22-CJ-00928 | This is the Writ of Summons/Lis Pendens action discussed by Your Honor. A copy of the Docket is attached hereto as Exhibit C.<br><br>On May 12, 2022, I filed a Notice of Bankruptcy with the Prothonotary. A copy of the Notice of Bankruptcy is attached at Exhibit D. |
| 5/12/2022 | Biros v. U Lock, 17 CJ 4886<br><br>Snyder v. U Lock and Biros, 22 JC 00928 | I visited the chambers of Hon. Judge Harry Smail, Court of Common Pleas. I spoke with his secretary. I provided the Notice of Bankruptcy issued by the bankruptcy court in the *U Lock* case, I told her it stayed all proceedings involving U Lock. I also provided a copy of Exhibit D. The secretary thanked me for the documents and I left. |
| 5/19/2022 | Biros v. U Lock, 17 CJ 4886<br><br>Prothonotary, Westmoreland Court of Common Pleas | After Judge Smail received the bankruptcy notice on 5/12/2022, he issued various Orders in the U Lock case on 5/13/2022. To preserve my rights in case no stay existed, I visited the Prothonotary and filed a Notice of Appeal to the Superior Court of Pennsylvania. The Prothonotary made me file a Notice of Appearance, which I did and it is attached as Exhibit E. The appeal is attached as Exhibit F. |
| 5/19/2022 | Judge Smail's secretary | I delivered a copy of the Notice of Appeal described above (Exhibit F) to the Judge Smail's secretary. I simply said, "I have these documents for Judge Smail," and she said, "Thank you very much." |
| | | |

| 5/23/2022 | Superior Court of Pennsylvania | I received an email from the Superior Court of Pennsylvania asking me which attorneys represented whom. I replied and copied William Otto and J. Allen Roth. See Ex. G. |
|---|---|---|
| 1/30/2023 | Westmoreland Court of Common Pleas<br><br>Snyder v. U Lock and Christine Biros, et al, Case 22-CJ-00928 | At the direction of this Court, and as I agreed to do, I filed a Notice of Discontinuance of the Writ of Summons action and a withdrawal of the Lis Pendens. *See* Exhibit H. |

3. I did not make any filings with the Superior Court or the Court of Common Pleas in connection with the appeal, which is stayed. A copy of the docket sheet is attached as Exhibit H.

4. Notably, the Judge in the *U Lock* state case docketed at 17 CJ 4886 did not issue an Order to me to file a Pennsylvania Appellate Rule 1925 statement outlining my issues on the appeal I took (although he did direct U Lock to file their issues). Therefore, I never expressed to the state court the basis of the perceived error, my legal position, or what issue I intended to raise on appeal for him to *sua sponte* address the matter. Ordinarily a judge asks for this per P.R.A.P. 1925 before rendering an Opinion. Had he done so, I would have reiterated that a stay existed.

5. The present status of the various cases cited above:

    a. Pennsylvania Supreme Court matter – stay is in place, case remains active, Court never remitted the record or filed the decisions with the lower court due to the bankruptcy stay.

    b. My Pennsylvania Superior Court appeal – stay is in place. Case is technically moot since this Court voided the Order I appealed.

c. *Biros v. U Lock*, 17 CJ 4886 (CCP Westmoreland) – The state
Court never regained jurisdiction under 210 Pa. Code 1701 as
the Supreme Court never remitted the record or lodged its
Order, or the Superior Court's Order, onto the State Court
docket denying U Lock's appeals. In addition, the Court is aware
of the bankruptcy stay.  Nevertheless, it continues to act. The
last occurrence was August 2018 when Attorney Otto petitioned
for a stay of the tax sale as to the Route 30 property.  This
apparently was done with the permission of the Trustee.[1]

d. *Snyder v. U Lock and Christine Biros*, et al, Case 22-CJ-00928 –
Per this Court's directive and my agreement, I discontinued the
*writ of summons* and withdrew the *lis pendens.*

e. *Snyder v. U Lock*, Case 21 JU 4758 (Westmoreland C.C.P.).  This
is just the lodging of the federal court wage judgment from
December 2021.  No filings have been made in the case since
the judgment has been lodged and no filings occurred after the
bankruptcy stay.

Respectfully submitted,

_____
Shanni Snyder
14390 Route 30
North Huntingdon PA 15642
412-368-2580
shannis@pm.me

---

[1] Probably Ms. Biros should have filed her petition in a separate proceeding naming the tax bureau as the respondent rather than in the U Lock civil case.  However, It is unlikely a stay violation *if* the Trustee consented.

9:34 A.m.

## Supreme Court of Pennsylvania



**Allocatur Docket Sheet**

**Docket Number:  259 WAL 2021**

**Page 1 of 3**

**February 10, 2023**

| CAPTION |
|---|

Christine Biros, an individual, Respondent

v.

