**IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY,
PENNSYLVANIA CIVIL DIVISION**

| | |
|---|---|
| **CHRISTINE BIROS**, an individual, | **CIVIL DIVISION** |
| **Plaintiff,** | No. 17CJ04886 |
| **vs.** | |
| **U LOCK, INC.,** a Pennsylvania corporation, | **ORDER OF COURT** |
| **Defendant.** | |

**ORDER OF COURT**

AND NOW, this ___13th___ day of ___May___, 20__, it is hereby **ORDERED** and **DECREED** that:

1. The Prothonotary of Westmoreland County is directed to issue a Writ of Possession to the Sheriff of Westmoreland County for property situate at 14140 Route 30, North Huntingdon, PA 15642, with a Tax Map No. 54-03-10-0-10 (the "Property") against Defendant U Lock, Inc. and in favor of Plaintiff Christine Biros.

2. Such Writ will authorize levy and sale of any property of Defendant U Lock to satisfy (a) the costs of the levy; (b) any unpaid property taxes; and (c) the costs of removal of rubbish, trash, used cars and any other environmental hazard located on the Property.

3. Defendant U Lock within five (5) days will comply with the Order of the Pennsylvania Supreme Court to pay all due and unpaid real estate taxes on the Property.

4. ~~Defendant U Lock within ten (10) days post financial security in an amount of $_____ to pay for any environmental remediation which is necessary.~~

*Denied Without Prejudice to #4 only.*

**ATTEST:**
**GINA O'BARTO**
**PROTHONOTARY**

*Gina O'Barto*

**BY THE COURT:**

## IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PA.
### CIVIL ACTION – LAW

**CHRISTINE BIROS, an individual,**
Plaintiff(s)

Vs.

**U LOCK, INC., a Pennsylvania corporation,**
Defendant(s)

**Case No.  X 4886 OF 2017**

**WRIT OF POSSESSION**

**COMMONWEALTH OF PENNSYLVANIA
COUNTY OF WESTMORELAND**

**TO THE SHERIFF OF WESTMORELAND COUNTY:**

**To satisfy the judgment for possession in the above matter you are directed to deliver possession of the following described property to CHRISTINE BIROS, an individual,**

**14140 Route 30, North Huntingdon, PA 15642, with a Tax Map No. 54-03-10-0-10**

**(2) To satisfy the costs against U LOCK, INC., a Pennsylvania corporation you are directed to levy upon any property of U LOCK, INC., a Pennsylvania corporation and sell (his, her, their, its) interest therein.**

**Date:  May 13, 2022**

_Ani O'Barto_
_____
Prothonotary

_____
Deputy

COPY

### LAW FIRM OF WILLIAM E. OTTO
### WILLIAM OTTO, ESQUIRE