IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY,
PENNSYLVANIA
CIVIL ACTION LAW

| | |
|---|---|
| **CHRISTINE BIROS** ) | |
| Plaintiff ) | |
| ) | |
| vs ) | No. 4886 of 2017 |
| ) | |
| **DENISE SCHUR, Executrix of the ESTATE** ) | |
| **OF ALEX SCHUR, HENRY L. MOORE** ) | |
| **and SUSAN STANO, Co-Executors of the** ) | |
| **ESTATE OF NICHOLAS SCHUR,** ) | |
| **KATHLEEN S. WALTER, Executor of the** ) | |
| **ESTATE OF MICHAEL SCHUR,** ) | |
| **CYNTHIA SARRIS, Administrator of the** ) | |
| **ESTATE OF ANN SARRIS and U LOCK INC.,** ) | |
| **a Pennsylvania corporation,** ) | |
| Defendants ) | |

**ORDER**

AND NOW, this 13th day of March May, 2022, upon consideration of the motion for miscellaneous relief, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Order dated January 20, 2022, and entered January 24, 2022, is STRICKEN as VOID AB INITIO pursuant to Rule 1701, Pennsylvania Rule of Appellate Procedure. After the record is remitted, this Court will hold a hearing and determine whether the deeds should be issued or whether a judicial deed from U Lock to Plaintiff must be created.

*Denied w/ Prejudice*

2. The Prothonotary is directed to CORRECT the docket sheet and remove the notation of Rule 236 compliance as no party served notice on U Lock of the Order.

3. The Prothonotary is directed to COMPLY with Rule 236 by providing a copy of the Order to J. Allen Roth, Esq. and NOTATING the date of Rule 236 compliance.

[FILED stamp: 2022 MAY 13 AM 11:07, GINA O'BARTO, PROTHONOTARY'S OFFICE, WESTMORELAND COUNTY]

4. U Lock Inc. may file a Notice of Appeal *nunc pro tunc* challenging the Order of January 20, 2022, entered January 24, 2022, within fifteen (15) days of this Order.

5. This Court and Plaintiff will file all correspondence, if any, of the events and communications that resulted in the January 20, 2022, Order within ten (10) days.

6. Plaintiff shall not attempt any form of *ex parte* communication with this Court and sufficient notice shall be given to all parties in compliance with the rules prior to any communication, motion, or request for judicial intervention.

**Denied w/ Prejudice**

By the Court:

_____
Judge, Court of Common Pleas

ATTEST:
**GINA O'BARTO
PROTHONOTARY**