IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

CHRISTINE BIROS,

        Plaintiff,

vs.

U LOCK INC.

        Defendant.

Case No. 17 CJ 04886

U LOCK INC.'S MOTION TO CORRECT AND/OR STRIKE ERRONEOUS CAPTION

Filed on behalf of:

U LOCK INC., Defendant.

Counsel of record for this party:

J. Allen Roth, Esq. (PA 30347)
805 S. Alexandria
Latrobe PA 15650
(724) 537-0939
lawmatters@yahoo.com

FILED
PROTHONOTARY'S OFFICE
WESTMORELAND COUNTY
2022 MAY 19 A 11: 14
GINA O'BARTO
TIME IN

1

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE BIROS, | ) | Case No. 17 CJ 04886 |
| Plaintiff, | ) | |
| vs. | ) | |
| U LOCK INC., | ) | |
| Defendant. | ) | |

## DEFENDANT U LOCK INC.'S MOTION TO CORRECT AND/OR STRIKE ERRONEOUS CAPTION.

Defendant U Lock Inc., by and through its counsel, J. Allen Roth, files this Motion to Correct and/or Strike Erroneous Caption:

1. At the hearing on April 29, 2022, this Court directed U Lock and its counsel to file a motion and proposed Order to correct the caption in this case.

2. Defendant and counsel apologize for the confusion as it occurred simply because a prior template was used. Counsel notes that it did not occur as to the filings on April

3. Defendant notes that the Prothonotary's docket also shows all of the parties to the case notwithstanding the amendment of the caption. *See* Docket Sheet, attached. It is up to this Court whether to direct the Prothonotary to modify the docket sheet.

WHEREFORE, Defendant U Lock respectfully requests that this Court enter the appropriate Order as directed.

2

Respectfully submitted,

J. Allen Roth, Esq (PA 30347)
805 S Alexandria Street
Latrobe PA 15650
(724) 537-0939
lawmatters@yahoo.com

ATTORNEY FOR U LOCK INC.

# IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE BIROS, | ) | Case No. 17 CJ 04886 |
| Plaintiff, | ) | |
| vs. | ) | |
| U LOCK INC., | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this ___ day of May, 2022, upon the consent of the defendant and the motion to correct or strike, it is hereby ORDERED, ADJUDGED, and DECREED that the Prothonotary is directed to strike off the reference in the caption on the filings of U Lock on March 17, 2022 (Motion to Strike and Exhibits in Support) as to parties other than Christine Biros and U Lock Inc.

By the Court:

_____
Judge, Court of Common Pleas

4

# EXHIBIT A – TEXT OF PROTHONOTARY DOCKET FOR THE CASE

Case Information
Case# Caption    Reference File    Judgment Amt    Filed Date    Case Type/Subtype    Status    Judge
17CJ04886    CHRISTINE BIROS /INDIVID VS. U LOCK INC        Jan/24/2018    LIS PENDENS NEW FILE    ACTIVE    Rita Donovan Hathaway

Parties
Party Type    Name    Address
DEFENDANT ATTY    DENNIS D DEL COTTO    4345 OLD WILLIAM PENN HWY , MURRYSVILLE , PA, 15668
DEFENDANT ATTY    J ALLEN ROTH    805 S ALEXANDRIA STREET , LATROBE , PA, 15650
DEFENDANT ATTY    JOHN A TUMOLO    437 GRANT STREET , PITTSBURGH , PA, 15219
DEFENDANT    DENISE SCHUR /EXEC    8700 CLEVELAND ROAD, CRESTON, OH, 44217, USA
DEFENDANT    ALEX SCHUR /ESTATE
PLAINTIFF ATTY    WILLIAM E OTTO    PO BOX 701 , MURRYSVILLE , PA, 15668
PLAINTIFF    CHRISTINE BIROS /INDIVID    435 MILLERS LANE, PLUM, 15239
DEFENDANT    HENRY L MOORE /CO EXEC    310 KEYSTONE COMMONS 35 WEST PITTSBURGH STREET, GREENSBURG, PA, 15601, USA
DEFENDANT    SUSAN STANO /CO EXEC    31856 LAKE DRIVE, AVON LAKE, OHIO, 44012, USA
DEFENDANT    NICHOLAS SCHUR /ESTATE
DEFENDANT    KATHLEEN S WALTER /EXEC    3 RIDGE COURT, SARATOGA SPRINGS, NY, 12866, USA
DEFENDANT    MICHAEL SCHUR /ESTATE
DEFENDANT    CYNTHIA SARRIS /ADMIN    14249 HILAND PLACE, IRWIN, PA, 15642, USA
DEFENDANT    ANN SARRIS /ESTATE
DEFENDANT    U LOCK INC    14140 ROUTE 30, NORTH HUNTINGDON, PA, 15642, USA

Events
Action Date    Action Description    Action Name    View Document
Apr/25/2022    BRIEF IN OPPOSITION TO MOTION    FOR SANCTIONS    View
Apr/21/2022    PRELIMINARY OBJECTIONS    DEFT U LOCK INCS PRELIMINARY OBJECTIONS RAISING ISSUES OF FACT TO THE PETITION FOR WRIT OF POSSESSION    View
Mar/18/2022    ORDER    PENDING SUPRME COURT OF PA WESTERN DISTRICT    View
Mar/17/2022    EXHIBITS    IN SUPPORT OF PETITION TO STRIKE ORDER OF JANUARY 20 2022 AS SET FORTH    View
Mar/17/2022    MOT/PET STRIKE    PETITION TO STRIKE ORDER OF JAN 20 2022 AS SET FORTH    View
Jan/24/2022    ORDER    ORDER JANUARY 20, 2022 NOTICE GIVEN RULE N236    View

5

## CERTIFICATE OF SERVICE

I certify that I mailed a true copy of the foregoing to the following parties on this 12th day of May, 2022:

William E. Otto, Esq.
PO Box 701
Murrysville, PA  15668

Dennis D. Del Cotto, Esq. (courtesy only)
4345 Old William Penn Highway
Murrysville, PA  15668

William F. Ross, Esq.  (courtesy only)
406 N. Market Street
Wooster, OH  44691

John Tumolo, Esq.  (courtesy only)
Suite 1500, Frick Building
Pittsburgh, PA  15219

Hon. Harry F. Smail
Court of Common Pleas
2 N Main Street, Courtroom 2
Greensburg PA  15601

_____
J. Allen Roth, Esq.