IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY,
PENNSYLVANIA

CHRISTINE BIROS,  Case No. 17 CJ 04886

    Plaintiff,

vs.  U LOCK INC.'S NOTICE OF APPEAL

U LOCK INC., a Pennsylvania corp.

    Defendant.



Filed on behalf of:

U LOCK INC., Defendant.

Counsel of record for this party:

J. Allen Roth, Esq. (PA 30347)
805 S. Alexandria
Latrobe PA 15650
(724) 537-0939
lawmatters@yahoo.com

1

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

| | |
|---|---|
| CHRISTINE BIROS, | ) Case No. 17 CJ 04886 |
| Plaintiff, | ) |
| vs. | ) |
| U LOCK INC., a Pennsylvania corp., | ) |
| Defendant. | ) |

## DEFENDANT U LOCK INC.'S
## NOTICE OF APPEAL

Notice is hereby given that U Lock, defendant above named, hereby appeals to the Superior Court of Pennsylvania from the order entered in this matter on the 24th day of January, 2022. This *unilateral* order, although never served on U Lock Inc., has been entered in the docket as evidenced by the attached copy of the docket entries.

**TRANSCRIPT:** No transcripts of the *unilateral* judicial interaction resulting in the Order exist. The subsequent hearing outlining the events has already been purchased and received by the parties.

Respectfully submitted,

J. Allen Roth, Esq (PA 30347)
805 S Alexandria Street
Latrobe PA  15650
(724) 537-0939
lawmatters@yahoo.com

ATTORNEY FOR U LOCK INC.

2