IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

CHRISTINE BIROS,

    Plaintiff,

vs.

U LOCK INC., a Pennsylvania corp.

    Defendant.

Case No. 17 CJ 04886

U LOCK INC.'S NOTICE OF APPEAL

Filed on behalf of:

U LOCK INC.,   Defendant.

Counsel of record for this party:

J. Allen Roth, Esq. (PA 30347)
805 S. Alexandria
Latrobe PA  15650
(724) 537-0939
lawmatters@yahoo.com



1

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

| | |
|---|---|
| CHRISTINE BIROS, ) | Case No. 17 CJ 04886 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| U LOCK INC., a Pennsylvania corp., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT U LOCK INC.'S NOTICE OF APPEAL

Notice is hereby given that U Lock, defendant above named, hereby appeals to the Superior Court of Pennsylvania from the orders entered in this matter on the 17th day of May, 2022. These orders have been entered in the docket as evidenced by the attached copy of the docket entries.

**TRANSCRIPT:** The parties already ordered and received the transcript from the hearing that resulted in the Orders.

Respectfully submitted,

*/s/ J. Allen Roth*

J. Allen Roth, Esq (PA 30347)
805 S Alexandria Street
Latrobe PA 15650
(724) 537-0939
lawmatters@yahoo.com

ATTORNEY FOR U LOCK INC.

2