| **Appeal Docket Sheet** | **Superior Court of Pennsylvania** |
|---|---|

**Docket Number:  617 WDA 2022**

Page 1 of 4

February 10, 2023



### CAPTION

Christine Biros
   v.
U Lock Inc.
    Appellant

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Initiating Document: | Notice of Appeal | | |
| Case Status: | Active | | |
| Case Processing Status: | August 15, 2022 | Bankruptcy Stay | |
| Journal Number: | | | |
| Case Category: | Civil | Case Type(s): | Declaratory Judgment |

| **CONSOLIDATED CASES** | **RELATED CASES** | |
|---|---|---|
| | Docket No / Reason | Type |
| | 607 WDA 2022<br>  Same Issue(s) | Related |
| | 615 WDA 2022<br>  Same Issue(s) | Related |
| | 650 WDA 2022<br>  Same Issue(s) | Related |

### SCHEDULED EVENT

| | |
|---|---|
| Next Event Type: Receive Docketing Statement | Next Event Due Date: June 9, 2022 |
| Next Event Type: Appellant Brief Filed | Next Event Due Date: August 29, 2022 |
| Next Event Type: Appellant Reproduced Record Filed | Next Event Due Date: August 29, 2022 |

### COUNSEL INFORMATION

**Appellant**   **U Lock Inc.**
Pro Se:    No
IFP Status:    No
    Attorney:    Roth, John Allen
    Address:    805 S Alexandria
                  Latrobe, PA 15650
    Phone No:    (724) 537-0939    Fax No:

**Appellee**   **Biros, Christine**
Pro Se:    No
IFP Status:    No
    Attorney:    Otto, William E.
    Address:    Po Box 701
                  Murrysville, PA 15668
    Phone No:    (724) 519-8778    Fax No:

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Appeal Docket Sheet**                                                                 **Superior Court of Pennsylvania**

**Docket Number:  617 WDA 2022**

**Page 2 of 4**



**February 10, 2023**

### FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 05/26/2022 | Notice of Appeal | 90.25 | 05/26/2022 | 2022-SPR-W-000356 | 90.25 |

### AGENCY/TRIAL COURT INFORMATION

| | | | |
|---|---|---|---|
| Order Appealed From: | January 24, 2022 | Notice of Appeal Filed: | May 23, 2022 |
| Order Type: | Order Entered | | |
| Documents Received: | May 26, 2022 | | |

| | | | |
|---|---|---|---|
| Court Below: | Westmoreland County Court of Common Pleas | | |
| County: | Westmoreland | Division: | Westmoreland County Civil Division |
| Judge: | Smail, Harry F. | OTN: | |
| Docket Number: | 17 CJ 04886 | Judicial District: | 10 |

### ORIGINAL RECORD CONTENT

| Original Record Item | Filed Date | Content Description |
|---|---|---|
| Original Record | July 20, 2022 | filed at 607 WDA 2022 |
| Trial Court Opinion | July 20, 2022 | |

**Date of Remand of Record:**

### BRIEFING SCHEDULE

| **Appellant** | **Appellee** |
|---|---|
| U Lock Inc. | Biros, Christine |
| Brief | Brief |
| Due: August 29, 2022    Filed: | |
| | |
| Reproduced Record | |
| Due: August 29, 2022    Filed: | |

### DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| **May 26, 2022** | Notice of Appeal Docketed | Appellant | U Lock Inc. |
| **May 26, 2022** | Docketing Statement Exited (Civil) | | Superior Court of Pennsylvania |
| **June 23, 2022** | Bankruptcy Notice Filed | Appellant | U Lock Inc. |
| **July 18, 2022** | Order - Rule to Show Cause | | Per Curiam |

Comment:  In light of the May 20, 2022 "Expedited Motion to Dismiss Case, in addition to Motion for Sanctions Against Petitioning Creditor, or in the Alternative, Motion for Relief from Stay" filed by Appellee Christine Biros at No. 22-20823-GLT in the Bankruptcy Court of the Western District of Pennsylvania for which a hearing is currently scheduled on August 9, 2022, Appellee U Lock, Inc. is directed to show cause, in the form of a letter addressed to the Prothonotary of this Court with a copy to opposing counsel as to why a bankruptcy stay should be entered in this appeal. The letter shall be transmitted so as to be actually received by the Prothonotary within ten (10) days from the date of this Order. Failure to comply with this Order

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Appeal Docket Sheet**  **Superior Court of Pennsylvania**

**Docket Number:  617 WDA 2022**

Page 3 of 4

February 10, 2023



| | **DOCKET ENTRY** | | |
|---|---|---|---|
| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
| | may result in quashal or dismissal of the appeal without further notice. | | |
| **July 20, 2022** | Trial Court Record Received | | Westmoreland County Civil Division |
| **July 20, 2022** | Briefing Schedule Issued | | Superior Court of Pennsylvania |
| **July 20, 2022** | Trial Court Opinion Received | | Westmoreland County Civil Division |
| **August 2, 2022** | Response to Rule to Show Cause | Appellant | U Lock Inc. |
| **August 15, 2022** | Bankruptcy Notice - Action Stayed | | Superior Court of Pennsylvania |
| | Comment: Upon notice that Appellant U Lock Inc. initiated bankruptcy proceedings in the United States Bankruptcy Court for the Western District of Pennsylvania at No. 22-20823-GLT, the above-captioned appeal is STAYED in accordance with the automatic stay provision of the United States Bankruptcy Code, 11 U.S.C. § 362.<br>The parties shall be responsible for notifying this Court that: (1) the stay pursuant to the Bankruptcy Code is no longer in effect due to the issuance of an order by the Bankruptcy Court either lifting the automatic stay or providing for severance of any of the parties, in which case this Court will proceed with this appeal; or (2) the above-captioned appeal has been rendered moot by conclusion of the bankruptcy proceedings.<br>The parties shall be responsible for providing an initial update to this Court, in no less than six (6) months, or no later than February 13, 2022, as to the status of the bankruptcy proceedings.<br>The Prothonotary of this Court is directed to VACATE the briefing schedule which shall be reset after the bankruptcy stay is lifted. | | |
| **August 23, 2022** | Bankruptcy Notice - Action Stayed | | Superior Court of Pennsylvania |
| | Document Name: Amended - Date Corrected | | |
| | Comment: Upon notice that Appellant U Lock Inc. initiated bankruptcy proceedings in the United States Bankruptcy Court for the Western District of Pennsylvania at No. 22-20823-GLT, the above-captioned appeal is STAYED in accordance with the automatic stay provision of the United States Bankruptcy Code, 11 U.S.C. § 362.<br>The parties shall be responsible for notifying this Court that: (1) the stay pursuant to the Bankruptcy Code is no longer in effect due to the issuance of an order by the Bankruptcy Court either lifting the automatic stay or providing for severance of any of the parties, in which case this Court will proceed with this appeal; or (2) the above-captioned appeal has been rendered moot by conclusion of the bankruptcy proceedings.<br>The parties shall be responsible for providing an initial update to this Court, in no less than six (6) months, or no later than February 13, 2023, as to the status of the bankruptcy proceedings.<br>The Prothonotary of this Court is directed to VACATE the briefing schedule which shall be reset after the bankruptcy stay is lifted. | | |

**Appeal Docket Sheet** **Superior Court of Pennsylvania**

**Docket Number:  617 WDA 2022**

**Page 4 of 4**

**February 10, 2023**



Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.