Received 6/23/2022 1:24:00 PM Superior Court Western District

Filed 6/23/2022 1:24:00 PM Superior Court Western District
607 WDA 2022

**IN THE SUPERIOR COURT OF PENNSYLVANIA
WESTERN DIVISION**

| | | |
|---|---|---|
| CHRISTINE BIROS, | ) | Case 607 WDA 2022 |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U LOCK INC. | ) | |

**<u>SUGGESTION OF BANKRUPTCY</u>**

U Lock Inc., party herein, notifies this Court that it is under bankruptcy protection

pursuant to 11 USC 362 and that this matter, absent an Order, is stayed.  *See In re: U*

*Lock Inc.,* 22-20823 (Bk. W.D.Pa.).

Respectfully submitted,

_____*/s/ J. Allen Roth, Esq*_____
J. Allen Roth, Esq.  (PA ID 30347)
805 S. Alexandria St
Latrobe PA  15650
lawmatters@yahoo.com
(724) 537-0939

COUNSEL FOR U LOCK INC.

United States Bankruptcy Court
WESTERN DISTRICT OF PENNSYLVANIA

**Notice of Involuntary
Bankruptcy Case Filing**



An involuntary bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 04/28/2022 at 4:53 PM and filed on 04/27/2022.

**U LOCK INC**
14140 U.S. Route 30
N. Huntingdon, PA 15642
Tax ID / EIN: 47-4994911 *aka*
**U-LOCK INC.**



The case was filed by the following petitioning creditor(s):        The bankruptcy trustee is:

**Shanni Snyder**
14390 Route 30
Unit H
North Huntingdon, PA 15642
SSN / ITIN: xxx-xx-6136

**Robert H. Slone, Trustee**
223 South Maple Avenue
Greensburg, PA 15601
724-834-2990

The case was assigned case number 22-20823-GLT to Judge Gregory L. Taddonio.

If you would like to view the bankruptcy petition and other documents filed by the petitioning creditor(s) and the debtor, they are available at our *Internet* home page https://ecf.pawb.uscourts.gov or at the Clerk's Office, U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.        **Michael R. Rhodes** Clerk, U.S. Bankruptcy Court