**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) CASE NO. 22-20823-GLT |
| | ) |
| U LOCK INC., | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |
| | ) Related to Document No.: |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2023, upon consideration of John B. Joyce, Esquire and Jeremy J. Kobeski, Esquire's Motion to Withdraw Appearances, it is hereby ORDERED, ADJUDGED and DECREED, that the Motion is granted and the appearances of John B. Joyce, Esquire and Jeremy J. Kobeski, Esquire of Grenen & Birsic, P.C. on behalf of Shanni Snyder in the above-captioned matter are hereby withdrawn.

BY THE COURT:

_____
J.