**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) CASE NO. 22-20823-GLT |
| | ) |
| U LOCK INC., | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |
| | ) Related to Document No.: |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a copy of the foregoing Motion to Withdraw Appearances was served on the following this __13th__ day of February, 2023, either by First Class, U.S. Mail, postage pre-paid or via electronic notice, if available:

U Lock Inc, Debtor
14140 US Route 30
North Huntingdon, PA  15642

J. Allen Roth, Esquire
805 South Alexandria Street
Latrobe, PA  15650

Shanni Snyder
14390 Route 30, Unit H
North Huntingdon, PA  15642

Robert H. Slone, Trustee
223 South Maple Avenue
Greensburg, PA  15601

Office of the US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Sarah E. Wenrich, Esquire
Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

David L. Fuchs, Esquire
Fuchs Law Office, LLC
554 Washington Ave, First Floor
Carnegie, PA  15106

John P. Lacher, Esquire
The Lynch Law Group
501 Smith Drive, Suite 3
Cranberry Township, PA  16066

                                                      GRENEN & BIRSIC, P.C.

By:      /s/ John B. Joyce
           John B. Joyce, Esquire
           Pa. I.D. #68242
           Jeremy J. Kobeski, Esquire
           Pa. I.D. #94503
           One Gateway Center, 9th Floor
           Pittsburgh, PA 15222
           (412) 281-7650
           Email: jjoyce@grenenbirsic.com
                    jkobeski@grenenbirsic.com