**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  22-20823-GLT |
| | ) | |
| U LOCK INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JOHN B. JOYCE, ESQUIRE and JEREMY | ) | Related to Document No.: |
| J. KOBESKI, ESQUIRE, Counsel for | ) | |
| Shanni Snyder, | ) | |
| | ) | |
| Movants, | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT(S), | ) | |
| | ) | |
| Respondent. | ) | |

## <u>ORDER OF COURT</u>

AND   NOW,   this   _____ day   of   _____, 2023, upon

consideration of John B. Joyce, Esquire and Jeremy J. Kobeski, Esquire's Motion to Withdraw

Appearances, it is hereby ORDERED, ADJUDGED and DECREED, that the Motion is granted

and the appearances of John B. Joyce, Esquire and Jeremy J. Kobeski, Esquire of Grenen &

Birsic, P.C. on behalf of Shanni Snyder in the above-captioned matter are hereby withdrawn.

BY THE COURT:


_____
                                                          J.