**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | CASE NO. 22-20823-GLT |
| ) | |
| U LOCK INC., ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| JOHN B. JOYCE, ESQUIRE and JEREMY ) | Related to Document No.: |
| J. KOBESKI, ESQUIRE, Counsel for ) | |
| Shanni Snyder, ) | |
| ) | |
| Movant, ) | |
| vs. ) | |
| ) | |
| NO RESPONDENT(S), ) | |
| ) | |
| Respondent. ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion to Withdraw Appearances was served on the following this 14th day of February, 2023, either by First Class, U.S. Mail, postage pre-paid or via electronic notice, if available:

U Lock Inc, Debtor
14140 US Route 30
North Huntingdon, PA  15642

Shanni Snyder
14390 Route 30, Unit H
North Huntingdon, PA  15642

Office of the US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

J. Allen Roth, Esquire
805 South Alexandria Street
Latrobe, PA  15650

Robert H. Slone, Trustee
223 South Maple Avenue
Greensburg, PA  15601

Sarah E. Wenrich, Esquire
Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

David L. Fuchs, Esquire  
Fuchs Law Office, LLC  
554 Washington Ave, First Floor  
Carnegie, PA  15106

John P. Lacher, Esquire  
The Lynch Law Group  
501 Smith Drive, Suite 3  
Cranberry Township, PA  16066

                GRENEN & BIRSIC, P.C.

By:     /s/ John B. Joyce  
John B. Joyce, Esquire  
Pa. I.D. #68242  
Jeremy J. Kobeski, Esquire  
Pa. I.D. #94503  
One Gateway Center, 9th Floor  
Pittsburgh, PA 15222  
(412) 281-7650  
Email: jjoyce@grenenbirsic.com  
       jkobeski@grenenbirsic.com