FILED
2/14/23 4:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 22-20823-GLT |
| U LOCK INC., | CHAPTER 7 |
| Debtor. | |
| JOHN B. JOYCE, ESQUIRE and JEREMY J. KOBESKI, ESQUIRE, Counsel for Shanni Snyder, | Related to Document No.: 333 |
| Movants, | |
| vs. | |
| NO RESPONDENT(S), | |
| Respondent. | |

## ORDER OF COURT

AND NOW, this __14th__ day of __February__, 2023, upon consideration of John B. Joyce, Esquire and Jeremy J. Kobeski, Esquire's Motion to Withdraw Appearances, it is hereby ORDERED, ADJUDGED and DECREED, that the Motion is granted and the appearances of John B. Joyce, Esquire and Jeremy J. Kobeski, Esquire of Grenen & Birsic, P.C. on behalf of Shanni Snyder in the above-captioned matter are hereby withdrawn.

BY THE COURT:

_____
GREGORY TADDONIO    J.
CHIEF UNITED STATES BANKRUPTCY JUDGE

Dated: 2/14/23