Transcript of the Testimony of

# CONT 341 MEETING OF CREDITORS

January 17, 2023

## IN RE: U LOCK, INC.



**412-261-2323**
**depo@akf.com**
**www.akf.com**

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Bankruptcy No. 22-20823-GLT

Chapter 7


In re:                          )
                                )
U LOCK INC.,                    )
                                )
         Debtor.                )
_____/



TRANSCRIPT OF RECORDED PROCEEDINGS:

CONTINUED 341 MEETING OF CREDITORS

January 6, 2023

2

```
 1                         PRESENT:

 2

 3
     Robert H. Slone, Esquire, United States Trustee
 4
     Charles O. Zebley, Jr., Esquire, Trustee for
 5          Shanni Snyder

 6   Kash Snyder

 7   George Snyder

 8   Kirk B. Burkley, Esquire

 9   Sarah Wenrich, Esquire

10   William Otto, Esquire

11   Christine Biros

12   John B. Joyce, Esquire

13   Beth L. Slaby, Esquire

14   Jeremy J. Kobeski, Esquire

15   J. Allen Roth, Esquire

16

17

18

19

20

21

22

23

24

25
```

3

1                                INDEX

2

3

4    EXAMINATION OF KASH SNYDER BY MR. SLONE - PAGE 5

5    EXAMINATION OF KASH SNYDER BY MR. BURKLEY - PAGE 16

6    EXAMINATION OF KASH SNYDER BY MR. ZEBLEY - PAGE 25

7    EXAMINATION OF GEORGE SNYDER BY MR. ZEBLEY - PAGE 27

8

9

10   EXHIBITS INTRODUCED:   (NONE)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1          MR. SLONE:  I'll call the -- this

2     will be a meeting of creditors in the case of

3     U Lock Inc., Case 22-20823-GLT.  This is the

4     time of a continued meeting of creditors in the

5     U Lock case.  The original meeting of creditors

6     was held September 9, 2022.  I am Robert Slone,

7     the interim Trustee.

8          We specifically scheduled this for the

9     testimony of Kash Snyder.  Is Kash Snyder

10    present?

11          MR. KASH SNYDER:  Here, present.

12          MR. SLONE:  Okay.  You've got to

13    speak up so we can all hear you.  There's a

14    bunch of creditors present.  I'm going to ask

15    you to put your name on for the record,

16    starting with Mr. Zebley.  Mr. Zebley?

17          MR. ZEBLEY:  Yes, this is Charles

18    Zebley.  I am the Chapter 7 Trustee for Shanni

19    Snyder.

20          MR. SLONE:  Okay.  Next Beth and

21    Jeremy?

22          MS. SLABY:  Yes, Beth Slaby and

23    Jeremy Kobeski for Shanni Snyder.

24          MR. SLONE:  Okay.  Mr. Burkley?

25          MR. BURKLEY:  Yes, Kirk Burkley,

5

1      Sarah Wenrich, and William Otto for

2      Christine Biros.

3                  MR. SLONE:  And Christine Biros

4      is also present?

5                  MS. BIROS:  Yes.

6                  MR. BURKLEY:  That's correct.

7                  MR. SLONE:  And George Snyder,

8      you're present also?

9                  MR. GEORGE SNYDER:  Yes, present.

10                  MR. SLONE:  Okay.  And attorney

11      for U Lock?

12                  MR. ROTH:  Allen Roth here.

13                  MR. SLONE:  Okay.  And Kash

14      Snyder, Mr. Snyder, please raise your right

15      hand.  Do you swear that the testimony

16      you're about to give in this matter to be

17      the truth?

18                  MR. KASH SNYDER:  I do.

19                  MR. SLONE:  Mr. Snyder, you've

20      got to speak up so we can all hear you,

21      okay?

22                  MR. KASH SNYDER:  All right.  I

23      -- I do.

24                  MR. SLONE:  Good, you're --

25      you're coming in strong and clear now.

6

1          MR. KASH SNYDER:  Okay.

2    EXAMINATION OF KASH SNYDER:

3    BY MR. SLONE

4          Q.  Okay, Mr. Snyder, when -- what

5          relationship do you have with U Lock Inc.?

6          A.  I worked there and I was a corporate

7          officer there since the beginning.

8          Q.  Okay.  And when -- when did the

9          company start?

10         A.  That would be 2015, July I believe.

11         Q.  Okay.  And who are the other

12         officers beside yourself?

13         A.  To the best of my recollection, and

14         this, this is -- this could be wrong, but I

15         don't remember ever writing down.  My

16         brother George, Christine Biros, John Biros,

17         and myself were officers or owners or -- I

18         mean, when I wrote things that I, to my

19         recollection, I started a bank account, I

20         think I wrote myself as the director.  And

21         the truth is, the only thing I ever remember

22         writing when I attached my name to something

23         was director.

24            So we were going to do an official

25         corporate structure or something like that,

7

1          but it was, you know, sort of treading water

2          for a few years, really at Christine's

3          direction, which was fine with me; and in

4          the end I think we were all four just going

5          to split that, you know, split the officer

6          roles or whatever.

7               Q.  Okay.

8               A.  I don't know where I ever ended up.

9          Vice president I believe I had been named as

10         being before.  But like I said, that, that,

11         I remember, I mean, I thought Christine

12         maybe was vice at one time also.  So that's

13         really unclear to me.  But I know that I

14         signed off personally on things as director.

15              Q.  What -- who are the shareholders of

16         the corporation?

17              A.  That would be myself, that would be

18         John, that would be Christine, that would be

19         George.  Then there is like minor

20         shareholders to my knowledge, and that's, I

21         don't know a whole lot about that end of it.

22          I -- I don't know about even the majority

23         shareholder end it very, very much, but I

24         know, like I said, the four of us were

25         always, you know, a big part of it.

8

1          Q.  Did the corporation have employees?

2          A.  No, we never had employees.  We

3     always had people helping us, but never

4     anything official or long-term or anything

5     like that.

6          Q.  Did you have 1099 workers, people

7     that you gave 1099 forms to?

8          A.  No, we never did that.

9          Q.  Never did?

10         A.  No, sir.

11         Q.  Now, you said you had people help

12    out, but they weren't paid then; is that

13    correct?

14         A.  Yeah, everyone, anyone who helped --

15    well, there was always -- Christine said to

16    pay people less than 600.  She said her

17    employees I guess for her machine business,

18    you know, that would -- that would help, you

19    know, they would -- I don't know what the

20    reason was.  I guess it was for, to keep

21    things simple.  But so it was limited hours

22    on people where, you know, I think the

23    number was, well, I'm almost positive the

24    number was $600 per year, everyone had to be

25    below that.

9

1          Q.  Okay, so you never issued any W-2's

2     or 1099's; is that correct?

3          A.  That's correct.

4          Q.  Did the corporation have an

5     accountant?

6          A.  No, we didn't.  We talked to one one

7     time, and it just, I think at the time I

8     think we were ahead of ourselves.  I didn't

9     get the go-ahead, well, U Lock didn't get

10     the go-ahead from Christine to go ahead and

11     file and put names on things.  And what we

12     were told at the time was that of course we

13     should file, but there's no harm because we

14     were operating at a loss, but we have to do

15     it.  That's what, I mean, that's what he

16     told us.

17     So we, you know, we didn't hire him, but

18     we just thought that the penalty on zero

19     dollars that we made would be zero, so we

20     were just relying on Christine to pull the

21     trigger on it, which we had to wait till,

22     they had a lawsuit going on or something

23     that we had to wait for.  So it was sort of

24     like --

25          Q.  Okay, the question was, did you have

10

1      an accountant; you answered no?

2          A.  I don't know.

3          Q.  Did the corporation ever file any

4      tax returns?

5          A.  No.

6          Q.  What would be the gross, on your

7      bankruptcy schedules for 2021 and 2020, I

8      believe the gross revenue for one year was

9      13,000, approximately 13,000, and for 2020

10     approximately 12,000.  Are those numbers

11     accurate?

