# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>U LOCK INC,<br><br>      Debtor. | Bankruptcy No. 22-20823<br><br>Chapter 7 |
| CHRISTINE BIROS,<br><br>      Movant,<br><br>      v.<br><br>GEORGE SNYDER,<br><br>      Respondent. | Related Doc. No.: |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2023, upon consideration of the foregoing *OBJECTION TO CLAIM NUMBER 5 FILED BY GEORGE SNYDER* (the "Objection"), it is hereby ORDERED that the Claim is DISALLOWED and EXPUNGED.

_____
Hon. Gregory L. Taddonio
United States Chief Bankruptcy Judge