# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>U LOCK INC,<br><br>                Debtor. | Bankruptcy No. 22-20823<br><br>Chapter 7 |
| CHRISTINE BIROS,<br><br>                Movant,<br><br>                v.<br><br>GEORGE SNYDER,<br><br>                Respondent. | Related Doc. No.: |

**CERTIFICATE OF SERVICE OF THE OBJECTION TO CLAIM NUMBER 1 FILED BY SHANNI SNYDER AND THE NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING OBJECTION TO CLAIM NUMBER 1 FILED BY SHANNI SNYDER**

      I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 24, 2023.

      The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail, electronic notification.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

| | |
|---|---|
| U LOCK INC<br>14140 U.S. Route 30<br>N. Huntingdon, PA 15642 | J. Allen Roth<br>805 S Alexandria Street<br>Latrobe, PA 15650 |

| Shanni Snyder<br>14390 Route 30<br>Unit H<br>North Huntingdon, PA 15642 | David L. Fuchs<br>Fuchs Law Office, LLC<br>554 Washington Ave., First Floor<br>Carnegie, PA 15106 |
|---|---|
| Robert H. Slone, Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |

Dated: February 24, 2023    BERNSTEIN-BURKLEY, P.C.

By: */s/ Robert S. Bernstein*
Robert S. Bernstein (PA ID No. 34308)
Lara S. Martin (PA ID No. 307272)
601 Grant Street, Floor 9
Pittsburgh, PA 15219
Telephone: (412) 456-8100
Facsimile: (412) 456-8135
rbernstein@bernsteinlaw.com
lmartin@bernsteinlaw.com

*Counsel for Christine Biros*