## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>U LOCK INC.,<br>       Debtor.<br><br>CHRISTINE BIROS,<br>    Movant,<br><br>v.<br><br>U LOCK INC., ROBERT SLONE, as Chapter 7 Trustee for the Debtor,<br>    Respondents. | Bankruptcy No. 22-20823-GLT<br><br>Chapter 7<br><br><br><br>Related Doc. No. |

### ORDER GRANTING CHRISTINE BIROS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(b)(1) AND/OR FOR PAYMENT OF ADEQUATE PROTECTION

AND NOW, this ___ day of _____, 2023, upon due consideration of the *Amended Motion for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)...* (the "Motion"), filed by Christine Biros ("Biros"), it is hereby

ORDERED, ADJUDGED and DECREED that:

1) The Motion is GRANTED;

2) Biros is granted an allowed administrative expense pursuant to 11 U.S.C. § 503(b)(1) or award of adequate protection in the amount of $63,000.00 (the "Allowed Amount"); and

3) The Trustee is directed to pay the Allowed Amount from funds in the Debtor's estate promptly after entry of this Order.

                             BY THE COURT:

                             _____
                             Gregory L. Taddonio
                             Chief United States Bankruptcy Judge