# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>U LOCK INC.,<br><br>    Debtor.<br>――――――――――<br>CHRISTINE BIROS,<br><br>    Movant,<br><br>v.<br><br>U LOCK INC., Debtor, and ROBERT H. SLONE, Chapter 7 Trustee for the Debtor,<br><br>    Respondents. | Bankruptcy No. 22-20823-GLT<br><br>Chapter 7<br><br><br><br>Related Doc. Nos.: 344 |

**CERTIFICATE OF SERVICE OF CHRISTINE BIROS' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(b)(1) AND/OR FOR PAYMENT OF ADEQUATE PROTECTION (Doc. No.: 344)**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 1, 2023.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail, electronic notification.

    Service via First-Class Mail upon the attached creditor matrix

Dated: March 1, 2023                    BERNSTEIN-BURKLEY, P.C.

                        By: */s/ Robert S. Bernstein*
                            Robert S. Bernstein (PA ID No. 34308)
                            601 Grant Street, Floor 9
                            Pittsburgh, PA 15219
                            Telephone: (412) 456-8108
                            Facsimile: (412) 456-8135
                            rbernstein@bernsteinlaw.com
                            *Counsel for Christine Biros*