| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 22-20823-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Mar  1 15:46:44 EST 2023 | U LOCK INC<br>14140 U.S. Route 30<br>N. Huntingdon, PA 15642-1068 | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| 11585274 Canada Inc<br>663 Ave Orly<br>Durval QC  H9P1G1 Canada,  H9P1G1 | Christine Biros<br>435 Millers<br>Pittsburgh, PA 15239-1754 | Christine Biros<br>435 Millers Lane<br>Pittsburgh, PA 15239-1754 |
| Christine Biros<br>435 Millers Road<br>Pittsburgh, PA 15239-1754 | Christine Biros<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | David Perla<br>550 Beatty Drive<br>Irwin, PA 15642 |
| Denny & John Dull<br>120 Kline Avenue<br>North Versailles, PA 15137-1126 | Fred Banks<br>52 S 8th<br>Pittsburgh, PA 15203-1030 | Gary Cheripka<br>123 Catskill Avenue<br>Pittsburgh, PA 15227-3007 |
| George Snyder<br>Box 15<br>Irwin, PA 15642-0015 | Glenn Mowry<br>524 8th Street<br>Irwin, PA 15642-3642 | INW<br>800 E Wishkah Street #1003<br>Aberdeen, WA 98520-2915 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JAR Coal Company<br>1985 Lincoln Way<br>STE 23-333<br>White Oak, PA 15131-2418 | James Clawson<br>2437 Saunders Station Road<br>Monroeville, PA 15146-4451 |
| Jeffrey Shaw<br>140 Carriage Drive<br>Irwin, PA 15642-2735 | Jennifer Verrico<br>16 Goldstrom Avenue<br>Dravosburg, PA 15034-1055 | Lara S. Martin<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 |
| Lara S. Martin<br>Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Mark Mycka<br>5148 Peach Street #401<br>Erie, PA 16509-2475 | Mark Myka<br>5148 Peach St 401<br>Erie, PA 16509-2475 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PA Turnpike Toll by Plate<br>PO Box 645631<br>Irwin, PA 15642 | Peters Painting<br>14354 Overholt Drive<br>Irwin, PA 15642-1230 |
| R J Abreu<br>39 1/2 Wedgewood Drive 1009<br>Jewett City, CT 06351-2439 | R Woodall<br>Apartado 10199<br>San Jose  Costa Rica,  00000 | RSS Attn: Bawani<br>5307 Victoria Drive #185<br>Vancouver BC  CANADA,  V5P3V6 |

| | | |
|---|---|---|
| Ricoberto Negrete Galeno<br>3048 Norland Street<br>Carnegie, PA 15106-1136 | Sara Stumme<br>2705 Bowman Avenue<br>McKeesport, PA 15132-3205 | Sarah E. Wenrich<br>Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 |
| Sarah E. Wenrich<br>Bernstein-Burkley, P.C.<br>601 Grant Street, Floor 9<br>Pittsburgh, PA 15219-4430 | Shanni Snyder<br>14390 Route 30<br>Irwin, PA 15642-1050 | Shanni Snyder<br>14390 Route 30<br>N Huntingdon, PA 15642-1050 |
| Shanni Snyder and/or Trustee of the Shanni S<br>14390 Route 30<br>Irwin, PA 15642-1050 | Sharon McCance<br>PO Box 185<br>Irwin, PA 15642-0185 | Shelly & Ben Chabande<br>799 Brownstone Road<br>Larimer, PA 15647-9706 |
| Stephen Chapas<br>273 Shasta Drive<br>Pittsburgh, PA 15239-3923 | Terry Noll<br>1257 Colt<br>Irwin, PA 15642-1879 | Tony Davis<br>6 Liberty Square<br>Boston, MA 02109-5800 |
| United Steelworkers<br>Attn James Hill<br>386 Toura Drive<br>Pittsburgh, PA 15236-4511 | West Penn Power<br>76 South Main Street<br>Akron, OH 44308-1817 | Westmoreland County Tax Claim Bureau<br>2 North Main Street<br>Ste 109<br>Greensburg, PA 15601-2405 |
| Christine Biros<br>c/o Bernstein-Burkley, P.C.<br>Sarah E. Wenrich<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Eric E. Bononi<br>20 N. Pennsylvania Avenue<br>Greensburg, PA 15601-2337 | J. Allen Roth<br>805 S Alexandria Street<br>Latrobe, PA 15650-1502 |
| Renee' E. Basista<br>9 Donna Drive<br>Irwin, PA 15642-9417 | Robert H. Slone, Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601-3232 | Shanni Snyder<br>14390 Route 30<br>Unit H<br>North Huntingdon, PA 15642-1050 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Artie Leddon<br>DECEASED | (u)Chuck Wargo<br>address unknwon | (u)ESq Holding<br>Attn M Jiminez<br>114A-3000<br>600 W Santa Ana Blvd, |
| (u)Lynda & Greg Warnick<br>ADDRESS UNKNOWN<br>CITY, PA 00000 | (u)George Snyder | (u)Kash Snyder |

**End of Label Matrix**

Mailable recipients    50
Bypassed recipients     6
Total                  56