IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>U LOCK INC.,<br><br>    Debtor.<br><hr>CHRISTINE BIROS,<br><br>    Movant,<br><br>v.<br><br>U LOCK INC., Debtor, and ROBERT H. SLONE, Chapter 7 Trustee for the Debtor,<br><br>    Respondents. | Bankruptcy No. 22-20823-GLT<br><br>Chapter 7<br><br><br><br>Related Doc. Nos.: 345 & 346<br><br>Hearing Date: April 13, 2023 @10:30am<br>Response Deadline: March 17, 2023 |

**CERTIFICATE OF SERVICE OF CONSENT MOTION TO APPROVE SETTLEMENT (Doc. No.: 345) and HEARING NOTICE (Doc. No. 346)**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 1, 2023.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail, electronic notification.

Service via First-Class Mail upon the attached creditor matrix

Dated: March 1, 2023               BERNSTEIN-BURKLEY, P.C.

                                 By:  */s/ Robert S. Bernstein*
                                      Robert S. Bernstein (PA ID No. 34308)
                                      601 Grant Street, Floor 9
                                      Pittsburgh, PA 15219
                                      Telephone: (412) 456-8108
                                      Facsimile: (412) 456-8135
                                      rbernstein@bernsteinlaw.com
                                      *Counsel for Christine Biros*