**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/2/23 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                           :    Case No.  22-20823-GLT
                                                 :
**U LOCK INC**,                                  :    Chapter 7
                                                 :
    *Debtor.*                 :
                                                 :    Related Dkt. Nos. 337, 340 , 344, 345 and 294
                                                 :

## ORDER

To efficiently hear the matters before the Court at the same time, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Objection to Claim of George Snyder at Claim Number 5* [Dkt. No. 337] scheduled for April 13, 2023 at 10:30 a.m. is **RESCHEDULED** to 1:30 p.m. on April 13, 2023;

2. The *Objection to Claim of Shanni Snyder at Claim Number 1* [Dkt. No. 340] scheduled for April 13, 2023 at 10:30 a.m. is **RESCHEDULED** to 1:30 p.m. on April 13, 2023;

3. The *Consent Motion to Approve Compromise* [Dkt. No. 345] scheduled for April 13, 2023 at 10:30 a.m. is **RESCHEDULED** to 1:30 p.m. on April 13, 2023;

4. The *Order to Show Cause* [Dkt. No. 294] is continued to April 13, 2023 at  1:30 p.m.

5. The *Amended Application for Administrative Expenses* [Dkt. No. 344] is scheduled for April 13, 2023 at 1:30 p.m.

6. All hearings will be held Courtroom A 54th Floor U.S. Steel Tower, 600 Grant St., Pittsburgh, PA. With the exception of the Order to Show Cause where parties are required to attend in person, parties may appear via Zoom Video Conference in compliance with Judge Taddonio's Procedures.

Dated:  March 2, 2023

_____
**GREGORY L. TADDONIO**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**