# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>U LOCK INC.,<br>　　　Debtor.<br><br>CHRISTINE BIROS,<br>　　　　　　Movant,<br>　　　　　v.<br>ROBERT H. SLONE, Chapter 7 Trustee for the Estate of U LOCK, INC.,<br>　　　　　　Respondent | Bankruptcy No. 22-20823-GLT<br><br>Chapter 7<br><br><br>Related Doc. No. 345 |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2023, upon consideration of the *Consent Motion to Approve Settlement Agreement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure* (the "Motion") filed by Christine Biros, creditor and party-in-interest, it is hereby

**ORDERED, ADJDUDGED, AND DECREED** that the Motion is granted in its entirety; and it is further

**ORDERED, ADJDUGED, AND DECREED** that the terms of the Settlement Agreement are approved, and the parties thereto are bound by said terms pursuant to section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure; and it is further

**ORDERED, ADJUDGED, AND DECREED** the settlement embodied in the Settlement Agreement has been entered into and made in good faith; and it is further

**ORDERED, ADJUDGED, AND DECREED** that this Court expressly reserves jurisdiction over any and all disputes, actions, contested matters, or other proceedings brought with respect to the Settlement Agreement and this Order.

BY THE COURT:

_____
Chief Judge Gregory L. Taddonio
United States Bankruptcy Court