IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/2/23 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:  :  Case No. 22-20823-GLT
 :
**U LOCK INC**,  :  Chapter 7
 :
*Debtor.*  :  Related Dkt. Nos. 337, 340, 344, 345 and 294
 :

## ORDER

To efficiently hear the matters before the Court at the same time, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Objection to Claim of George Snyder at Claim Number 5* [Dkt. No. 337] scheduled for April 13, 2023 at 10:30 a.m. is **RESCHEDULED** to 1:30 p.m. on April 13, 2023;

2. The *Objection to Claim of Shanni Snyder at Claim Number 1* [Dkt. No. 340] scheduled for April 13, 2023 at 10:30 a.m. is **RESCHEDULED** to 1:30 p.m. on April 13, 2023;

3. The *Consent Motion to Approve Compromise* [Dkt. No. 345] scheduled for April 13, 2023 at 10:30 a.m. is **RESCHEDULED** to 1:30 p.m. on April 13, 2023;

4. The *Order to Show Cause* [Dkt. No. 294] is continued to April 13, 2023 at 1:30 p.m.

5. The *Amended Application for Administrative Expenses* [Dkt. No. 344] is scheduled for April 13, 2023 at 1:30 p.m.

6. All hearings will be held Courtroom A 54th Floor U.S. Steel Tower, 600 Grant St., Pittsburgh, PA. With the exception of the Order to Show Cause where parties are required to attend in person, parties may appear via Zoom Video Conference in compliance with Judge Taddonio's Procedures.

Dated: March 2, 2023

_____
GREGORY J. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20823-GLT |
| U LOCK INC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 02, 2023 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | U LOCK INC, 14140 U.S. Route 30, N. Huntingdon, PA 15642-1068 |
| cr | + | Christine Biros, c/o Bernstein-Burkley, P.C., Sarah E. Wenrich, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| intp | + | Renee' E. Basista, 9 Donna Drive, Irwin, PA 15642-9417 |
| ptcrd | + | Shanni Snyder, 14390 Route 30, Unit H, North Huntingdon, PA 15642-1050 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| mgp | | George Snyder |
| mgp | | Kash Snyder |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2023            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Daniel McArdle Booker | on behalf of Plaintiff Christine Biros mbooker@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 02, 2023 | Form ID: pdf900 | Total Noticed: 4 |

Daniel McArdle Booker
    on behalf of Creditor Christine Biros mbooker@bernsteinlaw.com

David L. Fuchs
    on behalf of Plaintiff Shanni Snyder dfuchs@fuchslawoffice.com 9924@notices.nextchapterbk.com

David L. Fuchs
    on behalf of Petitioning Creditor Shanni Snyder dfuchs@fuchslawoffice.com 9924@notices.nextchapterbk.com

Eric E. Bononi
    bankruptcy@bononilaw.com pa69@ecfcbis.com

J. Allen Roth
    on behalf of Debtor U LOCK INC jallenroth@recap.email federal@jarothlaw.com

J. Allen Roth
    on behalf of Plaintiff U LOCK INC jallenroth@recap.email federal@jarothlaw.com

John Patrick Lacher
    on behalf of Plaintiff Shanni Snyder attorneylacher@yahoo.com jlacher@lynchlaw-group.com

John Patrick Lacher
    on behalf of Petitioning Creditor Shanni Snyder attorneylacher@yahoo.com jlacher@lynchlaw-group.com

Kirk B. Burkley
    on behalf of Plaintiff Christine Biros kburkley@bernsteinlaw.com
    pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;kburkley@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
    robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com

Robert H. Slone, Trustee
    on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

Robert S. Bernstein
    on behalf of Creditor Christine Biros rbernstein@bernsteinlaw.com
    cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Sarah Elizabeth Wenrich
    on behalf of Creditor Christine Biros swenrich@bernsteinlaw.com cwirick@bernsteinlaw.com;swenrich@ecf.courtdrive.com

TOTAL: 16