**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 22-20823-GLT |
| U LOCK INC., | CHAPTER 7 |
| Debtor, | |
| Christine Biros, | Doc. No. |
| Movant, | |
| v. | Related to Doc. Nos.: 258, 277, 345 and 346 |
| Robert H. Slone, Chapter 7 Trustee for the Estate of U LOCK INC., | Hearing Date and Time: April 13, 2023 at 1:30pm |
| Respondent | |

**ORDER OF COURT**

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Consent Motion to Approve Settlement Agreement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, filed herein by Christine Biros at Doc. No. 345, is denied.

Date:_____

_____
United States Bankruptcy Judge