# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>U LOCK INC.,<br><br>    Debtor, | BANKRUPTCY NO. 22-20823-GLT<br><br>CHAPTER 7 |
| Christine Biros,<br><br>    Movant,<br>v.<br><br>Robert H. Slone,<br>Chapter 7 Trustee for the Estate of<br>U LOCK INC.,<br><br>    Respondent | Doc. No.<br><br>Related to Doc. Nos.: 258, 277, 345 and 346<br><br>Hearing Date and Time:<br>April 13, 2023 at 1:30pm |

## CERTIFICATE OF SERVICE

John P. Lacher, hereby certifies, that on the 16th day of March, 2023, a true and correct copy of the foregoing **OBJECTION TO CONSENT MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** was served upon the following (*via electronic service*):

Robert S. Bernstein  
Bernstein-Burkley, PC  
601 Grant Street, Floor 9  
Pittsburgh, PA 15219  

Robert H. Slone  
Mahody & Mahody  
223 South Maple Avenue  
Greensburg, PA 15601  

Date: March 16, 2023

Respectfully Submitted,

*/s/ John P. Lacher*  
John P. Lacher  
PA I.D. #62297  
501 Smith Drive, Suite 3  
Cranberry Twp., PA 16066  
(724) 776-8000 (Phone)  
(724) 776-8001 (Fax)  
jlacher@lynchlaw-group.com