IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 22-20823-GLT |
| U LOCK INC. ) | |
| ) | CHAPTER 7 |
| DEBTOR ) | |
| ******************************** ) | RE: DOCUMENT NO. 345 |
| CHRISTINE BIROS ) | |
| ) | |
| MOVANT ) | |
| ) | |
| vs. ) | |
| ) | |
| ROBERT H. SLONE, Chapter 7 Trustee ) | |
| For the Estate of U Lock, Inc. ) | |

**TRUSTEE'S RESPONSE TO CONSENT MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

AND NOW, comes Robert H. Slone, Trustee, by and through his counsel, Mahady & Mahady—Robert H. Slone, Esquire, and files this Response to Consent Motion to Approve Settlement Agreement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, stating as follows:

1. The Trustee signed the Settlement Agreement dated February 27, 2023, which is attached to the Consent Motion.

2. The Trustee consented to the motion being filed.

Respectfully submitted,

Dated: March 20, 2023

/s/ ROBERT H. SLONE
Robert H. Slone, Esquire
Mahady & Mahady
223 South Maple Avenue
Greensburg, PA   15601
Ph #(724) 834-2990
PA I.D. No. 19963
E-mail: robertslone223@gmail.com