# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>U LOCK INC.,<br><br>  Debtor, | BANKRUPTCY NO. 22-20823-GLT<br><br>CHAPTER 7 |
| Christine Biros,<br><br>  Movant,<br>v.<br><br>Robert H. Slone,<br>Chapter 7 Trustee for the Estate of<br>U LOCK INC.,<br><br>  Respondent | Doc. No.<br><br>Related to Doc. Nos.: 258, 277, 345 and 346<br><br><br>Hearing Date and Time:<br>April 13, 2023 at 1:30pm |

## **CERTIFICATE OF SERVICE**

  John P. Lacher, hereby certifies, that on the 27th day of March, 2023, a true and correct copy of the foregoing **RESPONSE TO OBJECTION TO CLAIM NUMBER 1 FILED SHANNI SNYDER** was served upon the following (*via electronic service*):

Robert S. Bernstein
Bernstein-Burkley, PC
601 Grant Street, Floor 9
Pittsburgh, PA 15219

Robert H. Slone
Mahody & Mahody
223 South Maple Avenue
Greensburg, PA 15601

Date: March 27, 2023

    Respectfully Submitted,

    */s/ John P. Lacher*
    John P. Lacher
    PA I.D. #62297
    501 Smith Drive, Suite 3
    Cranberry Twp., PA 16066
    (724) 776-8000 (Phone)
    (724) 776-8001 (Fax)
    jlacher@lynchlaw-group.com