**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>U LOCK INC.,<br><br>    Debtor, | BANKRUPTCY NO. 22-20823-GLT<br><br>CHAPTER 7 |
| Christine Biros,<br><br>    Movant,<br>v.<br><br>Robert H. Slone,<br>Chapter 7 Trustee for the Estate of<br>U LOCK INC.,<br><br>    Respondent | Doc. No.<br><br>Related to Doc. Nos.: 258, 277, 345 and 346<br><br><br>Hearing Date and Time:<br>April 13, 2023 at 1:30pm |

## ORDER OF COURT

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Objection to Claim Number 1 herein, filed by Christine Biros, is overruled and Claim Number 1 is allowed.

Date:_____

                                                Gregory L. Taddonio
                                                Chief United States Bankruptcy Judge