FILED
3/28/2023 12:03 PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  U LOCK INC. a/k/a ) | |
| U-LOCK INC.                      ) | Case. 22-20823-GLT |
| ) | |
| Debtor.       ) | |
| ) | RE Motion at 337 |

## GEORGE SNYDER'S RESPONSE OPPOSING THE OBJECTION TO MY CLAIM

I am an officer of the debtor U Lock.  I file this response to the objection in my personal capacity as a creditor who filed the proof of claim.

Biros attaches one declaration I provided, but forgot to attach the Declaration I gave to the Trustee on or around September 7 2022.  I have attached it hereto.  The trustee emailed asking for more information about my claim so I provided the Declaration.  The Trustee gives Ms. Biros everything I give him, so I am not sure why they forgot it. The Trustee didn't ask for more.  The Declaration about the employees was about the request for W2s and 1099s that don't exist, explaining why, which I gave to the Trustee at his request and he gave it to Biros.

Anyway as this Court knows, I worked for U Lock, or I guess Christine Biros if she is right that she owned the business at all times, since 2015 and received nothing to compensate myself.  It is true I didn't list myself as an employee when I did the schedules for U Lock. From the company's perspective, I was an officer. But I also performed actual labor there, maintenance, cleanup, supervising contractors, administering, customer service, everything, meeting with John Biros practically every day from 2015 to 2018, meeting with Christine Biros weekly to give status updates, all of that is work.

From my personal perspective, I filed a proof of claim by the claim's deadline giving everyone notice of my claim.  I thought that was the procedure.  I didn't know I had to amend and amend every time a claim was filed.  I can file amended schedules for U Lock and list all

these claims that were lodged including the Biros claims of the specious environmental damage, the shanni claim, and my claim. Certainly the IRS I think I listed them on the original schedules.

I filed this claim for wage after researching this Shanni Snyder claims and how vast and broad the FLSA was, I believe it covers me even though I was an officer and owner. There were over 1000 shareholders I didn't list them all on the schedules because this court didn't convert the case to Chapter 11. I understand I don't have to give a shareholder list in a Chapter 7. I can upload one. Also John Biros was partner, he had daily meetings with me form 2015 to 2018, then even after that meetings up until 2019. Christine Biros had weekly meetings with me, even after she filed her lawsuit, still had meetings about the plan moving forward. So it's just not the shareholders here that were on paper, this was supposed to be a partnership.

Regardless I think my claim should be sustained, I think I am entitled to at least minimum wage or the minimum executive compensation. I did a lot of work. I incorporate my declaration attached and the declaration that Biros did file.

I declare under penalty for perjury that the above is true and correct.

This March 26, 2023.

*/s/ George Snyder*

George Snyder
PO Box 15
Irwin PA  15642
412-979-9999