FILED
3/31/23 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 22-20823-GLT |
| **U LOCK INC.**, | Chapter 7 |
| *Debtor.* | Related Dkt. No. 278 |

## ORDER

On January 6, 2023, the Court issued an *Amended Order to Show Cause* [Dkt. No. 278] against Christine Biros and George Snyder. The Show Cause Hearing was held on January 27, 2023 at which time the Court took the matter under advisement. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. As the matters raised by the *Show Cause Order* bear some relationship to the other matters pending before the Court, a brief status conference will be held on **April 13, 2023** at **1:30 p.m.** in Courtroom A 54th Floor U.S. Steel Tower, 600 Grant St., Pittsburgh, PA.

Dated: March 31, 2023

GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE