FILED
3/31/23 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                    : Case No.  22-20823-GLT
                                                                          :
**U LOCK INC.,**                                                          : Chapter 7
                                                                          :
              *Debtor.*                                                   : Related Dkt. No. 278
                                                                          :

## ORDER

On January 6, 2023, the Court issued an *Amended Order to Show Cause* [Dkt. No. 278] against Christine Biros and George Snyder. The Show Cause Hearing was held on January 27, 2023 at which time the Court took the matter under advisement. It is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1.      As the matters raised by the *Show Cause Order* bear some relationship to the other matters pending before the Court, a brief status conference will be held on **April 13, 2023** at **1:30 p.m.** in Courtroom A 54th Floor U.S. Steel Tower, 600 Grant St., Pittsburgh, PA.

Dated:  March 31, 2023                    _____
                                           **GREGORY L. TADDONIO**
                                           **CHIEF UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 22-20823-GLT

U LOCK INC                                                                                        Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2023 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | U LOCK INC, 14140 U.S. Route 30, N. Huntingdon, PA 15642-1068 |
| cr | + | Christine Biros, c/o Bernstein-Burkley, P.C., Sarah E. Wenrich, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| intp | + | Renee' E. Basista, 9 Donna Drive, Irwin, PA 15642-9417 |
| ptcrd | + | Shanni Snyder, 14390 Route 30, Unit H, North Huntingdon, PA 15642-1050 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| mgp | | George Snyder |
| mgp | | Kash Snyder |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2023                       Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | |
| | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Daniel McArdle Booker | |
| | on behalf of Plaintiff Christine Biros mbooker@bernsteinlaw.com |

District/off: 0315-2                          User: auto                                      Page 2 of 2
Date Rcvd: Mar 31, 2023                        Form ID: pdf900                                 Total Noticed: 4

mbooker@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com

Daniel McArdle Booker

on behalf of Creditor Christine Biros mbooker@bernsteinlaw.com
mbooker@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com

David L. Fuchs

on behalf of Plaintiff Shanni Snyder dfuchs@fuchslawoffice.com  9924@notices.nextchapterbk.com

David L. Fuchs

on behalf of Petitioning Creditor Shanni Snyder dfuchs@fuchslawoffice.com  9924@notices.nextchapterbk.com

Eric E. Bononi

bankruptcy@bononilaw.com  pa69@ecfcbis.com

J. Allen Roth

on behalf of Debtor U LOCK INC jallenroth@recap.email  federal@jarothlaw.com

J. Allen Roth

on behalf of Plaintiff U LOCK INC jallenroth@recap.email  federal@jarothlaw.com

John Patrick Lacher

on behalf of Plaintiff Shanni Snyder attorneylacher@yahoo.com  jlacher@lynchlaw-group.com

John Patrick Lacher

on behalf of Petitioning Creditor Shanni Snyder attorneylacher@yahoo.com  jlacher@lynchlaw-group.com

Kirk B. Burkley

on behalf of Plaintiff Christine Biros kburkley@bernsteinlaw.com
pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;kburkley@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Lara Shipkovitz Martin

on behalf of Creditor Christine Biros lmartin@bernsteinlaw.com
cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lmartin@ecf.courtdrive.com

Mark A. Lindsay

on behalf of Defendant Biros Irrevocable Life Insurance Trust mlindsay@bernsteinlaw.com
cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com

Mark A. Lindsay

on behalf of Defendant Christine Biros mlindsay@bernsteinlaw.com  cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee

robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com

Robert H. Slone, Trustee

on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

Robert S. Bernstein

on behalf of Creditor Christine Biros rbernstein@bernsteinlaw.com
cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Sarah Elizabeth Wenrich

on behalf of Creditor Christine Biros swenrich@bernsteinlaw.com  cwirick@bernsteinlaw.com;swenrich@ecf.courtdrive.com


TOTAL: 19