FILED
4/4/2023 9:40 AM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: U LOCK INC. a/k/a | ) | |
| U-LOCK INC. | ) | Case. 22-20823-GLT |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC* AS TO DOCKET ENTRIES 358 AND 359

     I, George Snyder, move this Court for an extension of time nunc pro tunc as to entries 358 and 359. The documents I filed at 358 and 359 were uploaded on March 26 2023 using the EDSS system for pro se filers. The system doesn't provide an email receipt and documents aren't filed until the Clerk reviews them. My papers were due March 27 2023. I didn't think there was a problem and the Clerk often takes a day to enter them. When they weren't filed, I contacted the Clerk's office to see on March 28, 2023. They contacted their technical team and the papers weren't received. I reuploaded them. Technically they are late, but I verily believe that they were submitted on March 26, 2023. The EDSS system should give a reference number or email confirmation because I would have did it again March 27, 2023, if I knew that they weren't received.

*/s/ George Snyder*