IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/5/23 5:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In re:  U LOCK INC. a/k/a U-LOCK INC. | ) ) ) |
| Debtor. | ) ) ) |

Case. 22-20823-GLT

## ORDER

AND NOW this  5th day of April 2023, upon motion for extension of time, it is hereby ORDERED that the documents at Entry 358 and 359 are considered timely and will be considered by the Court.

Dated: 4/5/23

_____
United States Bankruptcy Judge

hct