IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/5/23 5:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:  U LOCK INC. a/k/a )
U-LOCK INC.              )     Case. 22-20823-GLT
                         )
        Debtor.          )
                         )

### ORDER

AND NOW this  5th day of April 2023, upon motion for extension of time, it is hereby ORDERED that the documents at Entry 358 and 359 are considered timely and will be considered by the Court.

Dated: 4/5/23

_____
United States Bankruptcy Judge

hct

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20823-GLT |
| U LOCK INC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 06, 2023 | Form ID: pdf900 | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| mgp | | George Snyder |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 08, 2023           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Daniel McArdle Booker | on behalf of Plaintiff Christine Biros mbooker@bernsteinlaw.com mbooker@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com |
| Daniel McArdle Booker | on behalf of Creditor Christine Biros mbooker@bernsteinlaw.com mbooker@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com |
| David L. Fuchs | on behalf of Plaintiff Shanni Snyder dfuchs@fuchslawoffice.com 9924@notices.nextchapterbk.com |
| David L. Fuchs | on behalf of Petitioning Creditor Shanni Snyder dfuchs@fuchslawoffice.com 9924@notices.nextchapterbk.com |
| Eric E. Bononi | bankruptcy@bononilaw.com pa69@ecfcbis.com |
| J. Allen Roth | on behalf of Plaintiff U LOCK INC jallenroth@recap.email federal@jarothlaw.com |
| J. Allen Roth | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 06, 2023 | Form ID: pdf900 | Total Noticed: 0 |

on behalf of Debtor U LOCK INC jallenroth@recap.email federal@jarothlaw.com

John Patrick Lacher
    on behalf of Petitioning Creditor Shanni Snyder attorneylacher@yahoo.com jlacher@lynchlaw-group.com

John Patrick Lacher
    on behalf of Plaintiff Shanni Snyder attorneylacher@yahoo.com jlacher@lynchlaw-group.com

Kirk B. Burkley
    on behalf of Plaintiff Christine Biros kburkley@bernsteinlaw.com
    pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;kburkley@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Lara Shipkovitz Martin
    on behalf of Creditor Christine Biros lmartin@bernsteinlaw.com
    cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lmartin@ecf.courtdrive.com

Mark A. Lindsay
    on behalf of Defendant Christine Biros mlindsay@bernsteinlaw.com cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com

Mark A. Lindsay
    on behalf of Defendant Biros Irrevocable Life Insurance Trust mlindsay@bernsteinlaw.com
    cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
    on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

Robert H. Slone, Trustee
    robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com

Robert S. Bernstein
    on behalf of Creditor Christine Biros rbernstein@bernsteinlaw.com
    cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Sarah Elizabeth Wenrich
    on behalf of Creditor Christine Biros swenrich@bernsteinlaw.com cwirick@bernsteinlaw.com;swenrich@ecf.courtdrive.com

TOTAL: 19