FILED
4/14/23 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>U LOCK INC,<br><br>              Debtor. | Bankruptcy No. 22-20823<br><br>Chapter 7 |
| CHRISTINE BIROS,<br><br>              Movant,<br><br>v.<br><br>GEORGE SNYDER,<br><br>              Respondent. | Related Doc. No.: 337 |

## ORDER OF COURT

AND NOW, this ___14th___ day of __April__, 2023, upon consideration of the foregoing *OBJECTION TO CLAIM NUMBER 5 FILED BY GEORGE SNYDER* (the "Objection"), it is hereby ORDERED that the Claim is DISALLOWED and EXPUNGED.

Dated: 4/14/23

                                                Hon. Gregory L. Taddonio   hct
                                                United States Chief Bankruptcy Judge