FILED
4/14/23 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 22-20823-GLT |
| **U LOCK INC**, | : | Chapter 7 |
| *Debtor.* | : | Related to Dkt. No. 340 |
| **CHRISTINE BIROS**, | : | |
| *Movant,* | : | |
| v. | : | |
| **SHANNI SNYDER**, | : | |
| *Respondent.* | : | |

## ORDER OF COURT

AND NOW, this 14th day of April 2023, upon consideration of the *Objection to Claim Number 1 Filed by Shanni Snyder* [Dkt. No. 340], and the responses thereto, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. An evidentiary hearing is set for **July 14, 2023** at **1:30 p.m.**, in Courtroom A, 54th Fl., U.S. Steel Tower, 600 Grant St., Pittsburgh, Pennsylvania 15219. Two hours are set aside for the evidentiary hearing. Matters to be addressed at the evidentiary hearing shall be limited to the merits of Claim Number 1 filed by Shanni Snyder. In accordance with Judge Taddonio's procedures, all parties are required to appear in person for evidentiary matters. The parties are encouraged to present direct testimony by way of affidavit if possible. To the extent a party elects to introduce direct testimony by way of affidavit or unsworn declaration pursuant to 28 U.S.C. § 1746, the parties shall meet and confer prior to the scheduled trial date and resolve

any evidentiary objections with respect to any such affidavit or declaration. To the extent a party desires to cross-examine any witness testifying by way of affidavit or declaration, such witness must be present in person at the hearing for cross-examination.

2. Discovery for this matter shall commence immediately and shall close at the end of the day on **June 14, 2023**. Discovery requests shall be served so that responses are due on or before the date that discovery closes.

3. Prior to the evidentiary hearing, the parties shall meet and confer to discuss a resolution of this case and shall cooperate in the preparation of the joint reports referenced in ¶ 4(a), as well as the exchange of all documents incidental and related to the matter at issue. To the extent parties wish to file further responses or propose a stipulation resolving this matter, they shall do so on or before **July 7, 2023**.

4. All of the following shall be completed on or before **July 7, 2023**:

a. The parties shall jointly file (i) a *Joint Exhibit List* identifying all exhibits each party will offer at the evidentiary hearing; and (ii) a *Stipulation of Facts* identifying all undisputed facts on which the Court may rely when rendering its decision. Objections to an exhibit must be referenced on the *Joint Exhibit List*. Exhibits that do not have an objection listed on the *Joint Exhibit List* will be admitted without further testimony. Any objections identified on the *Joint Exhibit List* will be resolved by the Court prior to the admission of the contested exhibit. No documents other than those listed as proposed exhibits on the *Joint Exhibit List* will be admitted at the time of the evidentiary hearing unless counsel shows cause for their prior nondisclosure. The mere inability to timely locate documents shall not constitute cause.

b. Each party shall separately file the following documents related to the presentation of their case: (i) a witness list; (ii) all exhibits proposed to be introduced at the

evidentiary hearing.

   c. Each party shall provide the Court with three (3) courtesy copies of their exhibits in three-ring binders, with each exhibit separately tabbed. Each exhibit page contained in the binder shall be consecutively numbered (*i.e.*, Bates stamped) in the lower right-hand corner of each page of the collective exhibit documents, from the first page to the last page, independent of any exhibit identification numbers previously placed on a respective exhibit. The Respondent shall identify their exhibits by letter, and the Movant shall identify their exhibits by number.

  5. In addition to the instructions set forth in this *Order*, the parties shall comply with the Court's general procedures as set forth on its webpage at http://www.pawb.uscourts.gov/procedures-2, including the pretrial forms provided therein.

  6. The failure of any party to comply with the terms of this *Order* may result in the imposition of sanctions, including without limitation the prohibition against such party from offering testimony at the evidentiary hearing and/or the entry of judgment against them.

  7. Within three (3) business days of this *Order*, Attorney Robert S. Bernstein shall serve a copy of this *Order* on Shanni Snyder and her counsel, and file a corresponding certificate of service.

Dated: April 14, 2023

            cgr
       **GREGORY L. TADDONIO**
       **CHIEF UNITED STATES BANKRUPTCY JUDGE**