FILED
4/14/23 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 22-20823-GLT |
| **U LOCK INC**, | : | Chapter 7 |
| *Debtor.* | : | Related to Dkt. No. 340 |
| **CHRISTINE BIROS**, | : | |
| *Movant,* | : | |
| v. | : | |
| **SHANNI SNYDER**, | : | |
| *Respondent.* | : | |

## ORDER OF COURT

AND NOW, this 14th day of April 2023, upon consideration of the *Objection to Claim Number 1 Filed by Shanni Snyder* [Dkt. No. 340], and the responses thereto, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. An evidentiary hearing is set for **July 14, 2023** at **1:30 p.m.**, in Courtroom A, 54th Fl., U.S. Steel Tower, 600 Grant St., Pittsburgh, Pennsylvania 15219. Two hours are set aside for the evidentiary hearing. Matters to be addressed at the evidentiary hearing shall be limited to the merits of Claim Number 1 filed by Shanni Snyder. In accordance with Judge Taddonio's procedures, all parties are required to appear in person for evidentiary matters. The parties are encouraged to present direct testimony by way of affidavit if possible. To the extent a party elects to introduce direct testimony by way of affidavit or unsworn declaration pursuant to 28 U.S.C. § 1746, the parties shall meet and confer prior to the scheduled trial date and resolve

any evidentiary objections with respect to any such affidavit or declaration. To the extent a party desires to cross-examine any witness testifying by way of affidavit or declaration, such witness must be present in person at the hearing for cross-examination.

2. Discovery for this matter shall commence immediately and shall close at the end of the day on **June 14, 2023**. Discovery requests shall be served so that responses are due on or before the date that discovery closes.

3. Prior to the evidentiary hearing, the parties shall meet and confer to discuss a resolution of this case and shall cooperate in the preparation of the joint reports referenced in ¶ 4(a), as well as the exchange of all documents incidental and related to the matter at issue. To the extent parties wish to file further responses or propose a stipulation resolving this matter, they shall do so on or before **July 7, 2023**.

4. All of the following shall be completed on or before **July 7, 2023**:

a. The parties shall jointly file (i) a *Joint Exhibit List* identifying all exhibits each party will offer at the evidentiary hearing; and (ii) a *Stipulation of Facts* identifying all undisputed facts on which the Court may rely when rendering its decision. Objections to an exhibit must be referenced on the *Joint Exhibit List*. Exhibits that do not have an objection listed on the *Joint Exhibit List* will be admitted without further testimony. Any objections identified on the *Joint Exhibit List* will be resolved by the Court prior to the admission of the contested exhibit. No documents other than those listed as proposed exhibits on the *Joint Exhibit List* will be admitted at the time of the evidentiary hearing unless counsel shows cause for their prior nondisclosure. The mere inability to timely locate documents shall not constitute cause.

b. Each party shall separately file the following documents related to the presentation of their case: (i) a witness list; (ii) all exhibits proposed to be introduced at the

evidentiary hearing.

    c. Each party shall provide the Court with three (3) courtesy copies of their exhibits in three-ring binders, with each exhibit separately tabbed. Each exhibit page contained in the binder shall be consecutively numbered (*i.e.*, Bates stamped) in the lower right-hand corner of each page of the collective exhibit documents, from the first page to the last page, independent of any exhibit identification numbers previously placed on a respective exhibit. The Respondent shall identify their exhibits by letter, and the Movant shall identify their exhibits by number.

    5. In addition to the instructions set forth in this *Order*, the parties shall comply with the Court's general procedures as set forth on its webpage at http://www.pawb.uscourts.gov/procedures-2, including the pretrial forms provided therein.

    6. The failure of any party to comply with the terms of this *Order* may result in the imposition of sanctions, including without limitation the prohibition against such party from offering testimony at the evidentiary hearing and/or the entry of judgment against them.

    7. Within three (3) business days of this *Order*, Attorney Robert S. Bernstein shall serve a copy of this *Order* on Shanni Snyder and her counsel, and file a corresponding certificate of service.

Dated: April 14, 2023

                        cgr
                 **GREGORY L. TADDONIO**
                 **CHIEF UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20823-GLT |
| U LOCK INC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 14, 2023 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | U LOCK INC, 14140 U.S. Route 30, N. Huntingdon, PA 15642-1068 |
| cr | + | Christine Biros, c/o Bernstein-Burkley, P.C., Sarah E. Wenrich, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| intp | + | Renee' E. Basista, 9 Donna Drive, Irwin, PA 15642-9417 |
| ptcrd | + | Shanni Snyder, 14390 Route 30, Unit H, North Huntingdon, PA 15642-1050 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| mgp | | George Snyder |
| mgp | | Kash Snyder |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Daniel McArdle Booker | on behalf of Plaintiff Christine Biros mbooker@bernsteinlaw.com mbooker@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2023 | Form ID: pdf900 | Total Noticed: 4 |

Daniel McArdle Booker
    on behalf of Creditor Christine Biros mbooker@bernsteinlaw.com
    mbooker@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com

David L. Fuchs
    on behalf of Plaintiff Shanni Snyder dfuchs@fuchslawoffice.com 9924@notices.nextchapterbk.com

David L. Fuchs
    on behalf of Petitioning Creditor Shanni Snyder dfuchs@fuchslawoffice.com 9924@notices.nextchapterbk.com

Eric E. Bononi
    bankruptcy@bononilaw.com pa69@ecfcbis.com

J. Allen Roth
    on behalf of Debtor U LOCK INC jallenroth@recap.email federal@jarothlaw.com

J. Allen Roth
    on behalf of Plaintiff U LOCK INC jallenroth@recap.email federal@jarothlaw.com

John Patrick Lacher
    on behalf of Plaintiff Shanni Snyder attorneylacher@yahoo.com jlacher@lynchlaw-group.com

John Patrick Lacher
    on behalf of Petitioning Creditor Shanni Snyder attorneylacher@yahoo.com jlacher@lynchlaw-group.com

Kirk B. Burkley
    on behalf of Plaintiff Christine Biros kburkley@bernsteinlaw.com
    pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;kburkley@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Lara Shipkovitz Martin
    on behalf of Creditor Christine Biros lmartin@bernsteinlaw.com
    cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lmartin@ecf.courtdrive.com

Mark A. Lindsay
    on behalf of Defendant Biros Irrevocable Life Insurance Trust mlindsay@bernsteinlaw.com
    cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com

Mark A. Lindsay
    on behalf of Defendant Christine Biros mlindsay@bernsteinlaw.com cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
    robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com

Robert H. Slone, Trustee
    on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

Robert S. Bernstein
    on behalf of Creditor Christine Biros rbernstein@bernsteinlaw.com
    cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Sarah Elizabeth Wenrich
    on behalf of Creditor Christine Biros swenrich@bernsteinlaw.com cwirick@bernsteinlaw.com;swenrich@ecf.courtdrive.com

TOTAL: 19