FILED
4/17/23 5:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Bankruptcy No. 22-20823-GLT |
| U LOCK INC | | |
| Debtor | : | Adversary No. |
| | : | |
| | : | Related to Docket No. 365 |
| | : | |
| | : | Expedited Request |
| | : | |

# NOTICE OF TRANSCRIPT ORDER
# WITH COMPLETION DATE

Robert S. Bernstein, Esq. has ordered transcript(s) for hearings held on the date(s) listed below:

April 13, 2023

The transcript is being prepared by J&J Court Transcribers, Inc.  The estimated completion for this transcript is April 24, 2023.

Michael R. Rhodes, Clerk
United States Bankruptcy Court

Date: 4/17/2023        By:    /s/ Hayley Smith
                                    ECRO

#61-M