FILED
4/24/23 9:58 AM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Official Form 417A (12/18)

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:  U LOCK INC.,
           Debtor,
CHRISTINE BIROS, Movant
v.
GEORGE SNYDER, Respondent

Case 22-20823 GLT

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **GEORGE SNYDER**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☒ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: _April 14 2023 Entry 366_____

2. State the date on which the judgment, order, or decree was entered: __April 14 2023_____

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: ___George Snyder__  By:  __George Snyder
   ___PO Box 15_____
   _____Irwin  PA    15642_____
   _____

2. Party: __Christine Biros_  Attorney: __Robert S. Bernstein, Esq_____
   __601 Grant Street, Floor 9___
   ____Pittsburgh   PA    15219    ___
   ____412-456-8100_____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ XXX Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*/s/ George Snyder*

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: ___April 24, 2023_____

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

George Snyder
PO Box 15
Irwin PA 15642

(412) 829-9999

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]