**Form 13e–I**

**UNITED STATES BANKRUPTCY COURT,
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA**
Suite 5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Telephone (412) 644–4052

**MICHAEL R. RHODES
CLERK OF COURT**

Date: April 24, 2023

Case Name: U LOCK INC

Case Number: 22–20823–GLT

Dear Appellant:

Your Notice of Appeal was filed on 4/24/2023, and you are directed to comply with the following:

X   Pay the $293.00 filing fee by 28 U.S.C. §1930(b)

X   Pay the $5.00 filing fee prescribed by 28 U.S.C. §1930(c).

X   Fill out and return an Appeal Cover Sheet for the District Court which can be found at www.pawd.uscourts.gov.

Sincerely,

Michael R. Rhodes
Clerk

By: /s/ Nicole Shatkoff