**UNITED STATES BANKRUPTCY COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Telephone (412) 644-4052

**MICHAEL R. RHODES**
**CLERK OF COURT**

Clerk, U.S. District Court
700 Grant Street
3100 U.S. Courthouse
Pittsburgh, PA  15219

| | |
|---|---|
| Case Name: | U LOCK INC. |
| Case No: | 22-20823-GLT |
| County: | Westmoreland |
| Civil Action No: | |
| District Court Judge: | |

Dear Clerk:

### APPEAL FROM BANKRUPTCY COURT TO DISTRICT COURT

An appeal has been filed in the above-referenced case.  The notice of appeal, a copy of the judgment or order appealed from, (Order of Court Granting Objection to Claim (Doc.No.366)), The Letter Requesting Appeal Cover Sheet and Filing fee (Doc. No. 373), and the Letter to All Parties Re: Filing Designations (Doc. No. 374), accompany this letter.

Please acknowledge receipt of this transmittal letter and include the Civil Action Number and the name of the Judge assigned by your office.

Sincerely,

Michael R. Rhodes
Clerk, U.S. Bankruptcy Court

Dated: April 24, 2023                By:    /s/ Nicole Shatkoff
                                                    Deputy Clerk

c:  All Parties

#8g-D