**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Case No. 22-20823-GLT |
| | : Chapter 7 |
| U LOCK INC, | : |
| | : Related to Dkt. No. 377 |
| *Debtor* | : |
| | : |

FILED
4/24/23 5:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**NOTICE OF FILING OF TRANSCRIPT AND**
**ORDER SETTING DEADLINE FOR REDACTION**

Notice is hereby given that on April 24, 2023, a transcript of the hearing held on April 13, 2023, in the above-captioned case was filed at Dkt. No. 377.

Pursuant to their obligations under W.D. PA. L.B.R. 9037-1 and FED R. BANKR. P. 9037, parties shall file any *Notice of Intent to Request Redaction* of personal identifiers using Local Form 35 (available from the Court website at http://www.pawb.uscourts.gov/local-forms-effect-november-1-2021) on or before **May 1, 2023**. A party is deemed to waive the protection afforded under FED. R. BANKR. P. 9037(a) for any personal identifiers contained within the transcript which are not included in a timely redaction request.

Parties may review the transcript by either (a) accessing the public terminal of the Clerk of Court, 5414 U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219 at no cost; or (b) purchasing a copy of the transcript from the Court Reporter/Transcriber by contacting **J&J Transcribers, Inc.** via telephone at **609-586-2311** or mail at **268 Evergreen Ave., Hamilton, New Jersey 08619**. An electronic copy of the transcript will be publicly available without restriction after **July 24, 2023**.

By obtaining a copy of the transcript prior to **May 1, 2023,** the receiving party acknowledges and agrees that the copy may contain personal identifiers that could be subject to redaction. To the extent the Court subsequently grants any redaction request, the party shall take appropriate measures to destroy its copy of the original transcript and replace it with a copy the redacted transcript. The party shall refrain from otherwise copying, retaining, selling, disclosing, or relying on any redacted information contained in the original transcript.

Dated: April 24, 2023

_____
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
J&J Court Transcribers, Inc.
J. Allen Roth, Esq.
Robert S. Bernstein, Esq.
William E. Otto, Esq.
Robert H. Slone, Esq.
Mr. George Snyder
John Patrick Lacher, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 22-20823-GLT

U LOCK INC                                                                           Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 25, 2023 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2023:**

**Recip ID                      Recipient Name and Address**
         +    J&J Court Transcribers, Inc., 268 Evergreen Avenue, Hamilton, NJ 08619-1808
         +    Mark Lindsay, Esq., Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430
         +    Mr. George Snyder, Box 15, Irwin, PA 15642-0015
         +    William E. Otto, Esq., The Law Firm of William E. Otto, 4027 Old William Penn Highway, P.O. Box 701, Murrysville, PA 15668-0701

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

**Recip ID        Bypass Reason   Name and Address**
mgp                                 George Snyder

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2023                                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2023 at the address(es) listed below:**

**Name                              Email Address**

Charles O. Zebley, Jr.
                    on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com

Daniel McArdle Booker
                    on behalf of Plaintiff Christine Biros mbooker@bernsteinlaw.com
                    mbooker@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com

Daniel McArdle Booker
                    on behalf of Creditor Christine Biros mbooker@bernsteinlaw.com
                    mbooker@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com

District/off: 0315-2                                         User: auto                                         Page 2 of 2
Date Rcvd: Apr 25, 2023                                   Form ID: pdf900                                   Total Noticed: 4

David L. Fuchs
                    on behalf of Plaintiff Shanni Snyder dfuchs@fuchslawoffice.com  9924@notices.nextchapterbk.com

David L. Fuchs
                    on behalf of Petitioning Creditor Shanni Snyder dfuchs@fuchslawoffice.com  9924@notices.nextchapterbk.com

Eric E. Bononi
                    bankruptcy@bononilaw.com  pa69@ecfcbis.com

J. Allen Roth
                    on behalf of Debtor U LOCK INC jallenroth@recap.email  federal@jarothlaw.com

J. Allen Roth
                    on behalf of Plaintiff U LOCK INC jallenroth@recap.email  federal@jarothlaw.com

John Patrick Lacher
                    on behalf of Plaintiff Shanni Snyder attorneylacher@yahoo.com  jlacher@lynchlaw-group.com

John Patrick Lacher
                    on behalf of Petitioning Creditor Shanni Snyder attorneylacher@yahoo.com  jlacher@lynchlaw-group.com

Kirk B. Burkley
                    on behalf of Plaintiff Christine Biros kburkley@bernsteinlaw.com
                    pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;kburkley@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Lara Shipkovitz Martin
                    on behalf of Creditor Christine Biros lmartin@bernsteinlaw.com
                    cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lmartin@ecf.courtdrive.com

Mark A. Lindsay
                    on behalf of Defendant Biros Irrevocable Life Insurance Trust mlindsay@bernsteinlaw.com
                    cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Mark A. Lindsay
                    on behalf of Defendant Christine Biros mlindsay@bernsteinlaw.com
                    cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
                    on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

Robert H. Slone, Trustee
                    robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com

Robert S. Bernstein
                    on behalf of Creditor Christine Biros rbernstein@bernsteinlaw.com
                    cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Sarah Elizabeth Wenrich
                    on behalf of Creditor Christine Biros swenrich@bernsteinlaw.com  cwirick@bernsteinlaw.com;swenrich@ecf.courtdrive.com


TOTAL: 19