# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 22-20823-GLT |
| U LOCK INC. | : | |
| | : | Chapter 7 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |

## NOTICE OF INTENTION TO TRANSMIT PARTIAL RECORD

APPELLANT: George Snyder
APPELLEE: Christine Biros

A notice of appeal to the United States District Court for the Western District of Pennsylvania having been filed in the Bankruptcy Court by the above-referenced appellant, **NOTICE IS HEREBY GIVEN THAT** the Bankruptcy Clerk will transmit a partial record of this appeal to the United States District Court fourteen (14) days from the date of this notice in accordance with Local Bankruptcy Appellate Rule 8007-1.  The partial record is being transmitted to the District Court for the following reasons:

☒  Appellant has failed to include one or all of the following: names, addresses of all parties; names, addresses and telephone numbers attorneys representing parties; District Court civil cover sheet and **filing fee** within the deadline of **5/8/2023.**

☒  Appellant has failed to designate the contents of the record on appeal within the time required by Bankruptcy Rule 8009.

☒  Appellant has failed to file a statement of issues on appeal within the time required by Bankruptcy Rule 8009.

☐  Appellant has failed to provide any transcript designated in the record or evidence that a transcript has been ordered.

Michael R. Rhodes, Clerk
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Dated: May 11, 2023            By:  _____/s/ Nicole Shatkoff_____
                                                Deputy Clerk

#7f1-D

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20823-GLT |
| U LOCK INC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 11, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | George Snyder, PO Box 15, Irwin, PA 15642-0015 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| mgp | | George Snyder |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Daniel McArdle Booker | on behalf of Plaintiff Christine Biros mbooker@bernsteinlaw.com mbooker@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com |
| Daniel McArdle Booker | on behalf of Creditor Christine Biros mbooker@bernsteinlaw.com mbooker@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com |
| David L. Fuchs | on behalf of Plaintiff Shanni Snyder dfuchs@fuchslawoffice.com 9924@notices.nextchapterbk.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: May 11, 2023 | Form ID: pdf900 | Total Noticed: 1 |

David L. Fuchs
    on behalf of Petitioning Creditor Shanni Snyder dfuchs@fuchslawoffice.com 9924@notices.nextchapterbk.com

Eric E. Bononi
    bankruptcy@bononilaw.com pa69@ecfcbis.com

J. Allen Roth
    on behalf of Debtor U LOCK INC jallenroth@recap.email federal@jarothlaw.com

J. Allen Roth
    on behalf of Plaintiff U LOCK INC jallenroth@recap.email federal@jarothlaw.com

John Patrick Lacher
    on behalf of Petitioning Creditor Shanni Snyder attorneylacher@yahoo.com jlacher@lynchlaw-group.com

John Patrick Lacher
    on behalf of Plaintiff Shanni Snyder attorneylacher@yahoo.com jlacher@lynchlaw-group.com

Kirk B. Burkley
    on behalf of Plaintiff Christine Biros kburkley@bernsteinlaw.com
    pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;kburkley@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Lara Shipkovitz Martin
    on behalf of Creditor Christine Biros lmartin@bernsteinlaw.com
    cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lmartin@ecf.courtdrive.com

Mark A. Lindsay
    on behalf of Defendant Christine Biros mlindsay@bernsteinlaw.com
    cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Mark A. Lindsay
    on behalf of Defendant Biros Irrevocable Life Insurance Trust mlindsay@bernsteinlaw.com
    cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
    on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

Robert H. Slone, Trustee
    robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com

Robert S. Bernstein
    on behalf of Creditor Christine Biros rbernstein@bernsteinlaw.com
    cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Sarah Elizabeth Wenrich
    on behalf of Creditor Christine Biros swenrich@bernsteinlaw.com cwirick@bernsteinlaw.com;swenrich@ecf.courtdrive.com

TOTAL: 19