## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: U LOCK INC. a/k/a U-LOCK INC., | Bank. 22-20823-GLT |
| Debtor. | Chapter 7 |
| CHRISTINE BIROS, | Doc. No. |
| Movant, | |
| v. | Related to Doc. Nos.: 340, 341, 357, 365, 368, 378 |
| SHANNI SNYDER, | |
| Respondent. | |

### CERTIFICATE OF SERVICE

John P. Lacher, hereby certifies, that on the 19th day of May, 2023, a true and correct copy of the foregoing **MOTION TO WITHDRAW REFERENCE PURSUANT TO 28 USC 157(d) AND FED. R. Bk. PROC. 5011(a) AS TO THE OBJECTION TO CLAIM NUMBER 1 was** served upon the following (*via electronic service*):

Robert S. Bernstein
Bernstein-Burkley, PC
601 Grant Street, Floor 9
Pittsburgh, PA 15219

Robert H. Slone
Mahody & Mahody
223 South Maple Avenue
Greensburg, PA 15601

Date: May 19, 2023

Respectfully Submitted,

*/s/ John P. Lacher*
John P. Lacher
PA I.D. #62297
501 Smith Drive, Suite 3
Cranberry Twp., PA 16066
(724) 776-8000 (Phone)
(724) 776-8001 (Fax)
jlacher @lynchlaw-group.com

6