## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: U LOCK INC. a/k/a U-LOCK INC., | Bank. 22-20823-GLT |
| Debtor. | Chapter 7 |
| CHRISTINE BIROS, | Doc. No. |
| Movant, | |
| v. | Related to Doc. Nos.: 340, 341, 357, 365, 368, 378 |
| SHANNI SNYDER, | |
| Respondent. | |

**DESIGNATION OF THE RECORD RE: MOTION TO WITHDRAW REFERENCE PURSUANT TO 28 USC 157(d) AND FED. R. Bk. PROC. 5011(a) AS TO THE OBJECTION TO CLAIM NUMBER 1 (ENTRY 340)**

Respondent Shanni Snyder files this Designation of the Record with respect to the Motion to Withdraw Reference Pursuant to 28 USC 157(d) and Fed. R. Bk. Proc. 5011(a) as to the Objection to Claim Number 1(Doc. 340) as follows:

1. Proof of Claim #1-1, Filed May 27, 2022;
2. Objection to Claim Number 1 (Doc. 340), Filed February 24, 2023;
3. Notice of Hearing on Objection to Claim (Doc. 341), filed February 24, 2023;
4. Response to Objection to Claim (Doc.357), filed March 27, 2023;
5. Proceeding Memo regarding, inter alia, Objection to Claim No. 1 (Doc. 365), filed April 14, 2023;
6. Order Scheduling Evidentiary Hearing on Objection to Claim No. 1 (Doc. 368), filed April 14, 2023;
7. Notice of Filing of Transcript of Hearing Regarding, inter alia, Objection to Claim No. 1 (Doc. 378), filed April 24, 2023

EXHIBIT A