# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: U LOCK INC. a/k/a U-LOCK INC., | Bank. 22-20823-GLT |
| Debtor. | Chapter 7 |
| CHRISTINE BIROS, | Doc. No. |
| Movant, | |
| v. | Related to Doc. Nos.: 340, 341, 357, 365, 368, 378 |
| SHANNI SNYDER, | |
| Respondent. | |

## ORDER OF COURT

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Motion to Withdraw the Reference, filed herein by Shanni Snyder, is granted and the reference of any proceedings related to the Objection to Claim No. 1 at Doc. 340 herein is withdrawn.

By the Court:

DATE:_____      _____

7