FILED
5/23/23
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 22-20823-GLT |
| **U LOCK INC.**, | Chapter 7 |
| *Debtor.* | Related Dkt. No. 389 |

## ORDER

The Court is in receipt of the *Motion to Withdraw Reference Pursuant to 28 USC 157(d) and Fed.R.Bk.Proc.5011(a) as to the Objection to Claim Number 1* [Dkt. No. 389] filed by Shanni Snyder. To the extent the Movant seeks to designate any additional docket entries for transmittal to the District Court, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that she shall file a designation of the record *on or before May 30, 2023* and link it to the *Motion for Withdrawal of the Reference*. To the extent any respondent seeks to make a supplemental designation of the record, it shall be filed *on or before June 2, 2023*. Thereafter, the Clerk shall process the transmittal to the District Court.

Dated: May 23, 2023

_____
**GREGORY T. TADDONIO**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**