FILED
05/25/23
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  U LOCK INC. a/k/a | ) | |
| U-LOCK INC. | ) | Bankruptcy 22-20823-GLT |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| ------------------------------------------------ | ) | |

**GEORGE SNYDER'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES**

George Snyder respectfully submits this statement of issues to be presented on appeal and designation of record items to be included in the record on appeal, to the United States District Court for the Western District of Pennsylvania in connection with the Notice of Appeal filed April 24, 2023, at Entry 372:

**1. STATEMENT OF ISSUES PRESENTED:**  Whether the Bankruptcy Court's summary denial and expungement of the claim of George Snyder, in its entirety, without an evidentiary hearing, and based solely on the objection of a creditor, constituted an error or an abuse of discretion?

**2. DESIGNATION OF RECORD ITEMS FOR APPEAL**

**Proof of Claim:**  5-1

**Docket Entries:**

7   May 9, 2022  Amended Involuntary Petition

42   Jun 17, 2022  Order for Relief Signed on 6/17/2022

59

Jul 5, 2022

Summary of Assets and Liabilities Schedules for Non-Individual Filed by Debtor U LOCK INC (Roth, J.)

(Entered: 07/05/2022)

**Main Document**

**Summary of Schedules**

60   Jul 5, 2022

Schedule A/B: Property for Non-Individual Filed by Debtor U LOCK INC (Roth, J.) (Entered: 07/05/2022)

61

Jul 6, 2022

Schedule D: Creditors Having Claims Secured by Property Filed by Debtor U LOCK INC (Roth, J.) (Entered: 07/06/2022)

**Main Document**

**Schedule D**

62

Jul 6, 2022

Schedule E/F: Creditors Who Have Unsecured Claims for Non-Individual Filed by Debtor U LOCK INC (Roth, J.) (Entered: 07/06/2022)

63

Jul 6, 2022

Schedule G: Executory Contracts and Unexpired Leases Filed by Debtor U LOCK INC (Roth, J.) (Entered: 07/06/2022)

64

Jul 6, 2022

**Schedule H: Non-Individual- Codebtors to the extent U Lock acted since 2015 in the capacity as a trustee Filed by Debtor U LOCK INC (Roth, J.) (Entered: 07/06/2022)**

65

Jul 6, 2022

**Statement of Financial Affairs Filed by Debtor U LOCK INC (Roth, J.) (Entered: 07/06/2022)**

Statement of Financial Affairs

66

Jul 6, 2022

**Declaration re: Under Penalty of Perjury for Non-Individual Debtors Filed by Debtor U LOCK INC (Roth, J.) (Entered: 07/06/2022)**

86

Jul 15, 2022

**Notice Regarding of Non-Compliance as Directed by Paragraph 12 of the Order at Entry 36. Filed by Debtor U LOCK INC (RE: related document(s): 36 Order -Non-motion related-). (Attachments: # 1 Exhibit Cease and Desist from North Huntingdon Township # 2 Declaration of George Snyder) (Roth, J.) (Entered: 07/15/2022)**

Main Document

108

Aug 8, 2022

**DECLARATION OF GEORGE SNYDER IN REFERENCE TO CERTAIN EQUIPMENT Filed by Managing General Partner George Snyder (Attachments: # 1 Exhibit # 2 Certificate of Service) (aala) (Entered: 08/08/2022)**

Main Document

Declaration

115

Aug 15, 2022   Transcript regarding Hearing Held 08/09/2022.

NO ENTRY NUMBER   Aug 26, 2022   341 Hearing   TRANSCRIPT

139

Aug 31, 2022

Transcript regarding Hearing Held 08/25/2022.

NO ENTRY NUMBER   Dec 1, 2022   341 by Telephone   TRANSCRIPT

233

Dec 2, 2022

Declaration of George Snyder In Reference To Certain Equipment filed by George Snyde

234

Dec 2, 2022

Supplemental Declaration Of George Snyder In Reference To Certain Equipment filed by George Snyder (aala) (Entered: 12/02/2022)

265

Dec 28, 2022

Notice of Filing of Transcript.   TRANSCRIPT NO DOCKET NUMBER

278

Jan 6, 2023

Amended Order to Show Cause Signed on 1/6/2023. (RE: related document(s): 249 Order Scheduling Hearing). Show Cause hearing to be held on 1/27/2023 at 10:00 AM at p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh, with Christine Biros and George Snyder to appear in person. On or before 1/20/2023 Christine Biros and George Snyder shall file written Responses to this Order to Show Cause.

(nsha) (Entered: 01/06/2023)

**Main Document**

**Attachment 1**

293

Jan 17, 2023

Memorandum Opinion Signed on 1/17/2023. (RE: related document(s): 258 Application for Administrative Expenses, 277 Response, 285 Objection, 291 Objection). cm: Christine Biros, Robert Bernstein, Esq. (nsha) (Entered: 01/17/2023)

294

Jan 17, 2023

Order to Show Cause signed on 1/17/2023. (RE: related document(s): 258 Application for Administrative Expenses filed by Creditor Christine Biros, 293 Memorandum Opinion). Show Cause hearing to be held on 1/27/2023 at 10:00 AM at p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 4:00 PM on 1/25/2023. (nsha) (Entered: 01/17/2023)

**Main Document**

**Hearing w/o Forms**

**Attachment 1**

299

Jan 21, 2023

Reply by Debtor to Response of Christine Biros Regarding the Hearing on 1/27/2023. Filed by U LOCK INC (RE: related document(s): 298 Response filed by Creditor Christine Biros). (Attachments: # 1 Exhibit Copies of Money Orders given to Trustee for Recycled Cars) (Roth, J.) (Entered: 01/21/2023)

**Main Document**

**Attachment 1**

Exhibit Copies of Money Orders given to Trustee for Recycled Cars

317

Feb 1, 2023

Notice of Filing of Transcript. Notice is hereby given that a transcript of the hearing held on 01/27/2023 on Order to Show Cause; Stipulation by Shanni Snyder; Motion for Relief from Stay and Motion to Enforce Order has been filed. Transcripts are available for inspection only at the Clerk's Office or may be purchased from the Court Transcriber during the 90 day restriction period. (RE: related document(s): 316 Transcript). (hsmi) (Entered: 02/01/2023)

Main Document

Notice of Filing of Transcript

337

Feb 24, 2023

Objection to Claim of George Snyder. At claim number 5. Filed by Creditor Christine Biros. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Proposed Order) (Bernstein, Robert) (Entered: 02/24/2023)

Main Document

Objection to Claim

Attachment 1

Exhibit A

Attachment 2

Exhibit B

Attachment 3

Exhibit C

Attachment 4

Proposed Order

358

Mar 28, 2023

Response Regarding the Hearing on 4/13/2023. Filed by George Snyder (RE: related document(s): 337 Objection to Claim filed by Creditor Christine Biros). (nsha) (Entered: 03/28/2023)

Main Document

Response

366

Apr 14, 2023

Order of Court Granting Objection to Claim (Related Doc # 337) Signed on 4/14/2023. (nsha) (Entered: 04/14/2023)

Main Document

Apr 24, 2023  NO DOCKET NUMBER

Transcript

372

Apr 24, 2023

Notice of Appeal . Receipt Number NFP,Fee Amount $ 298. Filed by George Snyder (RE: related document(s): 366 Order on Objection to Claim). Appellant Designation due by 5/8/2023 for 366, . (nsha) (Entered: 04/24/2023)

Notice of Appeal

/s/ George Snyder