IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: U LOCK INC. a/k/a U-LOCK INC.,<br><br>Debtor. | Case. 22-20823-GLT |
| USAAG SYSTEMS CO.,<br><br>Movant,<br><br>v.<br><br>CHRISTINE BIROS,<br><br>Respondent. | |

## NOTICE OF APPEARANCE (LIMITED)

Please take notice that, in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters a appearance in this case on behalf of non-party USAAG Systems Co. for the purpose of objecting to discovery matters affecting it. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Michael F. Santicola, Esquire
Santicola, Steele & Fedeles, P.C.
722 Turnpike Street
Beaver, PA 15009
724-775-3392
Michael@ssslawyer.com