IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: U LOCK INC. a/k/a U-LOCK INC.<br><br>Debtor.<br><br>USAAG SYSTEMS CO.,<br><br>Movant,<br><br>v.<br><br>CHRISTINE BIROS,<br><br>Respondent. | Case. 22-20823-GLT |

## CERTIFICATE OF SERVICE

I certify that the following interested parties have been served with a copy of this motion via the Court's ECF system unless otherwise indicated:

Polly Klane, Chief Legal Officer  *(via mail or courier)*
Citizens Bank
One Citizens Place
Providence RI  02903

George Snyder        *(via First Class Mail)*
PO Box 15
Irwin PA  15642

Robert H. Slone, Trustee   *(via ecf)*
223 South Maple Avenue
Greensburg, PA 15601-323

Christine Biros        *(via ecf)*
c/o Bernstein-Burkley, P.C.
601 Grant Street
Pittsburgh, PA 15219-4430

Shanni Snyder            *(via ecf)*
John P. Lacher, Esq.
501 Smith Drive, Suite 3
Cranberry Twp., PA 16066

U Lock Inc.            *(via ecf)*
% J. Allen Roth, Esq.
805 S. Alexandria St
Latrobe PA  15642

By: /s/ [signature]
Michael F. Santicola, Esq.