# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: U LOCK INC. a/k/a U-LOCK INC. | Case. 22-20823-GLT |
| Debtor. | |
| USAAG SYSTEMS CO., | |
| Movant, | |
| v. | |
| CHRISTINE BIROS, | |
| Respondent. | |

**ORDER**

AND NOW, this _____ day of _____, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that the subpoena issued to Citizens Bank on May 24, 2023, relating to the business records of USAAG Systems Co. is hereby QUASHED.

*ALTERNATIVE LANGUAGE: The subpoena issued to Citizens Bank on May 24, 2023, relating to the business records of USAAG Systems Co. is hereby limited to financial transactions from the period of 2016 through 2020 relating solely to Shanni Snyder, U Lock, or any of its officers.*

It is further ORDERED, ADJUDGED, and DECREED that any prior subpoena issued to Citizens Bank relating to USAAG Systems Co. shall be immediately disclosed to counsel for USAAG and the parties. USAAG Systems Co. may file a motion to quash and have the records received returned within fourteen (14) days after disclosure.

By the Court:

_____
United States Bankruptcy Judge