FILED
05/25/23
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: U LOCK INC. a/k/a | ) | |
| U-LOCK INC. | ) | Bankruptcy 22-20823-GLT |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| ——————————————————————— | ) | |

**GEORGE SNYDER'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES**

George Snyder respectfully submits this statement of issues to be presented on appeal and designation of record items to be included in the record on appeal, to the United States District Court for the Western District of Pennsylvania in connection with the Notice of Appeal filed April 24, 2023, at Entry 372:

**1. STATEMENT OF ISSUES PRESENTED:** Whether the Bankruptcy Court's summary denial and expungement of the claim of George Snyder, in its entirety, without an evidentiary hearing, and based solely on the objection of a creditor, constituted an error or an abuse of discretion?

**2. DESIGNATION OF RECORD ITEMS FOR APPEAL**

**Proof of Claim:** 5-1

**Docket Entries:**

7   May 9, 2022   Amended Involuntary Petition

42   Jun 17, 2022   Order for Relief Signed on 6/17/2022

59

Jul 5, 2022

Summary of Assets and Liabilities Schedules for Non-Individual Filed by Debtor U LOCK INC (Roth, J.)

(Entered: 07/05/2022)

**Main Document**

**Summary of Schedules**

**60**  Jul 5, 2022

Schedule A/B: Property for Non-Individual Filed by Debtor U LOCK INC (Roth, J.) (Entered: 07/05/2022)

61

Jul 6, 2022

Schedule D: Creditors Having Claims Secured by Property Filed by Debtor U LOCK INC (Roth, J.) (Entered: 07/06/2022)

**Main Document**

**Schedule D**

62

Jul 6, 2022

Schedule E/F: Creditors Who Have Unsecured Claims for Non-Individual Filed by Debtor U LOCK INC (Roth, J.) (Entered: 07/06/2022)

63

Jul 6, 2022

Schedule G: Executory Contracts and Unexpired Leases Filed by Debtor U LOCK INC (Roth, J.) (Entered: 07/06/2022)

64

Jul 6, 2022

Schedule H: Non-Individual- Codebtors to the extent U Lock acted since 2015 in the capacity as a trustee Filed by Debtor U LOCK INC (Roth, J.) (Entered: 07/06/2022)

65

Jul 6, 2022

Statement of Financial Affairs Filed by Debtor U LOCK INC (Roth, J.) (Entered: 07/06/2022)

Statement of Financial Affairs

66

Jul 6, 2022

Declaration re: Under Penalty of Perjury for Non-Individual Debtors Filed by Debtor U LOCK INC (Roth, J.) (Entered: 07/06/2022)

86

Jul 15, 2022

Notice Regarding of Non-Compliance as Directed by Paragraph 12 of the Order at Entry 36. Filed by Debtor U LOCK INC (RE: related document(s): 36 Order -Non-motion related-). (Attachments: # 1 Exhibit Cease and Desist from North Huntingdon Township # 2 Declaration of George Snyder) (Roth, J.) (Entered: 07/15/2022)

Main Document

108

Aug 8, 2022

DECLARATION OF GEORGE SNYDER IN REFERENCE TO CERTAIN EQUIPMENT Filed by Managing General Partner George Snyder (Attachments: # 1 Exhibit # 2 Certificate of Service) (aala) (Entered: 08/08/2022)

Main Document

Declaration

115

Aug 15, 2022   Transcript regarding Hearing Held 08/09/2022.

NO ENTRY NUMBER  Aug 26, 2022  341 Hearing  TRANSCRIPT

139

Aug 31, 2022

Transcript regarding Hearing Held 08/25/2022.

NO ENTRY NUMBER  Dec 1, 2022  341 by Telephone  TRANSCRIPT

233

Dec 2, 2022

Declaration of George Snyder In Reference To Certain Equipment filed by George Snyde

234

Dec 2, 2022

Supplemental Declaration Of George Snyder In Reference To Certain Equipment filed by George Snyder (aala) (Entered: 12/02/2022)

265

Dec 28, 2022

Notice of Filing of Transcript.  TRANSCRIPT NO DOCKET NUMBER

278

Jan 6, 2023

Amended Order to Show Cause Signed on 1/6/2023. (RE: related document(s): 249 Order Scheduling Hearing). Show Cause hearing to be held on 1/27/2023 at 10:00 AM at p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh, with Christine Biros and George Snyder to appear in person. On or before 1/20/2023 Christine Biros and George Snyder shall file written Responses to this Order to Show Cause.

