Form 611

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **U LOCK INC** | : | Case No. 22−20823−GLT |
| **aka U−LOCK INC.** | : | Chapter: 7 |
| *Debtor(s)* | : | |
| | : | |
| USAAG SYSTEMS CO., | : | |
| *Movant(s),* | : | Related to Doc. No. 398 |
| | : | |
| v. | : | Hearing Date: 6/5/23 at 11:30 AM |
| CHRISTINE BIROS | : | Response Date: 6/2/23 by 12 |
| *Respondent(s).* | : | |
| | : | |
| | : | |

### NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

**NOTICE IS HEREBY GIVEN THAT** an expedited motion entitled MOTION TO STAY SUBPOENA PENDING HEARING; MOTION FOR A PROTECTIVE ORDER AND OTHER RELATED RELIEF has been filed in the above−referenced case by USAAG Systems Co. .

(1)   An in−person hearing will be held on **June 5, 2023 at 11:30 AM** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website by no later than **4 p.m.** on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's **General Procedures.**

Register here: (http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information).

General Procedures: (http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(2)   Responses to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on parties in interest on or before **June 2, 2023 by 4 p.m.**.

(3)   A courtesy copy of all responses shall be delivered to chambers with the filing.

(4)   Service shall be made as directed below.  A certificate of service shall be filed with the Clerk immediately.

Dated: May 31, 2023

cm: Debtor
    Michael F. Santicola, Esq.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Movant shall immediately serve a copy of this scheduling Order and the Motion by hand delivery, e−mail, or facsimile on the Respondent(s), any appointed trustee, Debtor(s), Debtor(s)' Attorney, all secured creditors whose interests may be affected by the relief requested, the U.S. Trustee, and the attorney for any committee.  In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors.  Movant shall deliver a paper copy of the motion and this notice of hearing to chambers.