# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 22-20823-GLT |
|---|---|
| U LOCK INC., | Chapter 7 |
| Debtor. | |

## NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF CREDITOR, CHRISTINE BIROS

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Christine Biros, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,
BERNSTEIN-BURKLEY, P.C.

By:/s/*Stuart C. Gaul, Jr.*
Stuart C. Gaul, Jr., Esquire
PA ID. No. 74529
601 Grant Street, 9th Floor
Pittsburgh, PA  15219-1900
Telephone: (412) 456-8139
Facsimile:  (412) 456-8135
e-mail:  sgaul@bernsteinlaw.com

Attorney for Creditor

Dated: 6/2/2023