

# ✕✕ Citizens™

US702 | BR002
ROP 450
P.O. Box 7000
Providence, RI 02940

**Savings Account Statement**

Page 1 of 3

Beginning July 01, 2022
through July 31, 2022

## Questions? Contact us today:

USA AG SYSTEMS CO

GLASTONBURY CT ▮▮▮▮▮

**CALL:**
📞 Savings Account Customer
Service
1-800-922-9999

**VISIT:**
🖥 Access your account online:
citizensbank.com

**MAIL:**
✉ Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

**USA AG SYSTEMS CO**



## Business Savings for ▮▮▮▮▮

### Balance Calculation

| | | |
|---|---|---|
| Previous Balance | | 850,808.47 |
| Withdrawals & Debits | − | 499.00 |
| Deposits & Credit | + | .00 |
| Interest Paid | + | 7.22 |
| **Current Balance** | = | 850,316.69 |

### Balance

| | |
|---|---|
| Average Daily Balance | 850,373.85 |

### Interest

| | |
|---|---|
| Current Interest Rate | .01% |
| Annual Percentage Yield Earned | .01% |
| Number of Days Interest Earned | 31 |
| Interest Earned | 7.22 |
| Interest Paid This Year | 19.97 |

You can waive the monthly maintenance fee of $4.99 by maintaining a minimum daily balance of $500 in your account.
Your minimum daily balance used to qualify this statement period is: $850,309
A New Account waiver is active on your account so monthly maintenance fees are not currently being assessed. Your first four monthly maintenance fees will be waived as a courtesy.

## TRANSACTION DETAILS FOR SAVINGS ACCOUNT ENDING 6498

| Date | Amount | Description | |
|---|---|---|---|
| | | | **Previous Balance** |
| 07/05 | 499.00 | ONLINE TRANSFER TO CHECKING ▮▮▮6386 | **850,808.47** |
| 07/29 | 7.22 | Interest | |
| | | | **Total Transactions** |
| | | | − **491.78** |

Member FDIC ⌂ Equal Housing Lender

## Business Savings

| Daily Balance | | | | | | | Current Balance |
|---|---|---|---|---|---|---|---|
| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* | = | **850,316.69** |
| 07/05 | 850,309.47 | 07/29 | 850,316.69 | | | | |

### NEWS FROM CITIZENS

Why wait for a statement to see your banking activity? Download our Mobile Banking App* today to see your account info when it is convenient for you. Plus, better manage your money with personalized insights in the app to better balance spending and saving.
*Wireless carrier charges may apply.

Member FDIC ⌂ Equal Housing Lender