# Stuart C. Gaul, Jr.

| | |
|---|---|
| **From:** | Allison Gilbert |
| **Sent:** | Friday, April 21, 2023 3:18 PM |
| **To:** | jallenroth@recap.email; jlacher@lynchlaw-group.com; robertslone223@gmail.com |
| **Cc:** | Kirk B. Burkley; Mark A. Lindsay; Alexandra L. Yuill |
| **Subject:** | U Lock Inc, Bankruptcy Case No. 22-20823 |
| **Attachments:** | Notice of Issuance of Subpoena.pdf |

Good Afternoon,

Attached please find a Notice of Issuance of Subpoena upon Citizens Bank regarding the above referenced bankruptcy case.  Do not hesitate to contact our office if you have any questions or concerns.

Sincerely,

Allison Gilbert

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 22-20823-GLT |
| | ) | |
| U LOCK INC | ) | Chapter 7 |
| aka U-LOCK Inc., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF ISSUANCE OF SUBPOENA

AND NOW, comes Christine Biros, by and through her undersigned counsel, Bernstein-Burkley, P.C., and hereby submits this Notice of Issuance of Subpoena to Citizens Bank, N.A., relevant to the above-captioned proceeding.

Respectfully Submitted,

Dated: April 21, 2023

*/s/ Kirk B. Burkley*
Kirk B. Burkley, Esquire
Pa. I.D. # 89511
BERNSTEIN-BURKLEY, P.C.
601 Grant Street, 9th Floor
Pittsburgh, Pennsylvania 15219
(412) 456-8100
kburkley@bernsteinlaw.com
Attorney for Christine Biros

1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 22-20823-GLT |
| | ) | |
| U LOCK INC | ) | Chapter 7 |
| aka U-LOCK Inc., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE OF NOTICE OF ISSUANCE OF SUBPOENA

I certify that I served or caused to be served a copy of the foregoing Notice of Issuance of Subpoena upon each of the persons and parties in interest at the addresses shown below by United States Mail, First Class, Postage Pre-Paid, and additionally served by this Court's CM/ECF System:

U.S. Trustee
1001 Liberty Center, Suite 970
Pittsburgh, PA 15222

U LOCK INC
c/o J. Allen Roth, Esq.
805 S. Alexandria Street
Latrobe, PA 15650
jallenroth@recap.email

Robert H. Slone, Trustee
223 South Maple Avenue
Greensburg, PA 15601
robertslone223@gmail.com

Shanni Snyder
c/o John P. Lacher, Esq.
501 Smith Drive, Suite 3
Cranberry Township, PA 16066
jlacher@lynchlaw-group.com

Respectfully Submitted,

Dated: April 21, 2023

*/s/ Kirk B. Burkley*
Kirk B. Burkley, Esquire
Pa. I.D. # 89511
BERNSTEIN-BURKLEY, P.C.
601 Grant Street, 9th Floor
Pittsburgh, Pennsylvania 15219
(412) 456-8100
kburkley@bernsteinlaw.com
Attorney for Christine Biros