

One Citizens Bank Way
JCC121
Johnston, RI 02919

May 3, 2023

Kirk B Burkley
Bernstein and Burkley
601 Grant Street
9th Floor
Pittsburgh, PA, 15219

RE: 22-20823-GLT

RE: Account Number x6386

**INVOICE FOR PRODUCTION OF RECORDS**

Please remit payment of this bill along with a copy of this bill to the above address within 5 days of receipt of this letter.  Please include our reference number indicated below on any payments and correspondence. For your convenience payments can be made via EFT or check. Please make checks made payable to **Citizens Bank, N.A.**.

| Type of Invoice | No. of Copies | Unit Price (copies) | No. of Hours | Unit Price (hours) | Sub Total |
|---|---|---|---|---|---|
| Research Hours |  |  | 1 | 8.50 | 8.50 |
| Item Copy | 4 | 0.25 |  |  | 1.00 |

Total Invoice Amount: 9.50

Regards,

Jessica L Cioe
Subpoena Summons Processing
888-799-0482
REF# SP-4076