# Stuart C. Gaul, Jr.

| | |
|---|---|
| **From:** | Stuart C. Gaul, Jr. |
| **Sent:** | Friday, May 26, 2023 5:16 PM |
| **To:** | dfuchs@fuchslawoffice.com |
| **Cc:** | Robert S. Bernstein; Mac Booker; attorneylacher@yahoo.com; robertslone223@gmail.com |
| **Subject:** | FW: U Lock, Inc., Bankruptcy Case No. 22-20823-GLT |
| **Attachments:** | Subpoena with Exhibit to Citizens.PDF |

David,

Thanks for your time this afternoon.  After we hung up, I investigated the question on subpoenas further.  I found this email from Wednesday in my Inbox.  It looks like the email address on it lines up with yours.  The attachment here is simply carried over from Wednesday's email, and I don't think that any part of the subpoena is missing.  I can't confirm Mr. Lacher's address.

Please check your Inbox and any spam folders or filters.  If the message isn't in there somewhere, then we should reconvene on Tuesday to figure out where the issue lies.

Thank you again,
Stuart Gaul

_____

**Stuart C. Gaul, Jr., Esq.**



601 Grant Street, 9th Floor | Pittsburgh, PA 15219

sgaul@bernsteinlaw.com | P: 412.456.8139 | F: 412.456.8135



**From:** Allison Gilbert <agilbert@bernsteinlaw.com>
**Sent:** Wednesday, May 24, 2023 3:24 PM
**To:** jallenroth@recap.email; dfuchs@fuchslawoffice.com; attorneylacher@yahoo.com
**Cc:** COZ@Zeblaw.com; robertslone223@gmail.com; Stuart C. Gaul, Jr. <sgaul@bernsteinlaw.com>; Mac Booker <mbooker@bernsteinlaw.com>
**Subject:** U Lock, Inc., Bankruptcy Case No. 22-20823-GLT

Good Afternoon,

Attached please find a subpoena to produce documents sent to Citizens Bank today on behalf of our client, Christine Biros.  Do not hesitate to contact our office with any questions or concerns.

Thank you,
Allison Gilbert

_____

**Allison Gilbert** | **Paralegal**



601 Grant Street, 9th Floor | Pittsburgh, PA 15219

agilbert@bernsteinlaw.com | P: 412-456-8134 | F: 412-456-8135



CONFIDENTIALITY NOTICE: This electronic communication and any attachments (a) are protected by the Electronic Communications Privacy Act (18 U.S.C. § 2510-2522), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient. If you have received this electronic communication in error, please notify the sender and delete the entirety of the electronic communication. Any use of the contents of any information received in error, including but not limited to disclosure, copying, or distribution, is strictly prohibited.