FILED
6/6/23 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 22-20823-GLT |
| **U LOCK INC.**, | : | Chapter 7 |
| *Debtor.* | : | |
| **USAAG SYSTEMS CO.**, | : | |
| *Movant,* | : | Related to Dkt. No. 398 |
| v. | : | |
| **CHRISTINE BIROS**, | : | |
| *Respondent.* | : | |

## ORDER OF COURT

This matter came before the Court upon consideration of the *Request for Expedited Hearing or Emergency Motion to Stay Subpoena Pending Hearing; Motion for a Protective Order; Motion to Quash Subpoena; or, in the Alternative, Motion to Specify Conditions of Subpoena; and, Motion to Direct Disclosure of Prior Subpoena* [Dkt. No. 398]. On June 5, 2023, the Court conducted an expedited hearing on the matter. For reasons stated on the record at the June 5 hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Pursuant to Federal Rule of Civil Procedure 45(d)(3)(B) and Bankruptcy Rule 9016, the subpoena issued to Citizens Bank dated May 24, 2023, and returnable June 5, 2023, for USAAG Systems Co.'s financial records is **QUASHED**.

2. Pursuant to Federal Rule of Civil Procedure 26(c), a protective Order is entered as to the financial records of USAAG Systems Co. No further request shall be made, or subpoenas issued, without leave of Court. The prior request is **QUASHED**.

3. On or before **June 20, 2023**, a copy of the prior subpoena shall be provided to the parties.

4. On or before **June 20, 2023**, all records obtained from the prior subpoena shall be returned to counsel for USAAG Systems Co., and the parties shall not maintain copies of them.

Dated: June 6, 2023

_____ cgr
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor
USAAG Systems Co.
Christine Biros