FILED
6/6/23 2:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 22-20823-GLT |
| **U LOCK INC.**, : | Chapter 7 |
| *Debtor*. : | |
| **EMANUEL SNYDER**, : | |
| *Movant*, : | Related to Dkt. No. 409 |
| v. : | |
| **MAC BOOKER, CHRISTINE BIROS,** and **CATHOLIC SCHOOL SYSTEM GREENSBURG CATHOLIC DIOCESE**, : | |
| *Respondents*. : | |

## ORDER OF COURT

This matter came before the Court upon consideration of the *Request for Expedited Hearing, Motion for a Protective Order or to Quash or Modify Subpoena* [Dkt. No. 409]. The Court preliminarily discussed the matter at a hearing conducted on June 5, 2023. For reasons stated on the record at the June 5 hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Following discussion of the matter at the June 5 hearing, the Court deems it unnecessary to schedule a hearing at this time.

2. Pursuant to Federal Rule of Civil Procedure 45(d)(3)(B) and Bankruptcy Rule 9016, the subpoena issued on May 26, 2023 to the Catholic School System, seeking documents relating to the attendance of minor children related to Shanni Snyder, is **QUASHED**.

3. To the extent Christine Biros believes the subpoena should not be quashed, the Court grants her leave to file an appropriate response requesting reinstatement of the subpoena on or before **June 20, 2023**.

Dated: June 6, 2023

GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

cgr

<u>Case administrator to mail to</u>:
Debtor
Emanuel Snyder
Christine Biros
Catholic School System, Greensburg Catholic Diocese