# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>U LOCK INC.,<br>aka U-LOCK, INC.,<br><br>　　　　Debtor.<br>_____<br><br>EMMANUEL SNYDER,<br><br>　　　　Movant,<br><br>v.<br><br>CHRISTINE BIROS,<br><br>　　　　Respondent. | Bankruptcy No. 22-20823-GLT<br><br>Chapter 7<br><br><br><br>Related Doc. No. 409 |

## RESPONSE OF CHRISTINE BIROS TO REQUEST FOR EXPEDITED HEARING, MOTION FOR A PROTECTIVE ORDER OR TO QUASH OR MODIFY SUBPOENA

Christine Biros responds as follows to the Request for Expedited Hearing, Motion for a Protective Order or To Quash or Modify Subpoena (the "Pending Motion") of Emmanuel Snyder, Doc. No. 409:

1.　On June 5, 2023, Biros sent to the Diocese of Greensburg the correspondence attached to this Response as Exhibit A. That letter withdrew the Subpoena about which Snyder complains in the Pending Motion.

2.　That same day, Biros emailed a copy of this correspondence to opposing counsel. A copy of that email is attached to this Response as Exhibit B. Biros sent this correspondence prior to the public docketing of the Pending Motion but apparently subsequent to the motion's filing with this Court.

3. While Biros still believes that the Subpoena about which Snyder complains could have led to the discovery of admissible information, Biros appreciates the concerns that this Court has expressed in its Hearing of June 5, 2023 and previously.

Dated: June 6, 2023

BERNSTEIN-BURKLEY, P.C.

By: */s/ Stuart C. Gaul, Jr.*
Kirk B. Burkley (PA ID No. 89511)
Stuart C. Gaul, Jr. (PA ID No. 74529)
Daniel McArdle Booker (PA ID No. 320890)
601 Grant Street, Floor 9
Pittsburgh, PA 15219
Telephone: (412) 456-8108
Facsimile: (412) 456-8135
kburkley@bernsteinlaw.com
sgaul@bernsteinlaw.com
mbooker@bernsteinlaw.com

*Counsel for Christine Biros*