**BERNSTEIN • BURKLEY**
ATTORNEYS AT LAW

*A business approach to legal service* ℠

**Mac Booker**
mbooker@bernsteinlaw.com | (412) 456-8122

June 5, 2023

Dr. Nancy A. Rottler, Superintendent
Catholic School System
Greensburg Catholic Diocese
723 East Pittsburgh Street
Greensburg, PA 15601

Re:     U-Lock, Inc.
        Bankruptcy Case No. 22-20823-GLT

Dear Dr. Rottler:

    I am writing to follow up on correspondence of May 26, 2023 enclosing a Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Bankruptcy Case, and an Exhibit A thereto.

    Our client is withdrawing that subpoena. Accordingly, please do not provide documents or other materials in response to our May 26 subpoena.

    Thank you for your time.

Very truly yours,
BERNSTEIN-BURKLEY, P.C.

Mac Booker
Associate Attorney

MB/mag