FILED
7/7/23 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: U LOCK INC. a/k/a U-LOCK INC.<br><br>Debtor.<br>———————————————<br>U LOCK INC.,<br><br>Movant,<br><br>v.<br><br>CHRISTINE BIROS,<br>SHANNI SNYDER,<br>ROBERT SLONE, TRUSTEE,<br><br>Respondents. | Case. 22-20823-GLT<br><br><br>Chapter 7<br>Related Dkt. No. 411 |

### MODIFIED ORDER

AND NOW, this 7th day of July, 2023, upon consideration of the Motion for Clarification, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Pursuant to the Order of December 20, 2022, Entry 254, all intangible rights of the Trustee Robert Slone and U Lock Inc., including any appellate rights (but excluding any "Excluded Assets" such as the estate's possible claims against George Snyder and its cash) are now owned by Shanni Snyder as successor in interest.

2. The appeal at 617 WDA 2022, relating to the Order denying U Lock's request to strike the Order of January 20, 2022, etc., entered by the Court of Common Pleas of Westmoreland County, Pennsylvania, dated May 13, 2022, and docketed May 17, 2022, is:

    ( ) Stayed Pending the Outcome of the Adversary Proceeding at 23-ap-2020
    (**X**) Not stayed and may proceed to briefing.

3. The appeal at 615 WDA 2022, relating to the appeal from the Order dated January 20, 2022 issuing deeds to Christine Biros is:

    ( ) Stayed Pending the Outcome of the Adversary Proceeding at 23-ap-2020
    (**X**) Not stayed and may proceed to briefing.

4. Any appeal (650 WDA 2022) from the Order of May 13, 2022, docketed May 17, 2022, giving Christine Biros possession and a levy is moot as this Court entered an Order on September 1, 2022, Entry 143, deeming said Order VOID.

By the Court:

_____
United States Bankruptcy Judge