IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Case No. 22-20823-GLT |
| U LOCK, INC., : | Chapter 7 |
| : | |
| Debtor. : | |
| : | |
| CHRISTINE BIROS, : | Related Doc. Nos.: 340, 357 & 368 |
| : | |
| Movant, : | |
| : | Hearing Date: July 14, 2023 @1:30pm |
| v. : | |
| : | |
| SHANNI SNYDER, : | |
| : | |
| Respondent. : | |
| : | |

**EXHIBIT AND WITNESS LIST ON BEHALF OF MOVANT, CHRISTINE BIROS**

Christine Biros (the "Movant"), by and through her undersigned counsel, Bernstein-Burkley, P.C., hereby files this *Exhibit and Witness List* stating as follows:

LIST OF POTENTIAL WITNESSES

1. Shanni Snyder
   14390 Route 30
   North Huntingdon, PA 15642

2. Kash Snyder
   670 Lime Street
   Irwin, PA 15642

3. George Snyder
   150 Leger Road
   Irwin, PA 15642

The Movant reserves the right to call any witnesses identified by the Respondents.

Movant also reserves the right to supplement and/or amend this witness list.

**EXHIBIT LIST**

| Exhibit Number | Bates Range | Date of Exhibit | Witness | Description | Objections/ Rulings/ Exceptions |
|---|---|---|---|---|---|
| 1 | BIROS_000001 – BIROS_000005 | 4/9/18 | Shanni Snyder | Petition and Verification for In Forma Pauperis Westmoreland County Action No. 617 of 2018_REDACTED | Objection |
| 2 | BIROS_000006 - BIROS_000068 | 5/15/18 | Shanni Snyder | Shanni Sue Snyder's Voluntary Petition for Individuals Filing for Bankruptcy Bankr. W.D. Pa. Case No. 18-21983-CMB | |
| 3 | BIROS_000069 – BIROS_000082 | 6/4/18 | Shanni Snyder | Shanni Sue Snyder's Ch. 7 Statement of Current Monthly Income Bankr. W.D. Pa. Case No. 18-21983-CMB | |
| 4 | BIROS_000083 – BIROS_000097 | 10/01/18 | George Snyder | Discovery Responses from Westmoreland County Action 4886 of 2017 | Objection |
| 5 | BIROS_000098 – BIROS_000190 | 4/29/19 | Kash Snyder | Trial Transcript from Westmoreland County Action No. 4886 of 2017 | Objection |

| Exhibit Number | Bates Range | Date of Exhibit | Witness | Description | Objections/ Rulings/ Exceptions |
|---|---|---|---|---|---|
| 6 | BIROS_000191 – BIROS_000198 | Dated: 8/22/19  Docketed: 8/23/19 | Shanni Snyder, George Snyder and Kash Snyder | Non-Jury Trial Opinion and Order of Court from Westmoreland County Action No. 4886 of 2017 | Objection |
| 7 | BIROS_000199 – BIROS_000207 | 7/14/21 | Shanni Snyder | Complaint for Violation of Fair Labor Standards filed in W.D. Pa. Case No. 2:21-cv-904 | |
| 8 | BIROS_000208 – BIROS_000216 | 10/18/21 | Shanni Snyder | Transcript for Default Judgment Hearing before W.D. Pa. Case No. 21-00904 | |
| 9 | BIROS_000217 - BIROS_000218 | 3/18/22 | Shanni Snyder | Praecipe for Writ of Summons in Equity and Assumpsit and For Lis Pendens in Westmoreland County Action No. 928 of 2022 | Objection |
| 10 | BIROS_000219 - BIROS_000222 | 5/9/22 | Shanni Snyder | Amended Involuntary Petition Bankr. W.D. Pa. Case No. 22-20823-GLT | |

