FILED
7/7/23 1:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 22-20823-GLT |
| | : | Chapter 7 |
| U LOCK, INC., | : | |
| *Debtor.* | : | Related to Dkt. No. 340, 345, 352, 355-357 |
| | : | |

### ORDER

Upon consideration of the various claims litigation now pending before the Court, including the *Consent Motion to Approve Settlement Agreement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Dkt. 345] and the *Objection to Claim Number 1 Filed By Shanni Snyder* [Dkt. No. 340], and in order to facilitate their efficient resolution by framing their potential impact to the estate, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that:

1.      On or before **July 13, 2023**, the chapter 7 trustee shall file a status report indicating:

   a.      The estimated fees incurred by the chapter 7 trustee to date;

   b.      The amount of estate funds currently on hand; and

   c.      Whether the chapter 7 trustee believes any claims still exist that might result in a recovery for the estate and, if possible, their estimated value.

2.      To the extent desirable, the chapter 7 trustee may file an interim application for compensation.

sjb

_____

Dated: July 7, 2023          GREGORY L. TADDONIO
                             CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 22-20823-GLT
U LOCK INC                                                                       Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                              Page 1 of 2
Date Rcvd: Jul 07, 2023                      Form ID: pdf900                      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+  U LOCK INC, 14140 U.S. Route 30, N. Huntingdon, PA 15642-1068 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Daniel McArdle Booker | on behalf of Plaintiff Christine Biros mbooker@bernsteinlaw.com mbooker@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com |
| Daniel McArdle Booker | on behalf of Creditor Christine Biros mbooker@bernsteinlaw.com mbooker@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com |
| David L. Fuchs | on behalf of Plaintiff Shanni Snyder dfuchs@fuchslawoffice.com  9924@notices.nextchapterbk.com |
| David L. Fuchs | |

on behalf of Petitioning Creditor Shanni Snyder dfuchs@fuchslawoffice.com 9924@notices.nextchapterbk.com

Eric E. Bononi

bankruptcy@bononilaw.com pa69@ecfcbis.com

J. Allen Roth

on behalf of Debtor U LOCK INC lawmatters@yahoo.com federal@jarothlaw.com

J. Allen Roth

on behalf of Plaintiff U LOCK INC lawmatters@yahoo.com federal@jarothlaw.com

John Patrick Lacher

on behalf of Petitioning Creditor Shanni Snyder attorneylacher@yahoo.com jlacher@lynchlaw-group.com

John Patrick Lacher

on behalf of Plaintiff Shanni Snyder attorneylacher@yahoo.com jlacher@lynchlaw-group.com

Kirk B. Burkley

on behalf of Plaintiff Christine Biros kburkley@bernsteinlaw.com
pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;kburkley@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Lara Shipkovitz Martin

on behalf of Creditor Christine Biros lmartin@bernsteinlaw.com
cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lmartin@ecf.courtdrive.com

Leonard J. Berger, Jr

on behalf of Interested Party Emanuel Snyder attyljb@hotmail.com

Mark A. Lindsay

on behalf of Defendant Christine Biros mlindsay@bernsteinlaw.com
cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Mark A. Lindsay

on behalf of Defendant Biros Irrevocable Life Insurance Trust mlindsay@bernsteinlaw.com
cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Michael F. Santicola

on behalf of Interested Party USAAG Systems Co. michael@ssslawyer.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee

on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

Robert H. Slone, Trustee

robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com

Robert S. Bernstein

on behalf of Creditor Christine Biros rbernstein@bernsteinlaw.com
cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Sarah Elizabeth Wenrich

on behalf of Creditor Christine Biros swenrich@bernsteinlaw.com cwirick@bernsteinlaw.com;swenrich@ecf.courtdrive.com

Stuart C. Gaul, Jr.

on behalf of Creditor Christine Biros sgaul@bernsteinlaw.com
sgaul@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Stuart C. Gaul, Jr.

on behalf of Defendant Christine Biros sgaul@bernsteinlaw.com
sgaul@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Stuart C. Gaul, Jr.

on behalf of Plaintiff Christine Biros sgaul@bernsteinlaw.com
sgaul@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com;agilbert@bernsteinlaw.com

TOTAL: 24