**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 22-20823-GLT |
| U LOCK, INC. ) | |
| ) | CHAPTER 7 |
| DEBTOR ) | |
| ) | DOCUMENT NO. |
| ROBERT H. SLONE, TRUSTEE ) | |
| ) | |
| MOVANT ) | HEARING DATE: 8/11/2023@10:00 AM |
| ) | COURTROOM A—PITTSBURGH |
| vs. ) | |
| ) | |
| NO RESPONDENTS ) | |

**APPLICATION OF COUNSEL TO THE CHAPTER 7 TRUSTEE**
**FOR ALLOWANCE OF INTERIM COMPENSATION**

Robert H. Slone, Esquire, counsel to the Trustee, makes the following Application:

1.    This case was filed under Chapter 7, Title 11 of the United States Bankruptcy Code on April 27, 2022.

2.    Pursuant to an Order of this Court dated July 7, 2022, Robert H. Slone, Esquire, has served as counsel for the Trustee in this case, who was appointed on June 22, 2022.    A copy of the Order appointing Robert H. Slone, Esquire as Trustee's Counsel is attached hereto as Exhibit "A."

3.    In the course of such representation, Robert H. Slone, Esquire, has provided 74.40 hours of valuable and necessary legal services to date to the Trustee in connection with the Trustee's fulfillment of his duties under 11.U.S.C. Section 704, which services and costs are detailed in Exhibit "B" attached hereto.

4    The total reasonable value of the services rendered by Robert H. Slone, Esquire, to date is $31, 620.00 (See Exhibit "B").

5.    The Order of Court dated July 7, 2023 filed at Docket No. 451 permits Trustee's counsel to file an interim application for compensation.

6.    Your applicant has received no compensation in connection with this case and no other compensation has been promised to him, except that your applicant expects to receive ordinary and customary fees and expenses associated with the performance of his duties as attorney for the Chapter 7 Trustee.

7.    Your applicant has not entered into any agreement with any other person for the sharing of compensation received or to be received in connection with this case, except that any monies for fees and costs received will be deposited into the general ledger account for the Law Offices of Mahady and Mahady.

8.    Your applicant believes that this application meets with the requirements of Rule 2016 and your applicant states that, to the best of his knowledge, he has met with said requirements.

WHEREFORE, your applicant prays that on award in the amount of $31,620.00 be made to Applicant for fees as Counsel to the Chapter 7 Trustee in this case as interim compensation in this matter.

Respectfully submitted,

Date:  July 13, 2023

/s/ ROBERT H. SLONE
Robert H. Slone, Trustee
PA I.D. No. 19963
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
(724) 834-2990
Email: robertslone223@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 22-20823-GLT |
| U LOCK, INC. ) | |
| ) | CHAPTER 7 |
| DEBTOR ) | |
| ) | DOCUMENT NO. |
| ROBERT H. SLONE, TRUSTEE ) | |
| ) | |
| MOVANT ) | HEARING DATE: 8/11/2023@10:00 AM |
| ) | COURTROOM A—PITTSBURGH |
| vs. ) | |
| ) | |
| NO RESPONDENTS ) | |

**CERTIFICATE OF SERVICE FOR APPLICATION OF COUNSEL TO CHAPTER 7 TRUSTEE FOR ALLOWANCE OF INTERIM COMPENSATION, HEARING NOTICE AND PROPOSED ORDER**

I, Robert H. Slone, certify under penalty of perjury that on July 13, 2023, I served a true and correct copy of the above-referenced documents upon the following persons and parties in interest at the addresses shown by United States First Class Mail, postage prepaid, as follows:

*List "A" was served all the above referenced documents.*

*List "B" was served the Hearing Notice only.*

EXECUTED ON:   July 13, 2023         By:   /s/ ROBERT H. SLONE
                                           Robert H. Slone, Trustee
                                           MAHADY & MAHADY

**LIST "A"**

Office of the U.S. Trustee
Liberty Center, Ste. 970
1001 Liberty Avenue
Pittsburgh, PA 15222

**LIST "B"**

Christine Biros
435 Millers Lane
Pittsburgh, PA 15239

Fred Banks
52 S. 8th
Pittsburgh, PA 15203

David Perla
550 Beatty Drive
Irwin, PA 15642

Denny and John Dull
120 Kline Avenue
North Versailles, PA 15137

Gary Cheripka
123 Catskill Avenue
Pittsburgh, PA 15227

Glenn Mowry
524 8th Street
Irwin, PA 15642

INW
800 E Wishkah Street #1003
Aberdeen, WA 98520

JAR Coal Company
1985 Lincoln Way
STE 23-333
White Oak, PA 15131

James Clawson
2437 Saunders Station Road
Monroeville, PA 15146

Jeffrey Shaw
140 Carriage Drive
Irwin, PA 15642

Jennifer Verrico
16 Goldstrom Avenue
Dravosburg, PA 15034

Mark Myka
5148 Peach Street #401
Erie, PA 16509

PA Turnpike Toll by Plate
PO Box 645631
Irwin, PA 15642

Peters Painting
14354 Overholt Drive
Irwin, PA 15642

R J. Abreu
39 ½ Wedgwood Drive 1009
Jewett City, CT 06351

R. Woodall
Apartado 10199
San Jose, Costa Rica, 00000

RSS Attn: Bawani
5307 Victoria Drive #185
Vancouver BC Canada
V5P3V6

Ricoberto Negrete Galeno
3048 Norland Street
Carnegie, PA 15106

Sara Stumme
2705 Bowman Avenue
McKeesport, PA 15132

Shanni Snyder
14390 Route 30, Unit H
Irwin, PA 15462

Sharon McCance
PO Box 185
Irwin, PA 15642

Shelly and Ben Chabande
799 Brownstone Road
Larimer, PA 15647

Stephen Chapas
273 Shasta Drive
Pittsburgh, PA 15239

Terry Noll
1257 Colt
Irwin, PA 15642

Tony Davis
6 Liberty Square
Boston, MA 02109

United Steelworkers
Attn: James Hill
386 Toura Drive
Pittsburgh, PA 15236

West Penn Power
76 South Main Street
Akron, OH 44308

Westmoreland County Tax
Claim Bureau
2 North Main Street, Ste. 109
Greensburg, PA 15601

Bernstein-Burkley, PC
Sara E. Wenrich, Esquire
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

J. Allen Roth
805 S. Alexandria Street
Latrobe, PA 15650

Renee E. Basista
9 Donna Drive
Irwin, PA 15642

John B. Joyce, Esq.
Grenen & Birsic, PC
One Gateway Center
9th Floor
Pittsburgh, PA 15222

Jeremy J. Kobesky, Esq.
Grenen & Birsic, PC
One Gateway Center
9th Floor
Pittsburgh, PA 15222

Robert S. Bernstein, Esq.
601 Grant Street, 9 th Floor
Pittsburgh, PA 15219-1900

Daniel McArdle Booker, Esq.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-1900

John P. Lacher
The Lynch Law Group
501 Smith Drive, Suite 3
Cranberry Twp., PA 16066

David L. Fuchs, Esquire
554 Washington Avenue
Carnegie, PA 15106

George Snyder
PO Box 15
Irwin, PA 15642

Michael F. Santicola Esq,
Santicola, Steele & Fedeles, PC
722 Turnpike Street
Beaver, PA 15009

Bernstein-Burkley, P.C.
Attn: Stuart C. Gaul, Jr. Esq.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-1900