IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 22-20823-GLT |
| | ) | |
| U LOCK INC. | ) | CHAPTER 7 |
| DEBTOR | ) | |
| | ) | RE: DOCUMENT NOS. 340, 345, 352, |
| | ) | 355-357, 451 |

**STATUS REPORT**

AND NOW, comes the Chapter 7 Trustee, by and through his attorneys, Mahady & Mahady—Robert H. Slone, Esquire, and files this Status Report as per the Order of July 7, 2023 filed at Docket No. 451, stating as follows:

1. The fees incurred by the Chapter 7 Trustee's Counsel as of June 26, 2023 is $31,620.00. The Chapter 7 Trustee has filed an application seeking an allowance of interim compensation for the Counsel to the Chapter 7 Trustee on July 13, 2023 at Docket No. 475.

    The Trustee time of 83.9 hours and Chapter 7 Trustee's Counsel's time of 74.4 hours is set forth in the detailed billing statement attached hereto and made a part hereof as Exhibit "A", on which Chapter 7 Trustee's Counsel's time is notated as A.

2. The estimated Chapter 7 commission based on Section 326 of the Bankruptcy Code is $7,028.00. The Chapter 7 Trustee points out that he has approximately 83.9 hours of Trustee time invested in this case as of June 26, 2023.

3. The amount of estate funds on hand as of July 11, 2023 is $44,567.84.

4. Claims that exist that might result in a recovery for the estate are recited in paragraph 3a, 3b, and 3c on Page 6 of the Order Confirming Sale of Tangible And Intangible Personal Property of the Estate Under 11 U.S.C. § 363(f) Free And Clear Of All Liens, Claims, and Encumbrances ("Order Confirming Sale) filed on December 20, 2022 at Docket No. 254 . A copy of said page 6 of the Order Confirming Sale is attached hereto and made a part hereof as Exhibit "B". These recoveries are contingent on either the avoidance action filed in this case or by other recoveries made by the purchaser of the assets. The estimated value of these claims cannot be determined at this time.

Respectfully submitted,

Dated: July 13, 2023

/s/ ROBERT H. SLONE
Robert H. Slone, Esquire
PA I.D. No. 19963
Mahady & Mahady
223 South Maple Avenue
Greensburg, PA  15601
(724) 834-2990; robertslone223@gmail.com