# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| U LOCK, INC., | Case No. 22-20823-GLT |
| | Chapter 7 |
| Debtor. | |
| CHRISTINE BIROS, | Related Doc. Nos.: 340, 357, 368, 454 & 455 |
| Movant, | |
| | Hearing Date: July 14, 2023 @1:30pm |
| v. | |
| SHANNI SNYDER, | |
| Respondent. | |

## MOVANT, CHRISTINE BIRO'S, SUPPLEMENTAL EXHIBIT AND WITNESS LIST FOR EVIDENTIARY HEARING

COMES NOW, Movant Christine Biros (the "Movant"), by and through her undersigned counsel, Bernstein-Burkley, P.C., and files the following Supplemental Exhibit and Witness List in preparation for the Evidentiary Hearing (the "Hearing") presently scheduled to commence on July 14, 2023, at 1:30 p.m. This list supplements the Movant's Pretrial Statement filed at Doc No. 454 and the Movant's Exhibit and Witness List filed at Doc. No. 455.

### Supplemental List of Potential Witness

Below is a supplemental witness that the Movant may call at the Hearing.

4. Christine Biros
   c/o Robert S. Bernstein
   Bernstein-Burkley, P.C.
   601 Grant Street, 9th Floor
   Pittsburgh, PA 15219

Christine Biros was identified as a potential witness on the Pretrial Statement filed at Doc. No 454 on July 7, 2023 but was inadvertently omitted from the Exhibit and Witness List filed at Doc. No. 455.

**Supplemental Exhibit To Be Offered By The Movant**

Below is a supplemental exhibit that the Movant may offer at the Hearing.

| Exhibit Number | Bates Range | Date of Exhibit | Witness | Description | Objections/ Rulings/ Exceptions |
|---|---|---|---|---|---|
| 24 | BIROS_000309 - BIROS_000313 | 7/11/23 | Shanni Snyder | Shanni Snyder's Supplemental Responses and Objections to Interrogatories and Requests for Production of Documents Bankr. W.D. Pa. Case No. 22-20823-GLT | |

As its date indicates, Exhibit 24 did not yet exist at the time the parties filed their original exhibit list. Counsel for Respondent has indicated their consent to the inclusion of this exhibit.

The Movant reserves the right to further supplement this list of exhibits and witnesses and to refer to (or offer into evidence) any exhibit that any other party in interest identifies in its exhibit list. The Movant also reserves the right to present demonstratives for use during witness testimony and cross-examination. The Movant also reserves the right (a) to request that the Court take judicial notice of any exhibits, any documents filed in this case, and the Court's docket as necessary and (b) to amend or further supplement these witnesses and exhibit lists.

[SIGNATURE PAGE FOLLOWS]

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BERNSTEIN-BURKLEY, P.C. |
| Dated: July 13, 2023 | By: */s/ Stuart C. Gaul, Jr.* <br> Robert S. Bernstein, Esq. <br> PA ID # 34308 <br> rbernstein@bernsteinlaw.com <br> Stuart C. Gaul, Jr., Esq. <br> PA ID #74529 <br> sgaul@bernsteinlaw.com <br> Daniel McArdle Booker, Esq. <br> PA ID #320890 <br> mbooker@bernsteinlaw.com <br> Sarah E. Wenrich, Esq. <br> PA ID # 325834 <br> swenrich@bernsteinlaw.com <br> 601 Grant Street, Floor 9 <br> Pittsburgh, PA 15219 <br> Telephone: (412) 456-8108 <br> Facsimile: (412) 456-8135 <br> <br> *Counsel for Christine Biros* |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 22-20823-GLT |
| U LOCK INC, | Chapter 7 |
| Debtor. | |
| CHRISTINE BIROS, | |
| | Related Doc. Nos.: 340, 357, 368, 454, 455 |
| Movant, | |
| v. | Hearing Date/Time: July 14, 2023 @1:30pm |
| SHANNI SNYDER, | |
| Respondent. | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of foregoing Supplemental Exhibit List was served this 13th day of July, 2023 upon all parties and counsel of record via this Court's CM/ECF System, as follows:

