# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> U LOCK INC., <br><br>   Debtor. | Bankr. No. 22-20823-GLT <br><br> Chapter 7 |
| CHRISTINE BIROS, <br><br>   Movant, <br><br> v. <br><br> SHANNI SNYDER, <br><br>   Respondent. | Related Doc. Nos.: 449, 467 & 468 |

### REPLACEMENT EXHIBIT'S B, C, D & E TO THE EMERGENCY MOTION OF CHRISTINE BIROS, TO COMPEL ANSWERS AND RESPONSES OF CLAIMANT, SHANNI SNYDER, TO DISCOVERY REQUESTS

Christine Biros, submits the attached Replacement Exhibit's B, C, D & E, attached hereto.

Dated: July 17, 2023

Respectfully submitted,

**BERNSTEIN-BURKLEY, P.C.**

By:  /s/ *Stuart C. Gaul, Jr.*
Stuart C. Gaul, Jr., Esquire
PA ID #74529
sgaul@bernsteinlaw.com
Daniel McArdle Booker, Esquire
PA I.D. #320890
mbooker@bernsteinlaw.com
Sarah E. Wenrich, Esquire
PA ID #325834
swenrich@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Telephone: (412) 456-8100

*Attorneys for Christine Biros*