FILED
8/2/23 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: U LOCK INC. a/k/a U-LOCK INC. | ) ) | Case. 22-20823-GLT |
| Debtor. | ) ) ) | |
| ―――――――――――――――― | ) | |
| GEORGE SNYDER, | ) ) | RE: Claim 9 Administrative Expense |
| Movant, | ) ) ) | Related to Dkt. No. 463
Hearing: August 17, 2023 at 10:30 a.m. |
| v. | ) ) | |
| U LOCK INC., Debtor,
ROBERT H. SLONE, Chapter 7 TRUSTEE, | ) ) ) ) | |
| Respondents. | ) | |

**ORDER GRANTING GEORGE SNYDER'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. 503(b)(1), 11 USC 507(a)(2), OR ANY OTHER STATUTE**

AND NOW, this 2nd day of August 2023, upon due consideration of the Motion for Allowance and Payment of Administrative Expense filed by George Snyder, it is hereby ORDERED, ADJUDGED, and DECREED that said motion is GRANTED.

George Snyder is granted an allowed administrative expense pursuant to 11 USC 503(b)(1) in the amount of $1,045.94. This disposes of his Claim #9.

The Trustee is directed to pay the Allowed Amount from funds in the Debtor's estate promptly after entry of this Order.

Prepared by:  George Snyder

**DEFAULT ENTRY**

Dated: August 02, 2023

_____  jah
Gregory L. Taddonio
Chief United States Bankruptcy Judge

Case Administrator to serve:
George Snyder
Robert H. Slone, Esq.