FILED
8/4/23 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 22-20823-GLT |
| U LOCK, INC. ) | |
| ) | CHAPTER 7 |
| DEBTOR ) | |
| ) | DOCUMENT NO. 475 |
| ROBERT H. SLONE, TRUSTEE ) | |
| ) | |
| MOVANT ) | |
| ) | |
| vs. ) | |
| ) | |
| NO RESPONDENTS ) | |

**ORDER OF COURT APPROVING INTERIM COMPENSATION
FOR COUNSEL TO THE CHAPTER 7 TRUSTEE AND SCHEDULING STATUS CONFERENCE**

Upon consideration of the Application for Allowance of Interim Compensation filed by Robert H. Slone, Esquire, attorney for the Chapter 7 Trustee in the above-captioned bankruptcy case, it appearing that the Applicant's employment has been approved by this Court, that the Applicant has no interest adverse to the interest of the Estate, and that the Applicant has rendered valuable services to the Estate, it is hereby

ORDERED that the Application for Allowance of Interim Compensation of Robert H. Slone, Esquire, attorney for the Chapter 7 Trustee, is approved in the amount of $31,620.00 as interim compensation.

It is FURTHER ORDERED that a Status Conference is scheduled for August 17, 2023 at 11 a.m. in Courtroom A 54th Floor U.S. Steel Tower 600 Grant St., Pittsburgh, PA.

Parties that wish to participate in the Status Conference via Zoom video conference may do so in compliance with Judge Taddonio's Procedures.
DEFAULT ENTRY
Dated: 8/4/23

_____
GREGORY L. TADDONIO    hct
CHIEF U.S. BANKRUPTCY JUDGE

cm:
George Snyder
Debtor