IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 22-20823-GLT |
| U LOCK INC : | |
| aka U-LOCK INC. : | Chapter 7 |
| : | |
| *Debtor(s)* : | Related Doc. No. 532 |
| : | |
| : | |

## REQUEST FOR A REVISED NOTICE OF APPEAL

    The Notice of Appeal you filed on the 22nd day of January, 2024, does not comply with Federal Rules of Bankruptcy Procedure Rule 8003(3).  The Notice of Appeal must contain the names and addresses of all parties to the judgment and the names, addresses and telephone numbers of their respective attorneys.  The filing party's telephone number must also be included on the Notice of Appeal.

    You should immediately file a revised Notice of Appeal, <u>within seven (7) days from the date of this request</u>, which includes all the information required in Bankruptcy Rule 8003(3).  Please specify in your cover letter and on the Notice that it is a revised Notice of Appeal.


                                           Michael R. Rhodes, Clerk
                                           U.S. Bankruptcy Court
                                           5414 US Steel Tower
                                           600 Grant Street
                                           Pittsburgh, PA  15219


January 23, 2024                              By:        /s/ Connie Ulysse
                                                                           Deputy Clerk


#20c-I