IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>U LOCK INC.,<br><br>        Debtor.<br><br>CHRISTINE BIROS,<br><br>        Movant,<br>v.<br><br>GEORGE SNYDER and ROBERT H. SLONE, Chapter 7 Trustee for the Estate of U LOCK, INC.,<br><br>        Respondents. | Bankruptcy No. 22-20823-GLT<br><br>Chapter 7<br><br><br><br>Related Doc. No.: 530 & 531<br><br>Hearing Date: February 22, 2024 @ 10am<br>Response Deadline: February 8, 2024 |

**CERTIFICATION OF NO OBJECTION REGARDING**
**CHRISTINE BIROS' MOTION TO WITHDRAW CLAIM NOS.: 2, 3 AND 4 (Doc. No.: 530)**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Withdraw Claims filed on January 22, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Withdraw Claims appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Withdraw Claims were to be filed and served no later than February 8, 2024.

    It is hereby respectfully requested that the Order attached to the Motion to Withdraw Claims be entered by the Court.

Dated: February 9, 2024

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Robert S. Bernstein
Robert S. Bernstein, Esq.
PA I.D. #34308
rbernstein@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone: (412) 456-8101
Fax: (412) 456-8135

Counsel for Christine Biros