FILED
2/9/24 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>U LOCK INC.,<br>            Debtor,<br><br>CHRISTINE BIROS,<br>            Movant,<br>v.<br><br>ROBERT H. SLONE, Chapter 7 Trustee for the Estate of U LOCK, INC.,<br><br>            Respondent. | Bankruptcy No. 22-20823-GLT<br><br>Chapter 7<br><br>Related Doc. No. 530 |

## ORDER OF COURT

AND NOW, this __9th__ day of _February_, 2024, upon consideration of the _Motion to Withdraw Claims Without Prejudice Or, In the Alternative, To Continue Hearings on Objections Indefinitely Until Further Order of Court_ (the "Motion") filed by Christine Biros, creditor and party-in-interest, it is hereby,

**ORDERED, ADJDUDGED, AND DECREED** that the Motion is GRANTED; and it is further ORDERED:

1. Claims 2, 3, & 4 are withdrawn, _without prejudice_; and
2. In the event the Trustee discovers assets which could lead to a distribution for general unsecured creditors, Christine Biros shall be permitted to refile Claims 3 & 4 and have them considered timely filed and subject to further objections pursuant to applicable law.

Prepared by:  _Robert Bernstein, Esq._

**DEFAULT ENTRY**

Dated: **February 09, 2024**

_____
Gregory L. Taddonio    hct
Chief United States Bankruptcy Judge