FILED
2/29/24 3:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 22-20823-GLT |
| | : | Chapter 7 |
| **U LOCK, INC.,** | : | |
| | : | |
| *Debtor*. | : | Related to Dkt. Nos. 340, 357, 368, 450, 454 |
| | : | |

**ORDER**

These matters came before the Court upon the *Objection to Claim Number 1 Filed by Shanni Snyder*[1] ("Objection to Claim") filed by Christine Biros and the *Response to Objection to Claim Number 1 Filed [sic] Shanni Snyder*[2] filed by Shanni Snyder. In accordance with the *Memorandum Opinion* of even date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Objection to Claim* is **SUSTAINED**.

2. Claim No. 1 filed by Shanni Snyder is **DISALLOWED**.

ENTERED at Pittsburgh, Pennsylvania.

Dated: February 29, 2024

GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor
George Snyder
Charles O. Zebley, Jr.

---

[1] Dkt. No. 340.

[2] Dkt. No. 357.