FILED
2/29/24 3:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 22-20823-GLT |
| : | Chapter 7 |
| **U LOCK, INC.,** : | |
| : | |
| *Debtor*. : | Related to Dkt. Nos. 340, 357, 368, 450, 454 |
| : | |

## ORDER TO SHOW CAUSE

In accordance with the *Memorandum Opinion* of even date wherein the Court found that Shanni Snyder asserted a fraudulent proof of claim in bad faith and lied about it under oath, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Shanni Snyder shall appear in person and show cause why the Court should not impose sanctions against her, including but not limited to, monetary sanctions, for asserting a fraudulent proof of claim in this bankruptcy case and lying under oath.

2. Ms. Snyder shall file a written response to this *Order to Show Cause* **no later than 14 days after the Court's order disallowing her claim becomes final**.

3. A show cause hearing will be scheduled upon the filing of Ms. Snyder's written response.

4. On or before **March 22, 2024**, Robert H. Slone, as chapter 7 trustee of the estate of U Lock, Inc., shall file an application for any unpaid administrative fees he contends are attributable to Ms. Snyder's fraudulent claim.

5. On or before **March 22, 2024**, Charles O. Zebley, Jr., as chapter 7 trustee of the estate of Shanni Sue Snyder (Case No. 18-21983-CMB), may file an application for any unpaid fees attributable to the reopening of Ms. Snyder's case for the purpose of disclosing the fraudulent claim.

6. For the reasons stated in the *Memorandum Opinion*, all other parties are discouraged from filing unnecessary responses.

ENTERED at Pittsburgh, Pennsylvania.

Dated: February 29, 2024

_____
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to</u>:
Debtor
George Snyder
Charles O. Zebley, Jr.