IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 22-20823-GLT |
| U LOCK INC | : | |
| aka U-LOCK INC. | : | Chapter 7 |
| | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | |

## REQUEST FOR A REVISED NOTICE OF APPEAL

The Notice of Appeal you filed on the 14th day of March, 2024, does not comply with Federal Rules of Bankruptcy Procedure Rule 8003(3).  The Notice of Appeal must conform substantially to the appropriate Official Bankruptcy Form 417A and contain the names of all parties to the judgment, order of decree appealed from and the names, addresses and telephone numbers of their respective attorneys.

You should immediately file a revised Notice of Appeal, within seven (7) days from the date of this request, which includes all the information required in Bankruptcy Rule 8003(3).  Please specify in your cover letter and on the Notice that it is a revised Notice of Appeal.


Michael R. Rhodes, Clerk
U.S. Bankruptcy Court
5414 US Steel Tower
600 Grant Street
Pittsburgh, PA  15219


March 15, 2024            By:  _____Connie Ulysse_____
                                            Deputy Clerk


#20c-I