**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY NO. 22-20823-GLT |
| U LOCK, INC. | ) | |
| | ) | CHAPTER 7 |
| DEBTOR | ) | |
| | ) | RE: DOCUMENT NO. 561 |
| ROBERT H. SLONE, TRUSTEE | ) | |
| | ) | |
| MOVANT | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| U LOCK, INC. | ) | |

**APPLICATION FOR UNPAID ADMINISTRATIVE FEES**

AND NOW, comes Robert H. Slone, Chapter 7 Trustee, by and through his attorneys, Mahay and Mahady—Robert H. Slone, Esquire, and files this Application for Unpaid Administrative Fees, as follows:

1. This application is a response to the Order to Show Cause filed at Docket No. 561 on February 29, 2024, stating in Paragraph 4, that "on or before March 22, 2024, Robert H. Slone, as Chapter 7 Trustee of the Estate of U Lock, Inc., shall file an application for any unpaid administrative fees he contents are attributable to Ms. Snyder's fraudulent claim".

2. At Docket No. 475, the Trustee filed an Application for Counsel for the Chapter 7 Trustee for allowance of interim compensation.

3. By Order of Court dated August 4, 2023 at Docket No. 494, the Application for Interim Compensation was approved for $31,620.00.

4. This case is administratively insolvent, and it appears that the administrative claims will be paid between 70 and 75 percent.

5. The Attorney for the Chapter 7 Trustee pursuant to the Order of Court dated August 4, 2023 was paid $18,972.00, which was 60 percent of the amount approved of $31,620.00. If the administrative claims are to be paid at 75 percent, the attorney for the Chapter 7

Trustee would be eligible to receive $23,715.00; if the amount is to be paid at 70 percent, the amount the Trustee's attorney would receive would be $22,134.00. Subtracting the amount the attorney has already received of $18,972.00, the attorney would be eligible to receive either $4,743.00 at 75 percent or $3,162.00 at 70 percent.

6. The attorney for the Trustee's unpaid administrative fee would be the amount approved of $31,620.00 less the amount already received of $18,972.00 less the amount to be received at 75 percent from the monies the Trustee is holding, being $4,743.00 leaving a total of $7,905.00 owed to the attorney for the Trustee under his interim fee application.

7. Under Section 326 of the Bankruptcy Code, compensation for the Trustee is set forth. In this case, the total deposits are $75,551.30. Under Section 326, the Trustee would be eligible to receive $7,027.56. Again, assuming 75 percent of administrative fees are to be paid, the Trustee would receive $5,270.67 and at 70 percent the Trustee would receive $4,019.29.

8. The money held by the Trustee as of February 29, 2024 is $23,651.60.

9. The Trustee believes that this entire case is attributable to Ms. Snyder's fraudulent claim, as it was with this fraudulent claim that she as a creditor filed the involuntary bankruptcy which began this case.

10. The Court has disallowed Shanni Snyder's claim filed at Claim No. 1 by Order of Court dated February 29, 2024 filed at Docket No. 560.

11. Attached hereto and made a part hereof as Exhibit "A" is a summary of all the time that the Chapter 7 Trustee has expended in this case. All time attributable to the attorney for the Chapter 7 Trustee as per the application for counsel for Chapter 7 Trustee for the allowance of interim administrative compensation filed at Docket No. 475 is not part of Exhibit "A".

12. The amount of time expended listed on Exhibit "A" totals 102.3 hours at a rate of $425.00 per hour, which equals $43,477.50. It is respectfully requested that this amount owing to Robert H. Slone as Chapter 7 Trustee of the Estate of U Lock, Inc. is attributable to Ms. Snyder's fraudulent claim.

WHEREFORE, it is respectfully requested that the amount owing to Robert H. Slone as Chapter 7 Trustee of the Estate of U Lock, Inc. attributable to Ms. Snyder's fraudulent claim is $43,477.50 plus the sum of $7,095.00 owed to the Attorney for the Chapter Trustee.

        Respectfully submitted,

DATED: March 19, 2024      By:     /s/ ROBERT H. SLONE
        Robert H. Slone, Esquire
        MAHADY & MAHADY
        223 South Maple Avenue
        Greensburg, PA 15601
        (724) 834-2990
        PA I.D. No. 19963