**U LOCK, INC.**
**CHAPTER 7 BANKRUPTCY**
**NO. 22-20823-GLT**                              **ROBERT H. SLONE**
**CHAPTER 7 TRUSTEE**
**BILLING THROUGH 3/7/2024**

**Professional Services Rendered:**

| Date | Description | $425.00/Hour | Amount |
|---|---|---|---|
| 9/19/2022 | Email Bernstein Law and call to Bob Bernstein | 0.30 hrs | $ 127.50 |
| 9/19/2022 | George Snyder came to office | 0.20 hrs | $ 85.00 |
| 6/23/2022 | Review of Docket | 0.50 hrs | $ 212.50 |
| 6/23/2022 | Call to Charles Zebley | 0.40 hrs | $ 170.00 |
| 6/23/2022 | Calls--George Snyder, Sarah Wenrich & Allen Roth | 0.50 hrs | $ 212.50 |
| 6/24/2022 | Calls--Allen Roth | 0.30 hrs | $ 127.50 |
| 6/24/2022 | Review Orders dated 6/3/22 & 6/17/22 and transcript of 6/2/22 hearing | 0.60 hrs | $ 255.00 |
| 6/30/2022 | Calls and emails--William Otto re remediation | 0.30 hrs | $ 127.50 |
| 6/30/2022 | Call Allen Roth--remediation | 0.30 hrs | $ 127.50 |
| 7/1/2022 | Emails from Attys Otto and Roth | 0.30 hrs | $ 127.50 |
| 7/1/2022 | Email to Attorney Roth | 0.20 hrs | $ 85.00 |
| 7/1/2022 | Motion to Convert to Chapter 11 and review | 0.30 hrs | $ 127.50 |
| 7/5/2022 | Call attorney Zebley | 0.20 hrs | $ 85.00 |
| 7/6/2022 | Review Status Report and Schedule A/B | 0.40 hrs | $ 170.00 |
| 7/6/2022 | Review of rents due | 0.30 hrs | $ 127.50 |
| 7/6/2022 | Call Charles Zebley | 0.30 hrs | $ 127.50 |
| 7/6/2022 | Review of Schedules filed | 0.40 hrs | $ 170.00 |
| 7/6/2022 | Calls--William Otto | 0.40 hrs | $ 170.00 |
| 7/6/2022 | Call Allen Roth | 0.10 hrs | $ 42.50 |
| 7/7/2022 | Viewing of real estate and meeting with Wm Otto **(30 miles round trip)** | 2.00 hrs | $ 850.00 |
| 7/8/2022 | Call and materials from Atty. Otto | 0.60 hrs | $ 255.00 |
| 7/8/2022 | Call from Glen Mowry | 0.20 hrs | $ 85.00 |

*Exhibit "A"*

Page 1

| Date | Description | Hours | Amount |
|---|---|---|---|
| 7/11/2022 | Letters to all Lessees | 0.60 hrs | $ 255.00 |
| 7/11/2022 | Meeting-George Snyder | 0.30 hrs | $ 127.50 |
| 7/11/2022 | Call to Glen Mowry | 0.30 hrs | $ 127.50 |
| 7/11/2022 | Call Mark Ferry | 0.10 hrs | $ 42.50 |
| 7/12/2022 | Call William Otto | 0.10 hrs | $ 42.50 |
| 7/12/2024 | Meeting--Mark Ferry-travel to U Lock site; went over assests on premises | 2.40 hrs | $ 1,062.50 |
| 7/12/2022 | Call Allen Roth | 0.10 hrs | $ 42.50 |
| 7/13/2022 | Email from and to Atty Roth re Remediation | 0.30 hrs | $ 127.50 |
| 7/13/2022 | Call from George Snyder; call to William Otto | 0.20 hrs | $ 85.00 |
| 7/13/2022 | Email to William Otto re Kubota | 0.20 hrs | $ 85.00 |
| 7/14/2022 | Review of Citizens Bank Statements (2 accounts) | 0.50 hrs | $ 212.50 |
