FILED
3/21/24 3:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 22-20823-GLT |
| | : | |
| **U LOCK INC.**, | : | Chapter 7 |
| | : | |
| *Debtor*. | : | Related to Dkt. Nos. 509, 513, 517 |
| | : | |

**ORDER**

On February 9, 2024, the Court entered an order granting Christine Biros' motion to withdraw Claims 2, 3, and 4 without prejudice.[1] In light of the withdrawal of these claims, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. *George Snyder's Objection to Claim #2 Filed by Christine Biros*[2] is **MOOT**.

2. *George Snyder's Objection to Claim #3 Filed by Christine Biros*[3] is **MOOT**.

3. *George Snyder's Objection to Claim #4 Filed by Christine Biros*[4] is **MOOT**.

4. The hearing assignment of March 28, 2024 is **CANCELLED**.

Dated: March 21, 2024

**GREGORY L. TADDONIO**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

[1] See Dkt. No. 552; see also *Motion to Withdraw Claims Without Prejudice Or, In the Alternative, To Continue Hearings on Objections Indefinitely Until Further Order of Court*, Dkt. No. 530.

[2] Dkt. No. 509.

[3] Dkt. No. 513.

[4] Dkt. No. 517.