# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> U LOCK, Inc., <br><br> Debtor. <br><br> SHANNI SNYDER, <br><br> Appellant, <br><br> v. <br><br> CHRISTINE BIROS <br><br> Appellee. | Bankruptcy No. 22-20823-GLT <br><br> Chapter 7 <br><br><br> Related Doc. Nos.: 575 & 584 |

**APPELLEE CHRISTINE BIROS'S APPELLEE DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD RELATED TO SHANNI SNYDER'S APPEAL OF <u>ORDER AT DOC. NO 560 ON OBJECTION TO CLAIM NUMBER 1</u>**

NOW COMES Christine Biros and hereby files this Appellee Designation of Items to be Included in the Record Related to Shanni Snyder's Appeal of Order at Doc. No. 560 on Objection to Claim Number 1, which the U.S. District Court for the Western District of Pennsylvania has docketed the appeal at No. 2:24-cv-00478-NBF, as follows:

| In Re: U LOCK, INC. – CASE NO.: 22-20823-GLT | | |
|---|---|---|
| **Docket #** | **Date** | **Brief Description** |
| 1 | 4/27/2022 | Chapter 7 Involuntary Petition. Receipt Number O, Fee Amount $338 Re: U LOCK INC Filed by Petitioning Creditor(s): Shanni Sue Snyder . (mgut) Additional attachment(s) added on 4/28/2022 (mgut). Modified on 4/29/2022 (mgut) |
| 42 | 6/17/2022 | ORDER AND NOTICE REGARDING INVOLUNTARY CHAPTER 7 PETITION. Signed on 6/17/2022. (RE: related document(s): 1 Involuntary Petition Chapter 7). IT IS FURTHER ORDERED that if the documents are not filed pursuant to this Order by July 5, 2022, a Rule to Show Cause hearing is to be held on 7/7/2022 at 11:00 AM at p01 Courtroom A, 54th Floor, U.S. |

|  |  |  |
|---|---|---|
|  |  | Steel Tower, Pittsburgh. cm: All Interested Parties (aala) (Entered: 06/17/2022) |
| 455[1] | 7/07/2023 | Exhibit and Witness List Filed by Creditor Christine Biros (RE: related document(s): 340 Objection to Claim filed by Creditor Christine Biros, 357 Response filed by Petitioning Creditor Shanni Snyder, 368 Order Scheduling Hearing). (Gaul, Stuart) |
| 482[2] | 7/13/2023 | Supplement/Addendum to Exhibit and Witness List Filed by Creditor Christine Biros (RE: related document(s): [340] Objection to Claim filed by Creditor Christine Biros, [357] Response filed by Petitioning Creditor Shanni Snyder, [368] Order Scheduling Hearing, [454] Pre-Trial Statement filed by Creditor Christine Biros, [455] Exhibit filed by Creditor Christine Biros). (Attachments: # (1) Certificate of Service) (Gaul, Stuart) |

Christine Biros reserves all rights to supplement this Appellee's Designation in the event she determines that additional documents should be considered.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

Dated: April 9, 2024

By: *Stuart C. Gaul, Jr.*
Stuart C. Gaul, Jr., Esquire
PA ID #74529
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-1900
Telephone: 412-456-8139
Facsimile:  412-456-8135
Email:      sgaul@bernsteinlaw.com

*Counsel for Appellee Christine Biros*

---

[1] Exhibits for the July 14, 2023, evidentiary hearing were not filed on the docket but were admitted into evidence during the hearing. *See* Exhibit A. True and correct copies of the following exhibits referenced on the Exhibit List at Doc. No. 455 are attached hereto as Exhibits 1-23.

[2] Exhibits for the July 14, 2023, evidentiary hearing were not filed on the docket but were admitted into evidence during the hearing. *See* Exhibit A. A true and correct copy of the following exhibit referenced on the Supplement/Addendum to Exhibit List at Doc. No. 482 is attached hereto as Exhibit 24.