# EXHIBIT A

```
                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                          .    Case No. 22-20823-GLT
                                .
U LOCK INC,                     .    5414 U.S. Steel Tower
                                .    600 Grant Street
                                .    Pittsburgh, PA 15219
        Debtor.                 .
                                .    July 14, 2023
. . . . . . . . . . . . . . .        1:32 p.m.

      TRANSCRIPT OF #340 EVIDENTIARY HEARING ON OBJECTION TO
   CLAIM #1 OF SHANNI SNYDER FILED BY CREDITOR CHRISTINE BIROS
            BEFORE THE HONORABLE GREGORY L. TADDONIO
                UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For Christine Biros:      Bernstein-Burkley, P.C.
                          By:  STUART C. GAUL, JR., ESQ.
                               SARAH ELIZABETH WENRICH, ESQ.
                               DANIEL McARDLE BOOKER, ESQ.
                          601 Grant Street, Ste 9th Floor
                          Pittsburgh, PA 15219

Lead Counsel in State     The Law Firm of William E. Otto
Court Action for          By: WILLIAM E. OTTO, ESQ.
Christine Biros:          4027 Old William Penn Highway
                          P.O. Box 701
                          Murrysville, PA 15668

For Shanni Snyder:        The Lynch Law Group LLC
                          By:  JOHN PATRICK LACHER, ESQ.
                          501 Smith Drive, Suite 3
                          Cranberry Twp, PA 16066

                          Fuchs Law Office, LLC
                          By: DAVID L. FUCHS, ESQ.
                          554 Washington Ave., First Floor
                          Carnegie, PA 15106

ECRO:                     Connie Ulysse

  Proceedings recorded by electronic sound recording, transcript
                produced by transcription service.
```
_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@jjcourt.com**

**(609) 586-2311     Fax No. (609) 587-3599**

# **INDEX**

**WITNESSES**

                                                 **PAGE**

FOR THE MOVANT, CHRISTINE BIROS:

SHANNI SNYDER
  Direct Examination by Mr. Lacher                    13
  Cross-Examination by Mr. Gaul                       24

GEORGE SNYDER
  Direct Examination by Mr. Lacher                    86
  Cross-Examination by Mr. Gaul                       88


FOR THE OBJECTOR, SHANNI SNYDER:

KASH SNYDER
  Direct Examination by Mr. Gaul                      102
  Cross-Examination by Mr. Lacher                    111


EXHIBITS

FOR THE MOVANT, CHRISTINE BIROS:

(None)

FOR THE OBJECTOR, SHANNI SNYDER:

(None)

1           MR. GAUL: That's completely true, Your Honor. It's
2  also true of some of the other documents that we filed and we'd
3  submitted.
4           THE COURT: Well, again, I am just perplexed at this
5  point that we are now over a year into this case and I am
6  dealing with the same issues, if not worse, that I had on day
7  one. And nobody is getting the message here. I mean I'm not a
8  yeller and a screamer, and if that's going to be what it takes,
9  I'm ready to do that. But this is just completely
10 unacceptable.
11          And now I've had to spend five minutes at the start
12 of this hearing to address this issue. And it also perpetuates
13 the expense of this whole litigation because I just don't think
14 the parties are acting reasonably and they're over-lawyering
15 this. And it's distracting us from what the real issues are
16 and getting us closer to just sorting through what needs to be
17 sorted through.
18          So bottom line is if the parties are agreeing to
19 admit all the Exhibits and let the Court decide relevance, I'm
20 fine with that. But that's the result that I should have
21 gotten on July 11th at noon and not Friday at 1:42 p.m. Got
22 it?
23          MR. GAUL: Understood, Your Honor.
24
25          MR. LACHER: Yes, Your Honor. Thank you, and I

1           Mr. Gaul, anything further?
2           MR. GAUL:  Nothing further, Your Honor.  Thank you
3  very much.
4           THE COURT:  All right.  Very good.
5           All right, then.  Just to recap, then, I have all of
6  the Exhibits have been admitted, and we have the testimony of
7  the witnesses.  And at this point, the record, the evidentiary
8  record in this matter will be concluded.
9           Any other items that the parties wish to address with
10 the Court at this point?
11          MR. GAUL:  Nothing on behalf of Ms. Biros, Your
12 Honor.
13          THE COURT:  All right.  Mr. Lacher?
14          MR. LACHER:  Same here, Your Honor.
15          THE COURT:  All right.  Very good.
16          Given the level of detail, I think this does warrant
17 some post-trial briefing.  So I'm going to order that
18 Post-Trial Briefs be provided to the Court within 30 days.  And
19 then at that point, the matter will be under submission for the
20 Court's determination.
21          Anything else that we need to address at this stage?
22          MR. GAUL:  Once again, nothing on this side, Your
23 Honor.
24          MR. LACHER:  Agreed again, Your Honor.
25          THE COURT:  Very good.

114

## **C E R T I F I C A T I O N**

I, DIPTI PATEL, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter and to the best of my ability.

/s/ Dipti Patel

DIPTI PATEL, CET-997

J&J COURT TRANSCRIBERS, INC.    DATE:  July 26, 2023