**EXHIBIT**

**1**

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA
CIVIL DIVISION – CUSTODY/DIVORCE

Shanni Snyder,
      Plaintiff,    )
                    )
                    )
vs.                )    NO.: _lol7_ OF 20 _18_-D
                    )
                    )
      Defendant.   )

## PETITION AND VERIFICATION FOR IN FORMA PAUPERIS

TO THE HONORABLE COURT:

    I hereby certify that I am without financial resources to pay the fees and costs associated

with my family law case and therefore request to proceed in forma pauperis.  In support of my Petition, I

attach a verification which fully and truthfully describes my current income and financial

condition.  I attach the required documents and have removed all but the last four digits of all

social security numbers on the following documents: (Check all boxes that apply)

    ☐ My most recent year to date pay stub and the pay stub of any adults who reside with me.

    ☐ If pay stubs are not available, a notarized statement from my employer and a notarized statement from the
       employer of any adults or reside with me, indicating my and their monthly wages.

    ☑ If not employed, a copy of the most recent spousal support, retirement, disability, social security, workers'
       compensation or unemployment compensation or other income or benefits.

    ☐ I am unemployed and receive no other income or benefits.

    ☑ I applied for pro bono representation.

    WHEREFORE, I request to proceed In Forma Pauperis, without the need to pay fees and costs in the above-
captioned case.  I verify that the statements made in this Petition are true and correct.  I understand that false statements made
are subject to the criminal penalties under 18 Pa. C.S. §4904 (crime of unsworn falsification to authorities).

                Respectfully submitted,

_3/23/19_
Date

_____
Signature of In Forma Pauperis Petitioner

*3/23/2018 — petition granted.*
*Costs may be placed on defendant,*
*but Plaintiff's [illegible] [illegible] granted*
*at this time.*

BROS_000001

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA
CIVIL DIVISION – CUSTODY/DIVORCE

|                      |     |                          |
| -------------------- | --- | ------------------------ |
|              ,       | )   |                          |
| Plaintiff,           | )   |                          |
|                      | )   |                          |
| vs.                  | )   | NO.: _1617_ OF 20_18_-D  |
|                      | )   |                          |
|              ,       | )   |                          |
| Defendant.           | )   |                          |

### VERIFICATION FOR IN FORMA PAUPERIS

1.  I am the Plaintiff/Defendant **[CIRCLE ONE]** in the above matter and because of my financial condition; I am unable to pay the fees and costs of prosecuting or defending the action or proceeding.

2.  I am unable to obtain funds from anyone, including my family and associates, to pay the costs of litigation.

3.  I represent that the information below relating to my ability to pay the fees and costs is true and correct:

   (a) Name: _Shanni Snyder_

   Address: _14390 US Rt 30_

   _N. Huntingdon, PA 15642_

   Email: _Shane 2018@_   Telephone: _304 830 7510_

   (b) <u>Employment:</u> _protonmail.com_

   If you are presently employed, state

   Employer: _n/a_

   Address: _____

   Email: _____   Telephone: _____

   Salary or wages per month: _____

   Type of work: _____

   If you are presently unemployed, state

   Date of last employment: _____

   Salary or wages per month: _____

Type of work: _____

☐ I ATTACH TO THIS PETITION AND VERIFICATION A COPY OF MY MOST RECENT
PAY STUB(S) SHOWING MY EARNINGS YEAR TO DATE OR A NOTARIZED
STATEMENT FROM MY EMPLOYER SHOWING MY WAGES.

(e)  Property owned: _____ none _____

    Cash: _____

    Checking account: _____

    Savings account: _____

    Certificates of Deposit: _____

    Real Estate (including home): _____

    Motor Vehicle: _____

    Stocks, bonds: _____

    Other: _____



5.     I understand that I have a continuing obligation to inform the Court of improvement in my financial circumstances, which would permit me to pay the costs incurred herein.

l verify that the statements made in this affidavit are true and correct.  I understand that false statements herein are made subject to the penalties of 18 PA.C.S. § 4904, relating to unsworn falsification to authorities.

_3/23/18_
**Date**

_____
Plaintiff/Defendant
**[CIRCLE ONE]**

14390 OS Rt 30
**Address**

Nt Huntingdon, PA 15642
**Telephone Number**

304 830 7510

BIROS_000005