| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Shanni Sue Snyder |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| Case number (If known) | 18-21983 CMB |

**Check one box only as directed in this form and in Form 122A–1Supp:**

- ☑ 1. There is no presumption of abuse.
- ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).
- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

RECEIVED 2018 JUN -1 P 2:34 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

EXHIBIT 3

# Official Form 122A–1
## Chapter 7 Statement of Your Current Monthly Income        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A–1Supp) with this form.

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
   - ☑ **Not married.** Fill out Column A, lines 2-11.
   - ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   - ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:
     - ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
     - ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|   |   | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____0 | $_____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____0 | $_____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $____1338 | $_____ |

5. **Net income from operating a business, profession, or farm**

|   | Debtor 1 | Debtor 2 |   |   |   |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____0 | $_____ |   |   |   |
| Ordinary and necessary operating expenses | –$_____0– | $_____ |   |   |   |
| Net monthly income from a business, profession, or farm | $_____0 | $_____ | Copy here ➔ | $_____0 | $_____ |

6. **Net income from rental and other real property**

|   | Debtor 1 | Debtor 2 |   |   |   |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____0 | $_____ |   |   |   |
| Ordinary and necessary operating expenses | –$_____0– | $_____ |   |   |   |
| Net monthly income from rental or other real property | $_____00 | $_____ | Copy here ➔ | $_____00 | $_____ |

7. **Interest, dividends, and royalties** | | | | $_____ | $_____ |

Official Form 122A-1            Chapter 7 Statement of Your Current Monthly Income                page 1

BIROS_000069

| Debtor 1 | Shanni | Sue | Snyd | Case number (if known) 18-21983 CMB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ 0 | $ |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ↓ | | |
| For you .................. $ 0 | | |
| For your spouse ........ $ | | |
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0 | $ |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below. | | |
| _____ | $ 0 | $ |
| _____ | $ 0 | $ |
| Total amounts from separate pages, if any. | + $ 1388 | + $ |
| 11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ 1388 | + $ = $ 1388 Total current monthly income |

### Part 2: Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11. .......... Copy line 11 here → $ 1388

    Multiply by 12 (the number of months in a year).      x 12

    12b. The result is your annual income for this part of the form.    12b. $ 16656

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.  Pennsylvania

    Fill in the number of people in your household.  3

    Fill in the median family income for your state and size of household. ................ 13. $ 55210

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ☒ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

    14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A–2.* Go to Part 3 and fill out Form 122A–2.

### Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X *[signature]*

Signature of Debtor 1

Date 05/29/2018
    MM / DD / YYYY

X _____
Signature of Debtor 2

Date _____
    MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

| Fill in this information to identify your case: | Check the appropriate box as directed in lines 40 or 42: |
|---|---|
| Debtor 1 Shanni Sue Snyder<br>First Name / Middle Name / Last Name | According to the calculations required by this Statement: |
| Debtor 2<br>(Spouse, if filing) First Name / Middle Name / Last Name | ☑ 1. There is no presumption of abuse. |
| United States Bankruptcy Court for the: Western District of Pennsylvania | ☐ 2. There is a presumption of abuse. |
| Case number 18-21983 CMB<br>(If known) | ☐ Check if this is an amended filing |

RECEIVED 2018 JUN -1 P 2:33 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

Official Form 122A–2

# Chapter 7 Means Test Calculation   04/16

To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1: Determine Your Adjusted Income

1. Copy your total current monthly income. ........................................ Copy line 11 from Official Form 122A-1 here ➔ ......... $ _____16656_____

2. Did you fill out Column B in Part 1 of Form 122A-1?
   ☑ No. Fill in $0 for the total on line 3.
   ☐ Yes. Is your spouse filing with you?
      ☐ No. Go to line 3.
      ☐ Yes. Fill in $0 for the total on line 3.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 122A–1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   ☑ No. Fill in 0 for the total on line 3.
   ☐ Yes. Fill in the information below:

   | State each purpose for which the income was used<br>For example, the income is used to pay your spouse's tax debt or to support people other than you or your dependents | Fill in the amount you are subtracting from your spouse's income |
   |---|---|
   | _____ | $ _____ |
   | _____ | $ _____ |
   | _____ | + $ _____ |
   | Total ............................................................ | $ _____ 00 |

   Copy total here ............ ➔ – $ _____ 00

4. **Adjust your current monthly income.** Subtract the total on line 3 from line 1. $ _____16656_____

Official Form 122A–2     Chapter 7 Means Test Calculation     page 1

BIROS_000071

| Debtor 1 | Shanni | Sue | Snyder | | Case number *(if known)* 18-21983 CMB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 2: Calculate Your Deductions from Your Income

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted from your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from income in lines 5 and 6 of Form 122A–1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the form refers to *you*, it means both you and your spouse if Column B of Form 122A–1 is filled in.

