FILED
6/24/24 5:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 22-20823-GLT |
| | : | Chapter 7 |
| **U LOCK, INC.**, | : | |
| | : | |
| *Debtor*. | : | Related to Dkt. Nos. 278, 298, 299, 301, 303 |
| | : | |

## ORDER

These matters came before the Court upon the *Order to Show Cause* dated January 6, 2023[1] and the responses thereto filed by Christine Biros[2] and George Snyder.[3] In accordance with the *Memorandum Opinion* of even date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Order to Show Cause* against Mr. Snyder is **RELEASED**.

2. Ms. Biros' allowed administrative expense of $18,000 for post-petition use and occupancy of her real property shall be reduced by $2,000 to $16,000.

3. On or before **July 31, 2024**, Ms. Biros shall:

    a. Pay $2,800 in compensatory damages *directly* to Robert Slone, Esq. on account of his professional fees and costs;

    b. Pay $1,000 in compensatory damages to the U.S. Marshal Service at its office in the Joseph F. Weis, Jr. U.S. Courthouse in Pittsburgh, Pennsylvania (Attn: Brian E. Allen, Judicial Security Unit);

    c. Pay $500 to the Clerk of the U.S. Bankruptcy Court for the Western District of Pennsylvania as both a compensatory and coercive sanction; and

---

[1] *Order to Show Cause*, Dkt. No. 249, <u>superseded by</u> *Amended Order to Show Cause*, Dkt. No. 278.

[2] *Christine Biros' Response to Amended Order to Show Cause*, Dkt. No. 298.

[3] *Response to Amended Order to Show Cause (278)*, Dkt. No. 301.

          d.    Pay $15,000 in punitive damages to Robert Slone, as chapter 7 trustee of the estate of U Lock, Inc.;

    4.    On or before August 1, 2024, Ms. Biros shall file a certification that all payments required under ¶ 3 of this order have been completed.

    ENTERED at Pittsburgh, Pennsylvania.

Dated: June 24, 2024

                                      GREGORY L. TADDONIO
                                      CHIEF UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to</u>:
George Snyder