# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>U LOCK INC.,<br><br>          Debtor.<br><br>CHRISTINE BIROS,<br>          Movant,<br>v.<br>SHANNI S. SNYDER<br>          Respondent. | Bankruptcy No. 22-20823-GLT<br><br>Chapter 7<br><br>Related Doc. Nos.: 638, 639<br><br>Hearing Date: February 26, 2026 @ 10:30 AM<br>Response Deadline: February 16, 2026 |

**CERTIFICATE OF SERVICE OF CHRISTINE BIROS' MOTION FOR SANCTIONS AGAINST PETITIONING "CREDITOR" SHANNI SNYDER (Doc. No. 638) AND NOTICE OF HEARING (Doc. No. 639)**

The undersigned hereby certify that a true and correct copy of the foregoing Motion for Sanctions and Notice of Hearing was served this 30th day of January, 2026 upon all parties and counsel of record via the Court's CM/ECF System, or via US First Class Mail, as follows:

**Via US First Class Mail:**

Shanni Snyder
14390 Route 30
Irwin, PA 15642


**Via CM/ECF System:**

Leonard J. Berger, Jr on behalf of Interested Party Emanuel Snyder
attyljb@hotmail.com

Robert S. Bernstein on behalf of Creditor Christine Biros
rbernstein@bernsteinlaw.com, cwirick@bernsteinlaw.com; rbernstein@ecf.courtdrive.com; cwirick@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Eric E. Bononi
bankruptcy@bononilaw.com, pa69@ecfcbis.com

Kirk B. Burkley on behalf of Plaintiff Christine Biros
kburkley@bernsteinlaw.com, pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com; kburkley@ecf.courtdrive.com; cwirick@ecf.courtdrive.com; agilbert@bernsteinlaw.com

Stuart C. Gaul, Jr. on behalf of Creditor Christine Biros
sgaul@bernsteinlaw.com, sgaul@ecf.courtdrive.com; agilbert@bernsteinlaw.com; rniedermeyer@bernsteinlaw.com; lblauch@bernsteinlaw.com

Lara Shipkovitz Martin on behalf of Creditor Christine Biros
lmartin@bernsteinlaw.com, cwirick@bernsteinlaw.com; cwirick@ecf.courtdrive.com; lmartin@ecf.courtdrive.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

J. Allen Roth on behalf of Debtor U LOCK INC
lawmatters@yahoo.com, federal@jarothlaw.com

Michael F. Santicola on behalf of Interested Party USAAG Systems Co.
michael@ssslawyer.com

Robert H. Slone, Trustee
robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com

Charles O. Zebley, Jr. on behalf of Trustee Charles O. Zebley, Jr.
COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com

        BERNSTEIN-BURKLEY, P.C.

Dated: January 30, 2026        By: *Stuart C. Gaul, Jr.*
        Stuart C. Gaul, Jr., Esquire
        PA ID #74529
        601 Grant Street, 9th Floor
        Pittsburgh, PA 15219-1900
        Telephone: 412-456-8139
        Facsimile:  412-456-8135
        Email:    sgaul@bernsteinlaw.com

        *Counsel for Christine Biros*