FILED
6/18/26 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 22-20823-GLT |
| | : | Chapter 7 |
| **U LOCK, INC.**, | : | |
| | : | |
| *Debtor*. | : | Related to Dkt. No. 561, 632, 638, 649, 650 |
| | : | |

**ORDER CONTINUING SHOW CAUSE HEARING**
**AND STATUS CONFERENCE**

Upon consideration of the Supreme Court of the United States having distributed Shanni Snyder's petition for certiorari for conference on September 28, 2026, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The matters scheduled for hearing on July 15, 2026 are continued to **October 15, 2026 at 1:30 p.m.** for a status conference in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219. Consistent with the Court's standard show cause procedures, Ms. Synder shall appear in-person.

2. The Court reiterates that Ms. Snyder shall notify the Court of the disposition of her certiorari petition within three days of Supreme Court's action.

ENTERED at Pittsburgh, Pennsylvania.

sjb

Dated: June 18, 2026

GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
Shanni Snyder