U Lock Inc., a Pennsylvania Corporation, Petitioner

| CASE INFORMATION |
|---|

| | | | |
|---|---|---|---|
| Initiating Document: | Petition for Allowance of Appeal | | |
| Case Status: | Active | | |
| Journal Number: | | | |
| Case Category: | Civil | Case Type(s): | Declaratory Judgment |
| | | | Equity |
| | | | Quiet Title |
| | | | Real Property |

| CONSOLIDATED CASES | RELATED CASES |
|---|---|

| COUNSEL INFORMATION |
|---|

| | | | |
|---|---|---|---|
| Attorney: | Roth, John Allen | | |
| Address: | 805 S Alexandria | | |
| | Latrobe, PA 15650 | | |
| Phone No: | (724) 537-0939 | | |
| Receive Mail: | Yes | | |
| Receive EMail: | Yes | Email: | |
| Representing: | U Lock Inc., Petitioner | | |
| Pro Se: | No | | |
| IFP Status: | | | |

| | | | |
|---|---|---|---|
| Attorney: | Otto, William E. | | |
| | Law Firm of William E. Otto, Esq. | | |
| Address: | Po Box 701 | | |
| | Murrysville, PA 15668 | | |
| Phone No: | (724) 519-8778 | | |
| Receive Mail: | Yes | | |
| Receive EMail: | Yes | Email: | |
| Representing: | Biros, Christine, Respondent | | |
| Pro Se: | No | | |
| IFP Status: | | | |

# EXHIBIT A page 1

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

9:34 A.m.

**Supreme Court of Pennsylvania**



**Allocatur Docket Sheet**

**Docket Number:  259 WAL 2021**

**Page 2 of 3**

**February 10, 2023**

| SUPREME COURT INFORMATION | |
|---|---|

Appeal From:

Appeal Filed Below:

| | | |
|---|---|---|
| Probable Jurisdiction Noted: | Docketed Date: | August 27, 2021 |
| Allocatur/Miscellaneous Granted: | Allocatur/Miscellaneous Docket No.: | |
| Allocatur/Miscellaneous Grant Order: | | |

| FEE INFORMATION | | | | | |
|---|---|---|---|---|---|

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 08/27/2021 | Petition for Allowance of Appeal Filed | 90.25 | 08/27/2021 | 2021-SUP-W-002013 | 90.25 |

| INTERMEDIATE APPELLATE COURT INFORMATION | |
|---|---|

| | | | |
|---|---|---|---|
| Court Name: | Superior | Docket Number: | 1841 WDA 2019 |
| Date of Order: | May 21, 2021 | Rearg/Recon Disp Date: | July 28, 2021 |
| | | Rearg/Recon Disposition: | Denied. |
| Judge(s): | Shogan, Jacqueline O. | | |
| | Stabile, Victor P. | | |
| | King, Megan | | |
| Intermediate Appellate Court Action: | Affirmed. | | |
| Referring Court: | | | |

| AGENCY/TRIAL COURT INFORMATION | |
|---|---|

| | | | |
|---|---|---|---|
| Court Below: | Westmoreland County Court of Common Pleas | | |
| County: | Westmoreland | Division: | Westmoreland County Civil Division |
| Date of Agency/Trial Court Order: | January 6, 2020 | | |
| Docket Number: | 17 CJ 04886 | | |
| Judge(s): | Smail, Harry F. | OTN: | |
| Order Type: | Judgment | | |

| ORIGINAL RECORD CONTENT | | |
|---|---|---|

| Original Record Item | Filed Date | Content/Description |
|---|---|---|

**Record Remittal:**

| DISPOSITION INFORMATION | |
|---|---|

| | | | |
|---|---|---|---|
| Related Journal No: | | Judgment Date: | |
| Category: | Decided | Disposition Author: | Per Curiam |
| Disposition: | Order Denying Petition for Allowance of Appeal | Disposition Date: | January 19, 2022 |
| Dispositional Filing: | | Author: | |
| Filed Date: | | | |

EXHIBIT A page 2

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

9:34 A.m.