12         A.  That's, I think that's very

13     accurate.  Anytime, it always seemed like a

14     thousand a month, is estimations.

15         Q.  Would that be consistent over the

16     life of the corporation?

17         A.  It was.

18         Q.  So the corporation you're saying

19     operated at a loss; is that correct?

20         A.  Yes.

21         Q.  Were the officers and insiders, that

22     would be the shareholders, given payments of

23     salary or anything else?

24         A.  No.  I would -- I would think more

25     I'm owed some money, but I don't know if

11

1      that's the time, the time and place for

2      that.

3           Q.  Did any of the officers or insiders

4      make loans to U Lock, give U Lock money?

5           A.  Yes.

6           Q.  Okay.

7           A.  That would be myself, that would be

8      George, John, Chris.  All of us put in money

9      through the years.

10          Q.  And did the corporation pay, pay

11     back any of these people that gave loans?

12          A.  Yes, U Lock did, and I don't know

13     the exact figures on that.  I know I got

14     repaid a decent amount last year.  Or no,

15     no, I'm sorry, two years ago.  But, you

16     know, the exact things, I would think maybe

17     send those questions towards George.  I can

18     hand him the phone if --

19          Q.  We're taking your testimony right

20     now.  I'm going to ask, now I had given a

21     list of items to George Snyder to, to bring

22     to me, and we'll add this:  Any money that

23     was paid to any of the insiders over the

24     last four years, I want something to show

25     that.

12

1          A.   Okay.   There is several -- there are

2     several documents Allen's paralegal just

3     emailed you before the meeting.

4          Q.   Yeah, I didn't get a chance to look

5     at that.

6          A.   Okay.

7          Q.   I have it in front of me here, and

8     it shows some.   But just give me, you know,

9     I'll -- this will be good, but get me the

10    other stuff, too.

11         A.   We will.

12         Q.   That's the information that was

13    requested at the 9/19, or I mean the meeting

14    of creditors, and the list was given to

15    George Snyder and also sent to Allen Roth.

16    So I need that information.   Start bringing

17    that together.

18    There was a 2021 Kubota that was sold, or

19    in 2021 the Kubota was sold for $45,000.

20    Now, that Kubota was owned by the

21    corporation; is that correct?

22         A.   That's correct.

23         Q.   Okay, now where did that money go?

24         A.   Back into U Lock, to my knowledge

25    was most of it.   Some went to myself, which

13

1          unfortunately went back to U Lock.  But

2          specifics on that, they're included in what

3          was just emailed to you.

4               Q.  Okay, I'll need -- I'll need that

5          information. And then there was a question

6          about some of that money was used to pay

7          real estate taxes. I need something to show

8          what real estate taxes were paid.

9               A.  Okay.  That will be in an email that

10         you -- that was sent to you.

11              Q.  You mean the stuff that was sent to

12         me this morning?

13              A.  Correct.

14              Q.  Okay.  It just says it's a

15         promissory note signed by George Snyder, but

16         I need the receipt from the tax claimed,

17         from the tax.  There, look, there was

18         something here that didn't come out.  Maybe

19         that's the receipt that I'm looking for.  So

20         I need the receipt to show the payment of

21         the real estate taxes.

22              A.  Okay, I believe it is in there, and

23         if it's fuzzy, it will be re-sent.  George

24         will get you that.  Anything, anything that

25         there's a gap in, we'll send.

14

1          Q.   Okay.  Very good.  Were there any

2     other sales of assets other than the --

3     other than in the ordinary course of

4     business that were made?

5          A.   Nothing to my knowledge.  John took

6     the company car back.  That wasn't sold.  He

7     already owned that.  There was that tractor.

8      I don't think any, any -- nothing else

9     comes to mind.  I think it's no.  I think

10     the answer would be a no.

11          Q.   Okay.  Did U Lock make any payments

12     to Mr. Roth for this bankruptcy?

13          A.   No.

14          Q.   Did anybody pay Mr. Roth for work on

15     this bankruptcy case?

16          A.   No.

17          Q.   Shanni Snyder filed a lawsuit in

18     Federal Court for, I guess it was for wages.

19      Are you familiar with that case?

20          A.   I know that it was filed, but I'm

21     not familiar.

22          Q.   Who made the decision on behalf of U

23     Lock not to participate in that case?

24          A.   I don't know.  I -- I felt like we

25     were all in the same situation; nobody was

15

1     going to get paid -- developed and making

2     money.  And to my knowledge everybody, I

3     mean, it seems like Biroses were happy that

4     she was doing that work.  George was -- I

5     mean, I was fine with it; George was fine

6     with it.  It was really not, you know, you

7     know, if -- if Christine was okay with

8     things, we were okay with things.

9         Q.  Well, why didn't you just agree to

10    make a payment to her?  She filed a lawsuit.

11     If you all agreed, why didn't you just make

12    arrangements to pay her or do something?

13        A.  I had no money.  Christine cut off

14    the money. And I've -- I've been less hands-

15    on the last couple years because, just, you

16    know, because of that.  So as far as, as far

17    as Shanni goes, it just, I mean, I didn't

18    even think she was -- I don't -- I don't

19    know.  I don't know that -- nothing

20    happened, so she wasn't going to be -- you

21    know, she was volunteering and then, you

22    know, money never came.  So I thought that

23    was understood.  But that was -- that's

24    between George; that's between Christine.

25        Q.  George filed a, in this, in the

16

1        bankruptcy, filed a wage claim for $99,000.

2        Are you familiar with that?

3            A.  No.  Well, we may have -- I did see

4        that on the schedule, but I'm not familiar

5        with details on that.

6            Q.  There was an order of Court entered

7        in the U Lock case dated 12/20/22 for the

8        sale of tangible and intangible assets.

9        Now, an appeal was taken the other day

10       appealing that order. Who authorized that

11       appeal being filed?

12           A.  I -- I'm not familiar.  That would

13       most likely be George.

14           Q.  Would you know what the basis of the

15       appeal is?

16           A.  Say that again, please?

17           Q.  Do you know what the basis of that

18       appeal is?

19           A.  No, I'm not -- I'm not familiar.

20           Q.  Do you know who would -- who paid

21       the filing fee for the appeal?

22           A.  I do not know.

23               MR. SLONE:  Okay, I'm going to

24       let the other, other parties ask you

25       questions at this point.  Who wants to go

17

 1        next?

 2                      MR. BURKLEY:  I will go.  This is

 3        Kirk Burkley.

 4                      MR. SLONE:  Okay, Mr. Burkley, go

 5        ahead.

 6                      MR. BURKLEY:  Thank you.

 7   EXAMINATION OF KASH SNYDER:

 8   BY MR. BURKLEY

 9        Q.  Mr. Snyder, I only have a few

10        questions for you here today.  But my first

11        question is, have you personally ever seen

12        written bylaws for U Lock?

13        A.  Not to my recollection.

14        Q.  Do you believe that any exist?

15        A.  I have to be honest, I'm iffy on

16        that because I just don't, I don't know.

17        Q.  Have you personally ever seen a

18        shareholder agreement for U Lock?

19        A.  I have not.

20        Q.  All right.  Same question, do you

21        believe that one exists?

22        A.  I do.

23        Q.  All right.  Why do you believe that?

24        A.  Because there were four of us in

25        there and we talked about percentages and

18

1      shares and things. But I could be wrong on

2      it, but I just, what I thought.

3          Q.  If one existed, who would be in

4      possession of it?

5          A.  That's a good question.  I don't

6      know. Maybe -- I don't know.  I'd just be

7      speculating.

8          Q.  All right, you testified previously

9      that you are in fact a shareholder of U

10     Lock; correct?

11         A.  I believe I am, yes, that is

12     correct.  That is what I testified.