(nsha) (Entered: 01/06/2023)

Main Document

Attachment 1

293

Jan 17, 2023

Memorandum Opinion Signed on 1/17/2023. (RE: related document(s): 258 Application for Administrative Expenses, 277 Response, 285 Objection, 291 Objection). cm: Christine Biros, Robert Bernstein, Esq. (nsha) (Entered: 01/17/2023)

294

Jan 17, 2023

Order to Show Cause signed on 1/17/2023. (RE: related document(s): 258 Application for Administrative Expenses filed by Creditor Christine Biros, 293 Memorandum Opinion). Show Cause hearing to be held on 1/27/2023 at 10:00 AM at p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 4:00 PM on 1/25/2023. (nsha) (Entered: 01/17/2023)

Main Document

Hearing w/o Forms

Attachment 1

299

Jan 21, 2023

Reply by Debtor to Response of Christine Biros Regarding the Hearing on 1/27/2023. Filed by U LOCK INC (RE: related document(s): 298 Response filed by Creditor Christine Biros). (Attachments: # 1 Exhibit Copies of Money Orders given to Trustee for Recycled Cars) (Roth, J.) (Entered: 01/21/2023)

Main Document

Attachment 1

Exhibit Copies of Money Orders given to Trustee for Recycled Cars

317

Feb 1, 2023

Notice of Filing of Transcript. Notice is hereby given that a transcript of the hearing held on 01/27/2023 on Order to Show Cause; Stipulation by Shanni Snyder; Motion for Relief from Stay and Motion to Enforce Order has been filed. Transcripts are available for inspection only at the Clerk's Office or may be purchased from the Court Transcriber during the 90 day restriction period. (RE: related document(s): 316 Transcript). (hsmi) (Entered: 02/01/2023)

**Main Document**

Notice of Filing of Transcript

337

Feb 24, 2023

Objection to Claim of George Snyder. At claim number 5. Filed by Creditor Christine Biros. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Proposed Order) (Bernstein, Robert) (Entered: 02/24/2023)

**Main Document**

Objection to Claim

**Attachment 1**

Exhibit A

**Attachment 2**

Exhibit B

**Attachment 3**

Exhibit C

**Attachment 4**

Proposed Order

358

Mar 28, 2023

Response Regarding the Hearing on 4/13/2023. Filed by George Snyder (RE: related document(s): 337 Objection to Claim filed by Creditor Christine Biros). (nsha) (Entered: 03/28/2023)

Main Document

Response

366

Apr 14, 2023

Order of Court Granting Objection to Claim (Related Doc # 337) Signed on 4/14/2023. (nsha) (Entered: 04/14/2023)

Main Document

Apr 24, 2023  NO DOCKET NUMBER

Transcript

372

Apr 24, 2023

Notice of Appeal . Receipt Number NFP,Fee Amount $ 298. Filed by George Snyder (RE: related document(s): 366 Order on Objection to Claim). Appellant Designation due by 5/8/2023 for 366, . (nsha) (Entered: 04/24/2023)

Notice of Appeal

/s/ George Snyder

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20823-GLT |
| U LOCK INC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: May 26, 2023     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Christine Biros, c/o Bernstein-Burkley, P.C., Sarah E. Wenrich, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| | + | George Snyder, PO Box 15, Irwin, PA 15642-0015 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| mgp | | George Snyder |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Daniel McArdle Booker | on behalf of Plaintiff Christine Biros mbooker@bernsteinlaw.com mbooker@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com |
| Daniel McArdle Booker | on behalf of Creditor Christine Biros mbooker@bernsteinlaw.com mbooker@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com |
| David L. Fuchs | on behalf of Plaintiff Shanni Snyder dfuchs@fuchslawoffice.com 9924@notices.nextchapterbk.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: May 26, 2023 | Form ID: pdf900 | Total Noticed: 2

David L. Fuchs
    on behalf of Petitioning Creditor Shanni Snyder dfuchs@fuchslawoffice.com 9924@notices.nextchapterbk.com

Eric E. Bononi
    bankruptcy@bononilaw.com pa69@ecfcbis.com

J. Allen Roth
    on behalf of Debtor U LOCK INC jallenroth@recap.email federal@jarothlaw.com

J. Allen Roth
    on behalf of Plaintiff U LOCK INC jallenroth@recap.email federal@jarothlaw.com

John Patrick Lacher
    on behalf of Petitioning Creditor Shanni Snyder attorneylacher@yahoo.com jlacher@lynchlaw-group.com

John Patrick Lacher
    on behalf of Plaintiff Shanni Snyder attorneylacher@yahoo.com jlacher@lynchlaw-group.com

Kirk B. Burkley
    on behalf of Plaintiff Christine Biros kburkley@bernsteinlaw.com
    pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;kburkley@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Lara Shipkovitz Martin
    on behalf of Creditor Christine Biros lmartin@bernsteinlaw.com
    cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lmartin@ecf.courtdrive.com

Mark A. Lindsay
    on behalf of Defendant Biros Irrevocable Life Insurance Trust mlindsay@bernsteinlaw.com
    cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Mark A. Lindsay
    on behalf of Defendant Christine Biros mlindsay@bernsteinlaw.com
    cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
    on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

Robert H. Slone, Trustee
    robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com

Robert S. Bernstein
    on behalf of Creditor Christine Biros rbernstein@bernsteinlaw.com
    cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Sarah Elizabeth Wenrich
    on behalf of Creditor Christine Biros swenrich@bernsteinlaw.com cwirick@bernsteinlaw.com;swenrich@ecf.courtdrive.com

TOTAL: 19