| Exhibit Number | Bates Range | Date of Exhibit | Witness | Description | Objections/ Rulings/ Exceptions |
|---|---|---|---|---|---|
| 11 | BIROS_000223 - BIROS_000224 | Dated: 5/13/22  Docketed: 5/17/22 | George Snyder | Order Denying Petition to Strike in Westmoreland County Action No. 4886 of 2017 | Objection |
| 12 | BIROS_000225 | 5/19/22 | Shanni Snyder | Shanni Snyder Entry of Appearance in Westmoreland County Action No. 17 CJ 04886 | Objection |
| 13 | BIROS_000226 - BIROS_000238 | 5/19/22 | Shanni Snyder | Shanni Snyder Notice of Appeal in Westmoreland County Action No. 17 CJ 04886 | Objection |
| 14 | BIROS_000239 - BIROS_000242 | 5/19/22 | George Snyder and Kash Snyder | U Lock Inc's Notice of Bankruptcy in Westmoreland County Action No. 17 CJ 04886 | Objection |
| 15 | BIROS_000243 - BIROS_000247 | 5/27/22 | Shanni Snyder | Proof of Claim Bankr. W.D. Pa. Case No. 22-20823-GLT | |

| Exhibit Number | Bates Range | Date of Exhibit | Witness | Description | Objections/ Rulings/ Exceptions |
|---|---|---|---|---|---|
| 16 | BIROS_000248 - BIROS_000265 | 9/9/22 | George Snyder and Shanni Snyder | 341 (a) Transcript Bankr. W.D. Pa. Case No. 22-20823-GLT | |
| 17 | BIROS_000266 - BIROS_000271 | 1/17/23 | Kash Snyder and Shanni Snyder | Cont 341 Transcript Bankr. W.D. Pa. Case No. 22-20823-GLT | |
| 18 | BIROS_000272 - BIROS_000273 | 2/12/23 | George Snyder | Declaration of George Snyder Bankr. W.D. Pa. Case No. 22-20823-GLT | |
| 19 | BIROS_000274 - BIROS_000276 | 2/14/23 | Shanni Snyder | Supreme Court Pennsylvania Docket No. 259 WAL 2021 Allocatur Docket Sheet | Objection |
| 20 | BIROS_000277 - BIROS_000283 | 2/14/23 | Shanni Snyder | Supreme Court of Pennsylvania Docket No. 1841 WDA 2019 Appeal Docket Sheet | Objection |

| Exhibit Number | Bates Range | Date of Exhibit | Witness | Description | Objections/ Rulings/ Exceptions |
|---|---|---|---|---|---|
| 21 | BIROS_000284 - BIROS_000301 | 6/12/23 | Shanni Snyder | Shanni Snyder's Responses and Objections to the First Set of Requests for Admission, Interrogatories and Requests for Production of Documents in Bankr. W.D. Pa. Case No. 22-20823-GLT | |
| 22 | BIROS_000302 - BIROS_000304 | 6/20/23 | Shanni Snyder | Letter from David L. Fuchs, Esq. in Response to Letter dated June 15, 2023, Regarding Various Discovery Responses Bankr. W.D. Pa. Case No. 22-20823-GLT | |
| 23 | BIROS_000305 - BIROS_000308 | 7/6/23 | Shanni Snyder | Letter from David L. Fuchs, Esq. with Shanni Snyder's Supplemental Discovery Responses Bankr. W.D. Pa. Case No. 22-20823-GLT | |

The Movant reserves the right to use any exhibits identified by the Respondent. The Movant reserves the right to use any documents not identified herein for the sole purpose of rebuttal or impeachment. Finally, the Movant reserves the right to supplement and/or amend this list of Exhibits.

[SIGNATURE PAGE FOLLOWS]

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BERNSTEIN-BURKLEY, P.C. |
| Dated: July 7, 2023 | By: */s/ Stuart C. Gaul, Jr.*<br>Robert S. Bernstein, Esq.<br>PA ID # 34308<br>rbernstein@bernsteinlaw.com<br>Stuart C. Gaul, Jr., Esq.<br>PA ID #74529<br>sgaul@bernsteinlaw.com<br>Daniel McArdle Booker, Esq.<br>PA ID #320890<br>mbooker@bernsteinlaw.com<br>Sarah E. Wenrich, Esq.<br>PA ID # 325834<br>swenrich@bernsteinlaw.com<br>601 Grant Street, Floor 9<br>Pittsburgh, PA 15219<br>Telephone: (412) 456-8108<br>Facsimile: (412) 456-8135<br><br>*Counsel for Christine Biros* |