Leonard J. Berger, Jr on behalf of Interested Party Emanuel Snyder
attyljb@hotmail.com

Robert S. Bernstein on behalf of Creditor Christine Biros
rbernstein@bernsteinlaw.com,
cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Eric E. Bononi
bankruptcy@bononilaw.com, pa69@ecfcbis.com

Daniel McArdle Booker on behalf of Creditor Christine Biros
mbooker@bernsteinlaw.com,
mbooker@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com

Daniel McArdle Booker on behalf of Plaintiff Christine Biros
mbooker@bernsteinlaw.com,
mbooker@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com

Kirk B. Burkley on behalf of Plaintiff Christine Biros
kburkley@bernsteinlaw.com,
pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;kburkley@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

David L. Fuchs on behalf of Petitioning Creditor Shanni Snyder
dfuchs@fuchslawoffice.com, 9924@notices.nextchapterbk.com

David L. Fuchs on behalf of Plaintiff Shanni Snyder
dfuchs@fuchslawoffice.com, 9924@notices.nextchapterbk.com

Stuart C. Gaul, Jr. on behalf of Creditor Christine Biros
sgaul@bernsteinlaw.com,
sgaul@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Stuart C. Gaul, Jr. on behalf of Defendant Christine Biros
sgaul@bernsteinlaw.com,
sgaul@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Stuart C. Gaul, Jr. on behalf of Plaintiff Christine Biros
sgaul@bernsteinlaw.com,
sgaul@ecf.courtdrive.com;ckovack@bernsteinlaw.com;ckovack@ecf.courtdrive.com;agilbert@bernsteinlaw.com

John Patrick Lacher on behalf of Petitioning Creditor Shanni Snyder
attorneylacher@yahoo.com, jlacher@lynchlaw-group.com

John Patrick Lacher on behalf of Plaintiff Shanni Snyder
attorneylacher@yahoo.com, jlacher@lynchlaw-group.com

Lara Shipkovitz Martin on behalf of Creditor Christine Biros
lmartin@bernsteinlaw.com,
cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lmartin@ecf.courtdrive.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

J. Allen Roth on behalf of Debtor U LOCK INC
lawmatters@yahoo.com, federal@jarothlaw.com

J. Allen Roth on behalf of Plaintiff U LOCK INC
lawmatters@yahoo.com, federal@jarothlaw.com

Michael F. Santicola on behalf of Interested Party USAAG Systems Co.

michael@ssslawyer.com

Robert H. Slone, Trustee
robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

Robert H. Slone, Trustee on behalf of Trustee Robert H. Slone, Trustee
robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

Sarah Elizabeth Wenrich on behalf of Creditor Christine Biros
swenrich@bernsteinlaw.com, cwirick@bernsteinlaw.com;swenrich@ecf.courtdrive.com

Charles O. Zebley, Jr. on behalf of Trustee Charles O. Zebley, Jr.
COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com

                                              BERNSTEIN-BURKLEY, P.C.

Dated: July 13, 2023                                By: */s/ Stuart C. Gaul, Jr.*
                                                         Robert S. Bernstein, Esq.
                                                         PA ID # 34308
                                                         rbernstein@bernsteinlaw.com
                                                         Stuart C. Gaul, Jr., Esq.
                                                         PA ID #74529
                                                         sgaul@bernsteinlaw.com
                                                         Daniel McArdle Booker, Esq.
                                                         PA ID #320890
                                                         mbooker@bernsteinlaw.com
                                                         Sarah E. Wenrich, Esq.
                                                         PA ID # 325834
                                                         swenrich@bernsteinlaw.com
                                                         601 Grant Street, Floor 9
                                                         Pittsburgh, PA 15219
                                                         Telephone: (412) 456-8108
                                                         Facsimile: (412) 456-8135

                                                         *Counsel for Christine Biros*