| 7/14/2022 | Email to Allen Roth & William Otto re insurance | 0.20 hrs | $ 85.00 |
| 7/15/2022 | Call to Tom Trimbur re insurance | 0.20 hrs | $ 85.00 |
| 7/15/2022 | Letters to lessees | 0.60 hrs | $ 255.00 |
| 7/15/2022 | Call to Allen Roth | 0.20 hrs | $ 85.00 |
| 7/15/2022 | Email to Allen Roth re George Snyder | 0.10 hrs | $ 42.50 |
| 7/18/2022 | Call to George Snyder | 0.20 hrs | $ 85.00 |
| 7/18/2022 | Call to Charles Zebley | 0.20 hrs | $ 85.00 |
| 7/18/2022 | Call William Otto and email from Otto | 0.30 hrs | $ 127.50 |
| 7/19/2022 | Order re Notice--response date | 0.10 hrs | $ 42.50 |
| 7/19/2022 | Call Glen Mowry | 0.20 hrs | $ 85.00 |
| 7/19/2022 | Call Hillco Company | 0.20 hrs | $ 85.00 |
| 7/23/2022 | Call George Snyder | 0.20 hrs | $ 85.00 |
| 7/25/2022 | Call from Glen Mowry | 0.20 hrs | $ 85.00 |
| 7/25/2022 | Call and emails to William Otto | 0.50 hrs | $ 212.50 |
| 7/26/2022 | Emails from William Otto | 0.30 hrs | $ 127.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 7/26/2022 | Email to and from William Otto Re rents | 0.20 hrs | $ 85.00 |
| 7/27/2022 | Calls from Sharon McCance (renter) | 0.20 hrs | $ 85.00 |
| 7/27/2022 | George Snyder--at office | 0.20 hrs | $ 85.00 |
| 7/27/2022 | Call re Glen Mowry | 0.10 hrs | $ 42.50 |
| 7/28/2022 | Call to Charles Zebley | 0.20 hrs | $ 85.00 |
| 7/28/2022 | Conference-Glen Mowry | 0.30 hrs | $ 127.50 |
| 8/3/2022 | Emails to and from Allen Roth | 0.60 hrs | $ 255.00 |
| 8/3/2022 | Call--William Otto | 0.30 hrs | $ 127.50 |
| 8/5/2022 | Call Charles Zebley | 0.30 hrs | $ 127.50 |
| 8/8/2022 | Calls-Charles Zebley | 0.20 hrs | $ 85.00 |
| 8/8/2022 | Call-Sara Wenrich | 0.10 hrs | $ 42.50 |
| 8/9/2022 | Call from Sara Wenrich | 0.30 hrs | $ 127.50 |
| 8/9/2022 | Email from Sara Wenrich | 0.20 hrs | $ 85.00 |
| 8/9/2022 | Call from Sara Wenrich | 0.20 hrs | $ 85.00 |
| 8/10/2022 | Call to Alan Roth re offer for C/A | 0.20 hrs | $ 85.00 |
| 8/10/2022 | Call and email/Eric Bononi, accountant | 0.20 hrs | $ 85.00 |
| 8/11/2022 | Email to Allen Roth | 0.10 hrs | $ 42.50 |
| 8/11/2022 | Email to Sarah Wenrich | 0.10 hrs | $ 42.50 |
| 8/11/2022 | Call Pat Zhen Zhen of USAAG | 0.30 hrs | $ 127.50 |
| 8/11/2022 | Emails re Offer from USAAG | 0.40 hrs | $ 170.00 |
| 8/11/2022 | Calls Glen Mowry | 0.20 hrs | $ 85.00 |
| 8/12/2022 | Call William Otto | 0.20 hrs | $ 85.00 |
| 8/16/2022 | Call William Otto | 0.10 hrs | $ 42.50 |
| 8/16/2022 | Travel to Citizens Bank re Accounts (6 miles) | 0.50 hrs | $ 212.50 |
| 8/16/2022 | Call Robert Bernstein | 0.30 hrs | $ 127.50 |