5. **The number of people used in determining your deductions from income**

    Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.      **3**

    **National Standards**     You must use the IRS National Standards to answer the questions in lines 6-7.

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.     $ _____1384_____

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

    **People who are under 65 years of age**

    7a. Out-of-pocket health care allowance per person     $ _____0_____

    7b. Number of people who are under 65     x _____0_____

    7c. Subtotal. Multiply line 7a by line 7b.     $ _____0_____  Copy here ➔  $ _____0_____

    **People who are 65 years of age or older**

    7d. Out-of-pocket health care allowance per person     $ _____0_____

    7e. Number of people who are 65 or older     x _____0_____

    7f. Subtotal. Multiply line 7d by line 7e.     $ _____0_____  Copy here ➔  + $ _____0_____

    7g. **Total.** Add lines 7c and 7f.................................................     $ _____0_____  Copy total here ➔  $ _____0_____

Debtor 1  Shanni    Sue    Snyder                                    Case number (if known) 18-21983 CMB
         First Name  Middle Name  Last Name

---

**Local Standards**   You must use the IRS Local Standards to answer the questions in lines 8-15.

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- Housing and utilities – Insurance and operating expenses
- Housing and utilities – Mortgage or rent expenses

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form.
This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses. ......................................................... $_____250

9. **Housing and utilities – Mortgage or rent expenses:**

   9a. Using the number of people you entered in line 5, fill in the dollar amount listed
       for your county for mortgage or rent expenses........................................................... $_____250

   9b. Total average monthly payment for all mortgages and other debts secured by your home.

       To calculate the total average monthly payment, add all amounts that are
       contractually due to each secured creditor in the 60 months after you file for
       bankruptcy. Then divide by 60.

       | Name of the creditor | Average monthly payment |
       |---|---|
       | _____ | $_____ |
       | _____ | $_____ |
       | _____ | + $_____ |
       | Total average monthly payment | $_____0  Copy here ➔   – $_____0  Repeat this amount on line 33a. |

   9c. Net mortgage or rent expense.
       Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or
       rent expense*). If this amount is less than $0, enter $0. ............................................. $_____250  Copy here ➔   $_____250

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.** $_____

    Explain
    why:    _____
            _____

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.
    - ☑ 0. Go to line 14.
    - ☐ 1. Go to line 12.
    - ☐ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the
    operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area. $_____

Case 18-21983-CMB    Doc 1589-4  Filed 06/04/19  Entered 06/04/19 24:46:29  Desc Main
Document    Page 5 of 14

Debtor 1   Shanni   Sue   Snyder   Case number (if known) 18-21983 CMB
            First Name   Middle Name   Last Name

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

   **Vehicle 1**   Describe Vehicle 1: _____

   13a. Ownership or leasing costs using IRS Local Standard. ................................. $_____

   13b. Average monthly payment for all debts secured by Vehicle 1.
   Do not include costs for leased vehicles.

   To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

   | Name of each creditor for Vehicle 1 | Average monthly payment |
   |---|---|
   | _____ | $_____ |
   | _____ | + $_____ |

   Total average monthly payment   $_____0   Copy here ➔   − $_____0   Repeat this amount on line 33b.

   13c. Net Vehicle 1 ownership or lease expense
   Subtract line 13b from line 13a. If this amount is less than $0, enter $0. ............ $_____   Copy net Vehicle 1 expense here ..... ➔   $_____

   **Vehicle 2**   Describe Vehicle 2: _____

   13d. Ownership or leasing costs using IRS Local Standard. ................................. $_____

   13e. Average monthly payment for all debts secured by Vehicle 2.
   Do not include costs for leased vehicles.

   | Name of each creditor for Vehicle 2 | Average monthly payment |
   |---|---|
   | _____ | $_____ |
   | _____ | + $_____ |

   Total average monthly payment   $_____0   Copy here ➔   − $_____0   Repeat this amount on line 33c.