**Supreme Court of Pennsylvania**  **Allocatur Docket Sheet**

**Docket Number:  259 WAL 2021**

**Page 3 of 3**

**February 10, 2023**

| DISPOSITION INFORMATION |
| --- |

| DOCKET ENTRY | | | |
| --- | --- | --- | --- |
| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
| **August 27, 2021** | **Petition for Allowance of Appeal** | | |
| | | Petitioner | U Lock Inc. |
| **August 27, 2021** | **Reproduced Record** | | |
| | | Petitioner | U Lock Inc. |
| **September 8, 2021** | **Answer to Petition for Allowance of Appeal** | | |
| | | Respondent | Biros, Christine |
| **January 19, 2022** | **Order Denying Petition for Allowance of Appeal** | | |
| | | | Per Curiam |

Comments:
AND NOW, this 19th day of January, 2022, the Petition for Allowance of Appeal is DENIED.

| **January 19, 2022** | **Order Exited** | | |
| --- | --- | --- | --- |
| | | | Office of the Prothonotary |
| **February 2, 2022** | **Application Pursuant to Pa.R.A.P. 2572(c) to Stay Remand of Record Pending US Supreme Court Review** | | |
| | | Petitioner | U Lock Inc. |
| **February 15, 2022** | **Answer to Application to Stay Remand and Application for Appropriate Security** | | |
| | | Respondent | Biros, Christine |
| **March 16, 2022** | **Order Granting Stay of Remand of Record Pending US Supreme Court Review** | | |
| | | | Per Curiam |

Comments:
AND NOW, this 16th day of March, 2022, the Application to Stay Remand of Record Pending United States Supreme Court Review is GRANTED.   Additionally, in accordance with Pa.R.A.P. 2572(d), Petitioner is hereby instructed to pay all accrued and unpaid real estate taxes and to keep such taxes current during the pendency of its occupancy of the Property.

| **March 16, 2022** | **Order Exited** | | |
| --- | --- | --- | --- |
| | | | Office of the Prothonotary |
| **May 11, 2022** | **Bankruptcy Notice - Action Stayed** | | |
| | | | Supreme Court of Pennsylvania |

| CROSS COURT ACTIONS |
| --- |

Docket Number:                                              1841 WDA 2019

# EXHIBIT A page 3

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| U LOCK INC., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    259 WAL 2021 |
| | ) |
| CHRISTINE BIROS, | ) |
| | ) |
| Respondent. | ) |

RECEIVED

MAY 11 2022

SUPREME COURT
WESTERN DISTRICT

FILED

MAY 11 2022

SUPREME COURT
WESTERN DISTRICT

### SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY

Petitioning Creditor in the bankruptcy case against U Lock Inc. hereby notifies this Court that a bankruptcy case has been filed against U Lock Inc.  *In re:  U Lock Inc.*, 2:2022bk20823 (Bk. W.Pa.).

Pursuant to 11 USC 362(a) this action is stayed.

This filing is made by interested party, lienholder on the property in question, and petitioning creditor Shanni Snyder.[1]

Respectfully submitted,

Shanni Snyder
14390 Route 30
North Huntingdon PA  15642
(412) 758-1371

PETITIONING CREDITOR AND
INTERESTED PARTY

---

[1] Snyder cannot seek leave to intervene as doing so may constitute a violation of the automatic stay.

EXHIBIT B page 1

United States Bankruptcy Court
WESTERN DISTRICT OF PENNSYLVANIA

**Notice of Involuntary Bankruptcy Case Filing**



An involuntary bankruptcy case concerning the debtor(s)
listed below was filed under Chapter 7 of the United States
Bankruptcy Code, entered on 04/28/2022 at 4:53 PM and
filed on 04/27/2022.

**U LOCK INC**
14140 U.S. Route 30
N. Huntingdon, PA 15642
Tax ID / EIN: 47-4994911
*aka* **U-LOCK INC.**

The case was filed by the following petitioning creditor(s):

**Shanni Snyder**
14390 Route 30
Unit H
North Huntingdon, PA 15642
SSN / ITIN: xxx-xx-6136

The case was assigned case number 22-20823-GLT to Judge Gregory L. Taddonio.

If you would like to view the bankruptcy petition and other documents filed by the petitioning creditor(s) and the
debtor, they are available at our *Internet* home page https://ecf.pawb.uscourts.gov or at the Clerk's Office, U.S.
Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Michael R. Rhodes**
**Clerk, U.S. Bankruptcy Court**

EXHIBIT B page 2

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the Case Records Public

Access Policy of the Unified Judicial System of Pennsylvania that require filing

confidential information and documents differently than non-confidential information and

documents.

Shanni Snyder
14390 Route 30
North Huntingdon PA  15642
(412) 758-1371

## CERTIFICATE OF SERVICE

I certify that on May 9, 2022, I caused a true copy of the foregoing to be served
upon the following parties:

J. Allen Roth, Esq
805 S. Alexandria Street
Latrobe PA  15650

William Otto, Esq.
4027 Old William Penn Highway
Murrysville, PA 15668

Shanni Snyder

EXHIBIT B page 3

| Case# | Caption | Reference File | Judgment Amt | Filed Date | Case Type/Subtype | Status | Judge |
|-------|---------|----------------|--------------|------------|-------------------|--------|-------|
| 22CJ00928 | SHANNI SNYDER VS. U LOCK INC/AKA | | | Apr/21/2022 | LIS PENDENS NEW FILE | ACTIVE | |