13         Q.  And how many shares do you own?

14         A.  Oh, I believe it's in the millions,

15     like 4 million, but I think there's 100

16     million shares, so it amounts to not a lot.

17         Q.  Have you ever received a share, a

18     certificate for your shares?

19         A.  No, I have not.

20         Q.  Do you know if other shareholders

21     received certificates evidencing their

22     ownership?

23         A.  I don't know.

24         Q.  Who made the decision to issue 100

25     million shares for this corporation?

19

1          A.  I would think that would be, well,

2     George, Christine, John.  I don't know.

3     Between the three of them.  I'd say maybe

4     George or Christine would have to be who I

5     would think.

6          Q.  Do you know if George or Christine,

7     do you know if either one of them or

8     yourself received any advice from outside

9     individuals to issue the 100 million shares?

10          A.  I don't know.

11          Q.  Did you ever talk to anybody other

12     than Christine, John, or George about the

13     number of shares to be issued for U Lock?

14          A.  I did not.

15          Q.  You testified that you've been an

16     officer since the beginning, and I believe

17     you said that you were the vice president;

18     is that correct?

19          A.  My testimony was sort of that that's

20     ambiguous to me.  But I know I've signed

21     things as director, and that's the best I

22     could do with that.  I apologize.

23          Q.  Is George also a director?

24          A.  I have seen him do that before, so I

25     guess so. I've seen him sign the same way.

20

1      Q.  What were George's duties as an

2    officer and director?

3      A.  Well, I don't know the official

4    capacity, but we just always all worked.  I

5    mean, he lined up -- he sort of seemed like

6    he quarterbacked the work to cleaning up the

7    property, the getting rid of garbage,

8    getting rid of, you know, things that we

9    would recycle.  He would, you know, fix

10   things that needed fixed.  He would pay

11   workers.  Between him and John they would

12   pay workers.  And then sometimes he dealt

13   with tenants.  Not much when I was around a

14   lot.  The less I've been around, the more he

15   does that.

16     Q.  Did George have check-signing

17   authority?

18     A.  I don't think so.  I think that was

19   just me.

20     Q.  That was just you?  Okay.

21     A.  As far as the bank, it was only me,

22   but I would do online stuff.  Let me think.

23   George sort of, with, as far as the working

24   end of things go, he would -- he would meet

25   with Christine. I was there probably 90

21

1    percent of the time, but he was 100 percent

2    as far as meeting with her weekly.  With

3    John, that was almost daily. I'm sorry, I'm

4    like --

5         Q.  Where did the company bank?  Oh, go

6    ahead, sorry.

7         A.  Oh, that's okay.  Citizens.  I was

8    -- I was still going over George's duties.

9    Are we finished with that or, 'cause there

10    was, you know, the grass cutting, the

11    regular stuff that needs regular

12    maintenance.  But he did, you know, he

13    installed the roads and did the asphalt on

14    the property, a huge portion of the

15    property.  I mean, it might be almost half

16    the property.  But did electric work.

17         Q.  And how did --

18         A.  There was -- there were years of

19    work.

20         Q.  How did George's -- how did -- how

21    did his, if in fact they were different, how

22    did George's responsibilities and duties

23    differ from yours?

24         A.  Well, I'd say he was -- he was more

25    hands-on in maintenance and probably like a

22

1    better skill set than me as far as that

2    goes.  As far as dealing with John and

3    Christine, George really found the deal and

4    included them.  So, you know, once Christine

5    invested, I mean, she was, fair is fair, she

6    was the boss.  They sort of jumped whenever

7    she said something, even if we had to leave

8    U Lock to go to her house and, you know, she

9    had him do excavating at her house and we

10   just, I mean, he jumped, took machines in

11   there and we (Inaudible) there.  That's

12   just, you know, so he was with -- him and

13   her were -- I'd say it was like, say it was

14   me and George and her and John.  I'd say she

15   was the boss of her and John, that he was

16   the boss of me and him, but that's -- that's

17   nothing official, but I -- just that's the

18   way it went.

19        Q.  Did you ever have Board of Directors

20   meetings?

21        A.  Yeah, the -- the Wednesdays that we

22   would meet at their -- at their business,

23   that was -- that was U Lock-related every

24   time, so that was every Wednesday.  And John

25   and George saw each other daily.  They

23

1      typically would go to Arby's and they'd,

2      same thing, it was, you know -- I don't -- I

3      don't know if that was more fluff than

4      anything, but at the -- at the weekly

5      meetings, Caesar's Bar down in Turtle Creek

6      was the -- that's where we talked about U

7      Lock. And that was without exception every

8      Wednesday. And like I said, if I -- I might

9      have missed one or two in the years that we

10     did it.  And the only time I quit going was

11     when they filed a lawsuit, which was, I

12     think we found out about it like a day after

13     we met with them and we were like --

14          Q.   Mr. Snyder.

15          A.   They didn't say anything.

16          Q.   Mr. Snyder, if we -- if we can stay

17     on, on the questions.

18          A.   Yeah, sorry.

19          Q.   Did you consider -- did you consider

20     those to be Board of Directors meetings?

21          A.   Yeah, I could -- I could label them

22     that.

23          Q.   All right.  Did you keep minutes

24     from those meetings?  Did the company keep

25     minutes from those Board of Directors

24

1    meetings?

2         A.  No, but she would keep notes and --

3         Q.  Who is she?

4         A.  Oh, I'm sorry.  Christine Biros at

5    times would keep notes, and once in a while

6    we would, but it wasn't -- it wasn't like

7    your typical meeting.  I know John did

8    things on napkins at different restaurants

9    and things like that, but at the weekly

10   meetings at Caesar's --

11        Q.  Are --

12        A.  Anything, anything I have would be

13   maybe with my things that are still at U

14   Lock.

15        Q.  Okay, so I was just going to ask

16   you, are you in possession of any minutes

17   that were sent out after any Board of

18   Directors meeting?

19        A.  Yes.  But I'm not calling -- I mean,

20   minutes, but they're -- you're calling them

21   minutes, and I understand like it's, you

22   could sort of like label them that way, but

23   they're basically just notes or like a to-

24   do list.

25        Q.  Did you -- did you ever attend or

25

1      were notices ever sent out notifying

2      directors that there would be a Board of

3      Directors meeting, written notices?

4           A.   No.  It was -- it was sort of hush-

5      hush and it was, you know, Christine was

6      under investigation.  I think maybe the

7      whole family was; I'm not sure.  But there

8      was just, we sort of kept things just quiet,

9      but it was, I mean, it was -- what was going

10     on was just sort of day to day running the

11     business waiting to develop this property,

12     so --

13          Q.   Did you ever attend an annual

14     meeting of the shareholders?

15          A.   Nothing labeled that way.

16          Q.   Do you know if a notice was ever

17     sent out to all shareholders notifying them

18     of an annual meeting?

19          A.   I know that I never received one.  I

20     would have to assume no --

21          Q.   Okay.

22          A.   -- to the rest.

23          Q.   Have you ever seen or are you in

24     possession of minutes from a shareholders

25     meeting?

26

1      A.  No.

2      Q.  Did the company ever make

3   distributions to its shareholders or any

4   shareholder?

5      A.  There was no money to distribute.  I

6   know I personally never did.

7      Q.  Who all had -- you mentioned that

8   the bank account, that you would do most

9   things online. Who all had credentials to

10  sign on online to that bank account?  Or was

11  it just you?

12     A.  To my recollection, just me.

13     Q.  Mr. Slone asked you a question about

14  your counsel, Mr. Roth, and whether or not

15  you had paid him for this bankruptcy, and I

16  believe your answer was no, and he asked if

17  anyone had paid him and I believe your

18  answer is no.  So is it your understanding

19  as an officer of U Lock that Mr. Roth is

20  handling this matter for free?

21     A.  I never thought about it.  I would

22  think -- I don't -- I don't know how that

23  goes.  I really don't know.  I apologize.