| 8/16/2022 | Prepare for Status Conference hearing | 0.80 hrs | $ 340.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 8/18/2022 | Meeting at U Lock (30 miles)-Atty Otto, Irwin Post Office | 2.00 hrs | $ 850.00 |
| 8/18/2022 | Letter to renters | 0.50 hrs | $ 212.50 |
| 8/19/2022 | Call to Sarah Wenrich | 0.30 hrs | $ 127.50 |
| 8/19/2022 | Received 4 checks--deposited | 0.30 hrs | $ 127.50 |
| 8/22/2022 | Call Sarah Wenrich | 0.10 hrs | $ 42.50 |
| 8/23/2022 | Call William Otto | 0.10 hrs | $ 42.50 |
| 8/23/2022 | Call George Snyder | 0.10 hrs | $ 42.50 |
| 8/24/2022 | Calls to and from William Otto | 0.50 hrs | $ 212.50 |
| 8/24/2022 | Calls-Dawn Swain and George Snyder re 52' truck trailer | 0.70 hrs | $ 297.50 |
| 8/25/2022 | Email from William Otto and forwarded to Allen Roth | 0.10 hrs | $ 42.50 |
| 8/25/2022 | Email from and to Allen Roth re Bank Account | 0.20 hrs | $ 85.00 |
| 8/26/2022 | Review of POCs by Christne Biros | 0.30 hrs | $ 127.50 |
| 8/27/2022 | Review POCs, review Orders of Court | 0.40 hrs | $ 170.00 |
| 8/29/2022 | Email to William Otto re sale | 0.10 hrs | $ 42.50 |
| 8/29/2022 | POC George Snyder and email to Snyder | 0.30 hrs | $ 127.50 |
| 8/30/2022 | Email Allen Roth re Cash | 0.10 hrs | $ 42.50 |
| 8/30/2022 | Letters to Renters | 0.50 hrs | $ 212.50 |
| 9/1/2022 | Hand money from Biros, deposited. | 0.40 hrs | $ 170.00 |
| 9/6/2022 | Call to William Otto | 0.20 hrs | $ 85.00 |
| 9/6/2022 | Call Charles Zebley | 0.20 hrs | $ 85.00 |
| 9/6/2022 | Emails from Shani Snyder and Sarah Wenrich | 0.30 hrs | $ 127.50 |
| 9/7/2022 | Call George Snyder | 0.10 hrs | $ 42.50 |
| 9/7/2022 | Prepare for Section 341(a) | 0.40 hrs | $ 170.00 |
| 9/7/2022 | Calls re trailer with William Otto; Dawn Swain, George Snyder | 0.60 hrs | $ 255.00 |
| 9/8/2022 | Calls and emails re trailer | 0.60 hrs | $ 255.00 |
| 9/9/2022 | Calls--Glen Mowry and Brian Cavanaugh | 0.30 hrs | $ 127.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 9/12/2022 | Call from Sharon McCann | 0.20 hrs | $ 85.00 |
| 9/12/2022 | Email and call-Sarah Wenrich | 0.30 hrs | $ 127.50 |
| 9/13/2022 | Email to USAAG | 0.20 hrs | $ 85.00 |
| 9/13/2022 | Call Tim Andrews, Tax Claim Bureau | 0.10 hrs | $ 42.50 |
| 9/14/2022 | Email and correspondence to USAAG | 0.30 hrs | $ 127.50 |
| 9/14/2022 | Call from Eric Gass (N. Huntingdon Twp) re hazardous items on real estate | 0.30 hrs | $ 127.50 |
| 9/14/2022 | Call and email to Mark Moir | 0.30 hrs | $ 127.50 |
| 9/15/2022 | Emails from and to USAAG re sale | 0.30 hrs | $ 127.50 |
| 9/15/2022 | Calll Sarah Wenrich | 0.10 hrs | $ 42.50 |