   13f. Net Vehicle 2 ownership or lease expense
   Subtract line 13e from 13d. If this amount is less than $0, enter $0. ................... $_____   Copy net Vehicle 2 expense here ... ➔   $_____

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.   $_____178

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.   $_____

Official Form 122A–2   Chapter 7 Means Test Calculation   page 4

BIROS_000074

| Debtor 1 | Shanni | Sue | Snyder | Case number *(if known)* 18-21983 CMB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Other Necessary Expenses**    In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories.

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-employment taxes, Social Security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.
    Do not include real estate, sales, or use taxes.    $ _____ 0

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.
    Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.    $ _____ 0

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.    $ _____ 0

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.
    Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.    $ _____ 0

20. **Education:** The total monthly amount that you pay for education that is either required:
    ■ as a condition for your job, or
    ■ for your physically or mentally challenged dependent child if no public education is available for similar services.    $ _____ 0

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.
    Do not include payments for any elementary or secondary school education.    $ _____ 0

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
    Payments for health insurance or health savings accounts should be listed only in line 25.    $ _____ 0

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.    + $ _____ 0
    Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122A-1, or any amount you previously deducted.

24. **Add all of the expenses allowed under the IRS expense allowances.**
    Add lines 6 through 23.    $ _____ 1812

| Debtor 1 | Shanni | Sue | Snyder | Case number (if known) 18-21983 CMB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Expense Deductions**  These are additional deductions allowed by the Means Test.
*Note*: Do not include any expense allowances listed in lines 6-24.

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

    Health insurance              $_____
    Disability insurance          $_____
    Health savings account      + $_____
    Total                         $_____0_____    Copy total here ➔ ................................. $_____ 0

    Do you actually spend this total amount?
    ❏ No. How much do you actually spend?   $_____
    ❏ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b).    $_____ 0

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.    $_____ 0

    By law, the court must keep the nature of these expenses confidential.

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

    If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.

    You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.    $_____ 0

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $160.42* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

    You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.    $_____ 0

    * Subject to adjustment on 4/01/19, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.    $_____ 0

    To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

    You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2).    + $_____ 0

32. **Add all of the additional expense deductions.**
    Add lines 25 through 31.    $_____ 0

Official Form 122A–2                    Chapter 7 Means Test Calculation                           page 6

BIROS_000076

| Debtor 1 | Shanni | Sue | Snyder | Case number (if known) 18-21983 CMB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

    To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

    **Mortgages on your home:**                                       **Average monthly payment**

    33a. Copy line 9b here ....................................................  ➔  $_____ 0

    **Loans on your first two vehicles:**

    33b. Copy line 13b here. ...................................................  ➔  $_____ 0

    33c. Copy line 13e here. ...................................................  ➔  $_____ 0

    33d. List other secured debts:

    | Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
    |---|---|---|---|
    | _____ | _____ | ☐ No ☐ Yes | $_____ 0 |
    | _____ | _____ | ☐ No ☐ Yes | $_____ |
    | _____ | _____ | ☐ No ☐ Yes | + $_____ |

    33e. Total average monthly payment. Add lines 33a through 33d................  $_____ 0  Copy total here ➔  $_____ 0

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

    ☑ No. Go to line 35.
    ☐ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

    | Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
    |---|---|---|---|---|
    | _____ | _____ | $_____ | ÷ 60 = | $_____ |
    | _____ | _____ | $_____ | ÷ 60 = | $_____ |
    | _____ | _____ | $_____ | ÷ 60 = | + $_____ |
    | | | Total | $_____ | Copy total here ➔ $_____ |

35. **Do you owe any priority claims such as a priority tax, child support, or alimony — that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

    ☑ No. Go to line 36.
    ☐ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

    Total amount of all past-due priority claims ................................................  $_____  ÷ 60 =  $_____

Official Form 122A–2                    Chapter 7 Means Test Calculation                                          page 7

BIROS_000077

| Debtor 1 | Shanni | Sue | Snyder | Case number (if known) 18-21983 CMB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

36. **Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
    For more information, go online using the link for *Bankruptcy Basics* specified in the separate instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

    ☑ No. Go to line 37.
    ☐ Yes. Fill in the following information.