## Parties

| Party Type | Name | Address |
|------------|------|---------|
| DEFENDANT | U LOCK INC/AKA | PA, USA |
| DEFENDANT | U-LOCK INC | PA, USA |
| DEFENDANT | CHRISTINE BIROS | PA, USA |
| DEFENDANT | BIROS IRREVOCABLE LIFE INSURANCE TRUST | PA, USA |
| DEFENDANT | DENISE SCHUR/EXTRX | PA, USA |
| DEFENDANT | ALEX SCHUR/EST | PA, USA |
| PLAINTIFF | SHANNI SNYDER | 14390 US RT 30, NORTH HUNTINGDON, PA, 15642, USA |
| DEFENDANT | HENRY L MOORE/EXE | PA, USA |
| DEFENDANT | SUSAN STANO/EXE | PA, USA |
| DEFENDANT | NICHOLAS SCHUR/EST | PA, USA |
| DEFENDANT | KATHLEEN S WALTER/EXE | PA, USA |
| DEFENDANT | MICHAEL SCHUR/EXE | PA, USA |
| DEFENDANT | CYNTHIA SARRIS/ADMIN | PA, USA |
| DEFENDANT | ANN SARRIS/EST | PA, USA |
| DEFENDANT | FRANK SCHIEFER | PA, USA |
| DEFENDANT | WESTMORELAND COUNTY RECORDER OF DEEDS | PA, USA |
| DEFENDANT | HARRY L SMAIL Jr. | PA, USA |
| DEFENDANT | JOSH SHAPIRO/ATTORNEY GENERAL | PA, USA |

## Events

| Action Date | Action Description | Action Name | View Document |
|-------------|--------------------|-------------|---------------|
| Jan/30/2023 | *DISCONTINUANCE | WITHOUT PREJUDICE AND TO WITHDRAW LIS PENDENS | View |
| Jun/13/2022 | SHERIFF'S RETURN | 3 FOUND 2 NOT FOUND | View |
| May/12/2022 | SUGGESTION OF BANKRUPTCY | | View |

EXHIBIT C page 1

| Apr/21/2022 | *PRAECIPE INDEX LIS PENDENS | *PRAECIPE INDEX LIS PENDENS | View |

EXHIBIT C page 2

**IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA**
**CIVIL ACTION**

SHANNI SNYDER,

      vs.                          Case 22 CJ  00928

U LOCK INC. a/k/a U-LOCK INC.,          TYPE OF PLEADING:
CHRISTINE BIROS,  BIROS                 SUGGESTION OF BANKRUPTCY
IRREVOCABLE LIFE INSURANCE TRUST,
DENISE SCHUR executrix of the ESTATE
OF ALEX SCHUR, HENRY L. MOORE and
SUSAN STANO co-executors of the ESTATE    FILED ON BEHALF OF:
OF NICHOLAS SCHUR, KATHLEEN S.       SHANNI SNYDER, Plaintiff
WALTER executor of the ESTATE OF
MICHAEL SCHUR, CYNTHIA SARRIS
Administrator of the ESTATE OF ANN
SARRIS, FRANK SCHIEFER, in his official    Name of attorney or *pro se* party:
capacity as WESTMORELAND COUNTY
RECORDER OF DEEDS for injunctive and   Shanni Snyder
declaratory relief, and HARRY J. SMAIL    14390 Route 30
JR., pursuant to 42 USC 1983, in his official  N. Huntingdon, PA  15642
capacity for declaratory relief,          (412) 206-6850
JOSH SHAPIRO, ATTORNEY GENERAL    shannis@pm.me
FOR THE COMMONWEALTH OF
PENNSYLVANIA, for declaratory relief,

                Defendants.

This action relates to the real property located
at 14140 US Route 30. North Huntingdon,
Pennsylvania,  TAX MAP 54-03-10-0-103