24     Q.  Do you have any understanding of

25  whether or not he would be paid in the

27

1      future by U Lock or anyone else?

2           A.  I don't have any understanding of

3      that either.

4                MR. BURKLEY:  Okay, I don't have

5      any further questions.

6                MR. KASH SNYDER:  Thank you.

7                MR. SLONE:  Who, who else would

8      wish to ask some questions at this time?

9                MR. ZEBLEY:  Mr. Slone, this is

10     Zebley.  Can I -- I was getting back on from

11     the mute.  Could I ask a couple questions?

12                MR. SLONE:  Yes, sir.

13  EXAMINATION OF KASH SNYDER:

14  BY MR. ZEBLEY

15          Q.  Okay.  Mr. Snyder, I just want, this

16     is really kind of a follow-up or a different

17     variation of the questions you've just been

18     asked; but who is getting paid to give legal

19     advice in connection with the U Lock

20     bankruptcy?

21          A.  To my knowledge nobody has received

22     payment.

23          Q.  Who is going to get paid for giving

24     legal advice in connection with the U Lock

25     bankruptcy?

CONT 341 MEETING OF CREDITORS  -  1/17/2023

28

1          A.  From what I know, Attorney Roth will

2      get paid if it's approved by the Court.

3          Q.  If what is approved by the Court?

4          A.  The payment to him.

5              MR. ZEBLEY:  What, Attorney Roth,

6      can you shed light on that?

7              MR. ROTH:  Well, look, I believe

8      it's their intention to pay me at some

9      point, and so that's where we are; but I

10     have not been paid anything to this point.

11         Q.  (BY MR. ZEBLEY)  Back to you, Mr.

12     Snyder.  Is there an agreement with Attorney

13     Roth regarding payment?

14         A.  None that I know of.

15         Q.  And this approval again is by the

16     Court approving payment from U Lock assets?

17         A.  That's something I don't know.  I

18     think there's an hourly fee that is being

19     requested from the Court or, you know, to be

20     approved by the Court or something, and so I

21     don't know about that.

22         Q.  Well, who does know about this?

23         A.  I don't know, but I know I can't pay

24     and so --

25         Q.  That wasn't my question.  Who knows

29

1          about the arrangement with Mr. Roth?

2               A.   (Inaudible) knows about the

3          arrangement.  The Bankruptcy Court.

4               Q.   Pardon?

5               A.   The Bankruptcy Court would know.

6               Q.   Well, Mr. Roth just isn't doing this

7          on his own, is he?

8               A.   I believe he is.  He's stuck in it,

9          from what I gather.

10               Q.   And why is Mr. Roth stuck in this?

11               A.   It was because he was their

12          attorney.  That's something I don't know.

13               Q.   Who knows?

14               A.   I could give the phone to George

15          Snyder.  Maybe he does.

16                    MR. ZEBLEY:  That's -- Mr. Slone,

17          is that okay with you?

18                    MR. SLONE:  Yeah, we'll swear,

19          Mr. -- Mr. Snyder, George Snyder, you were

20          sworn in on 9/9/22 at the 341 Meeting.

21          You're still under oath.  Go ahead.

22                    MR. GEORGE SNYDER:  Okay.  I'm

23          not sure --

24     EXAMINATION OF GEORGE SNYDER:

25     BY MR. ZEBLEY

30

1        Q.   Mr. Snyder, have you heard my

2     questioning of -- this is Zebley -- have you

3     heard my questions directed to Mr. Kash

4     Snyder?

5        A.   Yes.

6        Q.   Who was authorized --

7        A.   Yes, I heard your question.  Pardon

8     me?

9        Q.   Okay, you heard those questions.

10     Can you shed some light on what --

11        A.   I'm not sure how much more light I

12     could shed on it.  But I believe Mr. Roth

13     filed notice with the Court, like his hourly

14     fee.  And we haven't paid him anything, and

15     I just, it's my understanding that if he --

16     if the Court -- that we're not allowed to

17     pay him anything. Everything has to go

18     through the Bankruptcy Court.  So it was my

19     understanding that he would, if the Court

20     approved it, then that's the only way he

21     would get paid for these services during

22     bankruptcy.

23        Q.   Is there an agreement with Mr. Roth?

24        A.   Well, I don't think we have a signed

25     agreement. I think it's just what the notice

31

1        at Court maybe he filed.

2            Q.  Well, who's authorizing Mr. Roth to

3        proceed?

4            A.  Well, I am.  We don't have any other

5        attorney and he's -- he's willing to do it.

6        I don't know that he's stuck doing it like

7        Kash said, but he -- he, you know, he filed

8        his appearance in this case and he's our

9        attorney, and so I authorized him to do

10        whatever he's doing.

11            Q.  So your testimony is, Mr. Snyder,

12        that any steps taken in this U Lock

13        bankruptcy or the Shanni Snyder bankruptcy,

14        you have authorized Mr. Roth to take?

15            A.  I didn't hear what you said about

16        Shanni.

17            Q.  Well, do you (Inaudible) Shanni

18        Snyder bankruptcy --

19                MR. JOYCE:  John, John Joyce.  I

20        just got here.  I was at a conference, so

21        I've jumped in for Beth Slaby.  Yeah, your

22        last question brought up Ms. Snyder's

23        bankruptcy, and there was no foundation or

24        anything about Roth, I mean, unless Roth has

25        filed something for U Lock in that case --

32

1          Q.  All right.

2                MR. JOYCE:  -- he's not involved.

3          Q.  Then drop Shanni Snyder from the

4     question.

5          A.  Okay, I authorized what Mr. -- Mr.

6     Roth has done up and to this point, and he

7     has to seek the money from the Court.

8          Q.  Everything that Mr. Roth has done?

9          A.  Yes.

10          Q.  And there is no writing that exists

11     that memorializes an agreement between you

12     and Mr. Roth, between U Lock and Mr. Roth?

13          A.  Yes, that he filed with the Court.

14     It's on the docket, I believe.

15          Q.  Okay.  And you'll get that docket

16     number to everybody; correct?

17          A.  Yeah, I'll make a note of that if

18     you'd like that.

19          Q.  Is there any other person that is

20     giving legal advice in connection with this

21     case to U --

22          A.  No.

23          Q.  -- to the U Lock shareholders?

24          A.  No.  Just me.

25          Q.  Just Mr. Roth?

33

1        A.   Yes.  I'm not sure if Christine or

2    any of the other shareholders are, but just,

3    I just know about me.  I don't know about

4    Christine or Mr. Otto.

5        Q.   And was the -- when Shanni Snyder

6    filed her lawsuit, was that referred to

7    anybody for legal advice?

8        A.   Well, I spoke with Mr. -- I spoke

9    with Mr. Roth about it, and it was, at that

10   time I think he said it would be a $10,000

11   case to defend.  So I -- I didn't want to

12   pay for that.

13       Q.   Mr. Roth wanted $10,000 up front to

14   defend it?

15       A.   I don't even think we got that far.

16   We -- I discussed it and he says it would be

17   a $10,000 case.  And he didn't -- he didn't

18   necessarily say up front.

19       Q.   All right.  The last question, and

20   this may -- I may be repeating it a little

21   bit and I apologize.

22       A.   Okay.

23       Q.   Under what circumstances will Mr.

24   Roth get paid in connection with this case,

25   this bankruptcy?

34

1          A.   It's my understanding that if the

2     Court approves his hourly legal fee that is

3     in the docket that I'll be sending you, if

4     the Court approves it and if there's money,

5     if U Lock has money, then I guess he could

6     have to, you know, he'd have to ask the

7     Court to pay him.  If they don't, then I

8     guess he would not get paid.

9          Q.   Where does your understanding come

10    from?