| 9/16/2022 | Email to USAAG | 0.10 hrs | $ 42.50 |
| 9/16/2022 | Order re Accountant emailed to Eric Bononi | 0.20 hrs | $ 85.00 |
| 9/16/2022 | Review new offers--USAAG; emails | 0.40 hrs | $ 170.00 |
| 9/20/2022 | Call Sarah Wenrich; emails-Robert Bernstein | 0.30 hrs | $ 127.50 |
| 9/21/2022 | Call Robert Bernstein | 0.20 hrs | $ 85.00 |
| 9/23/2022 | Emvironment remediation report from AGI | 0.30 hrs | $ 127.50 |
| 9/28/2022 | Email to Allen Roth re George Snyder | 0.10 hrs | $ 42.50 |
| 9/28/2022 | Motion to Sell--filing and service | 0.60 hrs | $ 255.00 |
| 9/30/2022 | Payment of Insurance | 0.30 hrs | $ 127.50 |
| 10/4/2022 | Call Larry Burns, Esq. | 0.20 hrs | $ 85.00 |
| 10/18/2022 | Call William Otto | 0.20 hrs | $ 85.00 |
| 10/19/2022 | Email to Allen Roth re information requested at 341(a) meeting | 0.20 hrs | $ 85.00 |
| 10/19/2022 | Calls--William Otto | 0.30 hrs | $ 127.50 |
| 10/20/2022 | Call from Gary Cheripki re items at U Lock; email to William Otto | 0.30 hrs | $ 127.50 |
| 10/20/2022 | Call to Sarah Wenrich | 0.10 hrs | $ 42.50 |
| 10/21/2022 | Visit to Ulock, Rt. 30 N. Huntingdon | 1.80 hrs | $ 765.00 |
| 10/24/2022 | Calls --Sarah Wenrich | 0.10 hrs | $ 42.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/24/2022 | Call to Sarah Wenrich | 0.30 hrs | $ 127.50 |
| 10/25/2022 | Call to Sarah Wenrich re R/S | 0.20 hrs | $ 85.00 |
| 10/26/2022 | Call to William Otto | 0.10 hrs | $ 42.50 |
| 10/31/2022 | Call and Email to Sarah Wenrich | 0.20 hrs | $ 85.00 |
| 11/1/2022 | Geroge Snyder-call | 0.20 hrs | $ 85.00 |
| 11/2/2022 | Call Sarah Wenrich re sale and R/S | 0.50 hrs | $ 212.50 |
| 11/2/2022 | Hand money fron Shani Snyder--deposit | 0.30 hrs | $ 127.50 |
| 11/2/2022 | Review sale information | 0.40 hrs | $ 170.00 |
| 11/4/2022 | Call William Otto-email | 0.20 hrs | $ 85.00 |
| 11/9/2022 | Calls -Sarah Wenrick, Allen Roth and Willliam Otto | 0.50 hrs | $ 212.50 |
| 11/9/2022 | Email to Jill Locknicar, Esq, | 0.20 hrs | $ 85.00 |
| 11/10/2022 | Calls to Willliam Otto and Sara Wenrich | 0.30 hrs | $ 127.50 |
| 11/11/2022 | Correspondence to United Steelworkers and James Clawson (renters) | 0.30 hrs | $ 127.50 |
| 11/11/2022 | Call to John Joyce, Esq. | 0.20 hrs | $ 85.00 |
| 11/11/2022 | Meeting-George Snyder | 0.20 hrs | $ 85.00 |
| 11/16/2022 | Call John Joyce re Sale | 0.30 hrs | $ 127.50 |
| 11/17/2022 | Amended Notice-file, ad in Tribune Review; EASI | 1.00 hrs | $ 425.00 |
| 11/17/2022 | Calls--William Otto; Sarah Wenrich re Sale | 0.30 hrs | $ 127.50 |
| 11/21/2022 | On site visit to U Lock, Route 30 N. Huntingdon | 2.20 hrs | $ 935.00 |