    Projected monthly plan payment if you were filing under Chapter 13       $_____

    Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).       x _____

    To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

    Average monthly administrative expense if you were filing under Chapter 13       $_____  Copy total here ➔    $_____

37. **Add all of the deductions for debt payment.**
    Add lines 33e through 36. .........................................................................................................................       $_____0

**Total Deductions from Income**

38. **Add all of the allowed deductions.**

    Copy line 24, *All of the expenses allowed under IRS expense allowances* ..................................................     $_____

    Copy line 32, *All of the additional expense deductions* ..........     $_____

    Copy line 37, *All of the deductions for debt payment* ............   + $_____

    Total deductions     $_____18744      Copy total here ............................ ➔    $_____18744

**Part 3: Determine Whether There Is a Presumption of Abuse**

39. **Calculate monthly disposable income for 60 months**

    39a. Copy line 4, *adjusted current monthly income* .....    $_____16656

    39b. Copy line 38, *Total deductions* ..........        − $_____18744

    39c. Monthly disposable income. 11 U.S.C. § 707(b)(2).
         Subtract line 39b from line 39a.     $_____0      Copy here ➔    $_____0

         For the next 60 months (5 years) ................................................................................     x 60

    39d. **Total.** Multiply line 39c by 60. ................................................................................     $_____0  Copy here ➔   $_____0

40. **Find out whether there is a presumption of abuse.** Check the box that applies:

    ☑ **The line 39d is less than $7,700*.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

    ☐ **The line 39d is more than $12,850*.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

    ☐ **The line 39d is at least $7,700*, but not more than $12,850*.** Go to line 41.

    \* Subject to adjustment on 4/01/19, and every 3 years after that for cases filed on or after the date of adjustment.

Official Form 122A–2                    Chapter 7 Means Test Calculation                    page 8

BIROS_000078

| Debtor 1 | Shanni | Sue | Snyder | Case number (if known) 18-21983 CMB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Give Details About Special Circumstances (Part 3 continued)

41. **41a. Fill in the amount of your total nonpriority unsecured debt.** If you filled out *A Summary of Your Assets and Liabilities and Certain Statistical Information Schedules* (Official Form 106Sum), you may refer to line 3b on that form.............................. $ 5187339

    x .25

    **41b. 25% of your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I).
    Multiply line 41a by 0.25. ............................................................ $ 1296834  Copy here→ $ 1296834

42. **Determine whether the income you have left over after subtracting all allowed deductions is enough to pay 25% of your unsecured, nonpriority debt.**
    Check the box that applies:

    ☑ **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.*
    Go to Part 5.

    ☐ **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

### Part 4: Give Details About Special Circumstances

43. **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

    ☐ No. Go to Part 5.

    ☐ Yes. Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item. You may include expenses you listed in line 25.

    You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

### Part 5: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X /s/ _____                              X _____
Signature of Debtor 1                                        Signature of Debtor 2

Date 05/29/2017                                              Date _____
     MM / DD / YYYY                                               MM / DD / YYYY

Official Form 122A-2      Chapter 7 Means Test Calculation                          page 9

**Fill in this information to identify your case:**

Debtor 1: Shanni Sue Snyder
 First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 18-21983 CMB
(If known)

RECEIVED
2018 JUN -1 P 2:34
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

☐ Check if this is an amended filing

## Official Form 122A—1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

   ☐ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☑ Yes. Go to Part 2.

### Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☑ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No. Go to line 3.

      ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☑ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No. Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes. Check any one of the following categories that applies:

         ☐ I was called to active duty after September 11, 2001, for at least 90 days and remain on active duty.

         ☐ I was called to active duty after September 11, 2001, for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ I am performing a homeland defense activity for at least 90 days.

         ☐ I performed a homeland defense activity for at least 90 days, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

         If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

         If your exclusion period ends before your case is closed, you may have to file an amended form later.

Official Form 122A-1Supp   Statement of Exemption from Presumption of Abuse Under § 707(b)(2)

BIROS_000080

Debtor 1  Shanni Sue Snyder
          First Name    Middle Name    Last Name

Case number (if known) 18-21983 CMB

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.



RECEIVED
JUN -1 REC'D
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
    SHANNI SNYDER, ) No. 18-21983 CMB
)
    Debtor. )

RECEIVED
JUN - 1 REC'D
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

STATEMENT OF NO PAYMENT ADVICES

I, Shanni Snyder, declare under the penalty for perjury that I do not have any payment advices from an employer because I was not employed during 2016, 2017, or 2018.

/s/ Shanni Snyder

BIROS_000082