GINA O'BARTO
TIME IN
2022 MAY 12  A 11: 10
FILED
PROTHONOTARY'S OFFICE
WESTMORELAND COUNTY

EXHIBIT D page 1

**IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA**
**CIVIL ACTION**

| | |
|---|---|
| SHANNI SNYDER, | ) |
| | ) |
| vs. | ) Case 22 CJ 00928 |
| | ) |
| U LOCK INC. a/k/a U-LOCK INC., | ) |
| CHRISTINE BIROS,  BIROS | ) |
| IRREVOCABLE LIFE INSURANCE TRUST, | ) |
| DENISE SCHUR executrix of the ESTATE | ) |
| OF ALEX SCHUR, HENRY L. MOORE and | ) |
| SUSAN STANO co-executors of the ESTATE | ) |
| OF NICHOLAS SCHUR, KATHLEEN S. | ) |
| WALTER executor of the ESTATE OF | ) |
| MICHAEL SCHUR, CYNTHIA SARRIS | ) |
| Administrator of the ESTATE OF ANN | ) |
| SARRIS, FRANK SCHIEFER, in his official | ) |
| capacity as WESTMORELAND COUNTY | ) |
| RECORDER OF DEEDS for injunctive and | ) |
| declaratory relief, and HARRY J. SMAIL | ) |
| JR., pursuant to 42 USC 1983, in his official | ) |
| capacity for declaratory relief, | ) |
| JOSH SHAPIRO, ATTORNEY GENERAL | ) |
| FOR THE COMMONWEALTH OF | ) |
| PENNSYLVANIA, for declaratory relief, | ) |
| | ) |
| Defendants. | ) RE: TAX MAP 54-03-10-0-103 |

## SUGGESTION OF BANKRUPTCY

To the Prothonotary:

Pursuant to 11 USC 362(a), an automatic stay exists in this case as a result of the

filing of a bankruptcy petition pursuant to 11 USC 303 against Defendant U Lock Inc a/k/a

U-Lock Inc. *See In re:  U Lock Inc. a/k/a U-Lock Inc.,* 22-20823-GLT (Bk. W. Pa.); *see*

*also* Exhibit A.

Respectfully submitted,

Shanni Snyder
14390 Route 30
North Huntingdon PA  15642
(412) 206-6850

PLAINTIFF

EXHIBIT D page 2

United States Bankruptcy Court
WESTERN DISTRICT OF PENNSYLVANIA

**Notice of Involuntary
Bankruptcy Case Filing**

An involuntary bankruptcy case
concerning the debtor(s) listed
below was filed under Chapter 7 of
the United States Bankruptcy Code,
entered on 04/28/2022 at 4:53 PM
and filed on 04/27/2022.
**U LOCK INC**
14140 U.S. Route 30
N. Huntingdon, PA 15642
Tax ID / EIN: 47-4994911
*aka* **U-LOCK INC.**



The case was filed by the following petitioning creditor(s):

**Shanni Snyder**
14390 Route 30
Unit H
North Huntingdon, PA 15642
SSN / ITIN: xxx-xx-6136

The case was assigned case number 22-20823-GLT to Judge Gregory L. Taddonio.
If you would like to view the bankruptcy petition and other documents filed by the
petitioning creditor(s) and the debtor, they are available at our *Internet* home page
https://ecf.pawb.uscourts.gov or at the Clerk's Office, U.S. Bankruptcy Court, 5414 U.S.
Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.
You may be a creditor of the debtor. If so, you will receive an additional notice from the
court setting forth important deadlines.

**Michael R. Rhodes
Clerk, U.S. Bankruptcy
Court**

EXHIBIT D page 3

CERTIFICATE OF SERVICE

I, Shanni Snyder, certify that I mailed a true copy of the foregoing to the following persons on May 12, 2022:

U Lock Inc.
14140 Route 30
North Huntingdon PA  15642

Christine Biros
435 Millers Lane
Pittsburgh PA  15239

Biros Irrevocable Life Insurance Trust
3001 JAcks Run Road
White Oak PA  15131

Harry J. Smail Jr.
2 N. Main Street, Courtroom 2
Greensburg PA  15601

DENISE SCHUR executrix  ESTATE OF ALEX SCHUR
8700 Cleveland Road
Creston OH  44217

HENRY L. MOORE and SUSAN STANO co-executors of the ESTATE OF NICHOLAS SCHUR
10 Keystone Commons
35 West Pittsburgh Street
Greensburg PA  15601

KATHLEEN S. WALTER executor of the ESTATE OF MICHAEL SCHUR
3 Ridge Court
Saratoga Springs NY  12866

CYNTHIA SARRIS Administrator of the ESTATE OF ANN SARRIS
14249 Hiland Place
Irwin PA  15642

FRANK SCHIEFER
WESTMORELAND COUNTY RECORDER OF DEEDS
40 N Pennsylvania Avenue, Suite 420
Greensburg PA  15601

Hon. Rita D. Hathaway
2 N Main Street, Courtroom

JOSH SHAPIRO, ATTORNEY GENERAL
FOR THE COMMONWEALTH OF PENNSYLVANIA
16th Floor, Strawberry Square
Harrisburg PA  17120

Shanni Snyder

EXHIBIT D page 4

# IN THE COURT OF COMMON PLEAS OF WESTMORELAND
## COUNTY, PENNSYLVANIA
### CIVIL ACTION – CIVIL

_Christine Biros_

Plaintiff,

Versus                              Case No. _17 CJ 04886_

_U Lock Inc._

Defendant

_Shanni Snyder non party Appellant_

### ENTRY OF APPEARANCE PURSUANT TO PA.R.C.P. 1930.8

I, _Shanni Snyder_, hereby enter my appearance on behalf of (plaintiff) (defendant) and
(please circle one)

direct that pursuant To PA. R.C.P. No.: 1930.8, I may be contacted at:

_14390 US Rt 30_
Number, Street, and Apartment Number (if any)

_N. Huntingdon, PA 15642_
City, State, Zip Code

_(412) 758 1371 ov_
Daytime Phone

_(310) 498 5587_

~~Facsimile Number (optional)~~

_____
E-mail Address (optional)

I understand that I must supply a copy of this Entry of Appearance to all other parties or
attorneys. I further understand that I must contact the Court should any of the above
information change.