11         A.   What do you mean?

12         Q.   Well, you say you have an

13    understanding. You're not a lawyer.  I'm

14    just curious as to how you would --

15         A.   Right, I mean --

16         Q.   -- come to that conclusion?

17         A.   Yeah, you're asking me like for

18    legal advice, and I'm not a lawyer, so I'm

19    really not sure, but that's my

20    understanding.  I just know --

21         Q.   Why do you have that understanding?

22         A.   I just thought I knew he couldn't

23    get paid without the Court approval, 'cause

24    I was told by Mr. Slone and by the Judge

25    that like I'm not -- you know, that sort of

35

1          Mr. Slone's in charge of everything.  I

2     can't take the money from U Lock and pay who

3     I choose to pay.  So it would be up to the

4     Court, is what I thought.

5          Q.  Well, wouldn't Mr. -- wouldn't Mr.

6     Roth be the appropriate person to tell you?

7          A.  Yeah, we -- we've talked about it,

8     that's what I -- that's what I said earlier.

9      I'm not sure if maybe I wasn't clear.  But

10     that, that's what me and Mr. Roth discussed.

11          Q.  Okay, and he has said that he will

12     get paid out of the assets of U Lock?

13          A.  I'm not sure if this is -- Allen's

14     here.  You might want to ask him.  I'm not

15     sure if this is privileged between me and my

16     attorney to tell you what we discussed and

17     (Inaudible).

18          Q.  Well, actually this is U Lock.  The

19     privilege belongs to the Chapter 7 Trustee.

20     So I don't think that's an appropriate

21     objection.

22          A.  Okay, I mean, I think, I believe at

23     one point Mr. Roth told me that he'd have to

24     ask the Court for the -- for the money, and

25     he said if the Court approves it, then, you

36

1      know, they get to decide all payments, and

2      if they approve it, then he'll get paid.  If

3      they do not approve it, he won't get paid.

4      So I don't really have any other research

5      into that or knowledge of that other than

6      kind of what Mr. Roth and I talked about or

7      what I heard in court with the Judge.

8          Q.  Well, when did you and Mr. Roth talk

9      about this?

10         A.  Over the past several months.

11         Q.  Before or after U Lock's bankruptcy

12     started?

13         A.  Well, it would have been after.  I

14     would have had no knowledge of this.  I

15     would have had no knowledge of this

16     bankruptcy until it came, so it would have

17     been after.

18         Q.  And up till that point Mr. Roth was

19     working for free?

20         A.  Well, the bankruptcy --

21         Q.  No.

22         A.  The bankruptcy was involuntary, so

23     --

24         Q.  You've been doing work before the

25     bankruptcy?

CONT 341 MEETING OF CREDITORS  -  1/17/2023

37

1          A.  Oh, before the bankruptcy?

2          Q.  Yes, sir.

3          A.  Yeah, we -- we didn't pay him

4     anything pre-bankruptcy.

5          Q.  Because he had agreed to work for

6     free?

7          A.  No, it wasn't all free.  I think he

8     got paid during the -- in the beginning of

9     the Biros litigation.  I think that was

10    prior to -- I don't know if that was 2017.

11    2000 -- I think it was around 2017.  But

12    then after that --

13         Q.  What did --

14         A.  -- yeah, he didn't receive any

15    payments.

16         Q.  What did you pay him in 2000 -- what

17    did you pay him in 2017?

18         A.  I'm sorry?

19         Q.  What did you pay him in 2017?

20         A.  I think it was around $5,000.  I'd

21    have to check.

22         Q.  And is there a writing memorializing

23    the payment arrangement with Mr. Roth for

24    the work he had done pre-bankruptcy?

25         A.  No.

CONT 341 MEETING OF CREDITORS  -  1/17/2023

38

1           MR. ZEBLEY:  All right, Mr.

2      Slone, that's all the questions I have.

3           MR. SLONE:  Thank you.  Who

4      wishes to go next?

5           MR. GEORGE SNYDER:  Should I --

6      I'll hand the phone back to Kash.

7           MR. SLONE:  Okay.  Anyone else

8      wish to ask questions?  Mr. Joyce, Mr.

9      Kobeski?

10           MR. JOYCE:  No, Mr. Slone, we're

11      -- we don't have any questions.

12           MR. SLONE:  Okay.  If no one else

13      has a question, we can close the meeting at

14      this time.  Thanks, everybody, for

15      participating.

16           MR. KASH SNYDER:  Thank you all

17      as well.

18           MR. SLONE:  Thank you, bye. (341

19      Meeting concluded.)

20

21

22

23

24

25

39

1

2

3              C E R T I F I C A T E

4

5       I, Mary J. Carney, a Court Reporter and Notary

6  Public in and for the Commonwealth of Pennsylvania,

7  do hereby certify that the foregoing is a true and

8  correct transcription of the recorded proceedings of

9  the January 6, 2023, Continued 341 Meeting of

10  Creditors and constitutes a true record.

11

12  This 17th day of January, 2023.

13

14

15  _____

16            Notary Public

17

18

19

20

21

22

23

24

25

CONT 341 MEETING OF CREDITORS  -  1/17/2023

Page 40

**A**

account 6:19 26:8
26:10
accountant 9:5
10:1
accurate 10:11
10:13
add 11:22
advice 19:8 27:19
27:24 32:20
33:7 34:18
ago 11:15
agree 15:9
agreed 15:11
37:5
agreement 17:18
28:12 30:23,25
32:11
ahead 9:8,10 17:5
21:6 29:21
Allen 2:15 5:12
12:15
Allen's 12:2
35:13
allowed 30:16
ambiguous 19:20
amount 11:14
amounts 18:16
annual 25:13,18
answer 14:10
26:16,18
answered 10:1
anybody 14:14
19:11 33:7
Anytime 10:13
apologize 19:22
26:23 33:21
appeal 16:9,11,15
16:18,21
appealing 16:10
appearance 31:8
appropriate 35:6
35:20
approval 28:15
34:23

**B**

approve 36:2,3
approved 28:2,3
28:20 30:20
approves 34:2,4
35:25
approving 28:16
approximately
10:9,10
Arby's 23:1
arrangement
29:1,3 37:23
arrangements
15:12
asked 26:13,16
27:18
asking 34:17
asphalt 21:13
assets 14:2 16:8
28:16 35:12
assume 25:20
attached 6:22
attend 24:25
25:13
attorney 5:10
28:1,5,12 29:12
31:5,9 35:16
authority 20:17
authorized 16:10
30:6 31:9,14
32:5
authorizing 31:2

**B**

B 2:8,12
back 11:11 12:24
13:1 14:6 27:10
28:11 38:6
bank 6:19 20:21
21:5 26:8,10
bankruptcy 1:1,2
10:7 14:12,15
16:1 26:15
27:20,25 29:3,5
30:18,22 31:13
31:13,18,23

33:25 36:11,16
36:20,22,25
37:1
Bar 23:5
basically 24:23
basis 16:14,17
beginning 6:7
19:16 37:8
behalf 14:22
believe 6:10 7:9
10:8 13:22
17:14,21,23
18:11,14 19:16
26:16,17 28:7
29:8 30:12
32:14 35:22
belongs 35:19
best 6:13 19:21
Beth 2:13 4:20,22
31:21
better 22:1
big 7:25
Biros 2:11 5:2,3,5
6:16,16 24:4
37:9
Biroses 15:3
bit 33:21
Board 22:19
23:20,25 24:17
25:2
boss 22:6,15,16
bring 11:21
bringing 12:16
brother 6:16
brought 31:22
bunch 4:14
Burkley 2:8 3:5
4:24,25,25 5:6
17:2,3,4,6,8
27:4
business 8:17
14:4 22:22
25:11
bye 38:18
bylaws 17:12