| 11/21/2022 | Call from N. Huntingdon police department --Officer Varner | 0.10 hrs | $ 42.50 |
| 11/27/2022 | Calls re items in storage units--George Snyder, William Otto | 0.30 hrs | $ 127.50 |
| 11/28/2022 | Email George Snyder and Gary Cheripka | 0.20 hrs | $ 85.00 |
| 11/28/2022 | Call Charles Zebley | 0.20 hrs | $ 85.00 |
| 11/28/2022 | Email John Joyce re Sale | 0.10 hrs | $ 42.50 |
| 11/29/2022 | Calls--William Otto and Bob Bernstein re sale | 0.40 hrs | $ 170.00 |
| 11/30/2022 | Notice of Bids | 0.50 hrs | $ 212.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 12/2/2022 | Site visits--McKeesport, N. Huntingdon per Order | 3.00 hrs | $ 1,275.00 |
| 12/5/2022 | Email to Allen Roth | 0.20 hrs | $ 85.00 |
| 12/5/2022 | Call to John Joyce re sale | 0.10 hrs | $ 42.50 |
| 12/6/2022 | Meeting--Larry Burns and Glen Mowry re ownership of assets | 0.60 hrs | $ 255.00 |
| 12/7/2022 | Email and call--Allen Roth--review | 0.40 hrs | $ 170.00 |
| 12/7/2022 | Emails--John Joyce and Sarah Wenrich and calls | 0.40 hrs | $ 170.00 |
| 12/8/2022 | Call George Snyder | 0.10 hrs | $ 42.50 |
| 12/14/2022 | Call from William Otto | 0.10 hrs | $ 42.50 |
| 12/19/2022 | Call Charles Zebley | 0.30 hrs | $ 127.50 |
| 12/19/2022 | Call Glen Mowry | 0.10 hrs | $ 42.50 |
| 12/20/2022 | Call Bob Bernstein | 0.10 hrs | $ 42.50 |
| 12/20/2022 | Calll John Joyce, email to John Joyce | 0.30 hrs | $ 127.50 |
| 12/22/2022 | Emails--John Joyce | 0.20 hrs | $ 85.00 |
| 12/22/2022 | Call John Joyce | 0.10 hrs | $ 42.50 |
| 12/27/2022 | Letter to Maureen Svetkovich (IRS) | 0.30 hrs | $ 127.50 |
| 12/27/2022 | Call John Joyce | 0.10 hrs | $ 42.50 |
| 12/29/2022 | Call John Joyce | 0.20 hrs | $ 85.00 |
| 12/29/2022 | Review Motion for R/S in Shani Snyder case | 0.30 hrs | $ 127.50 |
| 12/29/2022 | Payment of insurance | 0.20 hrs | $ 85.00 |
| 12/29/2022 | Meeting at U Lock with Shani Snyder and contractor (32 miles) | 1.60 hrs | $ 680.00 |
| 12/30/2022 | Review of Shani Snyder's response in Shani Snyder's bankruptcy | 0.30 hrs | $ 127.50 |
| 1/3/2023 | Call Charles Zebley | 0.30 hrs | $ 127.50 |
| 1/3/2023 | Call John Lackey | 0.30 hrs | $ 127.50 |
| 1/4/2023 | Call John Joyce | 0.20 hrs | $ 85.00 |
| 1/5/2023 | Appeals--call Bob Bernstein | 0.30 hrs | $ 127.50 |
| 1/5/2023 | Review of docket for appeals | 0.40 hrs | $ 170.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/5/2023 | Review--objection to Biros' claim #4 | 0.30 hrs | $ 127.50 |
| 1/6/2023 | Call Charles Zebley | 0.20 hrs | $ 85.00 |
| 1/6/2023 | Call and emails--William Otto | 0.30 hrs | $ 127.50 |
| 1/6/2023 | List of renters to William Otto | 0.20 hrs | $ 85.00 |