_____                    Date _5/19/22_
Signature

## EXHIBIT E

**IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA**

CHRISTINE BIROS,                              Case No. 17 CJ 04886

        Plaintiff,

   vs.                                     **NOTICE OF APPEAL**

U LOCK INC.,

        Defendant,

SHANNI SNYDER,

    Non-party    Appellant.

Filed on behalf of:

Shanni Snyder, non-party
Appellant.

Counsel of record for this party:

Shanni Snyder
14390 Route 30
North Huntingdon PA  15642
(412) 206-6850
shannis@pm.me

EXHIBIT F page 1

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

CHRISTINE BIROS,                                    Case No. 17 CJ 04886

        Plaintiff,

    vs.

U LOCK INC.,

    Debtor in Bankruptcy,

SHANNI SNYDER,

    Non-party   Appellant.

## NOTICE OF APPEAL

Notice is hereby give that non-party Shanni Snyder, an individual who is judgment creditor at case 21-JU-04758 of debtor in bankruptcy and defendant U Lock Inc., and holding a lien on all assets of said defendant, and harmed by the actions of this Court which rendered an Order that eviscerates and appears to supersede portions of her judgment lien, hereby appeals to the Superior Court of Pennsylvania from the Order entered in the above case at 11:47 a.m. on the 17th day of May, 2022 (directing the Prothonotary to issue a *Writ of Possession* that includes terms to "authorize levy and sale of any property of Defendant U Lock" in favor of Plaintiff Christine Biros).

TRANSCRIPT ORDER:  Shanni Snyder hereby orders a transcript of the hearing in connection with this appeal.  Said hearing occurred on an unknown date not contained on

EXHIBIT F page 2

the docket and without public notice.

Respectfully submitted,

Shanni Snyder
14390 Route 30
North Huntingdon PA  15642
(412) 206-6850
shannis@pm.me

EXHIBIT F page 3

## VERIFICATION OF SERVICE

I, Shanni Snyder, verify under the penalty for unsworn falsification to authorities that I mailed a copy of this document to the following persons in this case on the 18th day of May, 2022, by First Class Mail:

William E. Otto, Esq.
PO Box 701
Murrysville, PA  15668

Dennis D. Del Cotto, Esq.
4345 Old William Penn Highway
Murrysville, PA  15668

William F. Ross, Esq.
406 N. Market Street
Wooster, OH  44691

John Tumolo, Esq.
Suite 1500, Frick Building
Pittsburgh, PA  15219

Hon. Harry F. Smail
Court of Common Pleas
2 N Main Street, Courtroom 2
Greensburg PA  15601

Court Administrator
Court of Common Pleas
2 N Main Streert
Greensburg PA  15601

Shanni Snyder

EXHIBIT F page 4

## Kimberly Kieser

| | |
|---|---|
| **From:** | Shanni S. <shannis@pm.me> |
| **Sent:** | Monday, May 23, 2022 2:32 PM |
| **To:** | Superior Court Prothonotary (Pgh) |
| **Cc:** | delcottolaw@windstream.net; J. Allen Roth; weo@ottolawfirm.com |
| **Subject:** | Re: Biros v. U Lock appeal |

---

CAUTION: **This is an external email. Please think before you click on an attachment or link!**

Dear Ms. Kieser:

Thank you for your email.

I note that I omitted J. Allen Roth, 805 S. Alexandria Street, Latrobe PA 15650, from the service list, who represents U Lock Inc., but I did serve his office.

William Otto represents Christine Biros.

The other three attorneys represent estates that were removed from the action per Order of Court and the caption amended by the judge, but they appear to be routinely served by the parties to the case as a courtesy. (They are still listed on the docket).

Dennis del Cotto represents Estates of Nicholas Schur, Alex Schur, and Ann Sarris

John Tumolo represents Kathleen S. Walter Executor of Estate of Michael Schur

William Ross *seems* to represent the estate of Denise Schur, As I was not a party to the original action, I am unclear if he actually appeared in the case or was served as a courtesy. I cannot locate an actual appearance on the docket.

I have copied this email to the other attorneys in case I am mistaken.