**C**

C 39:3,3
Caesar's 23:5
24:10
call 4:1
calling 24:19,20
capacity 20:4
car 14:6
Carney 39:5
case 4:2,3,5 14:15
14:19,23 16:7
31:8,25 32:21
33:11,17,24
cause 21:9 34:23
certificate 18:18
certificates 18:21
certify 39:7
chance 12:4
Chapter 1:3 4:18
35:19
charge 35:1
Charles 2:4 4:17
check 37:21
check-signing
20:16
choose 35:3
Chris 11:8
Christine 2:11
5:2,3 6:16 7:11
7:18 8:15 9:10
9:20 15:7,13,24
19:2,4,6,12
20:25 22:3,4
24:4 25:5 33:1
33:4
Christine's 7:2
circumstances
33:23
Citizens 21:7
claim 16:1
claimed 13:16
cleaning 20:6
clear 5:25 35:9
close 38:13
come 13:18 34:9

34:16
comes 14:9
coming 5:25
Commonwealth
39:6
company 6:9
14:6 21:5 23:24
26:2
concluded 38:19
conclusion 34:16
conference 31:20
connection 27:19
27:24 32:20
33:24
consider 23:19,19
consistent 10:15
constitutes 39:10
continued 1:13
4:4 39:9
corporate 6:6,25
corporation 7:16
8:1 9:4 10:3,16
10:18 11:10
12:21 18:25
correct 5:6 8:13
9:2,3 10:19
12:21,22 13:13
18:10,12 19:18
32:16 39:8
counsel 26:14
couple 15:15
27:11
course 9:12 14:3
court 1:1 14:18
16:6 28:2,3,16
28:19,20 29:3,5
31:1 32:7,13
34:2,4,7,23 35:4
35:24,25 36:7
39:5
credentials 26:9
creditors 1:13 4:2
4:4,5,14 12:14
39:10

Case 22-20823-GLT   Doc 337-2   Filed 02/24/23   Entered 02/24/23 09:32:45   Desc
Exhibit B   Page 42 of 46
CONT 341 MEETING OF CREDITORS  -  1/17/2023

Page  41

Creek 23:5
curious 34:14
cut 15:13
cutting 21:10

**D**

daily 21:3 22:25
dated 16:7
day 16:9 23:12
   25:10,10 39:12
deal 22:3
dealing 22:2
dealt 20:12
Debtor 1:8
decent 11:14
decide 36:1
decision 14:22
   18:24
defend 33:11,14
details 16:5
develop 25:11
developed 15:1
differ 21:23
different 21:21
   24:8 27:16
directed 30:3
direction 7:3
director 6:20,23
   7:14 19:21,23
   20:2
directors 22:19
   23:20,25 24:18
   25:2,3
discussed 33:16
   35:10,16
distribute 26:5
distributions
   26:3
DISTRICT 1:1
docket 32:14,15
   34:3
documents 12:2
doing 15:4 29:6
   31:6,10 36:24
dollars 9:19

drop 32:3
duties 20:1 21:8
   21:22

**E**

E 39:3,3
earlier 35:8
either 19:7 27:3
electric 21:16
email 13:9
emailed 12:3 13:3
employees 8:1,2
   8:17
ended 7:8
entered 16:6
Esquire 2:3,4,8,9
   2:10,12,13,14
   2:15
estate 13:7,8,21
estimations 10:14
everybody 15:2
   32:16 38:14
evidencing 18:21
exact 11:13,16
EXAMINATI...
   3:4,5,6,7 6:2
   17:7 27:13
   29:24
excavating 22:9
exception 23:7
EXHIBITS 3:10
exist 17:14
existed 18:3
exists 17:21 32:10

**F**

F 39:3
fact 18:9 21:21
fair 22:5,5
familiar 14:19,21
   16:2,4,12,19
family 25:7
far 15:16,16
   20:21,23 21:2
   22:1,2 33:15

Federal 14:18
fee 16:21 28:18
   30:14 34:2
felt 14:24
figures 11:13
file 9:11,13 10:3
filed 14:17,20
   15:10,25 16:1
   16:11 23:11
   30:13 31:1,7,25
   32:13 33:6
filing 16:21
fine 7:3 15:5,5
finished 21:9
first 17:10
fix 20:9
fixed 20:10
fluff 23:3
follow-up 27:16
foregoing 39:7
forms 8:7
found 22:3 23:12
foundation 31:23
four 7:4,24 11:24
   17:24
free 26:20 36:19
   37:6,7
front 12:7 33:13
   33:18
further 27:5
future 27:1
fuzzy 13:23

**G**

gap 13:25
garbage 20:7
gather 29:9
George 2:7 3:7
   5:7,9 6:16 7:19
   11:8,17,21
   12:15 13:15,23
   15:4,5,24,25
   16:13 19:2,4,6
   19:12,23 20:16
   20:23 22:3,14

22:25 29:14,19
   29:22,24 38:5
George's 20:1
   21:8,20,22
getting 20:7,8
   27:10,18
give 5:16 11:4
   12:8 27:18
   29:14
given 10:22 11:20
   12:14
giving 27:23
   32:20
go 9:10 12:23
   16:25 17:2,4
   20:24 21:5 22:8
   23:1 29:21
   30:17 38:4
go-ahead 9:9,10
goes 15:17 22:2
   26:23
going 4:14 6:24
   7:4 9:22 11:20
   15:1,20 16:23
   21:8 23:10
   24:15 25:9
   27:23
good 5:24 12:9
   14:1 18:5
grass 21:10
gross 10:6,8
guess 8:17,20
   14:18 19:25
   34:5,8

**H**

H 2:3
half 21:15
hand 5:15 11:18
   38:6
handling 26:20
hands- 15:14
hands-on 21:25
happened 15:20
happy 15:3

harm 9:13
he'll 36:2
hear 4:13 5:20
   31:15
heard 30:1,3,7,9
   36:7
held 4:6
help 8:11,18
helped 8:14
helping 8:3
hire 9:17
honest 17:15
hourly 28:18
   30:13 34:2
hours 8:21
house 22:8,9
huge 21:14
hush 25:5
hush- 25:4

**I**

iffy 17:15
Inaudible 22:11
   29:2 31:17
   35:17
included 13:2
   22:4
INDEX 3:1
individuals 19:9
information
   12:12,16 13:5
insiders 10:21
   11:3,23
installed 21:13
intangible 16:8
intention 28:8
interim 4:7
INTRODUCED
   3:10
invested 22:5
investigation
   25:6
involuntary
   36:22
involved 32:2

Case 22-20823-GLT    Doc 337-2    Filed 02/24/23    Entered 02/24/23 09:32:45    Desc
Exhibit B    Page 43 of 46
CONT 341 MEETING OF CREDITORS  -  1/17/2023

Page 42

**issue** 18:24 19:9
**issued** 9:1 19:13
**items** 11:21

**J**

**J** 2:14,15 39:5
**January** 1:14
   39:9,12
**Jeremy** 2:14 4:21
   4:23
**John** 2:12 6:16
   7:18 11:8 14:5
   19:2,12 20:11
   21:3 22:2,14,15
   22:24 24:7
   31:19,19
**Joyce** 2:12 31:19
   31:19 32:2 38:8
   38:10
**Jr** 2:4
**Judge** 34:24 36:7
**July** 6:10
**jumped** 22:6,10
   31:21

**K**

**Kash** 2:6 3:4,5,6
   4:9,9,11 5:13,18
   5:22 6:1,2 17:7
   27:6,13 30:3
   31:7 38:6,16
**keep** 8:20 23:23
   23:24 24:2,5
**kept** 25:8
**kind** 27:16 36:6
**Kirk** 2:8 4:25
   17:3
**knew** 34:22
**know** 7:1,5,8,13
   7:21,22,24,25
   8:18,19,19,22
   9:17 10:2,25
   11:12,13,16
   12:8 14:20,24
   15:6,7,16,19,19

15:21,22 16:14
   16:17,20,22
   17:16 18:6,6,20
   18:23 19:2,6,7
   19:10,20 20:3,8
   20:9 21:10,12
   22:4,8,12 23:2,3
   24:7 25:5,16,19
   26:6,22,23 28:1
   28:14,17,19,21
   28:22,23,23
   29:5,12 31:6,7
   33:3,3 34:6,20
   34:25 36:1
   37:10
**knowledge** 7:20
   12:24 14:5 15:2
   27:21 36:5,14
   36:15
**knows** 28:25 29:2
   29:13
**Kobeski** 2:14
   4:23 38:9
**Kubota** 12:18,19
   12:20