| 1/9/2023 | Amended Order--show cause | 0.20 hrs | $ 85.00 |
| 1/11/2023 | Email from John Joyce, call to John Joyce | 0.40 hrs | $ 170.00 |
| 1/12/2023 | Review pleadings in Shani Snyder bankruptcy case | 0.80 hrs | $ 340.00 |
| 1/13/2023 | Calls-- Shani Snyder, William Otto | 0.30 hrs | $ 127.50 |
| 1/16/2023 | Email to William Otto, text to Cheripka | 0.20 hrs | $ 85.00 |
| 1/16/2023 | Payment--insurance | 0.20 hrs | $ 85.00 |
| 1/17/2023 | Email to Jim Hill/Steelworkers and call | 0.30 hrs | $ 127.50 |
| 1/17/2023 | Review Shani Snyder bankruptcy for hearing | 0.50 hrs | $ 212.50 |
| 1/18/2023 | Emails Gary Cheripka and William Otto | 0.30 hrs | $ 127.50 |
| 1/18/2023 | Call Eric Bononi | 0.10 hrs | $ 42.50 |
| 1/24/2023 | Emails to Allen Roth, George Snyder and Kash Snyder | 0.20 hrs | $ 85.00 |
| 1/31/2023 | Review of Court Orders | 0.40 hrs | $ 170.00 |
| 1/31/2023 | Review Shani Snyder Bankruptcy | 0.40 hrs | $ 170.00 |
| 2/1/2023 | Email to and from Robert Bernstein | 0.40 hrs | $ 170.00 |
| 2/2/2023 | Motion to Dismiss--Shani Snyder | 0.30 hrs | $ 127.50 |
| 2/3/2023 | Review of information re Robert Bernstein's emails | 0.60 hrs | $ 255.00 |
| 2/6/2023 | Call Robert Bernstein | 0.80 hrs | $ 340.00 |
| 2/7/2023 | Call Charles Zebley | 0.30 hrs | $ 127.50 |
| 2/9/2023 | Email from Robert Bernstein and call | 0.70 hrs | $ 297.50 |
| 2/13/2023 | Call Trustee Zebley | 0.20 hrs | $ 85.00 |
| 2/15/2023 | Review of Orders from 2/14/2023 hearings | 0.40 hrs | $ 170.00 |
| 2/15/2023 | Emails to and from Allen Roth and Robert Bernstein | 0.50 hrs | $ 212.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/21/2023 | Emails from and to Robert Bernstein | 0.30 hrs | $ 127.50 |
| 2/21/2023 | Email to Allen Roth | 0.20 hrs | $ 85.00 |
| 2/25/2023 | Review of Bernstein's letter | 0.40 hrs | $ 170.00 |
| 2/27/2023 | Calls--Robert Bernstein | 0.50 hrs | $ 125.00 |
| 2/28/2023 | Review Settlement Agreement--Biros; call Bob Bernstein and email | 0.60 hrs | $ 255.00 |
| 3/1/2023 | Bank Statements (Nov and Dec 2021) from Citizens Bank | 0.40 hrs | $ 170.00 |
| 3/1/2023 | Emails to George Snyder and Allen Roth | 0.30 hrs | $ 127.50 |
| 3/2/2023 | Calls--Allen Roth, sale of Kubota and appeal of Sale Order | 0.40 hrs | $ 170.00 |
| 3/3/2023 | Reschedule Order for 4/13/2023 | 0.20 hrs | $ 85.00 |
| 3/3/2023 | Correspondence to IPFS Corp. Insurance | 0.30 hrs | $ 127.50 |
| 3/6/2023 | Emails to and from Bob Bernstein | 0.20 hrs | $ 85.00 |
| 3/6/2023 | Email to Allen Roth | 0.20 hrs | $ 85.00 |
| 3/7/2023 | Appeal 23CV10CB--dismissed | 0.20 hrs | $ 85.00 |