Shanni Snyder

------- Original Message -------
On Monday, May 23rd, 2022 at 11:11 AM, Superior Court Prothonotary (Pgh) <pghpro@pacourts.us> wrote:


Re:    Christine Biros v. U Lock Inc.

17 CJ 04886


Good afternoon Ms. Snyder,

EXHIBIT G page 1

The Superior Court has received your notice of appeal in the above-captioned case. However, before I can docket the appeal, I need further information from you. On your proof of service, you listed four attorneys. However, you did not indicate who these attorneys represent. Please contact me as soon as possible with this information so I can process your appeal in a timely manner. The attorneys are as follows:

1. William Otto
2. Dennis Del Cotto
3. William Ross
4. John Tumolo

Very truly yours,

Kimberly Kieser, Esq.

Deputy Case Flow Manager

Superior Court Prothonotary

(412) 565-7592

# EXHIBIT G page 2

**Appeal Docket Sheet**

**Docket Number: 607 WDA 2022**

**Page 1 of 4**

**February 10, 2023**

**Superior Court of Pennsylvania**



| CAPTION |
|---|

Christine Biros, an individual

v.

U Lock Inc., a Pennsylvania Corporation

Appeal of: Shanni Snyder

| CASE INFORMATION |
|---|

| | | |
|---|---|---|
| Initiating Document: | Notice of Appeal | |
| Case Status: | Active | |
| Case Processing Status: | August 15, 2022 | Bankruptcy Stay |
| Journal Number: | | |
| Case Category: | Civil | Case Type(s): Declaratory Judgment |

| CONSOLIDATED CASES | RELATED CASES |
|---|---|

| | Docket No / Reason | Type |
|---|---|---|
| | 615 WDA 2022 | Related |
| | Same Issue(s) | |
| | 617 WDA 2022 | Related |
| | Same Issue(s) | |
| | 650 WDA 2022 | Related |
| | Same Issue(s) | |

| SCHEDULED EVENT |
|---|

| | |
|---|---|
| Next Event Type: Receive Docketing Statement | Next Event Due Date: June 7, 2022 |
| Next Event Type: Appellant Reproduced Record Filed | Next Event Due Date: August 29, 2022 |

| COUNSEL INFORMATION |
|---|

**Appellant**  **Snyder, Shanni**

| | |
|---|---|
| Pro Se: | Yes |
| IFP Status: | No |
| Pro Se: | Shanni Snyder |
| Address: | 14390 U.S. Route 30 |
| | North Huntingdon, PA 15642 |
| Phone No: | (412) 758-1371     Fax No: |

**Appellee**  **Biros, Christine**

| | |
|---|---|
| Pro Se: | No |
| IFP Status: | No |
| Attorney: | Otto, William E. |
| Address: | Po Box 701 |
| | Murrysville, PA 15668 |
| Phone No: | (724) 519-8778     Fax No: |

# EXHIBIT H page 1

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Appeal Docket Sheet**

**Superior Court of Pennsylvania**

**Docket Number:  607 WDA 2022**

**Page 2 of 4**



**February 10, 2023**

| COUNSEL INFORMATION |
|---|

**Participant**    U Lock Inc.
Pro Se:              No
IFP Status:         No
     Attorney:        Roth, John Allen
     Address:         805 S Alexandria
                Latrobe, PA 15650
     Phone No:      (724) 537-0939                      Fax No:

| FEE INFORMATION |
|---|

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 05/24/2022 | Notice of Appeal | 90.25 | | | 0.00 |

| AGENCY/TRIAL COURT INFORMATION |
|---|

| Order Appealed From: | May 17, 2022 | Notice of Appeal Filed: | May 19, 2022 |
|---|---|---|---|
| Order Type: | Order Entered | | |
| Documents Received: | May 24, 2022 | | |

| Court Below: | Westmoreland County Court of Common Pleas | | |
|---|---|---|---|
| County: | Westmoreland | Division: | Westmoreland County Civil Division |
| Judge: | Smail, Harry F. | OTN: | |
| Docket Number: | 17 CJ 04886 | Judicial District: | 10 |

| ORIGINAL RECORD CONTENT |
|---|

| Original Record Item | Filed Date | Content Description |
|---|---|---|
| Original Record | July 20, 2022 | 1 Part |
|   **Comment:** additional papers filed at 1841 WDA 2021 (box) | | |
| Testimony | July 20, 2022 | 1 |
| Trial Court Opinion | July 20, 2022 | |

**Date of Remand of Record:**

| BRIEFING SCHEDULE |
|---|

| **Appellant** | **Appellee** |
|---|---|
|  Snyder, Shanni |  Biros, Christine |
|  **Brief** |  **Brief** |
| | |
|  **Reproduced Record** |  **Participant** |
| |  U Lock Inc. |
| |  **Brief** |

| DOCKET ENTRY |
|---|

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| **May 24, 2022** | Notice of Appeal Docketed | | |
| | | Appellant | Snyder, Shanni |
| |   Comment: Invoice sent for unpaid filing fees associated with the NOA | | |
| **May 24, 2022** | Docketing Statement Exited (Civil) | | |
| | | | Superior Court of Pennsylvania |

# EXHIBIT H page 2

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

11:47 A.M.