**L**

**L** 2:13
**label** 23:21 24:22
**labeled** 25:15
**lawsuit** 9:22
   14:17 15:10
   23:11 33:6
**lawyer** 34:13,18
**leave** 22:7
**legal** 27:18,24
   32:20 33:7 34:2
   34:18
**life** 10:16
**light** 28:6 30:10
   30:11
**limited** 8:21
**lined** 20:5
**list** 11:21 12:14
   24:24

**litigation** 37:9
**little** 33:20
**loans** 11:4,11
**Lock** 1:7 4:3,5
   5:11 6:5 9:9
   11:4,4,12 12:24
   13:1 14:11,23
   16:7 17:12,18
   18:10 19:13
   22:8 23:7 24:14
   26:19 27:1,19
   27:24 28:16
   31:12,25 32:12
   32:23 34:5 35:2
   35:12,18
**Lock's** 36:11
**Lock-related**
   22:23
**long-term** 8:4
**look** 12:4 13:17
   28:7
**looking** 13:19
**loss** 9:14 10:19
**lot** 7:21 18:16
   20:14

**M**

**machine** 8:17
**machines** 22:10
**maintenance**
   21:12,25
**majority** 7:22
**making** 15:1
**Mary** 39:5
**matter** 5:16
   26:20
**mean** 6:18 7:11
   9:15 12:13
   13:11 15:3,5,17
   20:5 21:15 22:5
   22:10 24:19
   25:9 31:24
   34:11,15 35:22
**meet** 20:24 22:22
**meeting** 1:13 4:2

4:4,5 12:3,13
   21:2 24:7,18
   25:3,14,18,25
   29:20 38:13,19
   39:9
**meetings** 22:20
   23:5,20,24 24:1
   24:10
**memorializes**
   32:11
**memorializing**
   37:22
**mentioned** 26:7
**met** 23:13
**million** 18:15,16
   18:25 19:9
**millions** 18:14
**mind** 14:9
**minor** 7:19
**minutes** 23:23,25
   24:16,20,21
   25:24
**missed** 23:9
**money** 10:25 11:4
   11:8,22 12:23
   13:6 15:2,13,14
   15:22 26:5 32:7
   34:4,5 35:2,24
**month** 10:14
**months** 36:10
**morning** 13:12
**mute** 27:11

**N**

**name** 4:15 6:22
**named** 7:9
**names** 9:11
**napkins** 24:8
**necessarily** 33:18
**need** 12:16 13:4,4
   13:7,16,20
**needed** 20:10
**needs** 21:11
**never** 8:2,3,8,9
   9:1 15:22 25:19

26:6,21
**Notary** 39:5,15
**note** 13:15 32:17
**notes** 24:2,5,23
**notice** 25:16
   30:13,25
**notices** 25:1,3
**notifying** 25:1,17
**number** 8:23,24
   19:13 32:16
**numbers** 10:10

**O**

**O** 2:4
**oath** 29:21
**objection** 35:21
**officer** 6:7 7:5
   19:16 20:2
   26:19
**officers** 6:12,17
   10:21 11:3
**official** 6:24 8:4
   20:3 22:17
**Oh** 18:14 21:5,7
   24:4 37:1
**okay** 4:12,20,24
   5:10,13,21 6:1,4
   6:8,11 7:7 9:1
   9:25 11:6 12:1
   12:6,23 13:4,9
   13:14,22 14:1
   14:11 15:7,8
   16:23 17:4
   20:20 21:7
   24:15 25:21
   27:4,15 29:17
   29:22 30:9 32:5
   32:15 33:22
   35:11,22 38:7
   38:12
**once** 22:4 24:5
**online** 20:22 26:9
   26:10
**operated** 10:19
**operating** 9:14

Case 22-20823-GLT   Doc 337-2   Filed 02/24/23   Entered 02/24/23 09:32:45   Desc
Exhibit B   Page 44 of 46
CONT 341 MEETING OF CREDITORS  -  1/17/2023

Page  43

order 16:6,10
ordinary 14:3
original 4:5
Otto 2:10 5:1
    33:4
outside 19:8
owed 10:25
owned 12:20 14:7
owners 6:17
ownership 18:22

― P ―
PAGE 3:4,5,6,7
paid 8:12 11:23
    13:8 15:1 16:20
    26:15,17,25
    27:18,23 28:2
    28:10 30:14,21
    33:24 34:8,23
    35:12 36:2,3
    37:8
paralegal 12:2
Pardon 29:4 30:7
part 7:25
participate 14:23
participating
    38:15
parties 16:24
pay 8:16 11:10,10
    13:6 14:14
    15:12 20:10,12
    28:8,23 30:17
    33:12 34:7 35:2
    35:3 37:3,16,17
    37:19
payment 13:20
    15:10 27:22
    28:4,13,16
    37:23
payments 10:22
    14:11 36:1
    37:15
penalty 9:18
Pennsylvania 1:1
    39:6

people 8:3,6,11
    8:16,22 11:11
percent 21:1,1
percentages
    17:25
person 32:19
    35:6
personally 7:14
    17:11,17 26:6
phone 11:18
    29:14 38:6
place 11:1
please 5:14 16:16
point 16:25 28:9
    28:10 32:6
    35:23 36:18
portion 21:14
positive 8:23
possession 18:4
    24:16 25:24
pre-bankruptcy
    37:4,24
present 2:1 4:10
    4:11,14 5:4,8,9
president 7:9
    19:17
previously 18:8
prior 37:10
privilege 35:19
privileged 35:15
probably 20:25
    21:25
proceed 31:3
proceedings 1:12
    39:8
promissory 13:15
property 20:7
    21:14,15,16
    25:11
Public 39:6,15
pull 9:20
put 4:15 9:11
    11:8

― Q ―

quarterbacked
    20:6
question 9:25
    13:5 17:11,20
    18:5 26:13
    28:25 30:7
    31:22 32:4
    33:19 38:13
questioning 30:2
questions 11:17
    16:25 17:10
    23:17 27:5,8,11
    27:17 30:3,9
    38:2,8,11
quiet 25:8
quit 23:10

― R ―
R 39:3
raise 5:14
re-sent 13:23
real 13:7,8,21
really 7:2,13 15:6
    22:3 26:23
    27:16 34:19
    36:4
reason 8:20
receipt 13:16,19
    13:20
receive 37:14
received 18:17,21
    19:8 25:19
    27:21
recollection 6:13
    6:19 17:13
    26:12
record 4:15 39:10
recorded 1:12
    39:8
recycle 20:9
referred 33:6
regarding 28:13
regular 21:11,11
relationship 6:5
relying 9:20

remember 6:15
    6:21 7:11
repaid 11:14
repeating 33:20
Reporter 39:5
requested 12:13
    28:19
research 36:4
responsibilities
    21:22
rest 25:22
restaurants 24:8
returns 10:4
revenue 10:8
rid 20:7,8
right 5:14,22
    11:19 17:20,23
    18:8 23:23 32:1
    33:19 34:15
    38:1
roads 21:13
Robert 2:3 4:6
roles 7:6
Roth 2:15 5:12
    5:12 12:15
    14:12,14 26:14
    26:19 28:1,5,7
    28:13 29:1,6,10
    30:12,23 31:2
    31:14,24,24
    32:6,8,12,12,25
    33:9,13,24 35:6
    35:10,23 36:6,8
    36:18 37:23
running 25:10