| 3/22/2023 | Review docket entries from RICO action | 0.30 hrs | $ 127.50 |
| 3/27/2023 | Emails to George Snyder and Allen Roth | 0.30 hrs | $ 127.50 |
| 4/4/2023 | Emails--Mark Lindsay, Esq | 0.20 hrs | $ 85.00 |
| 4/5/2023 | Review for 4/13/2023 hearing | 0.60 hrs | $ 255.00 |
| 4/11/2023 | Call John Lacher | 0.30 hrs | $ 127.50 |
| 4/11/2023 | Call Charles Zebley | 0.10 hrs | $ 42.50 |
| 4/13/2023 | Emails and call re Biros removal of equipment (Nick Jackson) | 0.20 hrs | $ 85.00 |
| 4/17/2023 | Call to Mark Lindsay | 0.10 hrs | $ 42.50 |
| 4/17/2023 | Call to John Lacher | 0.20 hrs | $ 85.00 |
| 4/19/2023 | Call to John Lacher | 0.10 hrs | $ 42.50 |
| 4/20/2023 | Call Mark Lindsay | 0.10 hrs | $ 42.50 |
| 4/24/2023 | Call Mark Lindsay | 0.20 hrs | $ 85.00 |
| 5/3/2023 | Email real estate taxes; call to Bob Bernstein | 0.30 hrs | $ 127.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/4/2023 | Call John Lacher | 0.20 hrs | $ 85.00 |
| 5/4/2023 | Review of 4/13/23 hearing transcript | 0.80 hrs | $ 340.00 |
| 5/4/2023 | Payment to Westmoreland County Tax Claim Bureau | 0.40 hrs | $ 170.00 |
| 5/4/2023 | Call to William Otto | 0.10 hrs | $ 42.50 |
| 5/5/2023 | Amended IRS POC; correspondence to George Snyder | 0.40 hrs | $ 170.00 |
| 5/5/2023 | Call to Mark Lindsay | 0.10 hrs | $ 42.50 |
| 5/8/2023 | Emails to and from Bob Bernstein re amended IRS claim | 0.30 hrs | $ 127.50 |
| 5/9/2023 | Call to M. Svetkovich of IRS | 0.20 hrs | $ 85.00 |
| 5/15/2023 | Call John Lacher | 0.30 hrs | $ 127.50 |
| 5/16/2023 | Emails from Bernstein re Superior Court Appeals; call to Bernstein | 0.50 hrs | $ 212.50 |
| 5/17/2023 | Email from William Otto re West Penn Power | 0.20 hrs | $ 85.00 |
| 5/26/2023 | Review letter from Attorney Fuchs | 0.20 hrs | $ 85.00 |
| 6/2/2023 | Correspondence to Imperial PFS | 0.30 hrs | $ 127.50 |
| 6/27/2023 | Review U Lock Motion for Clarification | 0.50 hrs | $ 212.50 |
| 6/26/2023 | Review response to U Lock Motion for Clarification | 0.40 hrs | $ 170.00 |
| 7/13/2023 | Status Report--review and filing | 0.40 hrs | $ 170.00 |
| 7/13/2023 | Interim Fee Application--file and serve | 0.40 hrs | $ 170.00 |
| 7/17/2023 | Review George Snyder's POC and Motion for Admin. Expense; review of Insurance payments | 0.40 hrs | $ 170.00 |
| 7/18/2023 | Preparation of CNO for 8/1/2023 hearing | 0.30 hrs | $ 127.50 |
| 7/24/2023 | Review Memorandum Opinion--Snyder v. Biros #23-2020 | 0.80 hrs | $ 340.00 |
| 7/28/2023 | Correspondence for US Court of Appeals, 3rd Circuit | 0.30 hrs | $ 127.50 |
| 8/15/2023 | Review Briefs re Objection to Shani Snyder Claim | 0.40 hrs | $ 170.00 |