**Appeal Docket Sheet**

**Superior Court of Pennsylvania**

**Docket Number:  607 WDA 2022**

**Page 3 of 4**



**February 10, 2023**

| DOCKET ENTRY | | | |
|---|---|---|---|
| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
| **June 23, 2022** | Bankruptcy Notice Filed | | |
| | | Participant | U Lock Inc. |
| **July 18, 2022** | Order - Rule to Show Cause | | |
| | | | Per Curiam |

Comment: In light of the May 20, 2022 "Expedited Motion to Dismiss Case,
in addition to Motion for Sanctions Against Petitioning Creditor , or in the
Alternative, Motion for Relief from Stay" filed by Appellee Christine Biros at
No. 22-20823-GLT in the Bankruptcy Court of the Western District of
Pennsylvania for which a hearing is currently scheduled on August 9, 2022,
Appellee U Lock, Inc. is directed to show cause, in the form of a letter
addressed to the Prothonotary of this Court with a copy to opposing counsel
as to why a bankruptcy stay should be entered in this appeal. The letter shall
be transmitted so as to be actually received by the Prothonotary within
ten (10) days from the date of this Order. Failure to comply with this Order
may result in quashal or dismissal of the appeal without further notice.

| **July 20, 2022** | Trial Court Record Received | | |
|---|---|---|---|
| | | | Westmoreland County Civil Division |
| **July 20, 2022** | Briefing Schedule Issued | | |
| | | | Superior Court of Pennsylvania |
| **July 20, 2022** | Transcripts of Testimony | | |
| | | | Westmoreland County Civil Division |
| **July 20, 2022** | Trial Court Opinion Received | | |
| | | | Westmoreland County Civil Division |
| **August 2, 2022** | Response to Rule to Show Cause | | |
| | | Participant | U Lock Inc. |
| **August 15, 2022** | Bankruptcy Notice - Action Stayed | | |
| | | | Superior Court of Pennsylvania |

Comment: Upon notice that Participant U Lock Inc. initiated bankruptcy
proceedings in the United States Bankruptcy Court for the Western District of
Pennsylvania at No. 22-20823-GLT, the above-captioned appeal is STAYED
in accordance with the automatic stay provision of the United States
Bankruptcy Code, 11 U.S.C. § 362.
The parties shall be responsible for notifying this Court that: (1) the stay
pursuant to the Bankruptcy Code is no longer in effect due to the issuance of
an order by the Bankruptcy Court either lifting the automatic stay or providing
for severance of any of the parties, in which case this Court will proceed with
this appeal; or (2) the above-captioned appeal has been rendered moot by
conclusion of the bankruptcy proceedings.
The parties shall be responsible for providing an initial update to this
Court, in no less than six (6) months, or no later than February 13, 2022,
as to the status of the bankruptcy proceedings.
The Prothonotary of this Court is directed to VACATE the briefing
schedule which shall be reset after the bankruptcy stay is lifted.

**EXHIBIT H page 3**

**Appeal Docket Sheet**                                                                                    **Superior Court of Pennsylvania**

**Docket Number:  607 WDA 2022**

**Page 4 of 4**

**February 10, 2023**



| DOCKET ENTRY | | | |
|---|---|---|---|
| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
| **August 23, 2022** | Bankruptcy Notice - Action Stayed | | |
| | | | Superior Court of Pennsylvania |

Document Name: Amended - Corrected Date

Comment: Upon notice that Participant U Lock Inc. initiated bankruptcy
proceedings in the United States Bankruptcy Court for the Western District of
Pennsylvania at No. 22-20823-GLT, the above-captioned appeal is STAYED
in accordance with the automatic stay provision of the United States
Bankruptcy Code, 11 U.S.C. § 362.
The parties shall be responsible for notifying this Court that: (1) the stay
pursuant to the Bankruptcy Code is no longer in effect due to the issuance of
an order by the Bankruptcy Court either lifting the automatic stay or providing
for severance of any of the parties, in which case this Court will proceed with
this appeal; or (2) the above-captioned appeal has been rendered moot by
conclusion of the bankruptcy proceedings.
The parties shall be responsible for providing an initial update to this
Court, in no less than six (6) months, or no later than February 13, 2023,
as to the status of the bankruptcy proceedings.
The Prothonotary of this Court is directed to VACATE the briefing
schedule which shall be reset after the bankruptcy stay is lifted.

# Exhibit H page 4

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.