― S ―
salary 10:23
sale 16:8
sales 14:2
Sarah 2:9 5:1
saw 22:25
saying 10:18
says 13:14 33:16
schedule 16:4

scheduled 4:8
schedules 10:7
see 16:3
seek 32:7
seen 17:11,17
    19:24,25 25:23
send 11:17 13:25
sending 34:3
sent 12:15 13:10
    13:11 24:17
    25:1,17
September 4:6
services 30:21
set 22:1
Shanni 2:5 4:18
    4:23 14:17
    15:17 31:13,16
    31:17 32:3 33:5
share 18:17
shareholder 7:23
    17:18 18:9 26:4
shareholders
    7:15,20 10:22
    18:20 25:14,17
    25:24 26:3
    32:23 33:2
shares 18:1,13,16
    18:18,25 19:9
    19:13
shed 28:6 30:10
    30:12
show 11:24 13:7
    13:20
shows 12:8
sign 19:25 26:10
signed 7:14 13:15
    19:20 30:24
simple 8:21
sir 8:10 27:12
    37:2
situation 14:25
skill 22:1
Slaby 2:13 4:22
    4:22 31:21
Slone 2:3 3:4 4:1

Case 22-20823-GLT   Doc 337-2   Filed 02/24/23   Entered 02/24/23 09:32:45   Desc
Exhibit B   Page 45 of 46
CONT 341 MEETING OF CREDITORS  -  1/17/2023

Page  44

4:6,12,20,24 5:3
5:7,10,13,19,24
6:3 16:23 17:4
26:13 27:7,9,12
29:16,18 34:24
38:2,3,7,10,12
38:18
**Slone's** 35:1
**Snyder** 2:5,6,7
3:4,5,6,7 4:9,9
4:11,19,23 5:7,9
5:14,14,18,19
5:22 6:1,2,4
11:21 12:15
13:15 14:17
17:7,9 23:14,16
27:6,13,15
28:12 29:15,19
29:19,22,24
30:1,4 31:11,13
31:18 32:3 33:5
38:5,16
**Snyder's** 31:22
**sold** 12:18,19
14:6
**sorry** 11:15 21:3
21:6 23:18 24:4
37:18
**sort** 7:1 9:23
19:19 20:5,23
22:6 24:22 25:4
25:8,10 34:25
**speak** 4:13 5:20
**specifically** 4:8
**specifics** 13:2
**speculating** 18:7
**split** 7:5,5
**spoke** 33:8,8
**start** 6:9 12:16
**started** 6:19
36:12
**starting** 4:16
**States** 1:1 2:3
**stay** 23:16
**steps** 31:12

**strong** 5:25
**structure** 6:25
**stuck** 29:8,10
31:6
**stuff** 12:10 13:11
20:22 21:11
**sure** 25:7 29:23
30:11 33:1
34:19 35:9,13
35:15
**swear** 5:15 29:18
**sworn** 29:20

_____

**T**
**T** 39:3,3
**take** 31:14 35:2
**taken** 16:9 31:12
**talk** 19:11 36:8
**talked** 9:6 17:25
23:6 35:7 36:6
**tangible** 16:8
**tax** 10:4 13:16,17
**taxes** 13:7,8,21
**tell** 35:6,16
**tenants** 20:13
**testified** 18:8,12
19:15
**testimony** 4:9
5:15 11:19
19:19 31:11
**Thank** 17:6 27:6
38:3,16,18
**Thanks** 38:14
**they'd** 23:1
**thing** 6:21 23:2
**things** 6:18 7:14
8:21 9:11 11:16
15:8,8 18:1
19:21 20:8,10
20:24 24:8,9,13
25:8 26:9
**think** 6:20 7:4
8:22 9:7,8
10:12,24 11:16
14:8,9,9 15:18

18:15 19:1,5
20:18,18,22
23:12 25:6
26:22 28:18
30:24,25 33:10
33:15 35:20,22
37:7,9,11,20
**thought** 7:11
9:18 15:22 18:2
26:21 34:22
35:4
**thousand** 10:14
**three** 19:3
**till** 9:21 36:18
**time** 4:4 7:12 9:7
9:7,12 11:1,1
21:1 22:24
23:10 27:8
33:10 38:14
**times** 24:5
**to-** 24:23
**today** 17:10
**told** 9:12,16
34:24 35:23
**tractor** 14:7
**TRANSCRIPT**
1:12
**transcription**
39:8
**treading** 7:1
**trigger** 9:21
**true** 39:7,10
**Trustee** 2:3,4 4:7
4:18 35:19
**truth** 5:17 6:21
**Turtle** 23:5
**two** 11:15 23:9
**typical** 24:7
**typically** 23:1

_____

**U**
**U** 1:7 4:3,5 5:11
6:5 9:9 11:4,4
11:12 12:24
13:1 14:11,22

16:7 17:12,18
18:9 19:13 22:8
22:23 23:6
24:13 26:19
27:1,19,24
28:16 31:12,25
32:12,21,23
34:5 35:2,12,18
36:11
**unclear** 7:13
**understand** 24:21
**understanding**
26:18,24 27:2
30:15,19 34:1,9
34:13,20,21
**understood** 15:23
**unfortunately**
13:1
**United** 1:1 2:3

_____

**V**
**variation** 27:17
**vice** 7:9,12 19:17
**volunteering**
15:21

_____

**W**
**W-2's** 9:1
**wage** 16:1
**wages** 14:18
**wait** 9:21,23
**waiting** 25:11
**want** 11:24 27:15
33:11 35:14
**wanted** 33:13
**wants** 16:25
**wasn't** 14:6 15:20
24:6,6 28:25
35:9 37:7
**water** 7:1
**way** 19:25 22:18
24:22 25:15
30:20
**we'll** 11:22 13:25
29:18

**we're** 11:19 30:16
38:10
**we've** 35:7
**Wednesday**
22:24 23:8
**Wednesdays**
22:21
**weekly** 21:2 23:4
24:9
**Wenrich** 2:9 5:1
**went** 12:25 13:1
22:18
**weren't** 8:12
**WESTERN** 1:1
**William** 2:10 5:1
**willing** 31:5
**wish** 27:8 38:8
**wishes** 38:4
**work** 14:14 15:4
20:6 21:16,19
36:24 37:5,24
**worked** 6:6 20:4
**workers** 8:6
20:11,12
**working** 20:23
36:19
**wouldn't** 35:5,5
**writing** 6:15,22
32:10 37:22
**written** 17:12
25:3
**wrong** 6:14 18:1
**wrote** 6:18,20

_____

**X**

_____

**Y**
**yeah** 8:14 12:4
22:21 23:18,21
29:18 31:21
32:17 34:17
35:7 37:3,14
**year** 8:24 10:8
11:14
**years** 7:2 11:9,15

CONT 341 MEETING OF CREDITORS  -  1/17/2023

11:24 15:15
21:18 23:9

**Z**

**Zebley** 2:4 3:6,7
4:16,16,17,18
27:9,10,14 28:5
28:11 29:16,25
30:2 38:1
**zero** 9:18,19

**0**

**1**

**10,000** 33:10,13
33:17
**100** 18:15,24 19:9
21:1
**1099** 8:6,7
**1099's** 9:2
**12,000** 10:10
**12/20/22** 16:7
**13,000** 10:9,9
**16** 3:5
**17th** 39:12

**2**

**2000** 37:11,16
**2015** 6:10
**2017** 37:10,11,17
37:19
**2020** 10:7,9
**2021** 10:7 12:18
12:19
**2022** 4:6
**2023** 1:14 39:9,12
**22-20823-GLT**
1:2 4:3
**25** 3:6
**27** 3:7

**3**

**341** 1:13 29:20
38:18 39:9

**4**

**4** 18:15
**45,000** 12:19

**5**

**5** 3:4
**5,000** 37:20

**6**

**6** 1:14 39:9
**600** 8:16,24

**7**

**7** 1:3 4:18 35:19

**8**

**9**

**9** 4:6
**9/19** 12:13
**9/9/22** 29:20
**90** 20:25
**99,000** 16:1