| 8/15/2023 | Email to Sara Wenrich and Bob Bernstein re preferences | 0.50 hrs | $ 212.50 |
| 8/17/2023 | Hearing re Status Conference--Judge Taddonio | 0.70 hrs | $ 297.50 |
| 8/18/2023 | Proceeding Memo | 0.10 hrs | $ 42.50 |
| 8/31/2023 | Metting--George Snyder | 0.20 hrs | $ 85.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 9/6/2023 | Call to Bob Bernstein | 0.20 hrs | $ 85.00 |
| 11/30/2023 | Review of Motion to Reset Hearing to Approve Settlement | 0.30 hrs | $ 127.50 |
| 12/4/2023 | Motion re Approval of Settlement --review | 0.30 hrs | $ 127.50 |
| 12/21/2023 | Review of Order and Opinion of District Court | 0.30 hrs | $ 127.50 |
| 12/27/2023 | Prepare for 1/4/2024 hearing | 1.50 hrs | $ 637.50 |
| 1/2/2024 | Call to Bob Bernstein | 0.30 hrs | $ 127.50 |
| 1/2/2024 | Call to John Lacher | 0.10 hrs | $ 42.50 |
| 1/4/2024 | Review of Objections to Claims 2 and 3--Biros | 0.40 hrs | $ 170.00 |
| 1/9/2024 | Order and Memorandum Opinion--US Dist. Court re Snyder v. Biros 23-CV-1410 | 0.50 hrs | $ 212.50 |
| 1/12/2024 | Call to and from Bob Bernstein | 0.30 hrs | $ 127.50 |
| 1/12/2023 | Review of 4/13/23 hearing transcript | 0.50 hrs | $ 212.50 |
| 1/12/2024 | Response to George Snyder's Objection to Claim #2 of Biros | 0.60 hrs | $ 255.00 |
| 1/16/2024 | Calls from and to Bob Bernstein; call Eric Bononi; review of 2016 tax return and Stipulation and Order | 1.00 hrs | $ 425.00 |
| 1/23/2024 | Email from Eric Bononi and Call | 0.30 hrs | $ 127.50 |
| 1/23/2024 | Review response of Biros; review Motion to Withdraw Claims | 0.20 hrs | $ 85.00 |
| 1/24/2024 | Notice of Appeal | 0.30 hrs | $ 127.50 |
| 2/1/2024 | Notice of Appeal--George Snyder | 0.30 hrs | $ 127.50 |
| 2/1/2024 | Call to Bob Bernstein | 0.20 hrs | $ 85.00 |
| 2/7/2024 | Appeal-District Court- George Snyder | 0.30 hrs | $ 127.50 |
| 2/12/2024 | Meeting Eric Bononi--call to Bob Bernstein | 0.90 hrs | $ 382.50 |
| 2/12/2024 | Call to Stu Gaul (Bernstein) re George Snyder appeal 24 CV 00135 | 0.30 hrs | $ 127.50 |
| 2/14/2024 | Emails re Amended Tax Return | 0.20 hrs | $ 85.00 |
| 2/15/2024 | Calll from Eric Bononi | 0.20 hrs | $ 85.00 |
| 2/20/2024 | 2022 and 2023 Federal and State Income Tax Returns | 0.80 hrs | $ 340.00 |
| 2/21/2024 | 2022 Federal Income Tax return payment | 0.40 hrs | $ 170.00 |
| 2/27/2024 | 2016 Amended Tax Return | 0.50 hrs | $ 212.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/4/2024 | Review Memorandum Opinion and Order to Show Cause | 0.70 hrs | $ 297.50 |
| 3/7/2024 | Draft--Application for Unpaid Administative Fees | .80 hrs | $ 340.00 |
| | | 102.30 hrs | $ 43,477.50 |